**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARNOLD DAY | ) | |
| | ) | CASE NO. 19 CV 07286 |
| PLAINTIFF, | ) | |
| | ) | Hon. Sara L. Ellis |
| | ) | |
| VS. | ) | |
| | ) | Magistrate Judge Jeffrey I. Cummings |
| | ) | |
| KENNETH BOUDREAU, et al. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**STIPULATION REGARDING DECEASED DEFENDANTS
WILLIAM FOLEY, MICHAEL KILL AND JAMES BRENNAN**

The parties, by their attorneys, stipulate as follows:

1.      Plaintiff Arnold Day filed his Complaint alleging various federal and state law causes of action against several former Chicago Police Department police officers, including but not limited to William Foley, Michael Kill, and James Brennan.

2.      William Foley, Michael Kill, and James Brennan died before the filing of this lawsuit.

3.      Plaintiff represents that he has been unable to locate an open estate for William Foley, Michael Kill, and James Brennan, and now wishes to appoint Special Representatives to accept service and defend this lawsuit on behalf of William Foley, Michael Kill, and James Brennan.

4.      In an effort to resolve Plaintiff's desire to appoint Special Representatives for the Estates of William Foley, Michael Kill and James Brennan, and to avoid unnecessary cost and delay in this litigation over that issue, the parties have agreed to this stipulation in this case.

5.      Defendants will not object to the appointment of appropriate Special Representatives, to be chosen in the first instance by the next-of-kin as defined by the Illinois Probate Act (755 ILCS 5/2-1 *et seq.*), and otherwise by agreement of the parties, for the Estates of William Foley, Michael Kill, and James Brennan, pursuant to Plaintiff's meeting the requirements for appointment as detailed by Judge Shah in his order and in the transcript of July 31, 2019 in the case of *Jakes v. Boudreau* et al. 19 C 2204 (N.D. Ill.) (attached as Group Exhibit A and made a part hereof), and conditioned on all the provisions of this Stipulation.

6.      An appearance will be filed by Rock Fusco & Connelly, LLC or other counsel approved by the City on behalf of the Special Representatives within seven days after the Special Representatives are fully appointed by the Court.

7.      No discovery will be taken from or directed to William Foley, Michael Kill, James Brennan, or the Special Representatives of the Estates of William Foley, Michael Kill, and James Brennan.

8.      Any dispositive motions available under the Federal Rules of Civil Procedure may be brought by or on behalf of the Special Representatives of the Estates of William Foley, Michael Kill, and James Brennan, who retain all defenses available to William Foley, Michael Kill, and James Brennan, their estates, and the Special Representatives of their estates.

9.      If the finder of fact determines that William Foley, Michael Kill, or James Brennan committed some type of misconduct within the scope of their employment with the Chicago Police Department that makes them liable for compensatory damages as alleged in the operative complaint, it is stipulated that the City of Chicago shall be responsible for paying any compensatory damages and, if appropriate, reasonable attorneys' fees and costs awarded against William Foley, Michael Kill, or James Brennan, their estates, and the Special Representatives of

2

their estates. It is also stipulated that Plaintiff shall not make any claim for punitive damages against William Foley, Michael Kill or James Brennan, their estates, and the Special Representatives of their estates.

10. The service deadline for William Foley, Michael Kill, and James Brennan will be tolled until an appearance has been entered for the Special Representatives of their estates, assuming a Special Representative has been named pursuant to paragraph 5 of this Stipulation.

11. If any part of this Stipulation is deemed unacceptable by the Court or is otherwise not enforced, the stipulation shall be deemed moot, null and void.

Dated:  June 4, 2020

Respectfully submitted,

MARK A. FLESSNER
Corporation Counsel of the City of Chicago

By: s/ Jeffrey N. Given
Special Assistant Corporation Counsel
One of the Attorneys for the City of Chicago

James G. Sotos
Jeffrey N. Given
Joseph M. Polick
Sara J. Schroeder
George J. Yamin, Jr.
The Sotos Law Firm, P.C.
141 W. Jackson Bld., Ste. 1240A
Chicago, IL 60604
(630) 735-3300 (phone)
jsotos@jsotoslaw.com
jgiven@jsotoslaw.com
jpolick@jsotoslaw.com
sschroeder@jsotoslaw.com
gyamin@jsotoslaw.com

*Attorneys for Arnold Day*
Jon Loevy
Gayle Horn
Sam Heppell
Renee Spence
Loevy & Loevy

*Attorneys for Individual Officers*
Special Assistant Corporation Counsel
Eileen E. Rosen
Patrick R. Moran
Andrew J. Grill
Brittany D. Johnson

3

311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
gayle@loevy.com
sam@loevy.com
spence@loevy.com
bjohnson@rfclaw.com

Rock Fusco & Connelly, LLC
321 N. Clark St., Ste. 2200
Chicago, IL 60654
(312) 494-1000 (phone)
erosen@rfclaw.com
pmoran@rfclaw.com
agrill@rfclaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on June 4, 2020, I electronically filed the foregoing **Stipulation Regarding Deceased Defendants William Foley, Michael Kill and James Brennan** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed below.

<u>***Attorneys for Arnold Day:***</u>
Renee Spence
Arthur Loevy
D. Samuel Heppell
Gayle M. Horn
Jonathan I. Loevy
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-590
spence@loevy.com
arthur@loevy.com
sam@loevy.com
gayle@loevy.com
jon@loevy.com

Steven A. Greenberg
Steven A. Greenberg, Ltd.
53 W. Jackson, Suite 1260
Chicago, IL 60604
312-897-9500
steve@greenbergcd.com

**<u>Attorneys for Defendant Officers</u>**
Eileen E. Rosen
Patrick R. Moran
Brittany Johnson
Andrew J. Grill
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, IL 60654
312-494-1000
erosen@rfclaw.com                     By: s/ Jeffrey N. Given
pmoran@rfclaw.com                  Special Assistant Corporation Counsel
bjohnson@rfclaw.com              One of the Attorneys for the City of Chicago
bjohnson@rfclaw.com
agrill@rfclaw.com