# Exhibit A

| | |
|---|---|
| **From:** | Patrick R. Moran |
| **Sent:** | Thursday, December 8, 2022 2:15 PM |
| **To:** | Renee Spence |
| **Cc:** | Heather Lewis Donnell; Andrew Grill; gyamin; Eileen E. Rosen; Gayle Horn; Brittany D. Johnson |
| **Subject:** | Re: Day - Draft JSR - Due Today |

Spence,
I've looked at the motion and considered the issues you raise. We are not going to withdraw it. While it is true the proposed discovery extension was limited to completing the outstanding depositions, the point of our motion was that we need to complete 2 depositions, not conduct unlimited discovery. The relevant issue is that your office proposed an extension and then "promptly" reneged, but only after the court had expressed its reluctance to extend discovery at all. The fact that your proposal was limited to 12 depositions is not relevant to the point of the motion, because we are seeking only 2 depositions.

With respect to your explanation regarding why Taylor was left off, we will file a corrected motion making it clear you did offer an explanation. And since we are filing a corrected motion, we will also reflect that your proposed discovery extension was limited to the 12 depositions proposed by Defendants and the four depositions proposed by Plaintiff.

We do not agree that Cassandra Taylor's role was misrepresented. We understand the parties disagree on that, but we do not see a need to account for both parties' positions in the motion. That said, we will include in our corrected motion that the description of he role is what we believe based on our review of the evidence. You are free to provide the court with your view of her role, if you feel it is necessary to do so.

Lastly, our office will not be in a position to take or attend depositions on Dec. 20-21 due to other professional obligations.

If you'd like to discuss further, let me know.

Thanks.

Patrick R. Moran
Rock Fusco & Connelly, LLC
333 W. Wacker Drive 19th Floor
Chicago, Illinois 60606
312.494.1000 (p) I 312.970.3471 (d) I 312.494.1001 (f)
pmoran@rfclaw.com; http://www.rfclaw.com


> On Dec 8, 2022, at 12:45 PM, Brittany D. Johnson <bjohnson@rfclaw.com> wrote:
>
> Spence,
>
> I just want to clarify a few things with this email very quickly. During our conference today, you indicated you would inquire about Ms. Taylor's availability on December 20th or 21st. I understand now that she is available on December 21, but there was no commitment to take this deposition on that date. It was my understanding that you were going to advise of her availability and that I would confer with Defendants regarding availability for those dates. In addition, I explained that I had to check with

my co-counsel to verify our availability from December 20-22 and that I would discuss the revisions to the proposed schedule for those dates. We are currently considering the proposed schedule and conferring amongst defense counsel to determine all Defendants availability for those depositions and attempting to contact witnesses, including Halloran and Treacy, for their availability as well. We have not yet, however, had a chance to do that and therefore, cannot confirm those dates yet.

I understand the goal was to complete depositions before Christmas, up to and continuing until December 22nd. Defendants will advise as soon as they are able, of the depositions, if any that can be accommodated during this time frame.

Thank you,

Brittany D. Johnson-Delgado
**Rock Fusco & Connelly, LLC**
333 W Wacker, 19th Floor
Chicago, Illinois 60606
312.970.3463 (p) I 312.494.1001 (f)
bjohnson@rfclaw.com | http://www.rfclaw.com
<image001.png><image002.png>

---

**From:** Renee Spence <spence@loevy.com>
**Sent:** Thursday, December 8, 2022 12:34 PM
**To:** Heather Lewis Donnell <heather@loevy.com>
**Cc:** Andrew Grill <agrill@rfclaw.com>; Patrick R. Moran <pmoran@rfclaw.com>; Brittany D. Johnson <bjohnson@rfclaw.com>; gyamin <gyamin@jsotoslaw.com>; Eileen E. Rosen <ERosen@rfclaw.com>; Gayle Horn <gayle@loevy.com>
**Subject:** Re: Day - Draft JSR - Due Today

Andrew,

Although Plaintiff has already sent Defendants a draft of the JSR, we have only now had an opportunity to fully read Defendants' motion seeking leave to depose Taylor and Ward after fact discovery. As a result, I am now writing to request that Defendants withdraw their motion because the motion is unnecessary and contains inaccurate information.

First, Defendants do not need almost six weeks to complete these two depositions. The motion falsely states that Plaintiff never explained why Ms. Taylor was left off the schedule (the motion cites to a phantom exhibit), when in fact, on December 5, I sent you an email explaining that I inadvertently left Ms. Taylor and Halloran off the schedule and asked to confer about Taylor, Halloran, and Freary's deposition. Defendants never responded to this email and never conferred. However, I was able to confer with Brittany today and confirmed that Ms. Taylor is available on December 21 for a deposition and asked for Freary/Treacy to be deposed on Dec 22. I also offered Dec 20 as a potential date for the Ward deposition. Brittany has confirmed Officer Defendants' availability for Dec 20-22. Based on the foregoing, there is no reason for Defendants' motion. The parties can present agreed upon dates in the JSR, much like we've done on multiple occasions in *Jakes*.

Second, the motion has a number of misrepresentations. For example, Defendants misrepresents Ms. Taylor's role in this case and expectedly, has no supporting citations. Defendants also falsely state that Plaintiff proposed extending the fact discovery deadline to January 26. That's not true. Defendants proposed extending fact discovery and in response, Plaintiff offered a potential compromise by offering a conditional proposal about the way discovery could be completed; that is, it would simply be to complete outstanding depositions. Defendants rejected this proposal and Plaintiff promptly stated Plaintiff would not agree to extend fact discovery at all. There are other misrepresentations in this motion but I will stop here.

Rather than file a response to correct each of Defendants' misrepresentations, Plaintiff asks that you withdraw your motion. If Defendants are unwilling to do so, Plaintiff will need to file a response correcting the record and make changes to the section in the JSR that pertains to this issue as the draft was sent prior to closely reading Defendants' motion. Please let me know Defendants' position by 3pm CT.

Thanks,

Spence

**R. Spence**
_____
**Loevy & Loevy**
**311 North Aberdeen Street**
**3rd Floor**
**Chicago, IL 60607**
**Email: spence@loevy.com**
**www.loevy.com**
**Pronouns: she/her/hers**

On Thu, Dec 8, 2022 at 11:47 AM Renee Spence <spence@loevy.com> wrote:
> Hi Brittany,
>
> Thanks for talking to me about scheduling for Day. I spoke to Ms. Taylor and she is available on Dec 21, we are also available on December 20 if you would like to schedule Ward on that day. I'll wait to hear back from you about Freary/Treacy and Halloran. I will update you about Robinson shortly.
>
> Spence
>
> **R. Spence**
> _____
> **Loevy & Loevy**
> **311 North Aberdeen Street**
> **3rd Floor**
> **Chicago, IL 60607**
> **Email: spence@loevy.com**
> **www.loevy.com**
> **Pronouns: she/her/hers**
>
> On Thu, Dec 8, 2022 at 10:54 AM Heather Lewis Donnell <heather@loevy.com> wrote:
>> Counsel
>>
>> Please find attached a draft JSR. Please get us your edits as soon as you can. I would like to file by 6pm today instead of our often 12am filing. Thanks! I am around to discuss if that would help move things along.
>>
>> Thanks,
>>
>> Heather
>>
>> --

Heather Lewis Donnell
**LOEVY & LOEVY**
311 North Aberdeen
Third Floor
Chicago, Illinois 60607
Tel: 312-789-4970 (Direct)
Fax: 312-243-5902
heather@loevy.com