# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ARNOLD DAY, | ) | Case No. 19-cv-7286 |
| | ) | |
| Plaintiff, | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| v. | ) | |
| | ) | Hon. Jeffrey I. Cummings |
| KENNETH BOUDREAU, et al. | ) | Magistrate Judge |
| | ) | |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO CLARIFY

NOW Comes Plaintiff, ARNOLD DAY, by and through his attorneys, LOEVY & LOEVY, and responds to the Defendants' Motion to Clarify as follows:

1. Plaintiff has no objection to the Defendants' motion to clarify. Doc. 177.

2. Plaintiff writes separately to indicate that although he is consenting to the Defendants' request, he still maintains his objection to the relevancy of the calls between Timothy Morgan and Plaintiff, and believes only the call on January 27, 2019 should be discoverable. That said, given this Court's ruling, Plaintiff will not quibble with the Defendants' request to extend the timeframe of discoverable calls to include one extra day. Plaintiff, however, maintains a strenuous objection to any further expansion of this Court's order and the discovery of Illinois Department of Correction calls for all of the reasons set forth in Plaintiff's prior briefing. Docs. 141, 166, 167.

RESPECTFULLY SUBMITTED,

ARNOLD DAY

By: /s/ *Gayle Horn*
One of Plaintiff's Attorneys

Arthur Loevy
Jon Loevy
Gayle Horn
Sam Heppell
Renee Spence
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900 (phone)
(312) 243-5902 (fax)

Steve Greenberg
GREENBERG TRIAL LAWYERS, LTD.
53 W. Jackson Blvd, Suite 1260
Chicago, IL 60604
(312) 879-9500 (phone)
(312) 650-8244 (fax)
steve@greenbergcd.com

## CERTIFICATE OF SERVICE

I, Gayle Horn, an attorney, certify that on January 25, 2023, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ *Gayle Horn*
One of Plaintiff's Attorneys