Arnold Day
                    Plaintiff,

v.                                         Case No.: 1:19−cv−07286
                                                          Honorable Sara L. Ellis

Kenneth Boudreau, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 12, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone motion hearing held on 1/12/2023. Plaintiff's motion to quash and for a protective order pertaining to Defendants' subpoenas for certain jail calls [141] is granted in part and denied in part. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.