IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

**PLAINTIFF ARNOLD DAY'S**
**FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2) DISCLOSURES**

Plaintiff Arnold Day, by and through his counsel, provides the following disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(B):

1. **Melissa Russano:** Dr. Russano will testify to the opinions and factual bases disclosed in her attached report. Her CV, fee schedule, and list of cases in which she has provided testimony in the last four years has also been disclosed.

2. **Roger Clark**: Mr. Clark will testify as to the opinions and factual bases disclosed in his attached report. His resume, fee schedule, and list of cases in which he has provided testimony in the last four years has also been disclosed.

3. **Dr. Richard Leo**: Dr. Leo will testify consistent with his report and his deposition testimony disclosed in *Anthony Jakes v. Kenneth Boudreau*, Case No. 19-cv-02204 (N.D.Ill.). His resume, fee schedule, and list of cases in which he has provided testimony in the last four years has also been disclosed in *Jakes*.

4. **Craig Miller**: Mr. Miller will testify consistent with his report and his deposition testimony disclosed in *Anthony Jakes v. Kenneth Boudreau*, Case No. 19-cv-02204 (N.D.Ill.).

His resume, fee schedule, and list of cases in which he has provided testimony in the last four years has also been disclosed in *Jakes*.

Plaintiff provides the following disclosure pursuant to Federal Rule of Civil Procedure 26(a)(2)(C):

1. **James Treacy**: Mr. Treacy was a firearm technician for the Chicago Police Department in the 1990s. Mr. Treacy will testify consistent with his deposition testimony regarding his practices as a firearm technician and the examinations of the firearm evidence collected in the Erving homicide investigation and the investigation into the aggravated battery of Lamark Taylor.

Dated: May 15, 2023

Respectfully submitted,
ARNOLD DAY

By: *s/ Renee Spence*
    *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Gayle Horn
Heather Lewis Donnell
Renee Spence
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900 (phone)
spence@loevy.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 15, 2023, a copy of the foregoing document was served on all counsel of record via electronic mail.

    *s/ Renee Spence*
    *One of Plaintiff's Attorneys*