IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

# EXHIBIT 2

CONFIDENTIAL

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANTHONY JAKES,<br><br>       Plaintiff,<br><br>v.<br><br>KENNETH BOUDREAU, *et al.*,<br><br>       Defendants. | Case No. 19-cv-02204<br><br>Hon. Manish S. Shah<br><br>Hon. Beth W. Jantz |

## PLAINTIFF ANTHONY JAKES'S
## FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2) DISCLOSURES

Plaintiff Anthony Jakes, by and through his counsel, provides the following disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)

1. **Dr. Richard Leo**: Dr. Leo will testify as to the opinions and factual bases disclosed in his attached report. His CV, fee schedule, and list of cases in which he has provided testimony in the last four years has also been disclosed.

2. **Craig Miller**: Mr. Miller will testify as to the opinions and factual bases disclosed in his attached report. His resume, fee schedule, and list of cases in which he has provided testimony in the last four years has also been disclosed.

3. **Dr. Vincent Culotta**: Dr. Culotta will testify as to the opinions and factual bases disclosed in his attached report. His CV, fee schedule, and list of cases in which he has provided testimony in the last four years has also been disclosed.

Plaintiff Anthony Jakes, by and through his counsel, provides the following disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(C)

1. **Dr. Okechukwe Okolo**; Dr. Okolo is a doctor in internal medicine and is Mr. Darren Triplett's primary physician. Dr. Okolo will testify on the subject matter of Mr. Triplett's medical conditions, including the ███████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████

2. **Dr. Ahmed Elgamal;** Dr. Elgamal is a treating physician for Mr. Darren Triplett. Dr. Elgamal will testify on the subject matter of Mr. Triplett's medical conditions, including ███████████████████████████████████████████████████████████████████

1

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

                                                            RESPECTFULLY SUBMITTED,

Dated: March 31, 2022                Respectfully submitted,

                                                            ANTHONY JAKES

                                                            By: *s/ Russell Ainsworth*
                                                                  One of His Attorneys

                                                           Arthur Loevy
                                                           Jon Loevy
                                                           Russell Ainsworth
                                                           Heather Lewis Donnell
                                                           Renee Spence
                                                           LOEVY & LOEVY
                                                           311 N. Aberdeen St., 3rd Fl.
                                                           Chicago, IL 60607
                                                           (312) 243-5900 (phone)
                                                           russell@loevy.com

## CERTIFICATE OF SERVICE

     The undersigned, an attorney, hereby certifies that on March 31, 2022, a copy of the foregoing document was served on all counsel of record via electronic mail.

                                                                       *s/ Russell Ainsworth*