**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

# EXHIBIT 6



Gayle Horn <gayle@loevy.com>

# Day v Boudreau - Notices and Subpoenas re Clark

**Renee Spence** <spence@loevy.com>                                                Fri, Jun 2, 2023 at 9:22 AM
To: "Patrick R. Moran" <pmoran@rfclaw.com>
Cc: Andrew Grill <agrill@rfclaw.com>, Izeta Causevic <icausevic@rfclaw.com>, "heather@loevy.com" <heather@loevy.com>, "arthur@loevy.com" <arthur@loevy.com>, "sam@loevy.com" <sam@loevy.com>, "gayle@loevy.com" <gayle@loevy.com>, "jon@loevy.com" <jon@loevy.com>, "brooks@loevy.com" <brooks@loevy.com>, "toppel@loevy.com" <toppel@loevy.com>, "steve@greenbergcd.com" <steve@greenbergcd.com>, gyamin <gyamin@jsotoslaw.com>, "Joseph M. Polick" <JPolick@jsotoslaw.com>, "Sara J. Schroeder" <sschroeder@jsotoslaw.com>, "mhunt@jsotoslaw.com" <mhunt@jsotoslaw.com>, "TBallard@jsotoslaw.com" <TBallard@jsotoslaw.com>, "Eileen E. Rosen" <ERosen@rfclaw.com>, "Brittany D. Johnson" <bjohnson@rfclaw.com>, Kara Hutson <khutson@rfclaw.com>

Hi Pat and Andrew,

I'm writing in response to the issues we discussed on Wednesday during our meet and confer. During our telephonic conference, Defendants objected to Plaintiff's disclosure of Dr. Richard Leo and Craig Miller. Dr. Leo and Mr. Miller were disclosed in *Jakes* with reports that contained their opinions. Defendants also deposed Dr. Leo and Mr. Miller about their disclosed opinions. Defendants did not object to their disclosure in *Jakes*. However, here, Defendants expressed a number of objections: (1) Plaintiff does not need two false confessions experts (Dr. Russano and Dr. Leo) and two police practices experts (Mr. Miller and Mr. Clark) to testify at trial; (2) Defendants claim that it is unclear which opinions in Dr. Leo's and Mr. Miller's reports will be elicited at trial and would like a disclosure that specifically lists the opinions; and (3) Defendants believe they are entitled to depose the Dr. Leo and Mr. Miller on how the opinions disclosed in their respective reports are relevant to Plaintiff's claims.

In response to these objections, Plaintiff stated that the concerns Defendants expressed did not appear to be related to a notice issue but more trial issues (i.e. duplicative or cumulative testimony, or relevance objections). Plaintiff also stated that objections about relevance are the subject of legal arguments and not within the scope of expert depositions or questioning. During the call, Plaintiff also addressed Defendants' relevance objections, explaining that Mr. Jakes' false confession in the Garcia investigation--a false confession that implicated Plaintiff and led to Plaintiff's arrest, interrogation, and prosecution. During Plaintiff's interrogation, Plaintiff falsely confessed to killing Garcia and Erving. At trial regarding the Garcia murder, Plaintiff was acquitted, but at a later trial, Plaintiff was convicted of murdering Erving where the main evidence used against Plaintiff was Plaintiff's false confession. Opinions related to Mr. Jakes's false confession and the interrogation that led to his false confession are relevant to many of Plaintiff's claims including Plaintiff's coerced confession claim, fabrication of evidence due process theory, and malicious prosecution claim. Accordingly, Plaintiff identified the eight enumerated opinions in Dr. Leo's report regarding Mr. Jakes's confession and interrogation and how they relate to false confession science (a topic that is not covered in Dr. Russano's report) as opinions Plaintiff may elicit at trial. Further, in an effort to compromise, Plaintiff identified Mr. Miller's "Opinion #2", which addressed Mr. Jakes's interrogation, as an opinion that he may elicit at trial (as opposed to all of Mr. Miller's opinions). Plaintiff also noted that Defendants have already had a full opportunity to depose Mr. Miller and Dr. Leo about these unchanged opinions. Despite these explanations, Defendants continued to insist that they needed a narrowed list specifically identifying opinions and stated that they needed to re-depose Mr. Miller and Dr. Leo to determine why the experts thought their opinions were relevant in this case. When Plaintiff asked for an example of a narrowed opinion that would not warrant a re-deposition, Defendants did not provide any example.

The parties appear to be at an impasse on this issue. Plaintiff will thus file a motion to quash.

Spence

# R. Spence

---

**Loevy & Loevy**
**311 North Aberdeen Street**

**3rd Floor**
**Chicago, IL 60607**
Email: **spence@loevy.com**
**www.loevy.com**
Pronouns: she/her/hers

On Tue, May 30, 2023 at 11:38 AM Renee Spence <spence@loevy.com> wrote:
I can talk at 2pm CT.  We can use the same call-in info.

Spence

# R. Spence

_____

**Loevy & Loevy**
**311 North Aberdeen Street**
**3rd Floor**
**Chicago, IL 60607**
Email: **spence@loevy.com**
**www.loevy.com**
Pronouns: she/her/hers

On Tue, May 30, 2023 at 11:36 AM Patrick R. Moran <pmoran@rfclaw.com> wrote:

Spence,

I just saw that someone had sent a meeting invite for today at 10:30.  Can we have the call this afternoon instead, between 2 and 4?  Thanks.

Patrick R. Moran

**Rock Fusco & Connelly, LLC**

333 W. Wacker Dr., 19th Floor

Chicago, Illinois 60606

312.494.1000 (p) I 312.970.3471 (d) I 312.494.1001 (f)

pmoran@rfclaw.com I http://www.rfclaw.com

*Please Note Our New Address*

**From:** Renee Spence <spence@loevy.com>
**Sent:** Sunday, May 28, 2023 6:25 PM
**To:** Patrick R. Moran <pmoran@rfclaw.com>
**Cc:** Andrew Grill <agrill@rfclaw.com>; Izeta Causevic <icausevic@rfclaw.com>; heather@loevy.com; arthur@loevy.com; sam@loevy.com; gayle@loevy.com; jon@loevy.com; brooks@loevy.com; toppel@loevy.com; steve@greenbergcd.com; gyamin <gyamin@jsotoslaw.com>; Joseph M. Polick <JPolick@jsotoslaw.com>; Sara J. Schroeder <sschroeder@jsotoslaw.com>; mhunt@jsotoslaw.com; TBallard@jsotoslaw.com; Eileen E. Rosen <ERosen@rfclaw.com>; Brittany D. Johnson <bjohnson@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>
**Subject:** Re: Day v Boudreau - Notices and Subpoenas re Clark

Pat, I'll talk to my team. Just to clarify, May 30 is a Tuesday. I am not available for a call tomorrow.

SPence

# R. Spence

---

**Loevy & Loevy**

**311 North Aberdeen Street**

**3rd Floor**

**Chicago, IL 60607**

**Email:** spence@loevy.com

**www.loevy.com**

**Pronouns: she/her/hers**

On Sat, May 27, 2023 at 7:05 AM Patrick R. Moran <pmoran@rfclaw.com> wrote:

> Spence: The problem is the disclosure. Simply pointing to depositions and prior reports, in which numerous opinions were offered in another case that only partially overlaps with this one, does not tell us what opinions these witnesses will offer in this case. Given that you have the burden on a motion to quash, I think it's up to you to provide us with a better explanation of what specific opinions you expect to elicit from these witnesses, and the factual bases for the opinions, before we have a call Monday.
>
> Patrick R. Moran

**Rock Fusco & Connelly, LLC**

333 W. Wacker Dr., 19th Floor

Chicago, Illinois 60606

312.494.1000 (p) I 312.970.3471 (d) I 312.494.1001 (f)

pmoran@rfclaw.com I http://www.rfclaw.com

*Please Note Our New Address*

---

**From:** Renee Spence <spence@loevy.com>
**Sent:** Friday, May 26, 2023 5:18 PM
**To:** Patrick R. Moran <pmoran@rfclaw.com>
**Cc:** Andrew Grill <agrill@rfclaw.com>; Izeta Causevic <icausevic@rfclaw.com>; heather@loevy.com; arthur@loevy.com; sam@loevy.com; gayle@loevy.com; jon@loevy.com; brooks@loevy.com; toppel@loevy.com; steve@greenbergcd.com; gyamin <gyamin@jsotoslaw.com>; Joseph M. Polick <JPolick@jsotoslaw.com>; Sara J. Schroeder <sschroeder@jsotoslaw.com>; mhunt@jsotoslaw.com; TBallard@jsotoslaw.com; Eileen E. Rosen <ERosen@rfclaw.com>; Brittany D. Johnson <bjohnson@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>
**Subject:** Re: Day v Boudreau - Notices and Subpoenas re Clark

Hi Pat,

I disagree. The ruling in this case on the repeated depositions of Rule 404(b) witnesses supports Plaintiff's stance that Mr. Miller and Dr. Leo should not be re-deposed. Judge Ellis specifically considered what new ground Defendants intended to cover in the re-depositions and also noted that re-deposing witnesses on unchanged facts is a waste of time and money.

I am available to confer on May 30 before 12pm CT. Prior to this conference, please let us know what new ground Defendants intend to cover in Miller's and Leo's depositions when their opinions have not changed, they have not opined on the Erving homicide investigation, and they have not reviewed any additional documents since their depositions in *Jakes*.

Spence

# R. Spence

_____

**Loevy & Loevy**

**311 North Aberdeen Street**

**3rd Floor**

**Chicago, IL 60607**

**Email: spence@loevy.com**

**www.loevy.com**

**Pronouns: she/her/hers**

On Fri, May 26, 2023 at 5:48 PM Patrick R. Moran <pmoran@rfclaw.com> wrote:

> We will be taking the depositions of Leo and Miller unless they are withdrawn.   The various courts' rejections of similar arguments as to repeated disclosures of Rule 404b witnesses establishes we are entitled to these depositions as well.   You will get subpoenas for them next week.  If you plan to file a motion to quash, let us know when you are available for a 37.2 conference.

>> On May 26, 2023, at 16:13, Renee Spence <spence@loevy.com> wrote:

>> Hey Andrew,

>> We can produce Melissa Russano before 6/15 and possibly Mr. Clark before 6/15. As I mentioned in my last email, Plaintiff does not believe there is any justification for re-deposing Mr. Miller and Dr. Leo, and thus, will not be producing them for deposition. I'll update you about Mr. Clark shortly after he returns so that the parties can make a plan.

>> Spence

>> # R. Spence

---

**Loevy & Loevy**

**311 North Aberdeen Street**

**3rd Floor**

**Chicago, IL 60607**

**Email: spence@loevy.com**

**www.loevy.com**

**Pronouns: she/her/hers**

On Fri, May 26, 2023 at 4:33 PM Andrew Grill <agrill@rfclaw.com> wrote:

> Thanks Spence.  As you know, Pat and I are preparing for the Hood/Washington trial that starts in early July.  If Plaintiff cannot produce his experts in accordance with the current expert schedule, the parties will need to modify the expert schedule so Defendants can complete these depositions after the Hood/Washington trial concludes.  Let me know which of Plaintiff's 4 experts you can produce by 6/15.
>
> Thanks,
>
> Andrew

Andrew J. Grill

**Rock Fusco & Connelly, LLC**

333 W. Wacker Dr.

19th Floor

Chicago, Illinois 60606

312.970.3422 (office)

312.494.1001 (fax)

708.710.7838 (cell)

agrill@rfclaw.com

http://www.rfclaw.com

<image001.png>

<image002.png>

_____

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**From:** Renee Spence <spence@loevy.com>
**Sent:** Friday, May 26, 2023 3:07 PM
**To:** Andrew Grill <agrill@rfclaw.com>
**Cc:** Izeta Causevic <icausevic@rfclaw.com>; heather@loevy.com; arthur@loevy.com; sam@loevy.com; gayle@loevy.com; jon@loevy.com; brooks@loevy.com; toppel@loevy.com; steve@greenbergcd.com; gyamin <gyamin@jsotoslaw.com>; Joseph M. Polick <JPolick@jsotoslaw.com>; Sara J. Schroeder <sschroeder@jsotoslaw.com>; mhunt@jsotoslaw.com; TBallard@jsotoslaw.com; Eileen E. Rosen <ERosen@rfclaw.com>; Brittany D. Johnson <bjohnson@rfclaw.com>; Patrick R. Moran <pmoran@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>
**Subject:** Re: Day v Boudreau - Notices and Subpoenas re Clark

Hi Andrew,

Mr. Clark doesn't return to the US until June 6. He is also not available to be deposed on June 8. When Mr. Clark returns, I'll get some proposed dates from him. If we are unable to schedule his deposition before June 15 (which seems likely), Plaintiff will not oppose Defendants' request for a reasonable extension of time.

Spence

**R. Spence**

_____

**Loevy & Loevy**

**311 North Aberdeen Street**

**3rd Floor**

**Chicago, IL 60607**

**Email: spence@loevy.com**

**www.loevy.com**

**Pronouns: she/her/hers**

On Thu, May 25, 2023 at 12:11 PM Andrew Grill <agrill@rfclaw.com> wrote:

Sounds good, thank you.

Andrew J. Grill

**Rock Fusco & Connelly, LLC**

333 W. Wacker Dr.

19th Floor

Chicago, Illinois 60606

312.970.3422 (office)

312.494.1001 (fax)

708.710.7838 (cell)

agrill@rfclaw.com

http://www.rfclaw.com

<image001.png>

<image002.png>

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**From:** Renee Spence <spence@loevy.com>
**Sent:** Thursday, May 25, 2023 11:09 AM
**To:** Andrew Grill <agrill@rfclaw.com>
**Cc:** Izeta Causevic <icausevic@rfclaw.com>; heather@loevy.com; arthur@loevy.com; sam@loevy.com; gayle@loevy.com; jon@loevy.com; brooks@loevy.com; toppel@loevy.com; steve@greenbergcd.com; gyamin <gyamin@jsotoslaw.com>; Joseph M. Polick <JPolick@jsotoslaw.com>; Sara J. Schroeder <sschroeder@jsotoslaw.com>; mhunt@jsotoslaw.com; TBallard@jsotoslaw.com; Eileen E. Rosen <ERosen@rfclaw.com>; Brittany D. Johnson <bjohnson@rfclaw.com>; Patrick R. Moran <pmoran@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>
**Subject:** Re: Day v Boudreau - Notices and Subpoenas re Clark

I agree, Andrew. Plaintiff will work with Defendants to balance the needs of the parties.

## R. Spence

**Loevy & Loevy**

**311 North Aberdeen Street**

**3rd Floor**

**Chicago, IL 60607**

**Email:** spence@loevy.com

**www.loevy.com**

**Pronouns: she/her/hers**

On Thu, May 25, 2023 at 12:08 PM Andrew Grill <agrill@rfclaw.com> wrote:

Thanks Spence. I'm sure you can appreciate that Defendants will need enough time to review his subpoena response before his deposition starts. I look forward to being appraised of when we can anticipate a response.

Andrew J. Grill

**Rock Fusco & Connelly, LLC**

333 W. Wacker Dr.

19th Floor

Chicago, Illinois 60606

312.970.3422 (office)

312.494.1001 (fax)

708.710.7838 (cell)

agrill@rfclaw.com

http://www.rfclaw.com

<image001.png>

<image002.png>

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**From:** Renee Spence <spence@loevy.com>
**Sent:** Thursday, May 25, 2023 9:49 AM
**To:** Izeta Causevic <icausevic@rfclaw.com>

Cc: heather@loevy.com; arthur@loevy.com; sam@loevy.com; gayle@loevy.com; jon@loevy.com; brooks@loevy.com; toppel@loevy.com; steve@greenbergcd.com; gyamin <gyamin@jsotoslaw.com>; Joseph M. Polick <JPolick@jsotoslaw.com>; Sara J. Schroeder <sschroeder@jsotoslaw.com>; mhunt@jsotoslaw.com; TBallard@jsotoslaw.com; Eileen E. Rosen <ERosen@rfclaw.com>; Andrew Grill <agrill@rfclaw.com>; Brittany D. Johnson <bjohnson@rfclaw.com>; Patrick R. Moran <pmoran@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>
Subject: Re: Day v Boudreau - Notices and Subpoenas re Clark

Counsel,

Mr. Clark is currently out of the country and cannot respond to Defendants' subpoena by June 1. Plaintiff will apprise Defendants of when they can anticipate a response and if Mr. Clark is available on June 8.

Spence

**R. Spence**

_____

**Loevy & Loevy**

**311 North Aberdeen Street**

**3rd Floor**

**Chicago, IL 60607**

**Email: spence@loevy.com**

**www.loevy.com**

**Pronouns: she/her/hers**

On Wed, May 24, 2023 at 12:09 PM Izeta Causevic <icausevic@rfclaw.com> wrote:

> Counsel,
>
> Please see attached Notice of Deposition Subpoena, Deposition Subpoena, Notice of Records Subpoena, and Records Subpoena re: Expert Roger Clark.

Also, if the 6/8/23 deposition date does not work for you or expert Clark, please provide an alternative date as soon as possible.

Thank you,

Izeta Causevic

Paralegal

**Rock Fusco & Connelly, LLC**

333 W. Wacker Drive, 19th Floor

Chicago, Illinois 60606

312.494.1000 ext. 441 (p) I 312.494.1001 (f)

icausevic@rfclaw.com I http://www.rfclaw.com

<image003.png>

<image004.png>



**Gayle Horn** <gayle@loevy.com>

---

# Day v Boudreau - Notices and Subpoenas re Russano

**Gayle Horn** <gayle@loevy.com>                                    Tue, Jun 20, 2023 at 11:59 AM
To: Andrew Grill <agrill@rfclaw.com>
Cc: Heather Lewis Donnell <heather@loevy.com>, "Brittany D. Johnson" <bjohnson@rfclaw.com>, "Eileen E. Rosen" <ERosen@rfclaw.com>, Izeta Causevic <icausevic@rfclaw.com>, "Joseph M. Polick" <JPolick@jsotoslaw.com>, Kara Hutson <khutson@rfclaw.com>, Lauren Ferrise <lferrise@rfclaw.com>, "Patrick R. Moran" <pmoran@rfclaw.com>, "Sara J. Schroeder" <sschroeder@jsotoslaw.com>, "TBallard@jsotoslaw.com" <TBallard@jsotoslaw.com>, "arthur@loevy.com" <arthur@loevy.com>, "brooks@loevy.com" <brooks@loevy.com>, gyamin <gyamin@jsotoslaw.com>, "jon@loevy.com" <jon@loevy.com>, "mhunt@jsotoslaw.com" <mhunt@jsotoslaw.com>, "sam@loevy.com" <sam@loevy.com>, "spence@loevy.com" <spence@loevy.com>, "steve@greenbergcd.com" <steve@greenbergcd.com>, "toppel@loevy.com" <toppel@loevy.com>

Andrew,

Thanks for following up.

We can't agree to the re-depositions of Dr. Leo and Mr. Miller for all of the reasons we have already explained. We will file a motion on that today or tomorrow.

We will agree to your extended expert discovery schedule, although I do think it makes sense to get Russano and Clark on the calendar now. If you know of dates that work on your end for those two depositions, please pass them along to us.

Thanks,

Gayle

On Tue, Jun 20, 2023 at 11:04 AM Andrew Grill <agrill@rfclaw.com> wrote:

> Gayle,
>
> Any update on this?  See below.
>
> -Andrew
>
>
> Andrew J. Grill
>
> **Rock Fusco & Connelly, LLC**
>
> 333 W. Wacker Dr.
>
> 19th Floor
>
> Chicago, Illinois 60606

312.970.3422 (office)

312.494.1001 (fax)

708.710.7838 (cell)

agrill@rfclaw.com

http://www.rfclaw.com



_____

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

_____

**From:** Andrew Grill
**Sent:** Thursday, June 15, 2023 4:04 PM
**To:** Gayle Horn <gayle@loevy.com>
**Cc:** Heather Lewis Donnell <heather@loevy.com>; Brittany D. Johnson <bjohnson@rfclaw.com>; Eileen E. Rosen <ERosen@rfclaw.com>; Izeta Causevic <icausevic@rfclaw.com>; Joseph M. Polick <JPolick@jsotoslaw.com>; Kara Hutson <khutson@rfclaw.com>; Lauren Ferrise <lferrise@rfclaw.com>; Patrick R. Moran <pmoran@rfclaw.com>; Sara J. Schroeder <sschroeder@jsotoslaw.com>; TBallard@jsotoslaw.com; arthur@loevy.com; brooks@loevy.com; gyamin <gyamin@jsotoslaw.com>; jon@loevy.com; mhunt@jsotoslaw.com; sam@loevy.com; spence@loevy.com; steve@greenbergcd.com; toppel@loevy.com
**Subject:** RE: Day v Boudreau - Notices and Subpoenas re Russano


Gayle,

No worries.  There was a lot going on yesterday and I don't think it was the right place/time to have had this conversation anyway.  That said, thanks for following up.  I think we could agree to your proposal if Plaintiff will agree that we can depose Leo and Miller for 3.5 hrs each.  Let me know if that's agreeable to Plaintiff.

Thanks,

Andrew


Andrew J. Grill

**Rock Fusco & Connelly, LLC**

333 W. Wacker Dr.

19th Floor

Chicago, Illinois 60606

312.970.3422 (office)

312.494.1001 (fax)

708.710.7838 (cell)

agrill@rfclaw.com

http://www.rfclaw.com



_____

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

---

**From:** Gayle Horn <gayle@loevy.com>
**Sent:** Thursday, June 15, 2023 3:41 PM
**To:** Andrew Grill <agrill@rfclaw.com>
**Cc:** Heather Lewis Donnell <heather@loevy.com>; Brittany D. Johnson <bjohnson@rfclaw.com>; Eileen E. Rosen <ERosen@rfclaw.com>; Izeta Causevic <icausevic@rfclaw.com>; Joseph M. Polick <JPolick@jsotoslaw.com>; Kara Hutson <khutson@rfclaw.com>; Lauren Ferrise <lferrise@rfclaw.com>; Patrick R. Moran <pmoran@rfclaw.com>; Sara J. Schroeder <sschroeder@jsotoslaw.com>; TBallard@jsotoslaw.com; arthur@loevy.com; brooks@loevy.com; gyamin <gyamin@jsotoslaw.com>; jon@loevy.com; mhunt@jsotoslaw.com; sam@loevy.com; spence@loevy.com; steve@greenbergcd.com; toppel@loevy.com
**Subject:** Re: Day v Boudreau - Notices and Subpoenas re Russano

Andrew,

I completely forgot about this after court yesterday. While we are obviously open to extending the expert discovery schedule, I think we can and should be able to get it done more quickly than this schedule allows.

Plaintiff proposes setting deposition dates for Russano and Clark now. If Hood is done by the end of July, we should be able to get those two depositions done by the end of August. We will be filing a motion on your request to re-depose Miller and Leo shortly, but even if the Court overrules our objection, I do not think you need a month to depose two experts you have already deposed and whose reports you are already familiar with.

Plaintiff would therefore propose moving the schedule you proposed up by two weeks globally. That would also potentially avoid having deadlines as close to the holidays.

Thanks,

Gayle

On Thu, Jun 8, 2023 at 2:13 PM Andrew Grill <agrill@rfclaw.com> wrote:

> Gayle,
>
> Here is Defendants' proposal.  This gives Defendants 2 months to depose Pl's experts starting after the Hood/Washington trial concludes at the end of July.  I believe this proposal is reasonable, in part, because Pl has 3 months to depose our experts under the current schedule (defendants' disclose on 8/7 and disco closes on 11/10) and Defendants expect to depose all 4 of Plaintiff's experts.

| Event | Current date | proposed new date |
|---|---|---|
| Defendants depose Plaintiff's experts | 6/15/2023 | 9/29/2023 |
| Defendants disclose their expert reports | 8/7/2023 | 11/30/2023 |
| Plaintiff's rebuttal reports to be disclosed | 9/11/2023 | 12/29/2023 |

| | | |
|---|---|---|
| Defendants depose Plaintiff's rebuttal experts | 11/10/2023 | 2/29/2024 |
| Expert Discovery Close Date | 11/10/2023 | 2/29/2024 |
| MSJ Motions due by | 12/18/2023 | 3/29/2024 |
| MSJ Responses due by | 1/19/2024 | 4/30/2024 |
| MSJ Replies due by | 2/19/2024 | 5/31/2024 |

Happy to talk more about this, if you need.

Thanks,

Andrew

Andrew J. Grill

**Rock Fusco & Connelly, LLC**

333 W. Wacker Dr.

19th Floor

Chicago, Illinois 60606

312.970.3422 (office)

312.494.1001 (fax)

[708.710.7838](tel:708.710.7838) (cell)

[agrill@rfclaw.com](mailto:agrill@rfclaw.com)

[http://www.rfclaw.com](http://www.rfclaw.com)



---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

---

**From:** Andrew Grill
**Sent:** Tuesday, June 6, 2023 10:19 AM
**To:** Gayle Horn <gayle@loevy.com>
**Cc:** Heather Lewis Donnell <heather@loevy.com>; Brittany D. Johnson <bjohnson@rfclaw.com>; Eileen E. Rosen <ERosen@rfclaw.com>; Izeta Causevic <icausevic@rfclaw.com>; Joseph M. Polick <JPolick@jsotoslaw.com>; Kara Hutson <khutson@rfclaw.com>; Lauren Ferrise <lferrise@rfclaw.com>; Patrick R. Moran <pmoran@rfclaw.com>; Sara J. Schroeder <sschroeder@jsotoslaw.com>; TBallard@jsotoslaw.com; arthur@loevy.com; brooks@loevy.com; gyamin <gyamin@jsotoslaw.com>; jon@loevy.com; mhunt@jsotoslaw.com; sam@loevy.com; spence@loevy.com; steve@greenbergcd.com; toppel@loevy.com
**Subject:** RE: Day v Boudreau - Notices and Subpoenas re Russano

Thanks for talking, Gayle.  I appreciate that we both recognize the need to revise the current discovery schedule in light of the trial demands our offices are currently under.  I will circulate a proposed revised expert/MSJ schedule later today or tomorrow so we can find some common ground to propose to the Court.  Talk to you soon.

-Andrew


Andrew J. Grill

**Rock Fusco & Connelly, LLC**

333 W. Wacker Dr.

19th Floor

Chicago, Illinois 60606

312.970.3422 (office)

312.494.1001 (fax)

708.710.7838 (cell)

[agrill@rfclaw.com](mailto:agrill@rfclaw.com)

[http://www.rfclaw.com](http://www.rfclaw.com)



---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

---

**From:** Gayle Horn <[gayle@loevy.com](mailto:gayle@loevy.com)>
**Sent:** Monday, June 5, 2023 5:36 PM
**To:** Andrew Grill <[agrill@rfclaw.com](mailto:agrill@rfclaw.com)>
**Cc:** Heather Lewis Donnell <[heather@loevy.com](mailto:heather@loevy.com)>; Brittany D. Johnson <[bjohnson@rfclaw.com](mailto:bjohnson@rfclaw.com)>; Eileen E. Rosen <[ERosen@rfclaw.com](mailto:ERosen@rfclaw.com)>; Izeta Causevic <[icausevic@rfclaw.com](mailto:icausevic@rfclaw.com)>; Joseph M. Polick <[JPolick@jsotoslaw.com](mailto:JPolick@jsotoslaw.com)>; Kara Hutson <[khutson@rfclaw.com](mailto:khutson@rfclaw.com)>; Lauren Ferrise <[lferrise@rfclaw.com](mailto:lferrise@rfclaw.com)>; Patrick R. Moran <[pmoran@rfclaw.com](mailto:pmoran@rfclaw.com)>; Sara J. Schroeder <[sschroeder@jsotoslaw.com](mailto:sschroeder@jsotoslaw.com)>; [TBallard@jsotoslaw.com](mailto:TBallard@jsotoslaw.com); [arthur@loevy.com](mailto:arthur@loevy.com); [brooks@loevy.com](mailto:brooks@loevy.com); gyamin <[gyamin@jsotoslaw.com](mailto:gyamin@jsotoslaw.com)>; [jon@loevy.com](mailto:jon@loevy.com); [mhunt@jsotoslaw.com](mailto:mhunt@jsotoslaw.com); [sam@loevy.com](mailto:sam@loevy.com); [spence@loevy.com](mailto:spence@loevy.com); [steve@greenbergcd.com](mailto:steve@greenbergcd.com); [toppel@loevy.com](mailto:toppel@loevy.com)
**Subject:** Re: Day v Boudreau - Notices and Subpoenas re Russano

Andrew,

I can be free then.

I'm at 312-285-4409.

Thanks,

Gayle

On Mon, Jun 5, 2023 at 12:14 PM Andrew Grill <agrill@rfclaw.com> wrote:

Heather, my day is filing up much quicker than I thought.  Can we do the call tomorrow morning?  Say, 10 am?

Andrew J. Grill

**Rock Fusco & Connelly, LLC**

333 W. Wacker Dr.

19th Floor

Chicago, Illinois 60606

312.970.3422 (office)

312.494.1001 (fax)

708.710.7838 (cell)

agrill@rfclaw.com

http://www.rfclaw.com



_____

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**From:** Heather Lewis Donnell <heather@loevy.com>
**Sent:** Monday, June 5, 2023 8:06 AM
**To:** Andrew Grill <agrill@rfclaw.com>
**Cc:** Brittany D. Johnson <bjohnson@rfclaw.com>; Eileen E. Rosen <ERosen@rfclaw.com>; Gayle Horn <gayle@loevy.com>; Izeta Causevic <icausevic@rfclaw.com>; Joseph M. Polick <JPolick@jsotoslaw.com>; Kara Hutson <khutson@rfclaw.com>; Lauren Ferrise <lferrise@rfclaw.com>; Patrick R. Moran <pmoran@rfclaw.com>; Sara J. Schroeder <sschroeder@jsotoslaw.com>; TBallard@jsotoslaw.com; arthur@loevy.com; brooks@loevy.com; gyamin <gyamin@jsotoslaw.com>; jon@loevy.com; mhunt@jsotoslaw.com; sam@loevy.com; spence@loevy.com; steve@greenbergcd.com; toppel@loevy.com
**Subject:** Re: Day v Boudreau - Notices and Subpoenas re Russano

Andrew

I am available today. How about 1pm?

Heather

On Mon, Jun 5, 2023 at 7:30 AM Andrew Grill <agrill@rfclaw.com> wrote:

> Gayle/Heather,
>
> What's your availability to have a call about this this afternoon or tomorrow?
>
> Thanks,
>
> Andrew

Andrew J. Grill

**Rock Fusco & Connelly, LLC**

333 W. Wacker Dr.

19th Floor

Chicago, Illinois 60606

312.970.3422 (office)

312.494.1001 (fax)

<u>708.710.7838</u> (cell)

[agrill@rfclaw.com](mailto:agrill@rfclaw.com)

[http://www.rfclaw.com](http://www.rfclaw.com)



---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**From:** Gayle Horn <[gayle@loevy.com](mailto:gayle@loevy.com)>
**Sent:** Wednesday, May 31, 2023 2:55 PM
**To:** Izeta Causevic <[icausevic@rfclaw.com](mailto:icausevic@rfclaw.com)>
**Cc:** [heather@loevy.com](mailto:heather@loevy.com); [spence@loevy.com](mailto:spence@loevy.com); [arthur@loevy.com](mailto:arthur@loevy.com); [sam@loevy.com](mailto:sam@loevy.com); [jon@loevy.com](mailto:jon@loevy.com); [brooks@loevy.com](mailto:brooks@loevy.com); [toppel@loevy.com](mailto:toppel@loevy.com); [steve@greenbergcd.com](mailto:steve@greenbergcd.com); gyamin <[gyamin@jsotoslaw.com](mailto:gyamin@jsotoslaw.com)>; Joseph M. Polick <[JPolick@jsotoslaw.com](mailto:JPolick@jsotoslaw.com)>; Sara J. Schroeder <[sschroeder@jsotoslaw.com](mailto:sschroeder@jsotoslaw.com)>; [mhunt@jsotoslaw.com](mailto:mhunt@jsotoslaw.com); [TBallard@jsotoslaw.com](mailto:TBallard@jsotoslaw.com); Eileen E. Rosen <[ERosen@rfclaw.com](mailto:ERosen@rfclaw.com)>; Andrew Grill <[agrill@rfclaw.com](mailto:agrill@rfclaw.com)>; Brittany D. Johnson <[bjohnson@rfclaw.com](mailto:bjohnson@rfclaw.com)>; Patrick R. Moran <[pmoran@rfclaw.com](mailto:pmoran@rfclaw.com)>; Lauren Ferrise <[lferrise@rfclaw.com](mailto:lferrise@rfclaw.com)>; Kara Hutson <[khutson@rfclaw.com](mailto:khutson@rfclaw.com)>
**Subject:** Re: Day v Boudreau - Notices and Subpoenas re Russano

Counsel:

Dr. Russano is not available on the 15th for her deposition.

Can you please propose alternative dates?

Thanks.

On Thu, May 25, 2023 at 3:56 PM Izeta Causevic <icausevic@rfclaw.com> wrote:

Counsel,

Please see attached Notice of Deposition Subpoena, Deposition Subpoena, Notice of Records Subpoena, and Records Subpoena re: Expert Russano.

Thank you,

Izeta Causevic

Paralegal

**Rock Fusco & Connelly, LLC**

333 W. Wacker Drive, 19th Floor

Chicago, Illinois 60606

312.494.1000 ext. 441 (p) I 312.494.1001 (f)

icausevic@rfclaw.com I http://www.rfclaw.com



--
Heather Lewis Donnell
**LOEVY & LOEVY**
311 North Aberdeen
Third Floor
Chicago, Illinois 60607
Tel: 312-789-4970 (Direct)

Fax: 312-243-5902
heather@loevy.com