# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Arnold Day
                         Plaintiff,

v.                                            Case No.: 1:19−cv−07286
                                                   Honorable Sara L. Ellis

Kenneth Boudreau, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 12, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 9/12/2023. Dr. Melissa Russano's, Plaintiff's and Third−Party Evocavi, LLC's motion to quash Defendant's subpoenas *duces tecum* issued to Dr. Russano and Evocavi, LLC [205] is granted in part and denied in part for the reasons stated on the record. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.