IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARNOLD DAY, | ) |
|     Plaintiff, | ) Case No. 19-cv-7286 <br> ) <br> ) |
| v. | ) Hon. Sara L. Ellis, District Judge <br> ) |
| KENNETH BOUDREAU, *et al.*, | ) <br> ) Magistrate Judge Jeffrey Cummings |
|     Defendants. | ) |

**THE PARTIES' JOINT MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS AND THEIR MOTION TO RESOLVE DISPUTED FACTS UNDER SEAL**

Defendants, Kenneth Boudreau, Jude Evans, Dan McWeeny, Anthony Watson and Marty Radtke ("Defendant Officers") and Plaintiff, Arnold Day, (collectively "the Parties"), by and through their undersigned attorneys, move this Honorable Court for leave to file their Joint Motion to Resolve Disputed Facts and certain exhibits to their Joint Motion to Resolve Disputed Facts under seal, and in support thereof, state as follows:

The Parties are filing their Joint Motion to Resolve Disputed Facts on July 26, 2024. While preparing the Parties' Joint Motion to Resolve Disputed Facts and the corresponding exhibits to the Motion, the undersigned counsel determined that the motion and certain exhibits to the motion contain sensitive information, and/or are marked confidential, and will therefore, need to be filed under seal.

WHEREFORE, Defendants, Kenneth Boudreau, Jude Evans, Dan McWeeny, Anthony Watson and Marty Radtke and Plaintiff, Arnold Day, respectfully request that this Honorable Court enter an order granting them leave to file their Joint Motion to Resolve Disputed Facts and certain corresponding exhibits to their Joint Motion to Resolve Disputed Facts under seal, and for any and all other relief that this Court deems just and appropriate.

|  |  |
|---|---|
| ARNOLD DAY | Respectfully submitted, |
|  | KENNETH BOUDREAU |
|  | JUDE EVANS |
| By:/s/ *Gayle Horn* | DAN MCWEENY |
| One of Plaintiff's Attorneys | ANTHONY WATSON |
|  | MARY RADTKE |
| Arthur Loevy |  |
| Jon Loevy | By: /s/ *Brittany D. Johnson-Delgado* |
| Gayle Horn |  |
| Sam Heppell | Eileen E. Rosen |
| Renee Spence | Patrick R. Moran |
| LOEVY & LOEVY | Andrew J. Grill |
| 311 N. Aberdeen St. | Brittany D. Johnson-Delgado |
| Chicago, IL 60607 | Special Assistant Corporation Counsel |
| (312) 243-5900 (phone) | Rock, Fusco & Connelly, LLC |
| (312) 243-5902 (fax) | 333 W. Wacker, 19th Floor |
|  | Chicago, IL 60606 |
| Steve Greenburg | (312) 494-1000 |
| GREENBERG TRIAL LAWYERS, LTD. | erosen@rfclaw.com |
| 53 W. Jackson Blvd, Suite 1260 | pmoran@rfclaw.com |
| Chicago, IL 60604 | agrill@rfclaw.com |
| (312) 879-9500 (phone) | bjohnson@rfclaw.com |
| (312) 650-8244 (fax) |  |
| steve@greenbergcd.com |  |