IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

### EXHIBIT INDEX TO THE PARTIES' JOINT MOTION TO RESOLVE DISPUTED FACTS

| Exhibit No. | Description |
|---|---|
| 3 | 1994 06 22 Arnold Day Testimony (Erving Murder Trial) |
| 4 | Deposition of Arnold Day (*Jakes v. City, et al.*) |
| 5 | *FILED UNDER SEAL* Juvenile Records of Arnold Day |
| 10 | Deposition of Arnold Day (*Day v. City et al*) |
| 11 | Deposition of Arnold Day (Hill v. City, et al) |
| 12 | Anthony Watson Trial Testimony |
| 17 | August 31, 2001, Deposition of Krona Taylor |
| 20 | June 14, 2022 Deposition of Michael Duffin |
| 21 | November 17, 2022 Deposition of Dan McWeeny |
| 24 | May 17, 1991 Supplementary Report |
| 27 | May 17, 1991 GPR (McWeeny) |
| 30 | May 18, 1991 GPR (McWeeny) |
| 31 | 1991 05 17 GPR (Duffin - 3rd Watch) |
| 32 | January 15, 2007 Affidavit of Krona Taylor |
| 37 | White-Hargrove Supplemental Report |
| 38 | September 9, 2013, Deposition of Lester White |
| 40 | December 2, 1992, Mtn. to Suppress Transcript |
| 41 | April 13, 2021, Deposition of Kenneth Boudreau (*Jakes v. Boudreau, et al.*) |
| 44 | November 17, 2021 Deposition of Arnold Day (*Jakes v. Boudreau, et al.*) |
| 45 | Day Statement in Garcia (Feb. 4, 1999) |
| 47 | Day Trial Testimony (Garcia) |
| 48 | Criminal Trial Transcripts (People v. Day) |
| 50 | Plaintiff's Second Supplemental Response to Radtke's Interrogatories |
| 51 | Krona Taylor Statement to Katz |
| 52 | Deposition of Katz |
| 54 | January 5, 2007 Krona Taylor Affidavit |
| 55 | Greenberg text to Craft |

| | |
|---|---|
| 56 | Record of Proceeding (People v. Day) |
| 58 | 2009 02 05 Affidavit of Krona Taylor |
| 59 | Deposition of Jerome Craft |
| 60 | Supplemental Report re Lamark Taylor Murder |
| 61 | Inventory for S&W 9mm (Inv. No. 885027) |
| 63 | Summary Findings re Firearms Evidence |
| 64 | Deposition of James Treacy |
| 66 | O'Connor March 25, 1992 Letter to ERPS |
| 67 | O'Connor June 1, 1992 Letter to ERPS |
| 68 | 1992 06 10 CCSAO Notes re Antonio Thomas |
| 69 | 1994 06 22 Mtn. in *Limine* Report of Proceedings re Firearms Evidence |
| 70 | Expert Report of John Mallul |
| 71 | January 25, 2024 Deposition of John Mallul |
| 72 | Deposition of Clark |
| 74 | Day Affidavit |
| 75 | September 29, 2001, Deposition of Anthony Jakes |
| 80 | December 7, 2021 Deposition of Ralph Watson |
| 82 | Watson Armed Robbery Police Reports |
| 83 | Supplemental Report re: Bradford Plough Armed Robbery |
| 84 | Ralph Watson Arrest Report for Armed Robberies |
| 85 | Ralph Watson Arrest Information Card |
| 86 | Deposition of Kenneth Boudreau |
| 87 | Clearing Report re: Multiple Watson Armed Robberies |
| 89 | IDOC Offender Custody History (Watson) |
| 90 | Ralph Watson Letters |
| 91 | Denardo Triplett Affidavit |
| 92 | 8/12/92 ASA Memo |
| 93 | 1993 12 15 Watson Statement for Katz |
| 94 | 2007 06 29 Affidavit of Ralph Watson |
| 96 | IDOC Visitor Approval re Katz |
| 98 | *FILED UNDER SEAL* Day Letter to Edward Robinson |
| 99 | December 19, 2022 Deposition of Edward Robinson |
| 100 | 2009 04 06 Affidavit of Edward Robinson |
| 102 | Motion to Suppress Transcripts |
| 109 | Certified UPCS Disposition |
| 111 | Investigative File Inventory |
| 112 | Deposition of Lennard Erving |
| 114 | Expert Report of Roger Clark |
| 115 | Irving Homicide Investigative File (RD P-223384) |
| 116 | 1993 04 12_Transcript - Day 92CR5073 and 91CR23002 |
| 118 | Plaintiff's Supplemental Response to Watson's Interrogatories |
| 121 | Evidence Receipt re Watson Letters |
| 122 | 1995 07 31 Revised Mittimus |
| 125 | Pro Se Post-Conviction Petition |
| 127 | Chicago Police Department Detective Division Standard Operating Procedures |

| 128 | Permanent Retention File |
|---|---|
| 129 | 1992 Detective Division Standard Operating Procedures |
| 131 | Marcus Chatman Arrest Form |
| 132 | Marcus Chatman Criminal History |
| 140 | Day Statement in Erving |
| 142 | FUS Deposition of Louis Ceasar dated December 16, 2020 |
| 144 | Jakes post conviction testimony dated August 4, 2015 |
| 145 | General Order 87-7 |
| 146 | Anthony Jake's Statement taken September 17, 1991 |
| 147 | Jakes Motion to Quash Testimony dated November 18, 1992 |
| 149 | Order Vacating Jakes Conviction |
| 150 | Order Granting Jakes COI Certificate |
| 151 | James Hickey Deposition dated July 29, 2014 |
| 152 | Exhibit No. 2 from Hickey Deposition |
| 153 | Plaintiff's Certificate of Innocence |
| 154 | Affidavit of Darren Triplett dated July 15, 2007 |
| 155 | Darren Triplett Offender Custody History |
| 156 | *FILED UNDER SEAL* Tennelle Jones Arrest Report |
| 157 | Tennelle Jones Deposition dated September 29, 2022 |
| 158 | Evans Deposition Testimony |
| 159 | Melissa Russano Report |
| 160 | IDOC Subpoena |
| 163 | Cassandra Taylor Deposition |