IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO VOLUNTARILY
DISMISS WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed between the Parties, by their respective attorneys, that the following claims against the listed Defendants shall be dismissed with prejudice, with no admission of fault or liability:

1. All claims against Defendants James Brennan, Michael Kill, Anthony Watson, and Marty Radtke;

2. Counts I, II, IV, V and VII as alleged against Defendant Daniel McWeeny.


ARNOLD DAY

By: *s/ Renee Spence*
One of His Attorneys

Arthur Loevy
Jon Loevy
Gayle Horn
Heather Lewis Donnell
Renee Spence
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900 (phone)
arthur@loevy.com

CITY OF CHICAGO

By: */s/ James G. Sotos.*
Special Assistant Corporation Counsel

James G. Sotos
George J. Yamin Jr.
Joseph M. Polick
The Sotos Law Firm, P.C.
141 W. Jackson Blvd, Ste. 1240A
Chicago, IL 6064
Tel: (630) 735-3300
gyamin@jsotoslaw.com

1

jon@loevy.com
heather@loevy.com
gayle@loevy.com
spence@loevy.com

KENNETH BOUDREAU, WIILAM FOLEY, JUDE EVANS, MICHAEL KILL, DAN MCWEENY, JAMES BRENNON, ANTHONY WATSON, AND MARTY RADKE


By: *s/ Andrew J. Grill*
Special Assistant Corporation Counsel

Eileen E. Rosen
Patrick R. Moran
Andrew J. Grill
Brittany D. Johnson
Rock Fusco & Connelly, LLC
321 N. Clark St., Ste. 2200
Chicago, IL 60654
(312) 494-1000 (phone)
erosen@rfclaw.com
pmoran@rfclaw.com
agrill@rfclaw.com
bjohnson@rfclaw.com