**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARNOLD DAY, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-7286 |
| ) | |
| v. ) | Hon. Sara L. Ellis |
| ) | District Judge |
| KENNETH BOUDREAU, *et al.*, ) | |
| ) | Magistrate Judge Jeffrey Cummings |
| Defendants. ) | |

# Exhibit 150

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

v.　　　　　　　　　　　　　　　　　　　　　　　No.: 92CR5073

__Anthony Jakes__,
　　　　　　　　　Defendant/Petitioner

## ORDER GRANTING CERTIFICATE OF INNOCENCE

This cause comes before the Court on the Defendant/Petitioner's Petition for Certificate of Innocence pursuant to 735 ILCS 5/2-702. The Court being fully advised finds by a preponderance of evidence that:

1. [X] The Defendant/Petitioner was convicted of one or more than one felony by the State of Illinois in the County of Cook and was subsequently sentenced to a term of imprisonment, and has served all or any part of the sentence;

2. [X] The Defendant/Petitioner's judgment or conviction was reversed or vacated and the indictment or information dismissed or, [X] a new trial was ordered and either s/he was found not guilty at the new trial or s/he was not retried and the indictment or information is dismissed; or [ ] the statute, or application thereof, on which the indictment or information was based violated the Constitution of the United States or the State of Illinois;

3. [ ] The Defendant/Petitioner's indictment or information was dismissed or s/he was acquitted and a Petition was filed within 2 years of the dismissal of the indictment or information or acquittal;

4. [X] The Defendant/Petitioner is innocent of the offenses charged in the indictment or information or [ ] Defendant/Petitioner's acts or omissions charged in the indictment or information did not constitute a felony or misdemeanor against the State;

5. [X] The Defendant/Petitioner did not by his/her own conduct voluntarily cause or bring about his/her conviction.

IT IS THERFORE ORDERED as follows:

1. That the Petition for a Certificate of Innocence is GRANTED.

2. That the Clerk of the Circuit Court shall transmit a copy of the Certificate of Innocence to the Clerk of the Court of Claims, together with the Defendant/Petitioner's current address as indicated on the Petition.

ENTERED:

JUDGE LEROY K. MARTIN-1844
JUN 07 2019
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Dated: _____,　　　　　　　　__/s/ LeRoy K. Martin__
　　　　　　　　　　　　　　　　　　　　　　　Judge　　　　　　　　Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS