**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

# Exhibit 152

PO-1

To: Raymond Clark, Acting Chief
Detective Division

From: Sergeant Thomas Brady, #1764
Field Group - South

Sergeant John Tolley, #1955
Field Group - North

Subject: RECORDS SURVEY & RECOMMENDATIONS

Based on two (2) recent studies, it has been determined that the six (6) Detective Division Field Areas have the following similarities in their administrative filing systems.

### NUMERICAL SEQUENCE (R.D.) FILES

- Maintained by civilian or sworn personnel assigned to clerical duties

- Original Case and Supplementary Case Reports on all but Homicide; Original Case Report only on Homicide

- Retention schedule of six (6) months

- All six (6) Areas; Violent Crimes Unit

### M.O. FILE

- Maintained by civilian or sworn personnel assigned to clerical duties

- Supplementary Case Reports only in Sex, Robbery, and Burglary categories

- Retention schedule of one (1) year

- All six (6) Areas

### UNIT FILES (Open Homicides/Cleared Homicides)

- Maintained by sworn personnel assigned to clerical duties and closely supervised by Sergeants

- Contain only official documents, i.e., Case Reports, Supplementary Reports, Consent to Search Forms, Coroner's Protocol, Autopsy Report, Crime Lab reports, and copies of statements

EXHIBIT 1

EXHIBIT 2

continued...

Hampton v. City of Chicago
12 C 5640

RFC 1082
P 2457

DAY 052711

Subject: RECORDS SURVEY & RECOMMENDATIONS

- Open cases are kept indefinitely; closed cases are kept for one (1) year or until case has been disposed of in court

- All six (6) Areas; Violent Crimes Units

MEMO BOARD (Areas 2, 3, 5, and 6 only)

- Maintained in Areas 2, 5, an 6 by Supervising Sergeant and Detectives. Copies of Homicide Case Report, Supplementary Reports, and memos are kept on this board for ready reference while case is "hot". This board is also used to pass information on to other members of the Unit.

- A more formal "Hot Board" in Area 3 is maintained by the Sergeant only and contains the pink copy of Supplementary Reports; additional bits of information on individual cases are stapled to original report. This is a duplication of the "Street File"

- Areas 1 and 4 do not have a "Memo/Hot Board" of any type.

- Retention schedules vary on these boards and are dictated by space.

STREET FILES (Running File in Area 3; Unit File in Area 4)

- Utilized by each Area with the exception of Area 4

- Maintained by Detectives in each Area; passed from team to team by Supervisors in Areas 1 and 2. It is considered the property of the Detectives working on the case, but space is provided for storage either in filing cabinets or desk drawers.

- Areas using "Street Files" keep various notes, memos, and bits of information on the case in these files, which are used to communicate steps taken, steps to be taken, and personal opinions of one Detective to another.

- Maintained for life span of the investigation; disposed of by the Detective making the Cleared/Closing Report after an arrest.

- In Area 4, the "Unit File" serves as the "Street File", and is controlled by the Detective signing the C.O. Book when removing the file. Upon submission of a Closing/Supplementary Report, the Detective will purge all non-essential material from the "Unit File".

- Violent Crimes Units

continued...

Hampton v. City of Chicago
12 C 5640

RFC 1083
P 2458

DAY 052712

Subject: RECORDS SURVEY & RECOMMENDATIONS

COURT FILES (Area 1 Violent Crimes; Areas 5 and 6 Property Crimes)

- Maintained by individual Officers in each Unit indicated above; kept by name of Detective. Unit merely provides space for storage.

## CAN THE DETECTIVE DIVISION DEVELOP A UNIFORM POLICY REGARDING "STREET FILES"?

PROBLEM – At present, the main component of a "Street File" is the memorandum sheet or "memo", which often contains opinions, conclusions, and investigative direction of the Detectives assigned to the case. Additionally, the "Street Files" contain other Case and Supplementary Reports pertaining to non-related cases which are utilized in suspect elimination and identification. Detectives will also insert into the "Street File" victims' personal papers such as telephone books, Drivers License, or photos of the victim or suspects. Personal notes of the Detectives, used to compile the investigation, are also inserted into the "Street File".

At present, these memos, notes, non-related Case Reports, and victims' personal papers are subject to disclosure to defense attorneys if they are maintained by the investigating Unit.

### ALTERNATIVE NO. 1

### ELIMINATE "STREET FILES"

Maintain only a Unit File of the unsolved investigation which would contain only official Department reports.

Such elimination of "Street Files" would require much more supervisorial management of the investigation of unsolved cases. The Sergeants or Lieutenants would requisitely engage in the course the investigation is taking and the passing of investigative steps accomplished and those to be taken from off-going Detectives to relieving personnel. Supervisors taking a more active part in the investigation would also be required to pass on and receive investigative case status with Unit Supervisors assigned to other Watches in order to maintain continuity and investigative direction.

### DETECTIVE RESPONSIBILITY

1. Document their investigative finding in the form of a formal Supplementary Report at the end of their tour of duty.

    A. Their Supplementary Report should contain only previously unreported investigative matters germane to that particular investigation only.

    B. Their Supplementary Report should not contain opinions, conclusions, or anything that cannot be substantiated as fact.

continued...

Hampton v. City of Chicago
12 C 5640

RFC 1084
P 2459

DAY 052713

Subject: RECORDS SURVEY & RECOMMENDATIONS

C. Their Supplementary Report should reflect the professionalism of the investigation portion they conducted with no levity or unrelated remarks in the narrative.

D. Their Supplementary Report should be suitable for court case presentation and contain adequate information for them to testify if necessary.

E. The investigating Detectives would also be required to verbally brief the on-duty Watch Commander or Sergeant as to investigative steps taken, and those necessary, so that the Supervisor could uphold the continuity of the investigation by passing on that information.

F. At the conclusion of the investigation, with the charging of an offender(s), the Detectives assigned to submit the Cleared/Closing Report would document the entire investigation from start to finish, utilizing the Supplementary Reports of Detectives who supplied investigative information to compile a clear comprehensive Closing Report.

G. Detectives obtaining personal papers or photos that were the property of the victim would either inventory the items or return them to the victim's family.

H. Hand-written confessions or other evidentiary items, including Consent to Search Forms, Release of Medical Information Forms, etc., should be inventoried.

## SUPERVISORY RESPONSIBILITIES

Supervisors would be required to be knowledgeable of any unsolved investigation and take a direct part in the direction of the investigation, constantly monitoring the progress and quality of investigative steps.

Supervisors would confer with Detectives to determine what new information was obtained by them, ensure the information was documented in a Supplementary Report, and pass on the information and next investigative steps to be taken to the investigating Detectives on the next Watch. The Supervisor would also confer with the Supervisors on the preceding and following Watches regarding the investigation.

## ALTERNATIVE NO. 2

### MAINTAIN "STREET FILE" BUT ELIMINATE MEMORANDUM

Another alternative would be to maintain "Street Files", inserting into them only Department reports and other documents that would identify or eliminate suspects. Detectives would still be required to document newly developed information in the form of a formal Supplementary Report. All steps regarding the submission of Supplementary Reports previously mentioned herein under the "Detective Responsibility" heading would be adhered to.

The purpose of this "Street File" without memos or notes is not for duplicity, but to pass these official reports from one investigating team to another and to maintain continuity.

continued...

Hampton v. City of Chicago
12 C 5640

P 2460   RFC 1085

DAY 052714

Subject:            RECORDS SURVEY & RECOMMENDATIONS

         It is the opinion of the Reporting Officers that the information contained in the Unit Files is of much more significance than that contained in the Department Records Section. The Unit File contains I.R. Sheets, Medical Examiners Protocol, photos of the scene, Crime Lab reports and comparisons, Inventory Sheets, and several other important documents that shed light on the particular investigation. These documents are all obtainable if the particular Section or Department is notified, however, the only place they are all together is in the Unit File.

         It is recommended that at the closing of a case, i.e., when an arrest has been made, the Arrest and Clearing Report has been submitted, and the case is ready for court, the Unit File (Cleared Homicide) be sent to the Records Section. A comparison should then be made and any documents or report contained in the Unit File that is not in the Department Records Section could then be transferred, and duplicates could be disposed of at that time.

         This procedure would render useless the subpoenaing of Area records and would ensure that the Department record is complete.

         Information necessary to complete the Murder Analysis Report can be transmitted to the Crime Analysis Unit prior to sending the Unit File to the Records Section.

*[signature]*
Sergeant Thomas Brady, #1764
Field Group - South

*[signature]*
Sergeant John Tolley, #1955
Field Group - North

---

Hampton v. City of Chicago
12 C 5640

RFC 1086
P 2461

DAY 052715