**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

# Exhibit 154

```
STATE OF ILLINOIS    )
                     )  SS
COUNTY OF COOK       )
```

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

```
ARNOLD DAY,                          )
                                     )   Indictment No. 92 CR 5074
              Petitioner,            )
                                     )
                                     )
   - vs -                            )
                                     )
                                     )
PEOPLE OF THE STATE OF ILLINOIS,     )   The Honorable Thomas P. Durkin,
                                     )   Judge Presiding.
              Respondent.            )
```

## AFFIDAVIT

I, Darren Triplett, under oath and penalty of perjury, state as follows:

1. My name is Darren Triplett. I am 37 years old and competent to testify.

2. I am giving this statement of my own free will. No promises or threats have been made to me.

3. On May 17, 1991, I was incarcerated in the Illinois Department of Corrections as records will reflect. I was incarcerated on December 27, 1990 and released June 12, 1991.

4. I was not involved in the murder of Jerrod Irving on or about May 17, 1991, nor did I witness anyone plan or participate in the murder of Jerrod Irving at any time.

5. I was never interviewed or interrogated by anyone from the Chicago Police Department or State's Attorney's Office regarding the murder of Jerrod Irving.



5. Prior to January 1992, I had interacted with Detective Boudreau, including being interrogated for a murder for which I was never charged and had nothing to do with.

Dated this 15th day of July, 2007:

*Darren R. Triplett*
Darren Triplett

Subscribed and sworn before me on this 15th day of July, 2007

OFFICIAL SEAL
**ELIZABETH COTTER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-13-2009

*Elizabeth Cotter*
Notary Public, State of Illinois

2

DAY 000032