**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

# Exhibit 165

Order                                                    (Rev. 02/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

v.                                          No. 9Z CR 0507401

Arnold Day

### ORDER

This matter coming before the Court on defendant's Post Conviction Petition and TIRC referral, and the court being fully advised in the premises,

IT IS ORDERED:

1) The Conviction of Arnold Day for murder is vacated;

2) On motion of the State this case is Nolle pros.

Attorney No.: 15703

Name: Greenberg

Atty. for: Day

Address: 53 W. Jackson, 1760

City/State/Zip: Chicago IL 60604

Telephone: 312-879-9500

ENTERED
JUDGE PEGGY CHIAMPAS-1949
DEC 18 2018
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

ENTERED:

Dated: 12/18/18

Judge                    Judge's No.

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS