IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

## **PLAINTIFF'S LIST OF ADDITIONAL EXHIBITS**

Ex. 167   1988 Detective Division Standard Operating Procedure

Ex. 168   Special Order 83-2

Ex. 169   To/From regarding Records Survey & Reconsideration

Ex. 170   To/From regarding Working Files

Ex. 171   James Hickey Trial Testimony in *Rivera v. Guevara et al.* 12-cv-4428

Ex. 172   James Hickey Deposition in *Kluppelberg v. Burge et al.* 13-cv-3963

Ex. 173   April 27, 1983 Order in *Palmer, et al. v. City of Chicago,* No. 82 cv 2349 (N.D. Ill. Apr. 23, 1983

Ex. 174   Special Order 83-1

Ex. 175   Michael Brasfield Report in *Kluppelberg v. Burge et al.* 13-cv-3963

Ex. 176   Michael Brasfield Report in *Rivera v. Guevara et al.* 12-cv-4428

Ex. 177   Special Order 86-2

Ex. 178   *Fields v. City of Chicago et al.* 10-cv-1168 Verdict Form

Ex. 179   Judgment, *Fields v. City of Chicago*, 981 F.3d 534, 563 (7th Cir. 2020), rehearing and hearing en banc denied (Jan. 25, 2021)

Ex. 180   August 7, 2017 Collateral Estoppel Order in *Kluppelberg v. Burge et al.* 13-cv-3963

Ex. 181   June 29, 2018 *Rivera v. Guevara et al.* 12-cv-4428 Order Entering Verdict

Ex. 182   *Rivera v. Guevara et al.* 12-cv-4428 Jury Instructions

Ex. 183    Firearm Receipt and Worksheet

Ex. 184    Motion to Suppress Pleading in *People v. Day*

Ex. 185    1992 Day ASA Statement regarding Homicide of Jerrod Erving

Ex. 186    *People v. Day* Docket

Ex. 187    February 18, 1992 Supplemental Report

Ex. 188    August 1, 1994 Sentencing Transcript

Ex. 189    Order of Sentence and Commitment

Ex. 190    Deposition of Harold Hill in *Hill v. City of Chicago et al.* 06-cv-6772

Ex. 191    Chicago Police Department Complaint Register #194392 Summary Report

Ex. 192    March 23, 1992 Supplementary Report regarding Harold Hill