**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

# Exhibit 170

DETECTIVE DIVISION
Area 3

21 April 1982

TO: Raymond Clark, Acting Chief
Detective Division

FROM: John T. Stibich, Commander
Area 3 Detective Division

SUBJECT: Working Files

DEFINITION: A file containing all official reports, documents, memos, requests from one detective to another, crime scene photographs, and any other pertinent information necessary for a detective to possess while conducting an official investigation. This file should be available to the detective(s) assigned, by a supervisor, to an investigation and should receive such file directly from the supervisor. Detectives should be allowed to take this file on the street with them. At the end of the tour of duty the file should be returned to the supervisor.

## SHOULD WORKING FILES BE KEPT?

Yes, working files are necessary on major investigations (mainly Homicides) when there is more than one team of detectives working on same in a continuing investigation over all three watches. Detectives need this information available to them on the street. It would not be advisable to allow a detective to take the only official file on the street for fear of loss. It also serves as a means of communication from one detective to another when an official supplementary report is not prepared. Below are listed some, but not all, additional reasons for maintaining a working file:

- For the purpose of Inter-office correspondence.
- A running account of things accomplished and future things to be done.
- As a protection of the confidentiality of sources of information.
- ✶ As a forum for different detectives to give their respective view points, opinions, conjectures, suppositions, and "gut feelings" regarding a specific investigation.
- ✶ A documentation of the creditability of witnesses and/or suspects.
- As a safeguard against duplication of information by other detectives involved in the investigation.
- As a guide for a detective entering the specific investigation whereby he can immediately be brought up to date as to the progress of the investigation.

EXHIBIT 5

Hampton v. City of
12 C 5640


EXHIBIT 6
7-29-14

RFC 1092
P 2455

DAY 052720

DETECTIVE DIVISION
Area 3                            -2-                           21 April 1982

- As a means of eliminating witnesses and/or suspects.
- A listing of leads undertaken (sometimes false); (Not included in official reports).
- Used as a clearing house for all information received.
- A listing of information which later proves to be erroneous or given to detectives for self-serving purposes.
- A listing of information that later proves to be worthless and does not become an integral part of the investigation/court presentation.

## WHAT SHOULD BE INCLUDED IN THE WORKING FILES?

In addition to the above it should contain all reports and documents exactly like the official file. When a supplementary report is prepared, copies should be placed in both files. Original documents should always be placed in the official file and copies in the working file. Any memos from one detective to another suggesting the next course of action or avenue of investigation should remain intact in the working file. The supervising sergeant should assure that these memos are acted on and when action is completed a supplementary report should be prepared by the detective.

## WHAT SHOULD BE DONE WITH WORKING FILES?

Eventually the working files should be incorporated with the official file. Each file should contain the exact same documents. Any memos made by detectives should become a part of the official file if they contain any information that is pertinent to the investigation in question. Under no circumstances should detectives be allowed to have and maintain their own files. THERE SHOULD ONLY BE TWO FILES MAINTAINED, the official file and the working file. Both should be KEPT AND MAINTAINED IN THE UNIT OFFICE and under STRICT SUPERVISION OF DETECTIVE SERGEANTS. MORE RESPONSIBILITY AND ACCOUNT-ABILITY MUST REST ON UNIT SERGEANTS. At the conclusion of the investigation (Cleared/Closed/Arrest) all pertinent information and documentation should be transferred to the official file and the working file should then be discared.

John T. Stibich, Commander
Area 3 Detective Division

APPROVED: _____
Deputy Chief, Field Group South
Detective Division

Hampton v. City of Chicago
12 C 5640

RFC 1093
P 2456

DAY 052721