**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

# Exhibit 177

| DETECTIVE DIVISION SPECIAL ORDER | DATE OF ISSUE 10 April 1986 | EFFECTIVE DATE 10 April 1986 | NO. 86-2 |
|---|---|---|---|
| SUBJECT Material of an Investigative Nature That Is Suitable for Publication in the Department's Daily Bulletin | DISTRIBUTION | AMENDS | |
| RELATED DIRECTIVES General Order No. 83-9: Stop Orders Department Special Order No. 82-30: Daily Bulletin/Hot Sheet | | RESCINDS Detective Division Special Order No. 84-3 | |

I. PURPOSE

This order:

A. states Detective Division policy concerning material of an investigative nature which is suitable for publication in the Daily Bulletin;
B. cites Department directives which apply and provides excerpts of the related material;
C. describes the categories of wanted persons whose pictures and/or descriptions will appear in the Daily Bulletin;
D. sets forth procedures for submitting items for publication in the Daily Bulletin;
E. establishes responsibilities of Detective Division command personnel in this regard.

II. POLICY

Material of an investigative nature, which is published in the Daily Bulletin, provides sworn Department members with information concerning various individuals and property. The information that accompanies the photograph of a wanted person will determine the type of precautions to be taken when stopping, questioning, and, when appropriate, arresting the subject. Therefore, Detective Division personnel will submit material for the Daily Bulletin regarding persons or property in accordance with the procedures outlined in this directive.

III. AUTHORITY

A. Item III-A-1 of Department Special Order No. 82-30, entitled, "Daily Bulletin/Hot Sheet" states in part:

"Names or photos of wanted persons will not be used in the Daily Bulletin unless there is a stop order on file in the Identification Section, Records Division, or a warrant on file in the Central Warrant Unit, Field Inquiry Section."

B. Item II of Department General Order No. 83-9, entitled, "Stop Orders" states:

"II. DEFINITIONS AND LIMITATIONS

A. Stop Orders

A stop order is a request that an investigating unit be notified if a specific individual is arrested for an offense or that a computer record be made indicating that an arrest warrant is on file for a specific individual.

B. Record Stop Order

1. A record stop order is a request that the Identification Section post a notice on the Criminal History Sheet (CPD-31.903) of a specific individual indicating that the individual is wanted on a warrant or that a particular unit be notified if the individual is arrested for an offense.

2. Record stop orders will be purged only if the requesting officer or his unit commander requests that the stop order be cancelled. The procedure for cancelling a stop order is indicated in Item VII of this directive.

CITY 022054

Plaintiffs' Exhibit XXXX

C. Computer Stop Order

A computer stop order is a request that the name of a particular individual be entered in the LEADS or NCIC computer system. The computer stop will be placed in the LEADS computer system only if a felony warrant has been issued or is in the process of being obtained. The computer stop will be placed in the NCIC computer system only if a warrant has been issued for murder, attempt murder, a class "X" felony, possession of controlled substance or a warrant is in the process of being obtained for one of these offenses. In exceptional cases, and upon the approval of the Chief of the Detective Division, a felony warrant may be placed in the NCIC computer system for an offense other than those enumerated above.

D. Temporary Computer Stop Order

When an arrest warrant is in the process of being obtained and a computer stop order has been approved by the Chief of the Detective Division, a temporary entry may be made in the LEADS or NCIC computer system to prevent a wanted person from seeking refuge across jurisdictional boundaries while circumstances prevent the immediate acquisition of a warrant. Such temporary entries will be purged automatically 7 days after entry in the Hot Desk computer system and 48 hours after entry into the LEADS or NCIC computer system.

E. Limitations

A record stop order indicating an individual is wanted for investigation is not, per se, probable cause for an arrest. In computer stop orders, the probable cause is the fact that the person wanted has committed a crime for which a warrant has been issued."

IV. MATERIAL SUITABLE FOR PUBLICATION

The following items are suitable for publication in the Daily Bulletin:

A. Pictures, descriptions, or sketches of property that was stolen or used as tools or instruments during the course of a criminal offense.
B. Pictures and descriptions of persons wanted in criminal investigations wherein an arrest warrant has been issued.
C. Pictures and descriptions of persons wanted in criminal investigations wherein an arrest warrant has NOT been issued, but probable cause to arrest does exist, and a record stop order is in effect.
D. Composite sketches of unidentified offenders who are wanted for specific offenses.
E. Pictures of persons whom detectives seek to interview concerning a specific crime, for whom no arrest warrant has been issued and there is no probable cause to arrest. (In such instances, a record stop order _must_ be in effect.)
F. Material submitted by outside agencies or items for publication not covered above will be submitted to the Chief of Detectives.

V. PROCEDURES FOR SUBMITTING MATERIAL

Detective Division personnel must complete the current Department form, entitled, "Material Submitted for Use in the Daily Bulletin," CPD-11.463 (Rev. 12/82), and:

- 2 -

CITY 022055

Plaintiffs' Exhibit XXXX

A. When submitting pictures or sketches of property that was stolen during the course of a criminal offense, include the following:

1. The Records Division Number.
2. A description of the propety, including composition, size, color, and, when applicable, serial numbers.
3. Motor vehicle information should include the year, make, model, color, and, most important, the Vehicle Identification Number (VIN) with the State and City license numbers and the year of expiration if known.
4. Pertinent information regarding the crime.

B. When submitting pictures of persons wanted in criminal investigations wherein an arrest warrant has been issued, members will include the following:

1. A caption which reads:

    WANTED FOR (SPECIFIC CRIME)
    WARRANT ON FILE

2. The individual's personal data, which includes name, I.R. Number (or I.S.B. or F.B.I. Number), race, sex, age, physical description, alias(es), last known address, and information regarding vehicle(s) used.
3. The arrest warrant number.
4. The R.D. Number and pertinent information concerning the criminal offense(s) involved.
5. Description(s) of the weapon(s) and/or tools used, if applicable.
6. The unit to be notified when the wanted person is arrested.

C. When submitting pictures of persons wanted in criminal investigations wherein an arrest warrant has NOT been issued, but a stop order is on file and probable cause to arrest does exist, members will include the following:

1. A caption which reads:

    WANTED FOR (SPECIFIC CRIME)
    PROBABLE CAUSE TO ARREST
    NO WARRANT ON FILE
    RECORD STOP ORDER IN EFFECT

2. The individual's personal data, which includes name, I.R. Number (or I.S.B. or F.B.I. Number), race, sex, age, physical description, alias(es), last known address, and information regarding vehicle(s) used.
3. The R.D. Number and pertinent information concerning the criminal offense(s) involved.
4. Description(s) of the weapon(s) and/or tools used, if applicable.
5. Unit to be notified when wanted person is arrested.

D. When submitting composite sketches of wanted persons whose identity is unknown, members will include the following:

1. A caption which reads:

    WANTED FOR (SPECIFIC CRIME)

2. Physical description in detail.
3. Description of clothing worn by offender when the incident occurred.
4. The R.D. Number and pertinent information concerning the criminal offense(s) involved.

- 3 -

CITY 022056

Plaintiffs' Exhibit XXXX

 

     5. Description of weapon(s) and/or tools used and, where applicable, vehicle(s) used by the offender.
     6. Unit to be notified when a suspect is located or identified.

  E. When submitting pictures of persons whom detectives seek to interview concerning a specific crime, for whom no arrest warrant has been issued and there is no probable cause to arrest, members will include the following:

     1. A caption which reads:

> DETECTIVES SEEK TO INTERVIEW
> THIS INDIVIDUAL REGARDING
> A (SPECIFIC CRIME) INVESTIGATION
> NO WARRANT ON FILE
> NO PROBABLE CAUSE TO ARREST
> RECORD STOP ORDER IN EFFECT

     2. The individual's personal data, which includes name, I.R. Number (or I.S.B. or F.B.I. Number), race, sex, age, physical description, alias(es), last known address, and information regarding vehicle(s) owned and/or used by the subject.
     3. The R.D. Number and pertinent information regarding the criminal offense involved.
     4. The following closing statement:

> If you know of the whereabouts of this person, or if you have occasion to arrest him/her for a non-related offense, please make immediate notification to (unit to be notified) so that detectives may interview him/her.

VI. RESPONSIBILITIES OF DETECTIVE DIVISION COMMAND PERSONNEL

  A. Unit Commanding Officers

    When appropriate, unit commanding officers who receive material that has been prepared for publication in the Daily Bulletin will:

     1. verify that an arrest warrant has been issued, or
     2. ensure that probable cause to arrest has been established and thoroughly explained in a supplementary report;
     3. carefully review the information submitted in those instances in which detectives seek only to interview the subject and there is neither an arrest warrant nor probable cause to arrest;
     4. ascertain that a Record Stop Order is on file;
     5. approve and forward material submitted which is suitable for publication, through channels, to the appropriate deputy chief.

  B. Exempt Area and Section Commanders

    The Area and Section Commander will:

     1. review the subject material;
     2. disapprove material that is not suitable;
     3. return material found to be in need of correction to the affected unit commanding officer;

CITY 022057

Plaintiffs' Exhibit XXXX

 

    4. indicate approval of suitable material by affixing his initials beneath the signature of the approving unit commanding officer;
    5. forward approved material to the appropriate deputy chief.

C. Group Deputy Chiefs

Detective Division Deputy Chiefs will:

1. personally review material of an investigative nature which is submitted for publication in the Daily Bulletin before the form is forwarded to the Reproduction and Graphic Arts Section;
2. return, through channels, material that has been improperly prepared for publication but otherwise meets Department standards, together with instructions;
3. disapprove material that fails to meet established criteria with an explanation of why it was rejected;
4. forward approved material to the Reproduction and Graphic Arts Section without delay.

VII. EMERGENCY PROCEDURES

A. During off-hours, or in an instance of extreme emergency, to preclude delay in the publication of vital information, the exempt member in command of the originating unit may approve an emergency request for publication and forward the material, via messenger, directly to the Reproduction and Graphic Arts Section, Room 406, James J. Riordan Headquarters Building.

B. When emergency procedures are employed, a copy of the material that was approved by the exempt member will be forwarded to the appropriate group deputy chief for review and filing purposes.

*[signature]*
George McMahon, Chief
Detective Division

CITY 022058

Plaintiffs' Exhibit XXXX