**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ARNOLD DAY,                             )
                                        )
      Plaintiff,                    )          Case No. 19-cv-7286
                                        )
      v.                            )          Hon. Sara L. Ellis
                                        )          District Judge
KENNETH BOUDREAU, *et al.*,             )
                                        )          Magistrate Judge Jeffrey Cummings
      Defendants.                   )

# Exhibit 181

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jacques Rivera

                        Plaintiff,

v.                                              Case No.: 1:12−cv−04428
                                                Honorable Joan B. Gottschall

Reynaldo Guevara, et al.

                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 29, 2018:

     MINUTE entry before the Honorable Joan B. Gottschall: Jury trial held. Jury deliberations began and concluded. The jury returns its verdict in favor of the plaintiff and against the defendants Reynaldo Guevara, Steve Gawrys, Edward Mingey, and the City of Chicago in the amount of $17,000,000.00 for compensatory damages on all five claims; $75,000.00 in punitive damages against Reynaldo Guevara; $25,000.00 in punitive damages against Steve Gawrys; and $75,000.00 in punitive damages against Edward Mingey. The jury returned a verdict for defendant Gillian McLaughlin and against plaintiff on all claims against her. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Plaintiffs' Exhibit IIIII