**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

# Exhibit 183



# FIREARMS RECEIPT & WORKSHEET
## Crime Laboratory Division, Chicago Police

| Field | Value |
|---|---|
| FIREARMS NO. | FI-1745 |
| CB/IR/OR | 0419 |
| RD NO | P274054 |
| CASE NO. | ANTONIO THOMAS |
| INV./RUCS./CAT NO | 885077 |
| UNIT | 632 |
| DATE RECEIVED | 2 JULY 91 |
| TYPE (OB) | P/T (OB) |
| MAKE | SMITH-WESSON |
| MODEL | 439 |
| SERIAL NO | OBLIT |
| LOCATION | RECEIVER |
| CALIBER/GAUGE | 9MM - 5R |
| CAPACITY | 8+1 |
| BARREL LENGTH | 4" |
| RECEIVED FROM | DET GRIFFIN |
| STAR NO | 10370 |
| UNIT | 632 |
| | ☒ DEPT MAIL |

(5) 9MM WIN FMC CTGS
(1) 9MM WIN FMC CTG
(3) 9MM A 89 FMC CTGS   TWO (2) RETAINED FOR TESTS
(1) 9MM MAGAZINE
(1) WHITE PLASTIC BAG

RESERVE AMMO RES: ☐ YES ☒ NO
RESERVE MEX ORDER: ☐ YES ☐ NO
☒ S/A HAMMER

SAFETY DEVICES: ☒ MAGAZINE ☒ THUMB

NO TESTS: 2
OPERATING CONDITION: WILL FIRE

REMARKS:
NEG SER # REST

WEAPON RECALLED AND TEST FIRED ON 8 AUG 91. TEST COMPARED WITH CASE # 91-976 R.D.# P223384. POSITIVE I.D. ON DISCHARGED CTG CASES AND INCONCLUSIVE WITH EVIDENCE BULLET

DATA PREPARED BY: James Feury   STAR NO: 5181

P274054