**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

# Exhibit 185

STATEMENT of

ARNOLD DAY

Taken 4 FEB 92 At 1630 hours.

At 3900 S. CALIFORNIA [AREA III]

Present ASA DANIELIAN
         DET BOUDREAU.

This statement taken regarding the SHOOTING DEATH.
of GERROD ERVING which occurred on 17 MAY 91
at 9.27 W 54th ST at 0005 hrs..

I understand I have the right to remain silent and that anything I say can be used against me in a court of law. I understand that I have the right to talk to a lawyer and have him present with me during questioning, and if I cannot afford to hire a lawyer one will be appointed by the court to represent me before any questioning. Understanding these rights, I wish to give a statement.

Arnold Day

AFTER BEING INTRODUCED TO A.S.A. DANIELIAN AND AFTER BEING TOLD THAT ASA DANIELIAN IS AN ATTORNEY WORKING WITH THE POLICE AND NOT HIS PERSONAL ATTORNEY, ARNOLD DAY WAS ADVISED OF HIS CONSTITUTIONAL RIGHTS AS PER MIRANDA, AFTER WHICH HE ACKNOWLEDGED HEARING THOSE RIGHTS AND UNDERSTANDING THOSE RIGHTS. THEREAFTER ARNOLD DAY AGREED TO GIVE A STATEMENT OF HIS KNOWLEDGE OF AND INVOLVEMENT IN THE SHOOTING DEATH OF GERROD ERVING. ASA DANIELIAN EXPLAINED TO ARNOLD DAY THE DEFINITION OF AND DIFFERENCE

CITY_DAY 00076

BETWEEN A COURT-REPORTED STATEMENT AND A HAND-WRITTEN STATEMENT. ARNOLD DAY WISHES TO GIVE A HAND-WRITTEN, AND NOT COURT-REPORTED STATEMENT, WHICH IS A SUMMARY AND NOT WORD FOR WORD.

ARNOLD STATES THAT HE IS EIGHTEEN YEARS OLD, THAT HE ATTENDED TILDEN HIGH SCHOOL WHERE HE COMPLETED THE TENTH GRADE. ARNOLD STATES THAT HE CAN SPEAK, WRITE AND READ ENGLISH. ARNOLD STATES THAT HE IS A MEMBER OF THE BLACKSTONE GANG, AND HAS BEEN FOR THREE YEARS. HE HOLDS THE RANK OF OFFICER, WHICH HE EXPLAINS, IS THE SECOND HIGHEST RANK.

ARNOLD STATES THAT ON 17 MAY 91 HE AND NATE ANDERSON, A FELLOW BLACKSTONE, DECIDED TO ROB SOME "J B's". ARNOLD HAS EXPLAINED THAT "JB" STANDS FOR JET BLACKSTONES, A RIVAL GANG OF THE BLACKSTONES. ARNOLD FURTHER STATES THAT HE AND NATE WANTED TO ROB THE "J B's" IN RETALIATION OF SOME ROBBERIES OF BLACKSTONE STREET DRUG DEALERS WHICH WAS DONE BY "J B's". ARNOLD

STATES THAT HE HAD A TECH-9 9MM. ARNOLD STATES THAT HE WENT INTO THE BUILDING AT 927 W 54TH ST KNOWN TO HIM AS A "J3" HOUSE AT ABOUT MIDNIGHT. ARNOLD STATES THAT WHEN HE WALKED UP TO THE FRONT DOOR HE HEARD SHOTS FROM THE OUTSIDE. ARNOLD STATES THAT AS HE HEARD THE SHOTS HE SAW A MALE BLACK COME DOWN THE STAIRS FROM THE SECOND FLOOR TO WHERE HE WAS STANDING. ARNOLD STATES THAT HE FIRED THE TECH-9 THREE OR FOUR TIMES HITTING THE MALE BLACK (NOW KNOWN TO HIM AS GERROD ERVING) AFTER HE SHOT THE MALE BLACK ARNOLD RANO AWAY FROM THE BUILDING. ARNOLD STATES THAT THE MALE BLACK DID NOT SAY ANYTHING TO HIM OR HAVE ANYTHING IN HIS HANDS WHEN HE WALKED DOWN THE STAIRS.

ARNOLD STATES THAT HE WAS TREATED WELL BY THE DETECTIVES. AND WAS GIVEN POP, ORANGES AND OREO COOKIES. HE WAS GIVEN CIGARETTES

TO SMOKE AND WAS ALLOWED TO USE THE WASHROOM WHEN HE NEEDED TO. HE WAS TREATED WELL BY ASA DANIELIAN. ARNOLD STATES THAT HE HAS NOT BEEN THREATENED OR ABUSED IN ANY WAY BY THE DETECTIVES OR ASA DANIELIAN. ARNOLD STATES THAT NO PROMISES OR DEALS HAVE BEEN MADE IN EXCHANGE FOR THIS STATEMENT. ARNOLD HAS READ THIS STATEMENT AND HAS MADE ANY CORRECTIONS OR ADDITIONS THAT HE WISHED. ARNOLD STATES THAT THIS IS A TRUE AND ACCURATE SUMMARY OF WHAT HE HAS TOLD THE ASSISTANT STATES ATTORNEY AND THAT HE HAS GIVEN THIS STATEMENT FREELY AND VOLUNTARILY.