**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

# Exhibit 187

# SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: DAY 17 MO. MAY YR. 92 — 0005

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | XX VERIFIED | 2 CORRECTED | 3. SEAT OF OCCUR |
|---|---|---|---|---|---|
| HOMICIDE/1st Degree Murder | 0110 | 927 W. 54th St. | | | 934 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT XX YES 2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED 1 YES XX 2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| IRVING, Jerrod | | | | 5319 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Hallway | 289 | 1 | 4 |

| 11. JEWELRY | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP |
|---|---|---|---|---|---|---|---|

DESCRIBE PROPERTY IN NARRATIVE.  T = TAKEN   R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH, EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY | 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
|---|---|---|---|---|---|---|
| VERIFIED | T $ / R | T $ / R | T $ / R | T $ / R | T $ / R | T $ / R |
| UPDATE TO | 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | I FIREARMS | 6 NARC, DANGEROUS DRUGS | 5 OTHER | 6 NONE |
| | T $ / R | T $ / R | T $ / R | T $ / R | T $ / R | T / R |

| 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN-JURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| DAY, Arnold | 5038 S. Damen Ave. | M/1/18 | 5-08 | 155 | Brn | Blk | Med. |
| ANDERSON, Nathaniel (deceased) | 1507 W. 53rd St. | M/1/19 | 5-06 | 146 | Brn | Blk | Med |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER I-REL CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF 1 9043017 | 0885619 | 24 | OFF 2 Deceased | 0899397 | 24 | 1 | 632/71 |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| USED / STOLEN | | NONE AT THE TIME OF ARREST | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | XX DNA | 2 VERIFIED | 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|
| DNA | | | | |

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. 632 | 53. STATUS |
|---|---|---|---|---|---|
| | | XX FIELD / 3 SUMMARY | | | 0 PROGRESS / 1 SUSPENDED / 2 UNFOUNDED |

STATUS CONT'D.
| 3 CLRD. | XX CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED |
|---|---|---|---|---|---|

54. IF CASE CLEARED, HOW CLEARED: XX 1 ARREST & PROSEC. / 2 DIRECTED TO JUV. CRT. / 3 COMPL. RFUSD. TO PROSECUTE / 4 COMMUNITY ADJUSTMENT / 5 OTHER EXCEPT. — XX ADULT / JUV

55. FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

## 80. NARRATIVE

IN CUSTODY:

DAY, Arnold., M/1/18., DOB ▮▮▮▮▮ Address 5038 S. Damen Ave., No Phone., AKA "Little A"., Single., Unemployed., 5-08., 155lbs., Blk. Hair and Brn. eyes., Medium complected., CB# 9043017., IR# 0885619

ARRESTING OFFICERS:

G/SPL. J. Bloore #3081., Gangs South
G/SPL. R. Schaefer #13518, Gangs South
G/SPL. J. Evans #14764, Gangs South
Det. W. Foley #20450, Unit 632
Det. K. Boudreau #20435, Unit 632

DATE, TIME, LOCATION OF ARREST:

4 FEB 92., 1000hrs., In the house (Basement) at 5234 S. Sangamon St.
CONTINUED ON PAGE # 2

| EXTRA COPIES REQUIRED INC. & RECIPIENT: | 91. DATE THIS REPORT SUBMITTED – DAY 18 MO. FEB YR. 92 | TIME 1200 | 92. SUPERVISOR APPROVING (PRINT NAME) STAR NO. SGT BONTER 2108 |
|---|---|---|---|
| NORMAL | | | |

| REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| William Foley | 20450 | K. Boudreau | 20435 | |

| SIGNATURE | SIGNATURE | 95. DATE APPROVED (DAY–MO.–YR.) 18 FEB 92 | TIME 1700 |
|---|---|---|---|

11.411-8 (Rev. 8/88)   *MUST BE COMPLETED IN ALL CASES

P–223384

CITY_DAY 00056

HOMICIDE/ 1st Degree Murde                          P-223384
Víctim, IRVING, Jerrod                              18  FEB  92

                              Page #  2

CHARGES, COURT BRANCH
AND DATE:                     1st Degree Murder., Chapter 38-9-1a2, Defendant DAY.,
                              Branch 66-4., 5 FEB 92

DECEASED OFFENDER:            Offender #2 in this case was a ANDERSON, Nathaniel., AKA
                              "G-Nate"., M/1/19. DOB ▇▇▇▇▇, Address 1507 W. 53rd St.
                              No Phone., SS# ▇▇▇▇▇▇, 5-06., 145lbs., Blk hair and
                              brown eyes., Medium complected., IR# 0899397., This offender
                              was killed in the homicide which occurred 10 OCT 91., 2329hr
                              in the apt. located in the bldg. at 1825 W. Garfield Blvd.,
                              recorded under RD# P-498915.

WANTED:                       Offender # 3 1 M/B/16-20., 5-6, 140lbs., Blk hair and brn
                              eyes., Medium complected., Frequents the area of 53rd and
                              Aberdeen St., N.F.I., Nickmane "TENNILLE"

                              Offender #4 is a M/1/16-18., possibly named Darren., 5-5.,
                              160lbs., Blk hair and brn eyes., Medium complected., Freq-
                              uents the area of 53rd and Aberdeen St.

EVIDENCE:                     Inv# 911755 - One consent to search form dated 4 FEB 92
                              Inv# 911756 - One live 9mm round, recovered from Arnold DAY
                              at the time of arrest.

REFERENCES:                   P-454289- Homicide Case report, 15 SEP 91., Victim GARCIA
                              P-498915- Homicide Case report, 10 OCT 91, Victim ANDERSON
                              P-582358- Robbery Case reoprts, 29 NOV 91, Multiple victims

NOTIFICATIONS:                A.S.A. Danielian., Felony Review Unit

PERSONNEL ASSIGNED:           Bt. 4113 - G/S Bloore #3081,Schaefer#13518 and Evans#14764
                                 5319 - Dets. Foley #20450 and Boudreau #20435

WITNESS:                      WATSON, Ralph., M/1/18., DOB ▇▇▇▇▇, Address 352 E. 56th
                              St., No Phone., Eye/Oral/Handwritten

STATEMENTS:                   Oral and handwritten statements by the witness WATSON
                              Oral and handwritten statements by the In-Custody subject
                              DAY.

INVESTIGATION:                    In continuation of this investigation the R/Ds had develope
                              information that the In-Custody subject DAY was wanted in
connection with another murder recorded under RD# P-454289.  Further, the R/ds had interviewed
a witness in this case WATSON (See witness category of this report) in which WATSON named the
above In-Custody subject DAY as the offender in this homicde.  Additionally, the R/Ds developed
information that DAY was hiding out in the basement of the bldg. located at 5234 S. Sangamon.
Subsequently it was learned by the R/Ds that the #2 offender in this case, Nathaniel ANDERSON
AKA G-Nate  had been killed in another homicide which occurred 10 OCT 91.,  at 1825 W. Garfield
Blvd., recorded under RD# P-498915.

                              Armed with the above information the R/Ds went to 5234 S.
                              Sangamon St, 4 FEB 92 and were admitted to that location by
a resident of that location a Kwame TATE., M/1/18.  TATE was then informed of the nature of thi
investigation and at that time he told the R/Ds that DAY was in a downstairs bedroom.  The R/Ds

CONTINUED ON PAGE # 3                     CITY_DAY 00057

HOMICIDE/1st Degree Murder                                      P-223384
Victim, IRVING, Jerrod                                         18 FEB 92


Page # 3


INVESTIGATION CONT'D:                then obtained a consent to search that bldg. and apprehended
                                     and arrested DAY under the bed in the basement bedroom at
that address.  When arrested the R/Ds recovered a live 9mm bullet from under the subject DAY.
Day was the informed of his cons. rights which he stated that he understood and then transporte
into A/3 for further investiagtion.  The following is a summary of the interviews with the
witness WATSON.

WATSON, Ralph.....................stated that he is a member of the Blackstone Nation Street
                                   Gang.  He further related that there are ranks within the
gang and that he was a soldier.  He further related that "G-Nate", Nathaniel ANDERSON was a gen
eral in his gang and that "Little A", Arnold DAY, is an enforcer in the same gang.WATSON then
went on to say that he and all of the above stated members of the Blackstone Gang were members
of the same gang in May of 1991.  He then realted that several days before 17 MAY 91, possibly
on 14 or 15 MAY 91 G-Nate and Little A had robbed a dope house that belonged to the Jet Black-
stones gang which is a rival gang to the Blackstone Nation.  He further related that during the
course of that robbery G-Nate took a 12 guage shotgun, a .38 cal revolver and some cocaine from
the Jet Blackstones.  WATSON then stated that the Jet Blackstones then declared war on the
Blackstone Nation as a result of this robbery.  WATSON then went on to say that in the late
evening of May 16, 1991 he was standing on the corner of 53rd and Aberdeen selling dope.  He th
went on to say that he then observed G-Nate come up to the corner and pointed to Little A (Arno
DAY), DARREN and TENNILLE and told then to follow him (G-Nate).  WATSON then added that DAY is
an enforcer for the Blackstone Nation and that DARREN is a soldier and that TENNILLE is a gang
look-out.

                        WATSON then related that they all followed G-NATE and that
                        he in turn then followed them.  He then added that they all
then went to the bldg. located at 927 W. 54th St. (It should be noted that this is the same
dope house which G-NATE had robbed several days prior in which he took the guns and cocaine).
He then went on to say that G-NATE, LITTLA A, DARREN and TENNILLE sttod in the gangway across
from 927 W. 54th St. and that they all were talking.  He then related that he stayed in the
background, but, he was able to observe everything that was occurring.  He then went on to say
that he then saw G-NATE take an automatic (Machine) gun from his waist and hand it to LITTLE A.
He then observed G_NATE take out an additional handgun , a black .38 cal. revolver which
G_NATE held for himself.  WATSON then stated that he then saw TENNILLE leave the gangway and
take up a position as a look-out.  WATSON then stated that he then saw G-NATE and LITTLE A
exit the gangway and start to walk towards the dope house at 927 W. 54th St.  He stated that as
G-NATE and LITTLE A left the gangway he and DARREN walked approx. 2 feet out of the gangway and
that they both were watching for Jets as they did not want the Jets to shoot them.  WATSON
then related that he saw a Jet named Jerrod  standing on the porch of the dope house at 927 W.
54th St.  WATSON then observed G-NATE and LITTLE A walk across the street both with their guns
out.  He then stated that he heard G-NATE and LITTLE A say gang sayings to Jerrod.  G-NATE ther
demands drugs from Jerrod who then tells G-NATE and LITTLE A that he does not have the drugs.
At that point WATSON stated that he saw both G-NATE and LITTLE A shooting at Jerrod and the por
and he then looked away and when he looked back at the porch he observed Jerrod fall back into
the hallway of the dope house.  WATSON then stated that he then saw everyone run from the scene.

                        WATSON then stated that on the next day he saw G-NATE and
                        LITTLE A and that they were talking about shooting Jerrod an
that was the correct way to take care of the nations business.  WATSON stated that he understoc
this conversation to mean that the Blackstone Nation were the only ones to traffic in narcotics
and that any competition would be severly dealt with by the gang.


CONTINUED ON PAGE # 4


CITY_DAY 00058

HOMICIDE/1st Degree Murder                 P- 223384
Victim, IRVING, Jerrod                      18 FEB 92

Page # 4

INVESTIGATION CONT'D:        This statement was then reduced to a hand-written state-
ment which was then read, corrected and signed by WATSON.

The In-Custody subject DAY was interviewed regarding this
matter and an un-related homicide RD# P- 454-289. Before
these interviews which were conducted in the offices of A/3 Violent Crimes, DAY was informed
of his cons. rights which he stated that he understood. DAY was then questioned with regard
to this investigation and the following is a summary of that interview.
DAY, Arnold AKA LITTLE A...........DAY stated that he had no knowledge regarding this investi-
gation as he was no where in the area of this incident. DAY
was the informed of the status of this investigation and at that time DAY related that he was
in fact in the area of this incident and he went on to say that he is an officer in the Black-
stone Nation street gang and that he has been a member of the gang for approx. three years. He
then went on to say that on the night of this incident he was in the area of 52nd to 53rd St and
Aberdeen selling dope. He then went on to say that he was then approached by his general in
the gang, G-NATE and that G-NATE was his boss in the hierarchy of the Blackstone gang. He then
went on to say that G-NATEs real name was Nathaniel ANDERSON and that he was subsequently killed
in another murder which occurred in OCT, 91, (See Homicide case P-498915). DAY then went on to
say that when approached by G-NATE, G-NATE told DAY that they were going to rob a dope house that
belonged to a rival gang, the Jet Blackstones, and that the dope house was on 54th St.. DAY
then went on to say that this robbery was in retaaliation for the Jet Blackstones robbing
several dope dealers belonging to the Blackstone Nation street gang with which he and G-NATE
were affliated with. DAY then went on to say that he was given a Tech 9 machine pistol by G-
NATE and that NATE was armed with a .38cal. revolver. DAY then stated that there were several
other Blackstone Nation members around the corner and that they included, but, were not limited
to G-NATE, himself, DARREN and TENNILLE. DAY then related that he and G-NATE then went to the
Jet dope house located at 927 W. 54th St. He went on to say that he was still armed with the
Tech 9 machine gun and that G-NATE was armed with the .38 cal. revolver.

DAY then stated that as he and G-NATE approached the dope
house he heard several shots, but, he did not know where they
came from or who was shooting at him. DAY then went on to relate that after hearing the shots
he saw a Jet by the name of Jerrod running down from the second floor of the dope house to the
front porch. DAY further stated that as he saw Jerrod get to the front porch he pulled the
trigger on the Tech 9 and that the gun started to fire. He stated that he did not see Jerrod
with a gun or any other type of weapon in his hand, he merely assumed that Jerrod was the source
of the several shots that he had heard. DAY then related that after the shots came from his
Tech 9 that he saw the victim fall to the floor of the hallway in the dope house. DAY then
went on to say that after he had shot the victim he and G-Nate ran from the scene. He then
added that on the next day that he had occasion to be on the corner of 53rd and Aberdeen and
at that time G-NATE came up to him while he was standing in a large group of Blackstone Nation
gang members and at that time G-NATE told DAY that shooting the victim in the dope house was the
best way to take care of the business and control the Jets.

A.S.A Danielian, Felony Review Unit was then notifieid and
responded to A/3 where he interviewed DAY and then reduced
the statement of DAY to a hadwritten statement which DAY read, corrected and signed. A.S.A
then recommended that DAY be charged with 1st Degree Murder in this case. As a result of the
above stated facts and the arrest of one of the offenders in this case the undersigned R/Ds
request that this case be CLEARED by ARREST and remain OPEN, pending the identification and
arrest of the two outstanding offenders in this case.

REPORT OF:                    Dets. William Foley #20450
                              K. Boudreau #20435
                              Area #3 Violent Crimes Unit

CITY_DAY 00059