**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

# Exhibit 190

ORIGINAL

*462*

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION

 3   HAROLD HILL,                    )
                                     )
 4                   Plaintiff,      )
                                     )
 5              vs.                  )   No. 06 C 6772
                                     )
 6   CITY OF CHICAGO, et al.,        )   Judge St. Eve
                                     )
 7                   Defendants.     )

 8            This is to certify that I have read my

 9   deposition taken on the **24th day of July 2007** in

10   the foregoing cause, and that the foregoing

11   transcript accurately states the questions asked

12   and the answers given by me, with the changes or

13   corrections, if any, made on the Errata Sheet

14   attached hereto.

15

16

17                           _____
                                   HAROLD HILL
18
     No errata sheets submitted (Please initial)
19   Number of errata sheets submitted _____ (pgs.)

20
     Subscribed and sworn to
21   before me this _____ day
     of _____ 2007.
22

23   _____
           Notary Public
24
```

080807

## ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name: HAROLD HILL v. CITY OF CHICAGO, et al
Case Number:
Dep. Date: July 24, 2007
Deponent: HAROLD HILL

## CORRECTIONS:

| Pg. | Ln. | Now Reads | Should Read | Reasons Therefor |
|-----|-----|-----------|-------------|------------------|
|     |     |           |             |                  |
|     |     |           |             |                  |
|     |     |           |             |                  |
|     |     |           |             |                  |
|     |     |           |             |                  |
|     |     |           |             |                  |
|     |     |           |             |                  |
|     |     |           |             |                  |
|     |     |           |             |                  |
|     |     |           |             |                  |

_____
Signature of Deponent

_____
Urlaub Bowen & Associates, Inc.  312-781-9586

COPY

*1*

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                   EASTERN DIVISION

 3   HAROLD HILL,                      )
                                       )
 4             Plaintiff,              )
                                       )
 5        vs.                          )  No. 06 C 6772
                                       )
 6   CITY OF CHICAGO, Present and      )
     Former Chicago Police Officers    )
 7   KENNETH BOUDREAU, JOHN HALLORAN,  )
     JAMES O'BRIEN, JON BURGE, ANDREW  )
 8   CHRISTOPHERSON, DANIEL McWEENY,   )
     MICHEAL KILL, WILLIAM MOSER,      )
 9   JOHN PALADINO, MICHAEL            )
     PORCHORDO, DANIEL BRANNIGAN,      )
10   Assistant State's Attorney MIKE   )
     ROGERS, and other AS-YET-UNKNOWN  )
11   CHICAGO POLICE OFFICERS,          )
                                       )
12             Defendants.             )
```

13          The deposition of **HAROLD HILL**, taken

14   pursuant to notice, before Mary Regis Griffey, CSR

15   No. 084-004609 Certified Shorthand Reporter and a

16   notary public within and for the County of McHenry,

17   State of Illinois, at Suite 1700, 30 North LaSalle

18   Street, Chicago, Illinois, on the **24th day of July**

19   **2007**, commencing at 10:10 o'clock a.m.

20          APPEARANCES:

21              LOEVY & LOEVY, by
                MR. RUSSELL AINSWORTH
22              (312 North May Street, Suite 100
                 Chicago, Illinois  60607)
23                 appeared on behalf of the plaintiff;

24

2

```
 1        APPEARANCES:   (Cont'd.)

 2            KATHLEEN T. ZELLNER & ASSOCIATES, by
              MR. NICHOLAS CURRAN
 3            (2215 York Road, Suite 504
               Oak Brook, Illinois  60523)
 4               appeared on behalf of the Estate of
                 Dan Young, Jr.;

 5
              HONORABLE MARA S. GEORGES
 6            Corporation Counsel, by
              MS. CATHERINE M. KELLY
 7            Special Litigation Counsel
              MS. ANNE E. McINNIS
 8            Assistant Corporation Counsel
              (30 North LaSalle Street, Suite 1720
 9             Chicago, Illinois  60602-2580)
                 appeared on behalf of the defendant
10               City of Chicago;

11            MR. JOSEPH M. POLICK
              Special Litigation Counsel
12            MS. MARY ANNE V. SPILLANE
              MS. BARRETT E. RUBENS
13            Assistants Corporation Counsel
              (30 North LaSalle Street, Suite 1700
14             Chicago, Illionis  60602-2580)
                 appeared on behalf of the defendants
15               Present and Former Chicago Police
                 Officers KENNETH BOUDREAU, JOHN
16               HALLORAN, JAMES O'BRIEN, JON BURGE,
                 ANDREW CHRISTOPHERSON, DANIEL McWEENY,
17               MICHEAL KILL, WILLIAM MOSER, JOHN
                 PALADINO, MICHAEL PORCHORDO, DANIEL
18               BRANNIGAN, and other AS-YET-UNKNOWN
                 CHICAGO POLICE OFFICERS;

19
              HONORABLE RICHARD A. DEVINE
20            STATE'S ATTORNEY OF COOK COUNTY,
              ILLINOIS, by
21            MS. MAUREEN O. HANNON and
              MR. JOHN HEIL, JR.
22            Assistant State's Attorneys
              (500 Daley Center
23             Chicago, Illinois  60602)
                 appeared on behalf of defendant
24               Assistant State's Attorney Mike Rogers.
```

1                          I N D E X

2   Witness:                                    Page

3       HAROLD HILL

4           Examination by:

5               Mr. Polick ..............   4
                Mr. Heil................. 453
6               Mr. Ainsworth........... 460

7

8

9

10                     E X H I B I T S

11  Number                  Marked for Identification

12  1 ....................................... 265
    2 ....................................... 271
13  3 ....................................... 278
    4 ....................................... 403
14  5 ....................................... 404

15

16

17

18

19

20

21

22

23

24

```
 1                    (Witness sworn.)
 2                    HAROLD HILL
 3   called as a witness herein, having been first duly
 4   sworn, was examined and testified as follows:
 5                    EXAMINATION
 6   BY MR. POLICK:
 7        Q.    Sir, can you state your name and spell
 8   it for the court reporter, please?
 9        A.    Harold Hill, H-a-r-o-l-d.  Last name,
10   H-i-l-l.
11        Q.    Is that your full name, sir?
12        A.    Yes.
13        Q.    Do you have a middle name?
14        A.    Lloyd.
15        Q.    Can you spell that for the court
16   reporter, please?
17        A.    I -- I really don't use my last -- my
18   middle name. I don't use it.
19        Q.    Can you spell it?
20        A.    No.
21        Q.    What is it again?
22        A.    Lloyd.
23        Q.    Lloyd?
24        A.    Um-hmm.  Yes.
```

```
 1          MR. POLICK:  All right.  Let the record

 2   reflect that this is the deposition of Harold Hill,

 3   plaintiff in this case, being taken pursuant to

 4   notice and the applicable rules of Federal Civil

 5   Procedure.

 6   BY MR. POLICK:

 7          Q.    Mr. Hill, have you ever given a

 8   deposition before?

 9          A.    No.

10          Q.    Okay.  Let me just explain to you what

11   we're going to do here today.

12                We are conducting this deposition

13   because you filed a lawsuit against the City of

14   Chicago, several of its police detectives, and an

15   assistant state's attorney regarding your arrest in

16   March of 1992.  Do you understand that, sir?

17          A.    Yes.

18          Q.    Okay. My name is Joe Polick.  I'm one

19   of the attorneys representing the -- certain

20   defendants, detectives, in this case, and I'm going

21   to be asking you some questions today regarding

22   this matter.  And you're going to be answering

23   those questions under oath.

24                Do you understand that you're under
```

6

1 oath to tell the truth?

2      A.    Yes.

3      Q.    Okay.  There are several other attorneys

4 here, representing other parties.  Obviously, your

5 attorney, Mr. Ainsworth, is here today, and some or

6 all of those attorneys may have some questions for

7 you regarding this matter.  And do you understand

8 that you're going to be answering their questions

9 under oath as well?

10      A.    Yes.

11      Q.    Okay.  A few things that you need to

12 keep in mind as we go through this deposition.

13          As you can see here we have a court

14 reporter, and she's taking down everything that we

15 say, all the questions that are asked, all the

16 answers that are given.  So it is very important

17 that when you do give an answer you give it out

18 loud so everybody can hear you, especially her.

19          She can't take down phrases like

20 uh-huh, um-hmm.  You have to verbalize your

21 answers.  It has to be yes, no, something that she

22 can take down; do you understand that, sir?

23      A.    Yes.

24      Q.    Okay.  If at any time you don't

1  understand a question that I'm asking you, please

2  tell me, and I'll attempt to clarify it or clear it

3  up for you.  Do you understand that?

4      A.    Yes.

5      Q.    If you don't tell me anything, I'm

6  going to assume that you understand my question.

7  Is that fair?

8      A.    Yes.

9      Q.    At times you may anticipate the

10 question that I'm asking you, and you may want to

11 answer before I even get the question out of my

12 mouth.  The court reporter here can only take down

13 one person at a time.  So all I ask is that you let

14 me finish my question.  And then I'll give you as

15 much time as you need to give your answer.  It will

16 make it a lot easier on her, and it will make

17 things go a lot smoother.  Do you understand that?

18     A.    Yes.

19     Q.    If at any time you need to take a

20 break, use the washroom, make a phone call, let me

21 know and those arrangements will be made for you.

22 Okay?

23     A.    Yes.

24     Q.    Okay. Have you used any names besides

```
 1  Harold Lloyd Hill?
 2       A.    No.
 3       Q.    Okay.  And are you taking any medication
 4  today that makes it difficult for you to understand
 5  my questions or give answers to them?
 6       A.    Asthma pump.
 7       Q.    An asthma pump?
 8       A.    Um-hmm.
 9       A.    Okay.  You're taking that medication?
10       A.    Um-hmm.
11       Q.    Is that a yes?
12       A.    Yes.
13       Q.    Okay.  And when was the last time you
14  used your asthma medication?
15       A.    A couple days ago.
16       Q.    Okay.  Have you had any asthma
17  medication or other medication today that makes it
18  difficult for you to understand my questions or
19  answer those questions?
20       A.    No.
21       Q.    Have you had anything of an alcoholic
22  nature to drink within the last 12 hours?
23       A.    No.
24       Q.    Okay.  Are you under the influence of
```

```
 1  any alcohol today, sir?

 2         A.    No.

 3         Q.    Okay. Do you go by any nicknames?

 4         A.    No.

 5         Q.    Okay.  Before coming to the deposition

 6  today, did you look at any documents in order to

 7  prepare yourself for this deposition?

 8         A.    Yes.

 9         Q.    Okay.  What did you look at?

10         A.    Basically my testimony, medical

11  records.

12         Q.    Other than testimony and medical

13  records, are there any other documents that you

14  looked at before coming here today?

15         A.    All the legal papers.

16         Q.    All the legal papers?

17         A.    Um-hmm.

18         THE COURT REPORTER:  Yes?

19         THE WITNESS: Yes.

20  BY MR. POLICK:

21         Q.    When you say your testimony, where was

22  that testimony from?

23         A.    In court.

24         Q.    Okay.  Was that testimony from your
```

1   trial back in 1994?

2      A.   Yes.

3      Q.   Any other testimony that you looked at

4   other than your own testimony?

5      A.   Be more -- be more specific.

6      Q.   All right.  You've indicated to me that

7   you've read testimony that you gave, Harold Hill,

8   correct?

9      A.   Yes.

10     Q.   My question is:  Did you look at

11  testimony of any other witness who may have gave

12  testimony at your trial or during your criminal

13  proceedings?  Any witness or other person that may

14  have testified in that case?

15     A.   No.

16     Q.   Okay.  Did you look at Mr. Dan Young,

17  Jr.'s testimony?

18     A.   No.

19     Q.   How about Peter Williams?  Did you look

20  at his testimony?

21     A.   No.

22     Q.   How about any of the other witnesses

23  that testified during the course of your trial?

24     A.   No.

1      Q.    Okay.  And you were present throughout

2 the entire course of that trial, correct?

3      A.    Yes.

4      Q.    Okay.  And in fact each time your case

5 was called before the court, you were present in

6 court?

7      A.    Yes.

8      Q.    Okay.  You had an attorney representing

9 you at the time?

10      A.    Yes.

11      Q.    That was Mr. Woodward Jordan?

12      A.    Yes.

13      Q.    Was there another person that was

14 representing you?  Maybe a Ms. Cheryl Bowmann or

15 Borman?

16      A.    Yes.

17      Q.    Did you have any other attorneys that

18 were representing you during the course of your

19 criminal proceedings?

20     MR. AINSWORTH:  On this case?

21     MR. POLICK:  Is there another case?

22     MR. AINSWORTH:  There's an armed robbery case.

23 BY MR. POLICK:

24      Q.    Okay.  On this particular case.

1        A.     No.

2        Q.     Okay. Was Mr. Jordan and Ms. Bowmann

3  the attorneys that also represented you on your

4  armed robbery cases?

5        A.     Yes.

6        Q.     Okay.  Did you look over any of your

7  testimony from your armed robbery proceedings?

8        A.     No.

9        Q.     Okay.  When you said medical records,

10 what medical records did you look at?

11       A.     Medical records since I have been

12 incarcerated.

13       Q.     Okay.  Those were medical records that

14 were done while you were in the Illinois Department

15 of Corrections?

16       A.     Yes.

17       Q.     Okay. So when you say your

18 incarceration, those were -- that was records of

19 medical treatment that you had while you were

20 incarcerated; am I understanding you correctly?

21       A.     Cook County and IDOC.

22       Q.     When you say "Cook County," do you mean

23 Cook County Jail?

24       A.     Yes.

```
 1          Q.     During the period of time you were in
 2    the Illinois Department of Corrections, were you
 3    ever hospitalized for any injury?
 4          A.     Yes.
 5          Q.     And while you were in Cook County Jail,
 6    were you ever hospitalized for any injury?
 7          A.     No.
 8          Q.     What type of medical treatment did you
 9    get while you were in Cook County Jail?
10          A.     I suppose tuberculosis.
11          Q.     Do you know what year that was, sir?
12          A.     '92.
13          Q.     Were you treated for that?
14          A.     Yes.
15          Q.     How were you treated?
16          A.     Medication.
17          Q.     Prescription?
18          A.     Yes.
19          Q.     Do you know what the prescription was?
20          A.     No.
21          Q.     Any other illnesses while you were in
22    Cook County Jail?
23          A.     As far as being what, sick?
24          Q.     Yes, sir.
```

14

```
 1        A.     No.

 2        Q.     Any injuries that you sustained while

 3   you were in Cook County Jail?

 4        A.     Yes.

 5        Q.     What injuries did you sustain while you

 6   were in Cook County Jail?

 7        A.     I got beat up.

 8        Q.     Okay.

 9        MR. HEIL:   I apologize.  I'm having trouble

10   hearing you.

11        THE WITNESS:   I got beat up.

12        MR. HEIL:   Thank you.

13        MR. POLICK:   Just keep your voice up.   There's

14   a lot of people in here.

15        THE WITNESS: Okay.

16        MR. POLICK:   And it's a big room.

17        THE WITNESS:   Okay.

18   BY MR. POLICK:

19        Q.     So when you say you got beat up, who

20   were you beat up by?

21        A.     Gang members.

22        Q.     And this was within the Cook County

23   Jail?

24        A.     Yes.
```

```
 1        Q.    Was it a particular division?

 2        A.    Division 6.

 3        Q.    So was there a particular section in

 4  that division that you were housed when you got

 5  beat up?

 6        A.    1-K.

 7        Q.    1-K.  And what year was that, that you

 8  got beat up by gang members in Division 6?

 9        A.    '92.

10        Q.    1992.  Is there a particular month in

11  1992?

12        A.    When I first came in -- came in.  I

13  don't know -- when did I come in?  March, I think.

14        Q.    How long after your arrest did this

15  beating occur?

16        A.    Two -- about two or three days.

17        Q.    So it occurred two or three days after

18  you were arrested?

19        A.    After I went to the county jail.

20        Q.    Okay.  After your intake at county

21  jail?

22        A.    Yes.

23        Q.    And was this on a particular cell

24  block, or was it in general population?  Where did
```

16

1    the beating occur?

2         A.    General population.

3         Q.    Did you report the incident?

4         A.    Yes.

5         Q.    Who did you report the incident to?

6         A.    Officer.

7         Q.    One of the guards at the jail?

8         A.    Yes.

9         Q.    Do you remember the guard you reported

10   it to?  The name of the guard?

11        A.    No.

12        Q.    Was any action taken as a result of

13   your report?

14        A.    They moved me from the deck.

15        Q.    I'm sorry?

16        A.    The moved me from the deck, cell block.

17        Q.    Okay.  They moved you from one cell

18   block to another?

19        A.    Yes.

20        Q.    At the time were you housed with any

21   particular inmate?

22        MR. AINSWORTH:  Objection to the form of the

23   question.  I don't understand. You can answer the

24   question if you understand.

1        THE WITNESS: Repeat the question again.

2        MR. POLICK:  Sure.

3   BY MR. POLICK:

4        Q.    At the time that you sustained this

5   beating in the Cook County Jail, were you housed

6   with any particular cellmate?

7        MR. AINSWORTH:  Renew my objection.

8        THE WITNESS:  I believe I was on the floor,

9   so it was around everyone.

10  BY MR. POLICK:

11       Q.    Did you have a cell to yourself or did

12  you share it with somebody else?

13       A.    I can't remember.

14       Q.    You can't remember --

15       A.    No.

16       Q.    -- if you were alone or with somebody

17  else?

18       A.    I know there was a lot of people

19  around.  I believe I was in the day room.

20       Q.    Okay.  I understand that the beating

21  occurred in the general population, but you weren't

22  in general population all day, right?

23       A.    Yes.

24       Q.    There was a period of time where you

18

```
 1   would be returned to your cell, correct?

 2        A.     In the county jail you either have a

 3   cell or you lay on the floor --

 4        Q.     Okay.

 5        A.     -- on a mattress.

 6        Q.     All right. Okay. So at that period of

 7   time when this beating occurred, were you in cell

 8   or were you on the floor?

 9        A.     I was on the floor. I was on the

10   floor.

11        Q.     Like in a day room with several other

12   people?

13        A.     Bottom deck.

14        Q.     Okay. How many other people were you

15   housed with at that time?

16        A.     Probably about a hundred. Yeah, I'd

17   say a hundred.

18        Q.     And you said you were beaten by gang

19   members?

20        A.     Yes.

21        Q.     How do you know they were gang members?

22        A.     'Cause I was on the deck with different

23   gang members. Like they have -- you have the

24   bottom deck, you have a top deck.
```

1       Q.      Okay. And the gang members you were

2   with, what gang members were they?  What particular

3   gang?

4       A.      They was like P Stones, Vice Lords,

5   Latin Kings.

6       Q.      And the gang members that beat you,

7   what particular gang were they from, if you know?

8       A.      They was Vice Lords.

9       Q.      And do you know why you were beaten?

10      A.      Yes.

11      Q.      Why?

12      A.      'Cause they found out I was locked up

13  for rape.

14      Q.      And how do you know that they beat you

15  because you were locked up for rape?

16      A.      Because they came and told me.

17      Q.      Who came and told you?

18      A.      Some of the gang members.

19      Q.      Some of the same gang members that beat

20  you?

21      A.      Uh-huh.  And plus they, they stole

22  my -- my papers that shows I was locked up for

23  rape.

24      Q.      Were you, yourself, a gang member at

1  the time that this beating occurred?

2        A.    No.

3        Q.    Did you affiliate with any gang even

4  though you were not a member of a gang?

5        MR. AINSWORTH: At which -- objection.

6        MR. POLICK:  At this point in time, at the

7  time of the beating at Cook County Jail; that's

8  what we're talking about.

9        THE WITNESS:  Did I associate and talk to

10  them?

11  BY MR. POLICK:

12        Q.    Yes, sir.

13        A.    Yes.

14        Q.    What gang members did you associate

15  with?

16        A.    All of them.

17        Q.    The P. Stones, Vice Lords?

18        A.    GDs.

19        Q.    GDs?

20        A.    Vice Lords.

21        Q.    You associated with all of them?

22        A.    Um-hmm.

23        Q.    Is that a yes?

24        A.    Yes.

1          Q.     After you were taken through intake at

2    Cook County Jail, did you seek the protection of

3    these gang members while you were in the jail?

4          A.     No.

5          Q.     How did you protect yourself while you

6    were in the jail?

7          A.     During the jail?

8          Q.     Yes.   After you went through intake?

9          A.     Oh, through intake.

10         Q.     After intake.

11         MR. AINSWORTH: The entire time he was at Cook

12   County Jail?

13         MR. POLICK:   No.   We're talking about the

14   period of time two to three days after intake when

15   this beating occurred.

16         MR. AINSWORTH: Thank you.

17         THE WITNESS: Repeat the question again.

18   BY MR. POLICK:

19         Q.     Okay.   You told me that this beating

20   occurred two to three days after your intake at

21   Cook County Jail.

22         A.     Yes.

23         A.     My question is:   After those two or

24   three days following intake, did you seek the

```
 1   protection of any gang members?

 2        A.    Yes.

 3        Q.    Okay.  And what particular gang members

 4   did you seek the protection of?

 5        A.    It was the Vice -- it was a combination.

 6   It was Vice Lords and Latin Kings.

 7        Q.    Okay.  And why did you seek their

 8   protection?

 9        A.    'Cause I was scared for my life.

10        Q.    And what injuries did you sustain as a

11   result of this beating?

12        A.    They -- it was -- they beat me up, as

13   far as my chest and lower body.  And they hit me in

14   my face, punched me in my face, punching me.

15        Q.    And when you say your lower body,

16   you're indicating to your stomach; is that correct,

17   sir?

18        A.    Yeah, stomach.

19        Q.    Anywhere else that you were hit?

20        A.    Maybe my face.

21        Q.    Okay.  Other than your chest, stomach

22   and face, were you hit anywhere else?

23        A.    No.

24        Q.    Okay.  And other than being hit with
```

23

```
 1   fists -- was it a fist or was it open-hand punches?
 2        A.    It was a fist.
 3        Q.    Okay.  And other than being struck with
 4   fists, were you struck with any objects or anything
 5   like that during the course of this beating?
 6        A.    No.
 7        Q.    Were you kicked at all?
 8        A.    No.
 9        Q.    Were any weapons used during the course
10   of this beating?
11        A.    No.
12        Q.    Did you seek any medical treatment as a
13   result of the beating?
14        A.    No.
15        Q.    But you did report the incident?
16        A.    To an officer.
17        Q.    Okay. And what was done as a result of
18   the fact that you reported the beating to an
19   officer of the jail?
20        MR. AINSWORTH: Objection.  Asked and
21   answered. You can answer if you know.
22        THE WITNESS:  They moved me to -- a white
23   shirt, lieutenant, captain, and they moved me to
24   another place in the jail.
```

```
 1  BY MR. POLICK:

 2        Q.     Where were you moved to?

 3        A.     Workers' deck.

 4        Q.     When you were moved to the workers'

 5  deck, were you still being housed with other

 6  inmates?

 7        A.     Yes.

 8        Q.     Okay.  How many other inmates were you

 9  being housed with on the workers' deck?

10        A.     I can't recall.

11        Q.     Hundreds?

12        A.     It's possible.  I don't know.  I don't

13  know.

14        Q.     Did you have a cell to yourself or were

15  you housed with --

16        A.     I had a cell to myself.  I mean two of

17  us.

18        Q.     Who was the person you shared the cell

19  with on the workers' deck?

20        A.     I don't know.

21        Q.     Did you have any open wounds as a

22  result of the beating that occurred in Cook County

23  Jail, two to three days after your intake?

24        A.     No.
```

```
 1        Q.    And after you were moved to the

 2   workers' deck, did you encounter any other problems

 3   by gang members in that area?

 4        A.    No.

 5                         (Enter Ms. Rubens.)

 6        Q.    So your movement to another section

 7   corrected the problem?

 8        MR. AINSWORTH:   Object to the form of the

 9   question.  You can answer.

10        THE WITNESS:   Yes.  At that moment.  Sorry

11   about that.

12   BY MR. POLICK:

13        Q.    Any other injuries that you sustained

14   while you were in the Cook County Jail?

15        A.    No.

16        Q.    Were there any other incidents with

17   gang members while you were in the Cook County

18   Jail?

19        A.    No.

20        Q.    Were you ever threatened after this

21   particular incident?

22        A.    No.

23        Q.    Did you encounter any problems after

24   you were moved to the workers' deck?
```

26

```
 1          A.      No.

 2          Q.      And did you remain on that workers'

 3   deck for the duration of your stay in Cook County

 4   Jail?

 5          A.      No.

 6          Q.      And where were you moved after that?

 7          A.      PC.

 8          Q.      I'm sorry?

 9          A.      PC.  Protective custody.

10          Q.      Okay.  How long did you remain on the

11   workers' deck?

12          A.      Couple months.

13          Q.      During that couple of months that you

14   remained on the workers' deck, did you receive any

15   threats of any nature?

16          A.      I was picked on, you know; that was it.

17          Q.      When you say "picked on," --

18          A.      I mean --

19          Q.      -- can you tell me what you mean by

20   that?

21          MR. AINSWORTH: You just have to wait until

22   he's done asking his question.

23          THE WITNESS:  I guess they knew that I was

24   locked up for rape, so they were looking at me a
```

1  certain way.

2  BY MR. POLICK:

3      Q.    Who?

4      A.    Inmates.  The other inmates there was a

5  certain way.  Probably a couple.  Couple, two or

6  three.

7      Q.    Do you know the names of these inmates?

8      A.    No.

9      Q.    Then how do you know that they knew you

10 were locked up for rape?

11     A.    I had that feeling.

12     Q.    I'm sorry?

13     A.    You just have that feeling.

14     Q.    It was your feeling?

15     A.    Um-hmm.  My feeling.

16     Q.    You never spoke to them?

17     A.    No.

18     Q.    Okay.  And they never directly told you

19 that they were looking at you a certain way because

20 they believed you were locked up for rape?

21     A.    No.

22     Q.    Okay.  Just more of a feeling you had?

23     A.    Yes.

24     Q.    Why did you have that feeling?

```
 1          A.     Just a gut feeling, that's all.

 2          Q.     Anything other than a gut feeling?

 3          A.     No.

 4          Q.     Okay.  So after a couple months on the

 5     workers' deck, where were you moved to next?

 6                 Did you say protective custody?  Is

 7     that the next section you went to?

 8          A.     Yes.

 9          Q.     Okay.  And why were you placed in

10     protective custody at the Cook County Jail?

11          A.     Because they had -- they had a

12     shakedown on the workers' deck and they found like

13     certain things in other people's cells.  They found

14     some sharp object in my cell so they moved me.

15          Q.     They found a sharp object in your cell?

16          A.     Um-hmm.

17          Q.     Is that a yes?

18          A.     Yes.

19          Q.     Who found the sharp object in your

20     cell?

21          A.     I believe the officer did.

22          Q.     And this was during a shakedown?

23          A.     Yes.

24          Q.     What type of sharp object was it?
```

29

```
 1        A.      A pair of scissors.

 2        Q.      And who was the owner of that pair of

 3   scissors or sharp object?

 4        A.      I don't know.

 5        Q.      Where was it found in your cell?

 6        A.      It was stashed in tissue.

 7        Q.      What kind of tissue?

 8        A.      Regular tissue.  Like a round tissue.

 9        Q.      Toilet tissue?

10        A.      Toilet tissue, yeah.

11        Q.      And do you know how the sharp object

12   got in your cell?

13        A.      No.

14        Q.      And after the sharp object was found in

15   your cell, were you disciplined in any way by the

16   county jail officials?

17        A.      Placed on lockdown.

18        Q.      You were placed on lockdown or the

19   whole block was placed on lockdown?

20        A.      The whole block.

21        Q.      Were you, yourself, moved to protective

22   custody at that time, or did you remain on the

23   block?

24        A.      No.  No.  I wait there then they took
```

1  me to PC.

2      Q.    Okay.  Were you the only one that went

3  to protective custody as a result of that sharp

4  object being found in your cell?

5      A.    I asked to go to protective custody.

6      Q.    I'm sorry?

7      MR. HEIL:  I'm sorry?

8      THE WITNESS:  I asked to go.

9  BY MR. POLICK:

10     Q.    You asked?

11     A.    Um-hmm.

12     Q.    It was at your request?

13     A.    Yes.

14     Q.    Who did request that to?

15     A.    To an officer.

16     Q.    One of the jail officials?

17     A.    Um-hmm.

18     THE COURT REPORTER:  Yes?

19     MR. POLICK:  You have to answer out loud.

20     THE WITNESS:  Yes.

21  BY MR. POLICK:

22     Q.    And why did you request to be placed

23  in protective custody.

24     A.    I feel I was safer.

1      Q.    Why did you feel it was safer?

2      A.    It was because it was protective

3 custody.

4      Q.    And after you made your request, how

5 long did it take before you were placed in

6 protective custody?

7      A.    Some very -- instant.

8      Q.    So where did they move you within the

9 jail?  Was there a particular division, or was it

10 just called protective custody?

11      A.    It was within Division 6. 1-H -- H-1, I

12 believe it is.

13      Q.    And when you were in protective

14 custody, did you have a cell of your own or did you

15 share it with somebody?

16      A.    I had a cellmate.

17      Q.    Who was your cellmate in protective

18 custody?

19      A.    I don't know.

20      Q.    Is there anything that would refresh

21 your recollection as to who your cellmate was while

22 you were in protective custody?

23      A.    No.

24      Q.    And how long -- did you only have one

32

1    cellmate, or did you have other -- a number of

2    cellmates while you were in protective custody?

3         A.    Many.

4         Q.    Many.  Did the jail officials move

5    people around quite a bit in terms of who was

6    cellmates with you?

7         A.    Yes.

8         Q.    How often would that happen?

9         A.    I -- I couldn't tell how many times.

10        Q.    How long did you remain in protective

11   custody?

12        A.    In that division probably, probably --

13   I think a year.

14        Q.    Okay. And that -- during that year of

15   protective custody, were there any other problems

16   you encountered at the county jail?

17        A.    No.

18        Q.    Okay.  Any other beatings?

19        A.    No.

20        Q.    Any other threats to your life?

21        A.    No.

22        Q.    Any other problems while you were in

23   protective custody in Division 6?

24        A.    No.

```
 1        Q.    Okay.  After about a year, were you
 2   moved somewhere else in the jail?
 3        A.    Yes.
 4        Q.    Where were you moved next?
 5        A.    Moved to Division 10.
 6        Q.    Do you know why you were moved to
 7   Division 10?
 8        A.    It was a move on -- administration
 9   moved every -- everyone.
10        Q.    Did you request to be moved?
11        A.    No.
12        Q.    When you went to Division 10, were you
13   also placed in protective custody in that division?
14        A.    Yeah, I went to a regular deck.
15        MR. HEIL:  I'm sorry.  I didn't hear you.
16        THE WITNESS:  I believe I went to a regular
17   deck.
18        MR. HEIL:  Thank you.
19   BY MR. POLICK:
20        Q.    For how long did you remain on a
21   regular deck in Division 10?
22        A.    I don't know. I can't recall.
23        Q.    More than a year?
24        A.    I believe I went to PC then.
```

```
 1        Q.    At some time --
 2        A.    Within that -- sometime, yeah.
 3        Q.    When you first came to Division 10, you
 4   were housed on a regular deck?
 5        A.    I think afterward.  I think I went
 6   to PC first. I'm not for sure about that though,
 7   so ...
 8        Q.    Well, let's start with protective
 9   custody in Division 10.  How long were you in
10   protective custody in Division 10?
11        A.    Maybe six months, I think.
12        Q.    Did you have a cellmate while you were
13   in protective custody in Division 10?
14        A.    Yes.
15        Q.    Who was your cellmate?
16        A.    I can't recall.
17        Q.    Did you have one or several cellmates
18   while -- during that six-month period?
19        A.    Probably several.
20        Q.    Are you guessing or is that for sure?
21        A.    Several.
22        Q.    Do you remember the names of any of
23   your cellmates while you were in protective custody
24   in Division 10?
```

35

```
 1        A.    Their names?  No.

 2        Q.    While you were in protective custody in

 3   Division 10, did you encounter any problems?

 4        A.    No.

 5        Q.    Were there any beatings?

 6        A.    No.

 7        Q.    Any threats to your life in that

 8   particular protective custody section of

 9   Division 10?

10        A.    No.

11        Q.    Okay.  And then after that six-month

12   period, did you get moved to the regular deck?

13        A.    Yes.

14        Q.    Okay.  Was that at your request or did

15   the jail decide to do that?

16        A.    I believe the jail decided to do that.

17   I'm not sure, though, on that.

18        Q.    Okay.

19        A.    It could have been I went to another

20   deck.

21        Q.    Did you request to leave protective

22   custody in Division 10?

23        A.    I think so.

24        Q.    Okay.  And why did you request to leave
```

1    protective custody in Division 10?

2        A.    I probably did 'cause it seemed more

3    safer over there.

4        Q.    In that particular division?

5        A.    In division, um-hmm.

6        Q.    How do you know it was safer in

7    Division 10 than Division 6?

8        A.    I wouldn't know.

9        Q.    But it was at your request to leave

10   protective custody?

11       A.    I believe so.

12       Q.    Okay.  And was that request granted?

13       A.    Yes.

14       Q.    Okay.  And after you left protective

15   custody in Division 10, where did you go to in the

16   jail?

17       A.    Division 1.

18       Q.    And was there a particular floor or

19   deck in that division?

20       A.    I think A-3, I believe.

21       Q.    I'm sorry?

22       A.    I think A-3.

23       Q.    Um-hmm.

24       Q.    Is that a yes?

37

1      A.      Yes.

2      Q.      And when you were moved to Division 1,

3  was that on a regular deck?

4      A.      Yes.

5              Can I pause for a minute?

6      Q.      Yeah.  Go ahead.

7      A.      The reason why I left -- I believe I

8  left PC is because I joined a gang, which was the

9  Vice Lords.

10     Q.      Okay.  So if I'm understanding you

11 correctly, at some time while you were in the

12 protective custody section of Division 10, you

13 joined the Vice Lords street gang?

14     A.      I believe I joined in the population.

15 When I left, I got -- I joined it when I was in the

16 population on the regular deck.

17     Q.      Okay.  In Division 10?

18     A.      Yes.

19     Q.      Okay.  So when you moved from Division

20 6 to Division 10, were you in regular population

21 initially in Division 10?

22     A.      At some point, yes.

23     Q.      Okay.  And at that point in time you

24 became a member of the Vice Lords street gang in

1    that general population of Division 10?

2          A.    Vice Lords.

3          Q.    Okay. And how did you become a member

4    of the Vice Lords street gang when you were in

5    Division 10?

6          A.    They came up and asked me.

7          Q.    Okay.  You were recruited within they

8    jail?

9          A.    Yes.

10         Q.    Okay.  And what did you have to do to

11   join the gang?

12         A.    I had to study some literature.

13         Q.    What kind of literature?

14         A.    Vice Lord literature.

15         Q.    Who gave you the Vice Lord literature?

16         A.    Some of the Vice Lords, the chiefs.

17         Q.    Okay.  Can you give me the names of

18   those people?

19         A.    No.

20         Q.    Do you remember the names of any of

21   those Vice Lords chiefs that gave you this

22   literature to look at?

23         A.    A guy named Black; he was a AVL.

24         Q.    I'm sorry?

```
 1          A.     He's a AVL.

 2          Q.     And what is AVL?

 3          A.     Almighty Vice Lord.

 4          Q.     I'm sorry?

 5          A.     Almighty Vice Lord.

 6          Q.     And that would make him a high-

 7   ranking --

 8          A.     Vice Lord.

 9          Q.     -- person in the Vice Lord street gang?

10          A.     Yes.

11          Q.     Other than Black, do you know what this

12   person's name was?

13          A.     No.

14          Q.     Okay.  Any other people that you got

15   literature from or recruited you while you were in

16   the Cook County Jail to be become part of the Vice

17   Lords street gang?

18          A.     I wouldn't know names.

19          Q.     Any nicknames that you know?

20          A.     Shorty-4.

21          Q.     I'm sorry?

22          A.     Shorty-4.

23          Q.     Anyone else that you recall that was an

24   AVL?
```

```
 1        A.     No.

 2        Q.     No one other than Black that was an

 3  AVL?

 4        A.     Yes.

 5        Q.     Who?

 6        A.     No, that's it.

 7        Q.     Oh.  I'm sorry.  I misunderstand you.

 8        A.     Um-hmm.

 9        Q.     Okay.  How long did it take you to

10  become a member of the Vice Lords street gang?

11        MR. AINSWORTH: Object to the form of the

12  question. It's vague as to what you mean by from

13  what point.  You can answer if you understand.

14        THE WITNESS:  Probably one day.

15  BY MR. POLICK:

16        Q.     Okay.  How much literature did you have

17  to read?

18        A.     A lot.

19        Q.     Was there any oath that you had to take

20  to become a member of the gang?

21        A.     Yes.

22        Q.     What was the oath that you took to

23  become a member of the gang?

24        A.     I kind of forgot some of that stuff.
```

```
 1        Q.     Tell me what you remember.

 2        A.     We would quote some -- it was called

 3   what you call Statement of Love.

 4        Q.     A Statement of Love?

 5        A.     Um-hmm.

 6   MR. AINSWORTH: Yes?

 7        THE WITNESS: Yes.

 8   BY MR. POLICK:

 9        Q.     And can you tell me what the Statement

10   of Love was?

11        A.     Statement of Love is written, showing

12   love to your brother.

13        Q.     Your brothers in the gang?

14        A.     Um-hmm.  Yes.

15        Q.     Okay.  What about brothers in other

16   gangs?

17        A.     No.

18        Q.     What was your relationship with people

19   in other gangs?

20        A.     Adversaries.

21        Q.     Okay.  Were you to show them any love?

22        A.     No.

23        Q.     Is that part of the oath to not show

24   rival gang members any love?
```

42

1          A.      It was a -- it was a love within your

2    own gang.

3          Q.      Okay.  Was part of the oath to lie for

4    other people in your gang, the Vice Lords?

5          A.      You got to tell the truth.

6          Q.      I'm sorry?

7          A.      You must tell the truth.

8          Q.      Even if it meant jeopardizing a member

9    of your gang?

10         A.      Yes.

11         Q.      What other parts of this Statement of

12   Love do you remember?

13         A.      I can't -- I can't recall.

14         Q.      Okay.  Was there any initiation

15   ceremony as a result of you becoming a member of

16   the Vice Lords street gang?

17         A.      You would say all the literature to

18   bring him in; you got to pray.

19         Q.      Pray to who?

20         A.      Pray to Allah.

21         Q.      Okay.

22         Q.      Any other parts of the oath that you

23   remember to become a Vice Lords street gang member?

24         A.      No.

43

```
 1          Q.    After you became a member of the Vice

 2   Lords street gang, was it then that you moved to

 3   Division 1?

 4          A.    Yes.

 5          Q.    And was that at your request?

 6          A.    No.

 7          Q.    Okay.  How did you become -- how did

 8   you move to Division 1?

 9          A.    Because I was sentenced on my armed

10   robbery.

11          Q.    Okay.  When you were in Division 1,

12   were you in a regular deck?

13          A.    Yes.

14          Q.    And so at the time -- so that we're

15   clear, by the time you moved -- at some -- strike

16   that.

17                At some point, when you were in

18   Division 10, while you were in protective custody

19   you became a member of the Vice Lords street gang?

20          A.    I was on regular deck.

21          Q.    You were on the regular deck?

22          A.    Um-hmm.

23          Q.    Is that a yes?

24          A.    Yes.
```

44

1      Q.    Okay.  And at any time while you were

2  in Division 10, did you move to general population?

3  I'm sorry, to protective custody?

4      A.    Say again.

5      Q.    At any time while you were in Division

6  10, did you go to protective custody?

7      A.    I believe so.

8      Q.    Okay.  And why did you go to protective

9  custody in Division 10?

10      A.    In fear for my life.

11      Q.    Okay.  And why were you in fear for

12  your life?

13      A.    Because I was -- I was locked up for

14  rape.

15      Q.    But at that point in time, were you a

16  member of the Vice Lords street gang that you went

17  into protective custody in Division 10?

18      A.    No.

19      Q.    Okay.  So this was before you became a

20  member of the Vice Lords street gang?

21      A.    I was a Vice Lord during the

22  population.

23      Q.    Okay.  But not while you were in

24  protective custody?

45

1      A.   No.

2      Q.   And you indicated you were in protective

3 custody for about six months in Division 10?

4      A.   Yes.

5      Q.   And was that part of the reason why you

6 became a member of the Vice Lords street gang?

7      A.   I came because I was locked up for rape

8 so I didn't want anybody -- I didn't want to get

9 raped or picked on again.  So that's why I joined.

10     Q.   Were you ever sexually assaulted while

11 you were in the Cook County Jail?

12     A.   No.

13     Q.   Other than any -- other than the

14 beating that you told me about, two to three days

15 after intake, were you beaten again while you were

16 in the Cook County Jail?

17     A.   No.

18     Q.   Okay.  Did you sustain any other

19 injuries during the period of time you were in the

20 Cook County Jail --

21     A.   No.

22     Q.   -- other than what you've already told

23 me?

24     A.   No.

```
 1        Q.    So by the time you got to Division 1,
 2   you were a Vice Lords street gang member?
 3        A.    Yes.
 4        Q.    And how long did you remain in
 5   Division 1?
 6        A.    I believe over a year, or close to it.
 7        Q.    And you were on a regular deck in
 8   Division 1?
 9        A.    Yes.
10        Q.    Did you ever go in protective custody
11   while you were in Division 1?
12        A.    No.
13        Q.    Any gang problems with your own gang or
14   with rival gangs while you were in Division 1?
15        A.    What you mean by problems?
16        Q.    Where there would be fights or threats.
17        A.    Maybe -- of course fights.
18        Q.    I'm sorry?
19        A.    Fights.
20        Q.    Were you involved in any of those fights?
21        A.    Yes.
22        Q.    Were you ever disciplined by the jail
23   officials while you were in Division 1?
24        A.    Locked up, yes.
```

```
 1          Q.      What do you mean by "locked up"?

 2          A.      I mean like locked up in your cell like

 3   segregation.

 4          Q.      Okay.   How many times did that happen

 5   while you were in Division 1?

 6          A.      Two times.

 7          Q.      And what were the circumstances of

 8   being placed in segregation for those two times?

 9          A.      What do you mean "circumstances"?

10          Q.      What led to you being placed in

11   segregation?

12          A.      Somebody got stabbed.

13          Q.      On both occasions?

14          A.      Yes.

15          Q.      Were you involved in the incidents in

16   any way where these individuals got stabbed in the

17   jail?

18          A.      No.

19          Q.      You ever stab anyone while you were in

20   the jail?

21          A.      No.

22          Q.      Were you ever told to stab anyone while

23   you were in the jail?

24          A.      Yes.
```

1       Q.     Okay. Did you carry out that direction?

2       A.     No.

3       Q.     Who told you to stab somebody while you

4    were in the jail?

5       THE WITNESS:  Off the record a second.

6                      (Discussion off the record.)

7       THE WITNESS:  During the Department of

8    Corrections, not jail.

9    BY MR. POLICK:

10      Q.     Okay.  When you say "Department of

11   Corrections," you're talking about Illinois

12   Department of Corrections?

13      A.     Yes.

14      Q.     Okay.  We're still on the Cook County

15   Jail, right now.

16      A.     Okay.

17      Q.     So while you were in the Cook County

18   Jail, were you ever told to stab anybody?

19      A.     No.

20      Q.     Were you ever told to do harm to

21   anybody while you were in the Cook County Jail?

22      A.     Yes.

23      Q.     Who told you to do harm to somebody

24   while you were in the Cook County Jail?

49

```
 1          A.     One of the chiefs.

 2          Q.     And what was the name of the chief?

 3          A.     I forgot his name.

 4          Q.     Was he a chief of the Vice Lords street

 5   gang?

 6          A.     Yes.

 7          Q.     And he was also incarcerated at the

 8   Cook County Jail?

 9          A.     Yes.

10          Q.     And who were you told to do harm to?

11          A.     Another Vice Lord.

12          Q.     I'm sorry?

13          A.     Another Vice Lord.

14          Q.     Why were you told to do harm to another

15   Vice Lord?

16          A.     He had broken the rules.

17          Q.     What type of rule did he violate?

18          A.     He was running his mouth to -- he was

19   running his mouth too much.

20          Q.     What do you mean?

21          A.     In other people's business.

22          Q.     What do you mean he was running his

23   mouth off too much about other people's business?

24          A.     He was telling some people what he
```

1  wasn't supposed to tell, or told or something.

2       Q.    I'm sorry?

3       A.    He was telling something he wasn't

4  supposed to say.

5       Q.    Do you know what he was supposed to say

6  or not supposed to say?

7       A.    Yeah.

8       Q.    What was he --

9       A.    I -- I forgot.

10      Q.    And what harm were you told to do to

11 this person that was running his mouth off?

12      A.    To violate him.

13      Q.    In what way?

14      A.    To the body.

15      Q.    In what way?

16      A.    Punch him.

17      Q.    And did you carry that out?

18      A.    Yes.

19      Q.    Who was the person you violated?

20      A.    Another Vice Lord.

21      Q.    What was that Vice Lord's name?

22      A.    I don't know.

23      Q.    What did you do to him?

24      A.    Gave him body blows.

1     Q.    With your fists?

2     A.    Yes.

3     Q.    To what part of his body?

4     A.    Stomach, chest.

5     Q.    Were you the only one that violated

6 this other Vice Lord or were others involved?

7     A.    It was one more -- two -- two of us.

8     Q.    Two besides yourself?

9     A.    Just two altogether.

10     Q.    You and somebody else?

11     A.    Yes.

12     Q.    Who was the other person that violated

13 this Vice Lord?

14     A.    I don't know.

15     Q.    Did you injure this other person?

16     A.    Yes.

17     Q.    How did you injure him?

18     A.    He was hurting, his ribs -- I guess, he

19 was hurting, his ribs and everything was hurting.

20     MR. HEIL:  I'm sorry.  I couldn't hear.

21     THE WITNESS: I believe his stomach or

22 something is where he was hurting.

23 BY MR. POLICK:

24     Q.    Was he bleeding.

1    A.    No.

2    Q.    Was he hospitalized as a result of the

3 violation?

4    A.    No.

5    Q.    Why did you carry out the violation if

6 you were going to do harm to somebody else?

7    A.    Because I had to.

8    Q.    Why did you have to?

9    A.    Because if I didn't, I get violated.

10    Q.    Why didn't you go to a jail official

11 and tell them instead of carrying out the violation?

12    A.    Because that's breaking the chain of

13 command.

14    Q.    Breaking whose chain of command?

15    A.    It's being like a stool pigeon.

16    Q.    So it would have been a violation of

17 your gang oath to go to the jail officials and tell

18 them that you were told to violate somebody?

19    A.    Yes.

20    Q.    So you decided to carry out the

21 violation nonetheless?

22    A.    Yes.

23    Q.    Is that the only time you violated

24 somebody while you were in Cook County Jail?

1       A.      Yes.

2       Q.      Any other occasions where you violated

3   somebody while you were in Cook County Jail?

4       A.      No.

5       Q.      Did you ever sexually assault somebody

6   while you were in the Cook County Jail?

7       A.      No.

8       Q.      And this violation that you committed

9   of another Vice Lord member, do you know if that

10  incident was reported to jail officials?

11      A.      No.

12      Q.      How do you know it wasn't reported?

13      MR. AINSWORTH:  Objection.  Mischaracterizes

14  his answer. You asked if he knew.

15      MR. POLICK: What was wrong -- I'll ask the

16  question again.

17  BY MR. POLICK:

18      Q.      Was your violation of this other Vice

19  Lord gang member reported to Cook County Jail

20  officials?

21      A.      Not that I know of.

22      Q.      Did you report it?

23      A.      No.

24      Q.      Do you know if anybody else did?

1        A.      Not that I know of.

2        Q.      And did that occur in Division 1 of the

3  jail, that violation that you committed?

4        A.      No.

5        Q.      Where did it occur in Cook County Jail?

6        A.      Division 6.  No, it's my fault.  Let me

7  make sure.

8        Q.      You want to correct -- let me ask the

9  question again.

10       A.      I'm not sure.

11       Q.      This Vice Lord member that you violated,

12 where in Cook County jail did that occur, which

13 division?

14       A.      I forgot. I forgot which division it

15 was.

16       Q.      Was it that, during that period of over

17 a year that you were housed in Division 1?

18       A.      Say it again.

19       Q.      Was it during that period of over a

20 year that you were housed in Division 1?

21       A.      Yes.

22       Q.      After that period of over a year in

23 Divison 1, were you housed in any other section of

24 Cook County Jail?

55

1       A.     Yes.

2       Q.     Where did you go after Division 1?

3       A.     I was in a different cell block, F4.

4       Q.     Okay.  Still in Division 1?

5       A.     Yes.

6       Q.     But you moved to a different cell

7 block?

8       A.     Yes.

9       Q.     Any problems while you were in that

10 cell block of Division 1?

11       A.     No.

12       Q.     Did anybody threaten your life while

13 you were in that division of -- or that section of

14 Division 1?

15       A.     No.

16       Q.     Did you commit any violations against

17 anyone --

18       A.     No.

19       Q.     -- while you were in that section of

20 Division 1?

21       A.     No.

22       Q.     How long did you remain in that

23 section, F4 of Division 1?

24       A.     Months.

56

1      Q.    And after that where were you housed in

2 Cook County Jail?

3      A.    Say it again.

4      Q.    After that where were you housed in

5 Cook County Jail?  After you moved from Division

6 F -- or Division 1 --

7      A.    I got--

8      Q.    -- Section F4?

9      A.    I got transferred to the Department of

10 Corrections.

11     Q.    Okay. So  Section F4 was the last place

12 you were at in Division 1 at Cook County Jail

13 before you were transferred to the Department of

14 Corrections?

15     A.    Yes.

16     Q.    Do you know what year it was that you

17 were transferred to the Department of Corrections?

18     A.    '94.

19     Q.    Do you know what month of '94?

20     A.    No, I forgot.

21     Q.    Okay.

22     A.    October or November.

23     Q.    So you were in Cook County Jail maybe

24 two and half years, would that be correct?  From

1  March of '92 to October, November of 1994?

2          A.      Seemed right.

3          Q.      Okay.   What were the general conditions

4  like in the jail in terms of sanitary conditions,

5  cleanliness?

6          A.      It was awful.   You had to sleep on

7  floors.   The floor's dirty.   Very hot.

8          Q.      Any problems with bugs or rodents?

9          A.      Yeah, couple of roaches and probably

10 flies flying around.

11         Q.      Any rodents?

12         A.      Mices, yeah.

13         Q.      Mice.   Did you ever have a bunk of your

14 own while you were in Cook County Jail for that two

15 and a half years?

16         A.      Yes.

17         Q.      Okay.   In what division did you finally

18 get a bunk of your own?

19         A.      Division 6.

20         Q.      Okay.   How long were you sleeping on

21 the floor before you got a bunk of your own?

22         A.      I can't recall.

23         Q.      Okay.   By bunk of your own, I mean you

24 had a bed that you were sleeping on, that wasn't a

1  mattress on the floor, correct?

2  　　　A.　　Yes.

3  　　　Q.　　Okay.　But you did share your cell with

4  other people?

5  　　　A.　　Yes.

6  　　　Q.　　Do you recall any of the cellmates that

7  you had while you were at Cook County Jail?

8  　　　A.　　Papa Stone.

9  　　　Q.　　I'm sorry?

10 　　　A.　　Papa Stone, I think.　I'm not sure.

11 　　　Q.　　Papa Stone?

12 　　　A.　　Yeah, I think.　I'm not sure.

13 　　　Q.　　Do you know what his name was?

14 　　　A.　　No.

15 　　　Q.　　Anyone else you recall being a cellmate

16 while you were at Cook County Jail for those two

17 and a half years?

18 　　　A.　　No.

19 　　　Q.　　Is there anyone you looked up to as a

20 mentor while you were in Cook County Jail?

21 　　　A.　　Not really, no.

22 　　　Q.　　Okay.　What about the chiefs of the

23 Vice Lords that were in the jail?

24 　　　A.　　Yes and no.

59

```
 1        Q.    What do you mean by that?

 2        A.    Mixed feelings.

 3        Q.    What do you mean by "mixed feelings"?

 4        A.    Just mixed feelings. I don't know.

 5        Q.    What kind of feelings?

 6        A.    I just think I shouldn't join the gang.

 7        Q.    Why not?

 8        A.    Because I feel that it wasn't right.

 9        Q.    Why did you feel it wasn't right to

10   join a gang?

11        A.    I say that it wasn't the right thing to

12   do.

13        Q.    Why not?

14        A.    They was gang members.

15        Q.    Okay. But you knew that.

16        A.    Yeah, I did.

17        Q.    So why wasn't it a right thing to do?

18        A.    I was taught not to join gangs.

19        Q.    Who taught you not to join a gang?

20        A.    My family.

21        Q.    Any other gang problems while you were

22   in Cook County Jail for that approximately two and

23   half years other than what you've already told us

24   about?
```

```
 1         A.      No.

 2         Q.      Any other threats to your life while

 3  you were in Cook County Jail during that two-and-a

 4  half year period other than what you've already

 5  told us about?

 6         A.      No.

 7         Q.      How old are you, Mr. Hill?

 8         A.      33.

 9         Q.      What's your date of birth?

10         A.      11/27/73.

11         Q.      Where were you born?

12         A.      Chicago, Illinois.

13         Q.      What neighborhood did you grow up in?

14         A.      Neighborhood?  When I was a kid, I

15  was up north, North Side of Chicago, but mainly

16  the South Side.

17         Q.      Okay.  You grew up as a kid on the

18  North Side and then you moved to the South Side;

19  is what what you said?

20         A.      I was born -- I was born on the South

21  Side, and moved to the North Side then back to the

22  South Side. I was born in Roseland Hospital.  Yeah,

23  I think it was Roseland.

24         Q.      Do you have a driver's license?
```

61

1       A.    No.

2       Q.    Have you ever had a driver's license?

3       A.    No.

4       Q.    Have you ever applied for a driver's

5 license?

6       A.    No.

7       Q.    What's your current address?

8       A.    8609 South Colfax.

9       Q.    And where is that located in the City?

10      A.    It's going to lakefront; it's like

11 southeast.

12      Q.    And is that a house or an apartment?

13      A.    Two-flat.

14      Q.    I'm sorry?

15      A.    Two-flat.

16      Q.    Two-flat. And do you occupy one of

17 those flats?

18      A.    Yes.

19      Q.    Okay. Who occupies the other one?

20      A.    Neighbor.

21      Q.    Is the neighbor related to you in any

22 way?

23      A.    No.

24      Q.    And the flat that you occupy, is it the

```
 1   bottom flat or the top flat?

 2        A.    Top.

 3        Q.    So is there an apartment number?

 4        A.    2.

 5        Q.    And who do you live there with?

 6        A.    My sister.

 7        Q.    And your sister's name?

 8        A.    Marilyn Baxter.

 9        Q.    I'm sorry?

10        A.    Marilyn Baxter.

11        Q.    Marilyn, did you say?

12        A.    Yeah.

13        Q.    And how old is Marilyn?

14        A.    Early 50s.

15        Q.    And how long have you lived at that

16   address?

17        A.    About eight months.

18        Q.    Is the lease in your name or in your

19   sister's name?

20        A.    Hers.

21        Q.    Do you pay any rent to live at that

22   apartment?

23        A.    Meaning rent -- meaning what?

24        Q.    Do you pay money to live at that
```

```
 1    apartment?  Do you give your sister any money or do
 2    you pay a landlord?
 3          A.    I do chores. I bring food to her house;
 4    so, yes.
 5          Q.    Okay.  Other than bringing food to the
 6    house or doing chores, do you pay any cash money?
 7          A.    No.
 8          Q.    Is there a landlord for that building?
 9          A.    Yes.
10          Q.    Do you know who the landlord is?
11          A.    I don't know her name, no.
12          Q.    It's a woman, though?
13          A.    Yes.
14          Q.    Does she reside in the building?
15          A.    No.
16          Q.    Do you know where she lives?
17          A.    No.
18          Q.    Other than you and your sister,
19    Marilyn, is there anyone else that lives in that
20    top apartment at 8609 South Colfax?
21          A.    Here son.
22          Q.    And what's her son's name?
23          A.    Darrell Tor (phonetic) Lindsey.
24          Q.    And the last name is Lindsey?
```

```
 1        A.      Yes.

 2        Q.      L-i-n-d-s-e-y?

 3        A.      L-i-n-d-e-s-y, something like that.

 4        Q.      Okay.  How old is her son?

 5        A.      28.

 6        Q.      What does he do for a living?

 7        A.      Retail, I think.  I'm not sure.

 8        Q.      Do you know where?

 9        A.      I don't know.

10        Q.      Anyone else that lives at that

11   apartment at 8609 South Colfax other than you,

12   Marilyn, and her son?

13        A.      My other sister.

14        Q.      What's your other sister's name?

15        A.      Jackie Gardner.

16        Q.      I'm sorry?

17        A.      Jackie Gardner.

18        Q.      Jackie Gardner.  And how old is Jackie?

19        A.      54, I believe.

20        Q.      Anyone else that lives at that

21   apartment?

22        A.      Her other son, Elliott Lindsey.

23        Q.      And when you say "other son," is this

24   Marilyn's other son?
```

```
 1        A.    Yes.

 2        Q.    And you said it's Elliott Lindsey?

 3        A.    Um-hmm, yes.

 4        Q.    And how old is Elliott?

 5        A.    23.

 6        Q.    And what does Elliott do for a living?

 7        A.    Go to school.

 8        Q.    Where at?

 9        A.    College, Olive Harvey.

10        Q.    And what does your sister Marilyn do

11   for a living?

12        A.    She sell wedding clothes.

13        Q.    Does she have her own shop?

14        A.    Yes.

15        Q.    Where at?

16        A.    On 2055 West 95th Street.

17        Q.    I'm sorry.  Could you say that again?

18        A.    2055 West 95th Street by Evergreen Park.

19        Q.    By the mall?

20        A.    Yeah.

21        Q.    And your sister Jackie, what does she

22   do for a living?

23        A.    She don't -- she doesn't work.

24        Q.    Okay.  Does she have any children that
```

1    live at that apartment?

2        A.    No.

3        Q.    When she was working, was there --

4    strike that.

5             Was there a period of time where

6    Jackie was working?

7        A.    That, I can't recall.

8        Q.    Okay.  The wedding clothes shop that

9    your sister Marilyn owns, does it have a name?

10       A.    Unforgettable Wedding.

11       Q.    Unforgettable Wedding?

12       A.    Um-hmm.

13    MR. AINSWORTH: Is that a yes?

14    THE WITNESS:  Yes.

15  BY MR. POLICK:

16       Q.    And do you know how long she's owned

17    that business?

18       A.    At least '94.

19       Q.    Okay. Have you ever worked for her at

20    that business?

21       A.    Yes.

22       Q.    When?

23       A.    I go in, go out.  Come in and help her

24    out, assist on weddings, and sweeping around.

67

```
 1          Q.    And this is since you have been
 2   released?
 3          A.    Yes.
 4          Q.    When were you released from the
 5   Department of Corrections?
 6          A.    September the 8th, '06.
 7          Q.    And this apartment on Colfax, is that
 8   where you have lived since your release from the
 9   IDOC?
10          A.    Yes.
11          Q.    Have you lived anywhere else since your
12   release from IDOC?
13          A.    No.
14          Q.    While you -- when you were released
15   from the Illinois Department of Corrections, what
16   facility were you released from?
17          A.    On Dixon.
18          Q.    How long were you in Dixon Correctional
19   Center?
20          A.    I believe 18 months.
21          Q.    And before Dixon, where were you?
22          A.    Pontiac.
23          Q.    And how long were you in Pontiac?
24          A.    Seven years.
```

68

```
 1          Q.     And before Pontiac where were you
 2  housed at?
 3          A.     Menard.
 4          Q.     How long were you in Menard?
 5          A.     Almost three years.
 6          Q.     And before Menard where were you at?
 7          A.     Joliet receiving.
 8          Q.     Other than going through the receiving
 9  center at Joliet, were you ever housed at Joliet
10  penitentiary?
11          A.     No.
12          Q.     Okay.  How long were you in the
13  receiving center?
14          A.     Three weeks.
15          Q.     And then you were sent to Menard?
16          A.     Yes.
17          Q.     And prior to going to Joliet Receiving
18  Center, you were in the Cook County Jail, correct?
19          A.     Yes.
20          Q.     Where were you living at the time of
21  your arrest in March of '92?
22          A.     Two places.
23          Q.     Okay.  Tell me the first place you were
24  living at.
```

```
 1        A.    70th -- 7016 South Colfax -- I mean
 2   Wolcott.
 3        Q.    And what was the other place you were
 4   living at in March of '92 at the time of your
 5   arrest?
 6        A.    5621 South Laflin.
 7        MR. HEIL:  Okay.  I'm sorry.  That's 3621?
 8        MR. POLICK:  56.
 9   BY MR. POLICK:
10        Q.    And those are both in Chicago, correct?
11        A.    Yes.
12        Q.    Okay.  Let's start with the Wolcott
13   address.  Is that a house or an apartment?
14        A.    It's a house.
15        Q.    And who owned that home?
16        A.    I don't know.
17        Q.    Who did live there with?
18        A.    My sister.
19        Q.    Which sister?
20        A.    Marilyn Lindsey.
21        Q.    Is that also Marilyn Baxter?
22        A.    Yes.
23        Q.    Which is her married name, Baxter or
24   Lindsey?
```

1      A.    Both was.

2      Q.    Both?

3      A.    Yeah.

4      Q.    Is her maiden name Hill?

5      A.    Yes.

6      Q.    Anyone else that lived at 7016 South

7  Wolcott at the time of your arrest?

8      A.    Her kids.

9      Q.    Her kids?

10      A.    Yes.

11      Q.    Elliott and I forget the other son's --

12      A.    Darrell Tor, Mike Lindsey.

13      Q.    Who's Mike Lindsey?

14      A.    That's her son, her kids, and Joshua

15  Lindsey, Antonio Lindsey and Harold Hill.

16      Q.    And when you say "Harold Hill," is

17  there another Harold Hill besides yourself?

18      A.    Senior and junior.

19      Q.    Okay.  Are you senior or junior?

20      A.    I'm junior.

21      Q.    And Harold Hill Sr. That was your

22  father?

23      A.    Yes.

24      Q.    Is he still alive?

71

```
 1        A.     No.

 2        Q.     When did he pass?

 3        A.     He died in the Chicago heat wave in

 4  1995 of a heart attack.

 5        Q.     And how about your mother?  What is her

 6  name?

 7        A.     Mary Hill.

 8        Q.     And is she still alive?

 9        A.     Yes.

10        Q.     And how long, or how old is she

11  approximately at this point?

12        A.     75.

13        Q.     Where does she reside?

14        A.     She in a mental health facility.

15        Q.     How long has she been in a mental health

16  facility?

17        A.     All her life.

18        Q.     Is there a particular facility that

19  she's been housed at?

20        A.     26th and California Garden --

21  California Gardens.

22        Q.     I'm sorry?

23        A.     California Gardens.

24        Q.     You ever visit your mother at that
```

```
 1   facility?

 2         A.    Yes.

 3         Q.    Before you were arrested, how often

 4   would you visit your mother at that facility?

 5         A.    We would bring her home like outpatient

 6   passes.

 7         Q.    And since you've been released, have

 8   you visited your mother?

 9         A.    Yes.

10         Q.    How often do you visit your mother?

11         A.    Very often.

12         Q.    How often is very often?

13         A.    About three or four times a month.

14         Q.    Now, going back to March of 1992 at the

15   Wolcott address, you indicated that your sister

16   Marilyn, had other children Mike, Joshua, and

17   Antonio Lindsey.

18         A.    Yes.

19         Q.    How old is Mike now?

20         A.    I think Mike's 25.

21         Q.    And Joshua, how old is he now?

22         A.    I think 24.

23         Q.    And Antonio Lindsey?

24         A.    He's 34.
```

73

1      Q.    I'm sorry?

2      A.    34.

3      Q.    34.  Does Antonio Lindsey also go by

4 the name of Antonio Hill?

5      A.    Yeah.

6      Q.    Anyone else that was living at the

7 Wolcott address in March of 1992 at the time of

8 your arrest?

9      A.    No.

10      Q.    And why did you -- well, strike that.

11            The other address 5621 South Laflin,

12 who was living there at the time of your arrest in

13 March of 1992?

14      A.    My girlfriend, ex-girlfriend and her

15 sisters.

16      Q.    Okay.  Let's start with your

17 ex-girlfriend.  I take it she was your girlfriend

18 at the time?

19      A.    Yes.

20      Q.    And what is her name?

21      A.    Betty Jean Hackett.

22      Q.    And you said her sisters were living

23 there at that address as well?

24      A.    Yes.

```
 1        Q.    Who were her sisters?

 2        A.    Tricia Hackett.

 3        Q.    And --

 4        A.    Kenya Hackett.

 5        Q.    Kenya?

 6        A.    Yeah, like Kenya in Africa.

 7        Q.    Okay.  Kenyetta Hackett, Shalonda

 8   Hackett, Paulita Hackett.

 9        A.    Paulita?

10        A.    Um-hmm.  Yes.

11        Q.    Anyone else that was living there?

12        A.    How many is that?

13        Q.    One, two, three, four, I've got five.

14        A.    Five?

15        Q.    Five sisters.

16        A.    There should be six.

17        MR. AINSWORTH:  I've got Betty Jean, Tricia --

18   BY MR. POLICK:

19        Q.    Well, yeah, other than Betty Jean.  I'm

20   just talking about sisters.

21              She had five sisters.  Any other

22   sisters?

23        A.    Five.

24        Q.    Okay.  Anyone else that was living there
```

```
 1  besides Betty Jean and her five sisters?

 2          A.      Kenya kids, Kenya Hackett.

 3          Q.      Okay.

 4          A.      Boy and girl.

 5          Q.      Okay.  Were you ever married to Betty

 6  Jean Hackett?

 7          A.      No.

 8          Q.      Do you have any children with Betty

 9  Jean Hackett?

10          A.      Yes.

11          Q.      How many children do you have with

12  Betty Jean?

13          A.      Two.

14          Q.      What are the names of your children?

15          A.      Betty Jean Hill.

16          Q.      And the other child?

17          A.      Emanuel Hackett.

18          Q.      How old is Betty Jean Hill now?

19          A.      17. What's today?

20          Q.      Today is the 24th.

21          A.      Sorry.  18.

22          A.      Today her birthday?

23          A.      Yes.

24          Q.      How about Emanuel?  How old is he?
```

```
 1      A.      15.

 2      Q.      And why were you living at two addresses

 3 back in March of 1992?

 4      A.      I had my family over there, and I had

 5 my girlfriend over there, so I ...

 6      Q.      So your girlfriend was living on Laflin

 7 and your family was living on Wolcott?

 8      A.      Yes.

 9      Q.      Okay.  Any other reason why you had the

10 two residences back in March of 1992?

11      A.      No.

12      Q.      Where is Betty Jean Hill living now?

13      A.      I don't know.

14      Q.      When was the last time you saw your

15 daughter Betty Jean Hill?

16      A.      Oh, my daughter?

17      Q.      Yes, your daughter.

18      A.      49th and Cottage Grove.

19      Q.      And when was the last time you saw her?

20      A.      Saturday.

21      Q.      What does she do for a living?

22      A.      She work at McDonald's.

23      Q.      Is she single or married?

24      A.      Single.
```

77

1       Q.      Okay.  And it's your son, right,

2  Emanuel?

3       A.      Yes.

4       Q.      Where does he live?

5       A.      154th South Kedzie.

6       MR. HEIL:  I'm sorry.

7       THE COURT REPORTER: 154th South Kedzie.

8       THE WITNESS: Yes.

9  BY MR. POLICK:

10      Q.      When was the last time you saw your son?

11      Q.      Two weeks ago.

12      Q.      And is he in school?

13      A.      Yes.

14      Q.      Who does your son live with at the

15  Kedzie address?

16      A.      Kenyetta Hackett.

17      Q.      Kenya?

18      A.      Kenyetta Hackett.

19      Q.      Oh.  Kenyetta.

20      A.      Um-hmm.

21      Q.      And how about your daughter, Betty Jean

22  Hill?  Who does she live with?

23      A.      Her grandfather, Paul Hackett.

24      Q.      And how about your ex-girlfriend, Betty

```
 1   Jean Hackett?  Do you know where she lives today?

 2         A.     Somewhere up north.

 3         Q.     In the city?

 4         A.     Yes.

 5         Q.     When was the last time you saw Betty

 6   Jean Hackett?

 7         A.     I believe '98.

 8         Q.     Where was that at?

 9         A.     Incarcerated.

10         Q.     What facility were you in when you saw

11   her?

12         A.     Pontiac.

13         Q.     She came to visit you at that facility?

14         A.     Yes.

15         Q.     How about when you were in Menard?  Did

16   she visit you there?

17         A.     Yes.

18         Q.     How about at Dixon?  Did she visit you

19   there?

20         A.     No.

21         Q.     When did your relationship with her

22   end?

23         A.     When did it end?

24         Q.     Yes, sir.
```

```
 1        A.     Between '97, '98.

 2        Q.     Why did the relationship end at that

 3   time?

 4        A.     Because she got tired.

 5        Q.     Tired of what?

 6        A.     Me being locked up, not coming home. It

 7   was overbearing.

 8        Q.     Back in March of 1992, where were you

 9   spending more time?  At the Laflin address with

10   your girlfriend -- or then girlfriend -- or at the

11   Wolcott address with your family?

12        A.     With my girlfriend, 5621 South Laflin,

13   yes.

14        Q.     How much time more were you spending

15   their than with your family at Wolcott?

16        A.     I would spend about 80 percent there

17   and 20 percent at home.  And then --

18        Q.     I'm sorry.  I didn't mean to cut you

19   off.  Go ahead.

20        A.     No.  Go ahead.

21        Q.     How did you get from one place to the

22   other if you had to go from your family's home to

23   your girlfriend's home or vice versa?

24        A.     I ride the bike, bus, or I walk; it
```

1    depends.

2        Q.    You didn't have a car back in March

3    of 1992?

4        A.    No.

5        Q.    Your daughter, she was already born at

6    that time, correct?

7        A.    Yes.

8        Q.    She was living with you at 5621 South

9    Laflin?

10       A.    Yes.

11       Q.    How about your son?  Was he born in

12   March of 1992?

13       A.    No.

14       Q.    Okay.  When was he born?

15       A.    In June, '92.

16       Q.    So after you were arrested?

17       A.    Yes.

18       Q.    How did you support your family back in

19   March of, or prior to your arrest in March of '92?

20       A.    I was a busboy.

21       Q.    Where at?

22       A.    105th and Cicero.

23       Q.    Betty Jean Hackett, did she work

24   outside the home?

1      A.      She was -- she was going to school for
2  being -- to be a dental assistant.
3      Q.      And do you know what school that was?
4      A.      No.
5      Q.      Were you working and she was going to
6  school at the same hour of the day?
7      A.      Ground shift.
8      Q.      Who had the graveyard?
9      A.      I did.
10     Q.      Okay.  So she went to school during the
11  day and you worked at night?
12     A.      Yes.
13     Q.      And if there were periods of time where
14  neither of you could be at home, who would watch
15  your daughter?
16     A.      Her family or a neighbor.
17     Q.      How long did you have this arrangement
18  where you were living 80 percent of the time at
19  5621 South Laflin and about 20 percent of the time
20  at 7016 South Wolcott prior to your arrest?
21     A.      Started '80 -- '89.
22     Q.      Back in '89, you would have been what?
23  16 years old?
24     A.      I think so.

```
 1        Q.    Where were you living when you were
 2   16 years old back in 1989?
 3        A.    Both residence.
 4        Q.    Same?
 5        A.    Both residence.  7016 and 56 -- so
 6   what?  Would you say it again?
 7        Q.    In 1989, when you were 16 years old,
 8   where were you living?
 9        A.    Oh.  57th and Laflin down the street.
10        Q.    What was the address there?
11        A.    5725 South Laflin.
12        Q.    And for how long of a period of time
13   did you live there?
14        A.    Early '80s.
15        Q.    And was that a house or an apartment?
16        A.    A house.
17        Q.    Who owned that house?
18        A.    The landlord.
19        Q.    Who was the landlord?
20        A.    I don't know.
21        Q.    Was it a single-family home?
22        A.    Yes.
23        Q.    And who did you live there with at
24   5725 South Laflin?
```

```
 1        A.     Marilyn.

 2        Q.     That's also Marilyn Baxter?

 3        A.     Yes.

 4        Q.     Who else lived at 5725 South Laflin

 5   besides you and Marilyn Lindsey or Marilyn Baxter?

 6        A.     All the people I told you about, her

 7   kids, you know, and my father.

 8        Q.     All her sons?

 9        A.     Yes.

10        Q.     And your father lived at that address

11   too?

12        A.     Yes.

13        Q.     Were you ever housed at the Audy Home

14   or some other juvenile detention facility?

15        A.     Yes.

16        Q.     Any juvenile detention facility other

17   than the Audy Home?

18        A.     Audy Home, yes -- no.

19        Q.     How many times were you housed in the

20   Audy Home?

21        A.     I believe once.

22        Q.     What was that for?

23        A.     Battery on my girlfriend.

24        Q.     I'm sorry?
```

```
1        A.    Battery on my girlfriend.

2        Q.    Betty Jean Hackett?

3        A.    Yeah.

4        Q.    When did that occur?

5        A.    I think 1990, I think.  I'm not for

6   sure.

7        Q.    And where did that battery occur at?

8        A.    At her home.

9        Q.    5621 South Laflin?

10        A.    Yes.

11        Q.    Did she make a complaint against you?

12        A.    Yes.

13        Q.    Did she call the police?

14        A.    Yes.

15        Q.    What did you do that prompted her to

16   call the police?

17        MR. AINSWORTH:  Object to the form of the

18   question.  You can answer, if you understand.

19        THE WITNESS:  I don't understand.

20   BY MR. POLICK:

21        Q.    What were the circumstances of you

22   being charged with battery?

23        A.    Say it again.

24        Q.    What were the circumstances that led to
```

1   you being charged with battery?

2           MR. AINSWORTH:  I think the problem is

3   "circumstances," and if you could use a different

4   word.

5   BY MR. POLICK:

6           Q.    Do you understand the question?

7           A.    No.

8           Q.    What happened that Betty Jean Hackett

9   filed a complaint and called the police against you

10  for battery?

11          A.    We was arguing and fighting.

12          Q.    Did you threaten her in any way?

13          A.    We was arguing.

14          Q.    Did you physically touch her?

15          A.    Yes.

16          Q.    What did you do physically to her?

17          A.    Grabbed her.

18          Q.    Was she pregnant at the time with your

19  son?

20          A.    No.

21          Q.    Did you threaten her with any type of

22  weapon?

23          A.    Yes.

24          Q.    What did you threaten here with?

86

```
 1          A.    A .22.

 2          Q.    A .22 caliber gun?

 3          A.    Yeah.

 4          Q.    Was it a pistol or a revolver?

 5          A.    Revolver.

 6          Q.    Whose gun was it?

 7          A.    Her father's.

 8          Q.    Whose father?

 9          A.    Paul Hackett -- Betty, Betty Hackett,

10   my girlfriend father.

11          Q.    Other than physically grabbing her and

12   threatening her with this .22 caliber revolver, did

13   you do anything else to Betty Jean that led to her

14   calling the police?

15          A.    I busted a window.

16          Q.    You busted a window on what?

17          A.    A neighbor house.

18          Q.    Whose neighbor?

19          A.    Her's.  Next -- across the street.

20          Q.    Why did you do that?

21          A.    I was -- I was angry at her.

22          Q.    Why were you angry at Betty?

23          A.    Because she wouldn't let me see my

24   daughter.
```

```
 1        Q.    Why wouldn't she let you see your
 2   daughter?
 3        A.    Because she was mad that I wasn't
 4   spending certain time with her.
 5        Q.    When you say "her," who do you mean?
 6        A.    My girlfriend.
 7        Q.    And as a result of that incident, were
 8   you arrested?
 9        A.    Yes.
10        Q.    Were you taken to a police station?
11        A.    Yes.
12        Q.    Do you know what police station you
13   were taken to?
14        A.    I forgot.  I think 51st and Wentworth.
15   I think.  I think.
16        Q.    Was that the first time you were in a
17   police station?
18        A.    I believe so.
19        Q.    And as a result of that arrest, you
20   said that you were sent to the Audy Home?
21        A.    Yes.
22        Q.    How long did you spend in the Audy
23   Home?
24        A.    30 days.
```

```
 1          Q.      And after you were released from the
 2     Audy Home where did you return to?   What address?
 3          A.      7016 South Wolcott.
 4          Q.      Was there some court case related to
 5     this battery arrest?
 6          A.      I believe the charges were dropped.
 7          Q.      Who dropped the charges?
 8          A.      My girlfriend.
 9          Q.      Was there ever an incident where you
10     threatened Betty Jean Hackett at her sister
11     Shalonda's house at 220 East 55th Street?
12          A.      Yes.
13          Q.      What were the circumstances of that
14     incident?
15          A.      I threatened her with a gun.
16          Q.      Are we talking about the same
17     incident?
18          A.      Yes.
19          Q.      Okay.   So earlier you told me that this
20     happened at 5621 South Laflin, was that incorrect?
21          A.      Yes.
22          Q.      So this actually happened at 220 East
23      55th Street, correct?
24          A.      Yes.
```

```
 1        Q.    And this battery incident -- strike that.

 2                    Was that an apartment or a home

 3   that --

 4        A.    Apartment.

 5        Q.    -- her sister owned at 220 East 55th

 6   Street?

 7        A.    Yes, apartment.

 8        Q.    Okay.  Did you ever live at 220 East

 9   55th Street?

10        A.    No.

11        Q.    That was Betty Jean's sister's

12   apartment?

13        A.    Yes.

14        Q.    Was your daughter living at that

15   apartment?

16        A.    My daughter?

17        Q.    Yes, sir.

18        A.    Yes.

19        Q.    Was there another incident in which

20   Betty Jean had you charged with battery while she

21   was living at 5621 South Laflin?

22        A.    I believe so.

23        Q.    And did that occur before or after this

24   incident where you threatened her with a gun at
```

```
 1  220 East 55th Street?

 2          A.     I think before.

 3          Q.     Are you positive?

 4          A.     No.

 5          Q.     What were the circumstances of the

 6  incident that occurred at 5621 South Laflin?

 7          A.     I forgot.

 8          Q.     Did she call the police on you?

 9          A.     Yes.

10          Q.     Was she pregnant at the time?

11          A.     I believe so.

12          Q.     Did you force her to have sex?

13          A.     Yes and no.

14          Q.     Well, is it yes or is it no?

15          A.     Both.

16          Q.     How is it yes?

17          A.     One time she wouldn't do anything.

18  First she say like "yes."  Then she say  "no."

19          Q.     And how is it no?

20          A.     It was like yes at that time.  And no

21  at other times.

22          Q.     Well, I'm talking about the time that

23  she called and -- called the police on you at 5621

24  South Laflin.  Did you force her to have sex or
```

1    didn't you?

2         A.    Yes.

3         Q.    Did you threaten her at the time?

4         A.    We was arguing.

5         Q.    Did you threaten her?

6         A.    We was arguing.

7         Q.    I understand you were arguing.

8                My question is:  Did you threaten

9    her?

10        A.    We was arguing.

11        Q.    That's not my question.  My question

12   is:  Did you threaten her?

13        A.    No.

14        Q.    Did you strike her with fists?

15        A.    I grabbed her.

16        Q.    Did you strike her?

17        A.    No.

18        Q.    Other than grabbing her, what other

19   physical contact did you have with her other than

20   the sex?

21        A.    I can't recall.

22        Q.    Did you beat her during that incident?

23        A.    I might have hit her.

24        Q.    With your fist?

```
 1          A.      I mugged her.

 2          Q.      And what do you mean by "mugged her"?

 3          A.      Like -- (indicating).  I mugged her.

 4          Q.      I don't understand.  Describe to me

 5   what you're doing?

 6          A.      Mug is like you push someone, like you

 7   mug, I mugged her.

 8          Q.      I still don't understand what you're

 9   telling me.

10          A.      Mug mean -- it's slang.

11          Q.      Explain to me what you did to her.

12          A.      Mugged her.  I was pushing her on this,

13   her face.

14          MR. AINSWORTH:  For the record, he's taking

15   his hand and pushing against the side of his face

16   and pushing his face backwards.

17   BY MR. POLICK:

18          Q.      Did you threaten her with any weapon or

19   object during the course of this incident?

20          A.      No.

21          Q.      Did you threaten her with a gun during

22   this incident?

23          A.      No.

24          Q.      Any other incidents where Betty Jean
```

```
 1    Hackett called the police on you?

 2         A.    Yes.

 3         Q.    What other incident do you recall where

 4    she --

 5         A.    Well, I wouldn't --

 6         Q.    -- called the police on you?

 7         A.    I wouldn't come home.  So she called

 8    the police and made lies up.

 9         Q.    And were you arrested for that?

10         A.    Yes.

11         Q.    What were you arrested for?

12         A.    'Cause she say I hit her or something

13    like that.

14         Q.    How often did that occur?

15         A.    She did it one time.

16         Q.    What happened to the charges on that

17    arrest?

18         A.    They was dropped.

19         Q.    How about on the incident where you

20    forced her to have sex, were there any charges that

21    were brought against you at that time?

22         A.    No.

23         Q.    No court case that came out of that?

24         A.    No.
```

94

```
 1        Q.    Did you spend any time in jail or the
 2   Audy Home for that particular incident?
 3        A.    No.
 4        Q.    How about the incident where you
 5   wouldn't come home and she called the police on
 6   you, did you spend any time in jail for that?
 7        A.    Perhaps an hour, probably.  You know,
 8   I'm not sure.
 9        Q.    I'm sorry?
10        A.    At the station.  Perhaps an hour or
11   something.
12        Q.    At the station?
13        A.    Yes.
14        Q.    Do you know what station you were at?
15        A.    I believe 61st and Racine.
16        Q.    And how long did you spend at 61st and
17   Racine at that police station on that occasion?
18        A.    Hours.
19        Q.    I'm sorry?
20        A.    Hours.
21        Q.    When you say, "hours" how many hours?
22        A.    I couldn't tell you.  I don't know.  I
23   didn't have a watch on.
24        Q.    More than two hours?
```

```
 1        A.    I can't tell.  I know it was some
 2  hours, though.
 3        Q.    More than three?
 4        A.    I couldn't tell.  I didn't have a
 5  watch.
 6        Q.    Did you spend a day there?
 7        A.    No.
 8        Q.    Would it be less than ten hours?
 9        A.    Yes.
10        Q.    More than five hours?
11        A.    Possibility.
12        Q.    How did you end up getting released
13  from 61st and Racine on that occasion?
14        A.    My sister came and got me out.
15        Q.    I'm sorry?
16        A.    My sister came and got me out; Marilyn
17  Baxter.  She's my guardian -- was.
18        Q.    When did Marilyn Baxter become your
19  guardian?
20        A.    When I was a kid.  I think I was like
21  two or three.
22        Q.    Two or three years old?
23        A.    Yes.
24        Q.    Why did Marilyn Baxter become your
```

```
 1   guardian when you were two or three years old?
 2        A.    Because my father works, and my mom --
 3   my mom's mentally sick.
 4        MR. AINSWORTH:  Whenever you're about to take
 5   a short break.
 6        MR. POLICK:  Let me just finish this line of
 7   questioning here.
 8        MR. AINSWORTH:  Okay.
 9   BY MR. POLICK:
10        Q.    Was your mother able to care for you?
11        A.    No.
12        Q.    How about your father?  Was he able to
13   care for you?
14        A.    Periodically.
15        Q.    Were your mother and father ever
16   divorced?
17        A.    Not that I know of.
18        Q.    Okay.  Your father, did he have a job?
19        A.    Yes.
20        Q.    Who did he work for?
21        A.    The Board of Education.
22        Q.    What did he do for the Board of
23   Education?
24        A.    He was a janitor.
```

97

1       Q.      Was there any mental illness that your
2   father suffered from?

3       A.      That I know of, knowledge of, that's on
4   record, no.

5       Q.      Well, just from knowing him.  Did he
6   appear -- I mean, you told me --

7       A.      He was an alcoholic.  That's an
8   illness.

9       Q.      Okay.  I mean, you told me earlier that
10  your mother had mental illness.

11      A.      Um-hmm.  She's schizophrenic.

12      Q.      And your father, other than being an
13  alcoholic, do you know of any other mental
14  illness --

15      A.      No.

16      Q.      -- or addiction that he had?

17      A.      No.

18      Q.      And when Marilyn Baxter became your
19  guardian, was that something that was done through
20  the court system, or do you have any recollection
21  of that one way or the other?

22      A.      I guess she had to, because she gets --
23  she gets checks for me.  So I believe so.  I'm not
24  for sure.

1    Q.    So she got some kind of aid from the

2  state because she was your guardian?  Is that what

3  you're saying?  She got support or --

4    A.    Yes.

5    MR. POLICK:  Okay.  We can take a break now.

6                    (Recess taken.)

7    MR. POLICK:  Back on the record.

8  BY MR. POLICK:

9    Q.    By Mr. Hill, do you understand that

10  you're back under oath?

11    A.    Yes.

12    Q.    So did you live with your guardian and

13  your sister, Marilyn Baxter, for your childhood?

14    A.    Yes.

15    Q.    Okay.  And was there a period of time

16  when you actually -- well, you were living --

17  strike that.

18                    You were living with her at 5725

19  South Laflin?

20    A.    Yes.

21    Q.    Okay.  And then that was when you were

22  around 15, 16 years old?

23    A.    13.  Around 13.

24    Q.    Okay.  I thought you told me you were

1   living there up until about, or prior to 1989?

2        A.    Yes.

3        Q.    Okay.

4        A.    Um-hmm.

5        Q.    Okay.  Do you know how long you were

6   living at 5725 South Laflin?

7        A.    Since -- let me see.  Probably, I think

8   four years, I think.

9        Q.    Okay.

10       A.    Four years.

11       Q.    Okay.  Okay.  So like from age 12 to

12   probably 16?

13       A.    Yes.  Yes.

14       Q.    Okay.  And then the family home moved

15   to 7016 South Wolcott?

16       A.    Yes.

17       Q.    And you lived there, but at the same

18   time you were also spending time with your

19   girlfriend at 5621 South Laflin?

20       A.    Yes.

21       Q.    When did you first meet Betty Jean

22   Hackett?

23       A.    '87, December.

24       Q.    December of 1987?

1          A.      Yes.

2          Q.      How did you meet?

3          A.      I met her in a game room.

4          Q.      And when you were living with her

5    during those periods of time at 5621 South Laflin,

6    after your daughter was born, who was in charge of

7    the discipline of the child?

8          MR. AINSWORTH:    Object to the form of

9    question.  It's vague.

10   BY MR. POLICK:

11         Q.      Do you understand the question?

12         A.      You say who was taking care of her, in

13   charge of her?

14         Q.      Who was in charge of discipline?   I

15   understand you were living there --

16         A.      Okay.

17         Q.      -- with Betty Jean, and your daughter

18   was also living there with you, right, at 5621

19   South Laflin?

20         A.      Yes.

21         Q.      At the time of your arrest, how old was

22   your daughter?

23         A.      Two and a half.

24         Q.      Okay.  And who was in charge of

1  disciplining your daughter during those periods of

2  time when you resided at 5621 South Laflin?  Was

3  that your role, or was that Betty Jean's role?

4         A.    Both.

5         Q.    Okay.  You both shared in that

6  responsibility?

7         A.    Yes.

8         Q.    Okay.  Did discipline include physical

9  beatings?

10        A.    No physical beatings.

11        Q.    Did you ever beat your daughter --

12        A.    No.

13        Q.    -- to discipline her?

14        A.    Never.

15        Q.    How about Betty Jean, did she ever beat

16  your daughter to discipline her?

17        A.    Never.

18        Q.    I'm sorry.

19        A.    No.

20        Q.    Excuse me for forgetting.

21               You told me you had another sister

22  besides Marilyn; is that correct?

23        A.    Yes.

24        Q.    What's your other sister's name?

1      A.    Jackie Gardner.

2      Q.    Jackie --

3      A.    Gardner.

4      Q.    Jackie Gardner.  Okay.  Is that her

5 married name?

6      A.    I believe so.

7      Q.    Okay.  Her maiden name is Hill?

8      A.    Hill.

9      Q.    And other than Marilyn and Jackie, do

10 you have any other sisters?

11     A.    Yes.

12     Q.    Okay.  What's the name of the other

13 sisters?

14     A.    Marian Hill.

15     Q.    And how old is Marian?

16     A.    40 -- - 43.

17     Q.    43?

18     A.    Yes.

19     Q.    Okay.  So she's ten years older than

20 you?

21     A.    Yes.

22     Q.    Was she also raised by Marilyn?

23     A.    Yes.  You could say that, yes.

24     Q.    Was Marilyn her guardian or just your

1    guardian?

2        A.    I don't know.

3        Q.    Okay.  But she raised both you and --

4    Marilyn?  I'm sorry.  Marilyn raised both you and

5    Marian?

6        A.    Yes.

7        Q.    And that was at the 5725 South Laflin

8    address?

9        A.    No.

10       Q.    Where would that be at?

11       A.    It was separate occasions as far as my

12   sister is concerned.

13       Q.    Okay.  Did your sister ever live --

14   your sister Marian ever live with you at 5725 South

15   Laflin?

16       A.    No.

17       Q.    Okay.  Where did she live during that

18   period of time?

19       A.    I forgot.

20       Q.    Okay.  Was there some reason she didn't

21   live with you at 5725 South Laflin?

22       A.    She had her own apartment.

23       Q.    Do you recall where that apartment was?

24       A.    No.

```
 1        Q.    Any other sisters besides Marilyn and
 2   Jackie and Marian?
 3        A.    Yes.
 4        Q.    Who else?
 5        A.    Rosemarie Hill.
 6        Q.    How old is Rosemarie?
 7        A.    26.
 8        Q.    Is she single, married?
 9        A.    Single.
10        Q.    Okay.  How about Marian; is she single
11   or married?
12        A.    Married.
13        Q.    Does she have children?
14        A.    One.
15        Q.    Boy or girl?
16        A.    Man.
17        Q.    Any other sisters.
18        A.    No.
19        Q.    Any brothers?
20        A.    Not that I -- with my -- with my mother
21   and father, yes.
22        Q.    Okay.  Who are your brothers?
23        A.    I'm the only son between my mother and
24   father.
```

```
 1          MR. HEIL:  I'm sorry.  I can't hear.
 2          THE WITNESS:  I'm the only son between my
 3   mother and father.
 4          MR. AINSWORTH:  I think he was referring to
 5   step.
 6          MR. POLICK: Okay.  So that was my next
 7   question.
 8   BY MR. POLICK:
 9          Q.     So you're the -- Marilyn, Jackie,
10   Marian, and Rosemarie all children of --
11          A.     Mary and Harold Hill.
12          Q.     Okay.  And you're the only son of Mary
13   and Harold Hill?
14          A.     Yes.
15          Q.     Okay.  How about stepsisters, let's --
16          A.     I have a stepbrother.
17          Q.     No stepsisters?
18          A.     No.
19          Q.     Okay.  And how many stepbrothers do you
20   have?
21          A.     One.
22          Q.     Okay.  And what's your stepbrother's
23   name?
24          A.     Gabriel Hill.
```

```
 1          Q.    And is your father Harold, the father

 2    of Gabriel Hill?

 3          A.    Yes.

 4          Q.    And who is Gabriel Hill's mother?

 5          A.    Annie, her name is Annie.

 6          Q.    And how old is Gabriel?

 7          A.    19, 20.

 8          Q.    Was there ever a period of time where

 9    you lived with Gabriel Hill?

10          A.    No.

11          Q.    Never?

12          A.    Never.  No.

13          Q.    Never lived with him?

14          A.    No.

15          Q.    Do you know where he lives now?

16          A.    No.

17          Q.    Do you have any type of relationship

18    with Gabriel Hill, your stepbrother?

19          A.    No.

20          Q.    And among your sisters, who would you

21    say that you're the closest to in terms of your

22    sisters?

23          A.    All.

24          Q.    All of them?
```

1          A.      Yes.

2          Q.      Equally?

3          A.      Yes, you could say.

4          Q.      I don't want to say.  You tell me.

5          A.      Yes.

6          Q.      Okay.  Is there a favorite you have?  I

7    don't want to get you in trouble, but do you like --

8    is there one that you're closer to more than the

9    others?  It seems to me you spent a lot of time

10   with Marilyn; that's why I'm asking.

11         A.      I'm going to say equally.

12         Q.      Okay.  Is Marilyn more of a mother

13   figure to you as opposed to a sister since she was

14   your guardian?

15         A.      Yeah.

16         Q.      Okay.  And I understand that your

17   mother, you know, suffered from mental illness.

18   Other than Marilyn, was there someone else that you

19   looked up to or was a model or a mother figure in

20   your life other than Marilyn?

21         A.      Yes.

22         Q.      Okay.  Who was that?

23         A.      Gwendolyn Blakely.  Gwendolyn Blakely.

24         Q.      Okay.  Who's Gwendolyn Blakely.

1      A.      She's my sister's friend.

2      Q.      And which sister would that be?

3      A.      Marilyn.

4      Q.      And how old is Gwendolyn Blakely?

5      A.      She's in her early 50s.

6      Q.      And how long has she been a friend of

7  your sister Marilyn?

8      A.      Over 20 years.

9      Q.      And why do you consider Gwendolyn to be

10  a mother figure to you?

11      A.      She has a mother instincts.

12      Q.      And what are those instincts that you

13  find important in being a mother?

14      A.      To comfort you, nourish you.

15      Q.      Did you ever live with Gwendolyn

16  Blakely?

17      A.      Yes.

18      Q.      From what period of time to what period

19  of time did you live with Gwendolyn?

20      A.      For a summer.

21      Q.      What year?

22      A.      I can't recall. I know it was '80- --

23  I think it was -- I'm not for sure.

24      Q.      Late '80s, did you say?

1      A.     I'm not for sure.

2      Q.     Okay.  In any event it was sometime

3  prior to your arrest in March of 1992, correct?

4      A.     Yes.

5      Q.     Do you know how old you were when you

6  spent that summer with Gwendolyn Blakely?

7      A.     Probably -- I don't know.  Maybe,

8  four -- I don't know; probably 14.  Somewhere

9  around there.

10     Q.     And where did you live with Gwendolyn

11  during that summer?

12     A.     By, let's see, I believe it's 37th and

13  Princeton, I believe.

14     Q.     And was that a house or an apartment?

15     A.     Apartment.

16     Q.     And did anybody else live there besides

17  you and Gwendolyn at that time?

18     A.     Her son.

19     Q.     What's her son's name?

20     A.     Isi.  Isi.

21     Q.     Isi?

22     A.     I-s-s- -- I-s-i.

23     Q.     I-s-s-i?

24     A.     No.  I-s-i.

1  Q. I-s-i. Okay. Thank you. And the last

2 name is Blakely?

3  A. No. I -- let me see if I can say this

4 right.

5  Q. Okay. You're not sure if that was

6 his last name?

7  A. It's an African name. Ob- -- let me

8 see, Obesius.

9  Q. Is that the first name or last name?

10  A. That's the last name.

11  Q. Okay. Anyone else that lived at that

12 apartment during that summer with you and Gwendolyn?

13  A. No.

14  Q. And how old was her son, Isi?

15  A. Same age.

16  Q. Okay. So, roughly 14 years old?

17  A. The same age as me.

18  Q. Okay. And why did you live there for

19 that one summer?

20  A. I don't know. Visiting. Visiting.

21  Q. Was there some reason Marilyn was

22 unable to take care of you that summer?

23  MR. AINSWORTH: Object to the form of the

24 question. Mischaracterizes the witness' testimony.

```
 1    You can answer.

 2          THE WITNESS:   Visiting.   Just visiting.

 3    BY MR. POLICK:

 4          Q.    And your guardian Marilyn approved

 5    that?

 6          A.    Yes.

 7          Q.    Is Gwendolyn related to you in any way?

 8          A.    No.   No.

 9          Q.    Okay.  And do you still have a

10    relationship with Gwendolyn?

11          A.    Yes.

12          Q.    Okay.  And where is she living now?

13          A.    70th and South Coles.   70th and South

14    Coles.

15          Q.    Okay.  And when was the last time you

16    saw Gwendolyn.

17          A.    About a month or so ago.

18          Q.    I'm sorry?

19          A.    About a month -- a month ago.  I seen

20    her about a month ago.

21          Q.    How often do you see her?

22          A.    I call her.

23          Q.    How often do call her?

24          A.    About two or three times a month.
```

```
 1          Q.    Any other people that you're close to
 2    outside of your immediate family like Gwendolyn?
 3          A.    Yeah.  Yes.
 4          Q.    Who?
 5          A.    Ruthie.
 6          Q.    Who's Ruthie?
 7          A.    She's a family friend.
 8          Q.    What's Ruthie's last name?
 9          A.    Parte, P-a-r-t-e.
10          Q.    Okay.  She's not related to you?
11          A.    No.
12          Q.    And when you say she's a friend, who is
13    she a friend of?
14          MR. AINSWORTH:  A family friend.
15          THE WITNESS:  A family friend.
16    BY MR. POLICK:
17          Q.    Yes, that's what I meant.  Who is she a
18    friend with in your family?
19          A.    My sister Marilyn and basically me.
20          Q.    Okay.  How long have you known Ruthie
21    Parte?
22          A.    Over 20.
23          Q.    Over 20 years?
24          A.    Yes.
```

```
 1          Q.    When did you first meet her?

 2          A.    The '80s.  About '80s.

 3          Q.    And when you say she's a family friend

 4   of yourself and one of your sisters --

 5          A.    Yes.

 6          Q.    -- which sister?

 7          A.    Marilyn.

 8          Q.    I'm sorry?

 9          A.    Marilyn.

10          Q.    Marilyn?

11          A.    Yes.

12          Q.    And where did you first meet Ruthie?

13          A.    I can't recall the address.  I don't

14   know, but in the early '80s.

15          Q.    Okay.  How old a woman is she?

16          A.    Early 50s.

17          Q.    And did you ever live with Ruthie

18   Parte?

19          A.    No.

20          Q.    Okay.  Have you seen her since your

21   release from the Department of Corrections?

22          A.    Yes.

23          Q.    Where is she living now?

24          A.    86th and Drexel.
```

```
 1        Q.     Drexel.

 2        A.     Drexel.  It's off Cottage Grove.

 3        Q.     And how often do you see Ruthie?

 4        A.     I ain't seen her for -- I ain't seen

 5   her for some months here.

 6        Q.     Have you -- you have seen her, though,

 7   since you've been released?

 8        A.     Yes.

 9        Q.     When was the last time you saw her?

10        A.     About a couple months.  Several.

11        Q.     Okay.  Any other family friends that

12   you're close to?

13        A.     Esther.

14        Q.     Esther?

15        A.     Um-hmm.

16        Q.     What's Esther's last name?

17        A.     Ohiku.

18        Q.     Can you spell that one?

19        A.     O-h-i-k-u.

20        Q.     Thank you.

21        A.     Um-hmm.

22        Q.     And she's a family friend?

23        A.     Friend of mine.

24        Q.     Friend of yours?
```

1      A.      Um-hmm.

2      Q.      Is that a yes?

3      A.      Yes.

4      Q.      And how long has Esther been a friend

5  of yours?

6      A.      '94.

7      Q.      When did you meet her?

8      A.      I been knowing her, though, since

9  probably '94.

10     Q.      I'm sorry?

11     A.      I been knowing since her before to '94.

12     Q.      Before '94?

13     A.      Yeah.  Sorry about that, yeah, um-hmm.

14     Q.      When before 1994 did you meet her?

15     A.      Oh, sorry about that, late '80s.

16  Scratch '94, sorry.

17     Q.      And how old of a woman is Esther?

18     A.      50 to 53.

19     Q.      And how did you first meet her?

20     A.      Through Gwen Blakely.

21     Q.      She a friend of Gwendolyn?

22     A.      Yes.

23     Q.      You ever live with Esther?

24     A.      No.

```
 1          Q.     Does Ruthie Parte have any children

 2    that you would associate with or hang out with?

 3          A.     Yes.

 4          Q.     Okay.   How many children does she have?

 5          A.     She have three; two boys and one girl.

 6          Q.     And which of her children would you

 7    hang out with?

 8          A.     Tammy.

 9          Q.     Tammy.   Is that the girl?

10          A.     Yeah.

11          Q.     Did you ever have a romantic

12    relationship with Tammy?

13          A.     Yes.

14          Q.     When did you and Tammy date?

15          A.     Some months since I came home,

16    incarcerated.

17          Q.     Since you've been released?

18          A.     Yeah.

19          Q.     When did that relationship start after

20    your release?

21          A.     About three months since I have been

22    home.

23          Q.     Three months after your release?

24          A.     Yes.
```

```
1        Q.    Are you still dating her today?

2        A.    No.

3        Q.    When did the relationship end?

4        A.    I believe in Dec- -- let me see.  I

5   think January, I think it end, January.

6        Q.    January of what year?

7        A.    Of '07.

8        Q.    This year?

9        A.    Yes.

10       Q.    And why did the relationship end in

11  January of '07?

12       A.    You say, why did it end?

13       Q.    Yes, sir.

14       A.    I wasn't in it for a girlfriend.

15       Q.    I'm sorry.

16       A.    I wasn't in it for no girlfriend.

17       Q.    Was it a mutual breakup, or did you

18  decide to break it up with her, or did she break up

19  with you?

20       A.    I broke it off with her.

21       Q.    And why did you break it off?

22       A.    I wasn't into no girlfriend.

23       Q.    I'm sorry.

24       A.    I wasn't into no girlfriend.
```

118

1       Q.    Why not?

2       A.    'Cause I wasn't ready.

3       Q.    When you say you weren't ready, do you

4 mean you weren't ready to have a steady relationship

5 with a girl?

6       A.    Yes.

7       Q.    Did she want more of a commitment from

8 you?

9       A.    Yes.

10      Q.    And was there some reason why you felt

11 you weren't able to give her that commitment?

12      MR. AINSWORTH:  Objection.  Asked and

13 answered.  You can answer.

14      THE WITNESS:  Finance.

15 BY MR. POLICK:

16      Q.    What about finance?

17      A.    Finances.  I had a "financeship."  I

18 was just getting out of incar- -- I was just coming

19 from incarcerated.

20      Q.    So this was a financial decision?

21      A.    Financial decision and wasn't ready to

22 have a relationship.

23      Q.    And other than the financial aspect of

24 it, was there any other reason why you were not

1    ready to have a relationship with this woman?

2           A.    No.

3           Q.    How about Ruthie's male children?  Do

4    you have any relationship with them?

5           A.    No.

6           Q.    Okay.  What are their names, if you

7    know?

8           A.    Edward and Burley.

9           MR. HEIL:  I'm sorry.  Edward and --

10          THE WITNESS:  Burley.  B-l-u-r-e-y, something

11   like that.

12   BY MR. POLICK:

13          Q.    How old is Tammy?

14          A.    33.

15          Q.    And Edward, how old is he?

16          A.    I'm not for sure.

17          Q.    And how about Burley?

18          A.    I'm not for sure.

19          Q.    Tammy have any children?

20          A.    Three.

21          Q.    How many kids she have?

22          A.    Two boys and one girl.

23          Q.    And how old are the boys?

24          A.    I believe one's 10.  The other one's 8,

```
 1   the daughter's like 13.
 2          Q.    She divorced?  Separated?
 3          A.    Separated.  Single.
 4          Q.    Single parent?
 5          A.    Yeah, single parent.
 6          Q.    How did you get along with Tammy's
 7   kids?
 8          A.    Good.
 9          Q.    Any problems there with that relationship?
10          A.    No.
11          Q.    What kind of things would you do with
12   her kids?
13          A.    I go take them to get their haircuts,
14   take them to get some lunch when I did have money.
15          Q.    Okay.  When you would do those things
16   with Tammy's children, would Tammy be with you or
17   would you do those on your own?
18          A.    Both.
19          Q.    What kinds of things would you guys do
20   besides take them for haircuts or take them out to
21   eat?
22          A.    Just have quality time to talk, talk to
23   them.
24          Q.    Would you do things -- when you said
```

```
 1   you would go out together --
 2          A.     Watch movies.
 3          Q.     Okay.  What other things did you do
 4   together?
 5          A.     That's about it.
 6          Q.     How about Esther, does she have any
 7   children?
 8          A.     Two.
 9          Q.     And boys or girls?
10          A.     Two boys.
11          Q.     And what are their names?
12          A.     What are the names?  Zarconi.
13          Q.     And how about the other boy?
14          A.     Ah, what's his name?  I forget his
15   name.
16          Q.     And Zarconi, how old is he?
17          A.     33.
18          Q.     So same age as you?
19          A.     Yes.
20          Q.     And the other son of Esther that you
21   can't remember his name, is he older or younger?
22          A.     Younger.
23          Q.     How much younger, do you know?
24          A.     About 27, 28.
```

122

1      Q.    Now do you have any relationship with

2 Zarconi or the other son of Esther whose name you

3 can't remember?

4      A.    We talk.  We talk, you know, like that.

5      Q.    Okay.  Where's Esther living now?

6      A.    707 West Waveland.

7      Q.    And is that a house or an apartment?

8      A.    Apartment, condominium.

9      Q.    And how often do you see Esther.

10     A.    Talk on the phone to her.  I ain't

11 seen her in a while.

12     Q.    Okay.  How often do you talk -- excuse

13 me -- on the phone with her?

14     A.    Several -- several times in the month.

15     Q.    I'm sorry?

16     A.    Several times out of the month.

17     Q.    Several times during the month?

18     A.    Yeah.

19     Q.    How often is several times during the

20 month?

21     A.    Probably two.  I just toss it around.

22 She's been very busy.

23     Q.    What does she do for a living?

24     A.    She's a school teacher.

123

1     Q.   For the Board of Ed?

2     A.   Yes.

3     Q.   And how about her sons?  Do you have

4 any relationship with them where you go out

5 together or do things together?

6     A.   No.

7     Q.   Any other family friends that you're

8 close to other than Gwendolyn and Ruthie and

9 Esther?

10     A.   No.

11     Q.   Have you had any relationship with a

12 woman since you and Tammy broke off your

13 relationship?

14     A.   You say "relationship"?

15     Q.   Yeah.  You say you broke off the

16 relationship with Tammy in January of this year.

17 My question is:  Have you had another relationship

18 with a woman since that breakup?

19     A.   No.

20     Q.   Okay.  What's your highest level of

21 education?

22     A.   12th.

23     Q.   12th grade?

24     A.   Um-hmm.

1          MR. AINSWORTH:  Is that a yes?

2          THE WITNESS:  GED.  Yes.

3     BY MR. POLICK:

4          Q.    And you said GED?

5          A.    Yeah.

6          Q.    Okay.  Did you go to high school?

7          A.    Yes.

8          Q.    Okay.  Where did you go to high school?

9          A.    Gage Park.

10         Q.    And did you graduate from Gage Park?

11         A.    No.

12         Q.    Did you drop out?

13         A.    Yes.

14         Q.    What year did you drop out?

15         A.    '90.

16         Q.    Why did you drop out?

17         A.    I had to support my daughter and I got

18    bored; and couldn't -- I couldn't understand

19    schoolwork.  I had a hard time.

20         Q.    Why did you have a hard time

21    understanding schoolwork?

22         A.    Because I -- I was in a special class

23    grammar school SLD, slow learning disability.

24         Q.    And that was in grammar school?

```
 1        A.      Yes.

 2        Q.      Now let's stick with high school for

 3   just a moment.

 4        A.      Okay.

 5        Q.      When you dropped out, what year were

 6   you in?  Were you --

 7        A.      Sophomore.

 8        Q.      And you, you would have been about

 9   16 years old at the time?

10        A.      Yes.

11        Q.      Were you in any type of special ed

12   classes at Gage Park?

13        A.      No.

14        Q.      Any type of remedial classes at Gage

15   Park?

16        A.      What is that?

17        Q.      Where you had to take classes to catch

18   up to get to a level where you should have been?

19        A.      Summer school?

20        Q.      Yes.

21        A.      Yes.

22        Q.      Did you go to summer school between

23   freshman and sophomore year?

24        A.      Yes.
```

126

1      Q.     How about after you graduated from
2  grammar school, did you have to go to summer school
3  in order to go to high school?
4      A.     No.
5      Q.     Do you read the English language?
6      A.     Yes.
7      Q.     Okay.  You know how to read?
8      A.     Yes.
9      Q.     Do you know how to write the English
10 language?
11     A.     Yes.
12     Q.     What were your grades like when you
13 were in Gage Park High School?
14     A.     Very bad.
15     Q.     What was it that was hard for you to
16 understand?
17     A.     Reading, math, everything.
18     Q.     Okay.  When you say "everything," was
19 it just your ability to understand it, or were you
20 having some problem reading or getting along with
21 the instructors?
22     A.     Under- -- understanding.  I wasn't
23 focused.
24     Q.     Why weren't you focused?

1      A.    It wasn't fun to me.

2      Q.    Were you involved in any activities at

3 school, like sports or clubs?

4      A.    Yeah.  I was on the football team.

5      Q.    What year were you on the football

6 team?

7      A.    I believe my freshman year.

8      Q.    Were you on the frosh/soph team?

9      A.    Yeah.

10     Q.    Did you play on the varsity team at

11 all?

12     A.    No.

13     Q.    What position did you play on the

14 football team?

15     A.    I was tight end and a kicker.

16     Q.    Did you play other public league

17 schools?

18     A.    Hmm?

19     Q.    Did you play other public league

20 schools while you were on the football team?

21     A.    Like other schools, other --

22     Q.    Yes.

23     A.    Yes.  Yes.

24     Q.    Okay.  So this wasn't just an

```
 1    intramural --

 2            A.    No.

 3            Q.    -- team?   You actually competed --

 4            A.    Yes.

 5            Q.    -- against other public high schools in

 6    the City of Chicago?

 7            A.    Yes.

 8            Q.    Were you a starter on the football

 9    team?

10            A.    Yes.

11            Q.    Any other activities you were involved

12    in besides the football team?

13            A.    No.

14            Q.    Okay.  Did you have any problem

15    understanding or competing as a member of the

16    football team for Gage Park High School?

17            A.    Yes.

18            Q.    What kinds of problems did you have

19    with the football team?

20            A.    Getting to know your positions.

21            Q.    What was difficult about learning your

22    position?

23            A.    You got to know how to play them.

24            Q.    Okay.  Well, kicker, that couldn't have
```

1  been too tough, huh?  That's pretty straightforward,

2  right?

3      A.    Pitchers usually win.

4      Q.    Okay.  What about tight end?  What was

5  hard about that.

6      A.    Learn how to position up, and know how

7  to go out and look for the ball.

8      Q.    Okay.  During the period of time you

9  were playing on the football team, were you ever

10 benched because you couldn't follow the plays?

11     A.    No.

12     Q.    Were you always a starter?

13     A.    Yes.

14     Q.    Did you have any disciplinary problems

15 or suspensions while you were in Gage Park High

16 School?

17     A.    No.

18     Q.    Ever get called to the principal's

19 office while you were their?

20     A.    No.

21     Q.    And were you involved in anything else

22 besides football?

23     A.    No.

24     Q.    While you were going to Gage Park High

1  School, did they have some type of security guards

2  for the facility?

3       A.    Yes.

4       Q.    Were those private security guards or

5  were they Chicago police officers or --

6       A.    Private.

7       Q.    How do you know they were private as

8  opposed to Chicago police officer?

9       A.    Because they had a different kind of

10  numbers on their -- I think names, like security or

11  something -- whatever.

12       Q.    Okay.  So you're indicating they had

13  some kind of badge or some insignia or uniform --

14       A.    Yes.

15       Q.    -- that indicated they were part of a

16  security company?

17       A.    Yes.

18       Q.    And did you have any interaction with

19  any of those security guards at the high school?

20       A.    No.  No.

21       Q.    Did you have any problems getting along

22  with them, or --

23       A.    No.

24       Q.    -- ever in any fights in high school?

```
 1        A.      No.

 2        Q.      How about getting to and from school?

 3   How would you do that?

 4        A.      Bus, CTA.

 5        Q.      Okay.  And you would have been living

 6   where at the time when you were attending Gage Park

 7   High School?

 8        A.      57th and Laflin.

 9        Q.      5725 South Laflin?

10        A.      Yes.

11        Q.      So you would get on the what, the 55th

12   Street bus and go to Gage Park?

13        A.      Yes.

14        Q.      And Gage Park is what, 55th and Western

15   or maybe that's 55th --

16        A.      Rockwell.

17        Q.      So it's like --

18        A.      -- or Boulevard.

19        Q.      Okay.  But the school's a little

20   further west, right?  Than Western?

21        A.      It is off Western.

22        Q.      It's off Western.

23        A.      Right.

24        Q.      And then you would get on the bus and
```

1  go back east to your home on Laflin.

2      A.    Yes.

3      Q.    Okay.  And then walk from 57th --

4      A.    Walk down, yeah, two blocks down.

5      Q.    Walk from 55th Street over to 57th and

6  Laflin?

7      A.    Yes.

8      Q.    Did you do that every day when you went

9  to school?

10     A.    I walked sometimes.

11     Q.    Walked down 55th Street to Gage Park

12 High School?

13     A.    Yes.

14     Q.    From your home on Laflin?

15     A.    Yes.

16     Q.    When you would take the CTA or walk to

17 school, did you see Chicago police patrolling the

18 area?

19     A.    Yes.

20     Q.    Okay.  Did you have any interaction or

21 contact with any of the police that patrolled the

22 area?

23     A.    One time.

24     Q.    Okay.  What was the one occasion that

1  you had with them?

2      A.    It was lunchtime.  They want to check

3  IDs, that's all, make sure you're in the proper

4  place.

5      Q.    Okay.  Was that while you were on the

6  school grounds or off school grounds?

7      A.    Off school grounds.

8      Q.    Whereabouts off school grounds?

9      A.    I probably on -- probably on 59th and

10 Rockwell.

11     Q.    Okay.  And was there anything about

12 that incident that you thought was improper or

13 unprofessional about the way the police acted?

14     A.    No.

15     Q.    Okay.  Any other incidents that you had

16 any contact with the Chicago police while you were

17 attending Gage Park High School?

18     A.    No.

19     Q.    Okay.  Any other off-campus contact

20 with the Chicago police?

21     A.    No.

22     Q.    How about on the school grounds itself,

23 would there be Chicago police officers that came to

24 the school from time to time or patrolled the

134

1     school grounds?

2          A.     No.

3          Q.     Just the private security.

4          A.     Yes.

5          Q.     You indicated you got your GED.  Where

6     did you get your GED?

7          A.     Pontiac.

8          Q.     Okay.  Did you take all your courses

9     while you were at Pontiac, or was it something that

10    you were working toward while you were in the

11    Department of Corrections?

12         A.     Working towards.

13         Q.     Okay.  And you finished it while you

14    were in Pontiac?

15         A.     Yes.

16         Q.     When did you start your GED classes?

17         A.     '97, I think.  I think '97.

18         Q.     What facility were you in when you

19    started you're GED classes?

20         A.     Pontiac.

21         Q.     Did you take classes or have any

22    education in any of the other facilities that you

23    were at?

24         A.     Dixon.

```
 1        Q.    What did you do when you were in Dixon.

 2        A.    I took commercial custodial classes.

 3        Q.    I'm sorry?

 4        A.    Commercial custodial.

 5        Q.    Okay.  Any other classes that you took

 6   at Dixon?

 7        A.    No.

 8        Q.    Since you've been released from the

 9   Department of Corrections, have you had any other

10   education or places that you've gone to to learn

11   things?

12        A.    No.

13        Q.    Are you attending any school at this

14   point?

15        A.    No.

16        Q.    Okay.  Do you have any other specialized

17   training that maybe you didn't learn in a school

18   like you learned how to do auto mechanics or a

19   trade, like carpentry or bricklaying or something

20   like that?

21        A.    No.

22        Q.    Where did you go to grammar school?

23        A.    Various places.

24        Q.    Okay.  How many grammar schools did you
```

1  attend?

2       A.    Let's see.  At least four or five.  I'm

3  not sure.

4       Q.    Okay.  Let's start with the first and

5  bring me up all --

6       A.    As close as I can.

7       Q.    Yeah.  Sure.

8       A.    Wadsworth.

9       Q.    Okay.

10       A.    Bunch Elementary School.

11       Q.    Bunch?

12       A.    Yeah.  Bunch.

13       Q.    Okay.

14       A.    Bon Temps, Bon Temps.

15       Q.    Okay.

16       A.    Mark Twain, and graduation at Peck.

17       Q.    Peck.  Okay.  Where's Wadsworth at?

18       A.    That's on like on 63rd and University.

19       Q.    And what grades did you attend at

20  Wadsworth?

21       A.    It was general 5th -- 4th, 5th grade.

22       Q.    Okay.  How about kindergarten up to

23  that time?  Do you know where you attended that?

24       A.    Uhn-uhn.

1      Q.    Is that a no?

2      A.    No.

3      Q.    Let me ask that again.  That didn't

4  come out right.

5            Do you know where you attended

6  grammar school from kindergarten up to about 4th or

7  5th grade?

8      A.    I think it was Wadsworth.

9      Q.    Okay.  Okay.  So kindergarten through

10  4th or 5th grade?

11      A.    I believe so.

12      Q.    Okay.  And then Bunch, where is that

13  located at?

14      A.    Bunch is on Ashland.  I'd say 60- -- I

15  think it's 64th and Ashland.

16      Q.    And what grads did you attend at Bunch?

17      A.    About 5th.  I think it's about 5th.

18      Q.    Okay.  And Bon Temps, where is that

19  located?

20      A.    57th and Laflin.

21      Q.    So right near your home?

22      A.    Yes.

23      Q.    How far away was your home?

24      A.    About five or six blocks.

138

```
 1        Q.    Okay.  And what grades did you attend
 2   at Bon Temps?
 3        A.    6th grade.
 4        Q.    Okay.  And then Mark Twain, where's
 5   that?
 6        A.    There's over near Midway Airport.
 7        Q.    Okay.  And Peck, where is that at?
 8        A.    That's on 57th -- 58th and Springfield.
 9        Q.    And what grades did you attend at Mark
10   Twain?
11        A.    7th and 8th.
12        Q.    And then Peck, what grade did you
13   attend there?
14        A.    What's the last one right there
15   (indicating)?
16        Q.    I got Peck as the last one.
17        A.    So Mark Twain.
18        Q.    Yeah.
19        A.    7th --
20        Q.    Okay.
21        A.    -- and 8th grade was -- I mean, half of
22   7th, and half of 8th that's -- 7th, 7th and 8th
23   were Peck.
24        Q.    And then you graduated from Peck?
```

1      A.    Yes.

2      Q.    What year did you graduate from Peck?

3      A.    '88.

4      Q.    Now earlier you told me you were taking

5   a slow learner's class while you were in grammar

6   school?

7      A.    Yes.

8      Q.    Where?  Which one of these grammar

9   schools was that at?

10     A.    I believe it would be Mark Twain and

11  Peck.

12     Q.    Were those the only schools where you

13  had these slow learner's classes?

14     A.    I believe so.

15     Q.    Okay.  Do you know why you were in

16  those classes?

17     A.    I was growing up, yes.

18     Q.    Okay.  Why?  Why were you in those

19  classes?

20     A.    Because I couldn't learn as fast as

21  the other kids learned.  I like had a hard time

22  understanding my homework.  And my mom, you know,

23  she was like -- she was very sick and took

24  medication.  So it kind of fell off to me --

```
 1          Q.      Okay.

 2          A.      -- to the blood line.

 3          Q.      So was it a doctor or someone in the

 4   school system that told you you were a slow learner?

 5          A.      Oh, yeah.  I went to see a doctor when

 6   I was young.

 7          Q.      Okay.  Do you recall who that doctor

 8   was?

 9          A.      No.

10          Q.      Okay.  And how about in the school

11   system, was there anybody in the school system that

12   told you you were a slow learner?

13          A.      Teachers.

14          Q.      Was there some reason you left the

15   Bunch School to go to the Bon Temps school?

16          A.      A move.

17          Q.      The family moved?

18          A.      Yeah.

19          Q.      Okay.  And then why did you leave Bon

20   Temps to go to Mark Twain?

21          A.      Take up work.

22          Q.      Okay.  They didn't have --

23          A.      No.

24          Q.      -- special learning classes at Bon
```

141

1    Temps?

2         A.    No.

3         Q.    So you went to Mark Twain for those

4    classes?

5         A.    Yes.

6         Q.    Okay.  And then why did you leave Mark

7    Twain to go to Peck?

8         A.    I believe that certain grade -- when

9    you finish that grade, you go to another grade,

10   another school.

11        Q.    Did they only have one grade of that

12   special type of class at Mark Twain; is that what

13   you're saying, or --

14        A.    Yes.

15        Q.    So you had to go to Peck to do your 8th

16   grade?

17        A.    7th and 8th grade.

18        Q.    Was their some reason you left Mark

19   Twain in the middle of 7th to finish up 7th and 8th

20   grade at Peck?

21        A.    I guess so.

22        Q.    Well, I don't want you to guess.

23        A.    I don't know.

24        Q.    Okay.  Do you know why you ended up at

1  Peck?

2          A.      I guess it was Ms. Baldwin, she send me

3  there for special classes.

4          Q.      Okay.  And when you say "special

5  classes," were all your classes special classes or

6  just certain classes?

7          A.      All of those was like special classes.

8          Q.      Okay.  So it was like a total program?

9          A.      Yes.

10         Q.      Every class you went to --

11         A.      I would go to like different classes

12  within the class.

13         Q.      Okay.  But were you with the same kids

14  as you went to each class?

15         A.      No.

16         Q.      Okay.  And were all the classes that

17  you had slower learning classes, like if you went

18  from math to English, would it still be a slow

19  class or were there some classes where you were

20  able to be in with the people who were not slow

21  learners?

22         A.      I know what you're saying.

23                 Yeah, I go to different classes.

24  More -- more, my -- be more of my peers.

143

1       Q.    Okay.

2       A.    So other, other -- yeah, yes.

3       Q.    Okay.  Let me ask you this:  Was there

4 any class you took while you were at Twain or Peck

5 that was not a slow learner's class?

6       A.    Yes.

7       Q.    Which classes?

8       A.    I believe it was some type of reading,

9 or something, I think it was.

10      Q.    So reading was not a slow learning

11 class, correct?  At least at those two places.

12      A.    It is at one, one place.

13      Q.    Where was that at?

14      A.    I believe -- I think it was Peck.

15      Q.    Okay.  And Bon Temps, didn't have these

16 types of programs, that's why you went to Mark

17 Twain, correct?

18      A.    Can we go back to the other question?

19      Q.    Yeah, sure.

20      A.    About the --

21      Q.    About three other classes?

22      A.    Um-hmm.

23      Q.    Okay.  You want me to ask you another

24 question?

144

1      A.     Yeah.  Go back to that question.

2      Q.     Sure.  I -- I think what I was trying

3   to get at was obviously you took a number of

4   different classes --

5      A.     Yes.

6      Q.     -- at both Mark Twain and Peck.

7      A.     Right.

8      Q.     And my question was:  Were all the

9   classes that you took slow learning classes or were

10  there some that were not?  And I think you told me

11  reading was not at Peck.

12     A.     I was 13.  So I was reading like out of

13  a 6th grade book --

14     Q.     Okay.

15     A.     -- or a 5th grade book; I recall that.

16     Q.     All right.  Any other classes that you

17  recall that were not part of the slow learning

18  program?

19     A.     No.  I was -- no.

20     Q.     And in order to graduate from Peck in

21  1988, did you have to go to summer school?

22     A.     Did I have to go to summer school?  No.

23     Q.     And how did you get from your home at

24  57th and Laflin to the Mark Twain School?

```
1          A.    59th bus.
2          Q.    So what would you do?  Walk down to
3    59th Street and then take the bus and go west?
4          A.    Yeah.
5          Q.    And was the same thing true for the
6    Peck School?
7          A.    Talking about going back to Mark Twain?
8          Q.    Yes.
9          A.    No, I took the bus, the yellow bus.
10         Q.    So okay.  You took a school bus to Mark
11   Twain?
12         A.    I took a school bus to Mark Twain.  I
13   also take a bus to Peck.  But sometimes I'd got no
14   bus and I be late.
15         Q.    Okay.  Well --
16         A.    I'm sorry.
17         Q.    Okay.  So when you said you took the
18   bus to Peck, that would be the CTA bus?
19         A.    Yes.  In the beginning, yes.
20         Q.    Okay.  You took the 59th Street bus?
21         A.    Yes.
22         Q.    And were you still living at 5725 South
23   Laflin when you were going to Mark Twain?
24         A.    No.
```

*146*

```
 1        Q.      Where were you living then at that
 2   time?
 3        A.      I can't recall.
 4        Q.      And where were you living when you
 5   attended Peck?
 6        A.      5725 South Laflin.
 7        Q.      Okay.  So you would either take a
 8   school bus or a CTA bus to get to Peck?
 9        A.      In the beginning I was taking CTA.
10   Then they got some bus service and I'd take the
11   bus.
12        Q.      Okay.  Would that yellow bus -- was it
13   a yellow bus service?
14        A.      Yes.
15        Q.      Would it pick you up at your house, or
16   would you have to go to a specific location?
17        A.      At my house.
18        Q.      Other than this lawsuit that we're here
19   about today, have you ever been involved in any
20   other lawsuits?
21        A.      No.
22        Q.      Did you ever file any petition with the
23   Illinois courts to get compensated for the time
24   that you were in prison?
```

147

1       A.    Read that question again.

2       Q.    Sure.  Have you filed anything with any

3 Illinois court to get compensated for the time that

4 you were in prison other than this lawsuit --

5       A.    No.  No.

6       Q.    -- that we're here for today?

7       A.    No.

8       Q.    Have you ever lived outside the state

9 of Illinois?

10      A.    No.

11      Q.    Have you ever lived out -- strike that.

12            Other than the periods of time that

13 you lived in the Illinois Department of

14 Corrections, have you ever lived outside the City

15 of Chicago?

16      A.    No.

17      Q.    From the point in time that you were

18 arrested in March of '92 to the point in time you

19 were released from the Illinois Department of

20 Corrections, was there ever a period of time where

21 you were out on bond or some kind of supervised

22 release or home monitoring?

23      A.    No.

24      Q.    You never bonded out at any point

```
 1   during the point in time where you were waiting for

 2   your trial?

 3         A.    No.

 4         Q.    But you would go to your court

 5   appearances?  They would bring you from the county

 6   jail over to court?

 7         A.    Yes.

 8         Q.    On your release from the Department of

 9   Corrections, are you under any type of probation at

10   this point?

11         A.    Yes.

12         Q.    Okay.  Is there somebody that you

13   report to?

14         A.    Yes.

15         Q.    Who do you report to?

16         A.    Parole officer.

17         Q.    Who is your parole officer?

18         A.    Kristin Gillen.

19         Q.    Can you spell the last name?

20         A.    G-i-l-l-e-n, Gillen, something like

21   that.

22         Q.    And the first name again?

23         A.    Crystal.

24         Q.    Kristin?
```

```
 1          A.    Crystal.

 2          Q.    Crystal?

 3          A.    Um-hmm.

 4          Q.    Is that a woman?

 5          A.    Yes.

 6          Q.    And where do you report to her?

 7          A.    103rd and Halsted.

 8          Q.    And do you have to do that in person?

 9          A.    Yes.

10          Q.    And how often do you have to do that?

11          A.    Once a month.

12          Q.    I'm sorry?

13          A.    Once a month.

14          Q.    And how long is your probation period?

15          A.    Three years.

16          Q.    And do you know when that's going to

17    end?

18          A.    2009.

19          Q.    Now, you told me when you were in the

20    Cook County Jail you became a member of the Vice

21    Lords street gang.  When did you cease being a

22    member of the Vice Lords street gang?

23          A.    Say it again.

24          Q.    You told me earlier when you were in
```

1    the Cook County Jail you became a member of the

2    Vice Lords street gang.  Was there a period of time

3    where you stopped being a member of the Vice Lords

4    street gang?

5          A.    Yes.

6          Q.    When was that?

7          A.    Let's see; '95.

8          Q.    Okay.  And where were you being housed

9    at that period of time, 1995, when you ceased being

10   a member of the Vice Lords?

11         A.    Population, Menard.

12         Q.    And why did you cease being a gang

13   member at that time?

14         A.    'Cause I was forced to do something I

15   didn't want to do.

16         Q.    And what was it that you were forced to

17   do that you didn't want to do?

18         A.    Stab a captain.

19         Q.    Stab a captain, did you say?

20         A.    Um-hmm.  Yes.

21         Q.    Did you actually stab this captain?

22         A.    No.

23         Q.    And when you say a captain, was that a

24   captain of the guards or captain of the gang or --

1      A.     Captain of the Department of

2   Corrections.

3      Q.     And who was forcing you to stab a

4   captain of the Department of Corrections?

5      A.     Chief of the Vice Lords.

6      Q.     And who was that chief of the Vice

7   Lords?

8      A.     I don't know.

9      Q.     Was this somebody who was housed at the

10   Menard Correctional Center?

11      A.     Yes.

12      Q.     So the order came from within the

13   Menard Correctional Center?

14      A.     Yes.

15      Q.     And who was the person that gave you

16   that order?

17      A.     I remember his face, but I know his

18   name.

19      Q.     Okay.  Do you know his nickname?

20      A.     No.

21      Q.     And when were you told to stab this

22   captain of the Department of Corrections?

23      A.     '95.

24      Q.     When in 1995?

1      A.      It was summer.

2      Q.      And how did you end your membership

3   with the Vice Lords street gang in 1995?

4      A.      I was violated.

5      Q.      Because you didn't stab this captain of

6   the Department of Corrections?

7      A.      Yes.

8      Q.      Okay.  And how were you violated?

9      A.      I was hit with steel pipes.

10      Q.      And this occurred in the Menard

11   Correctional Center?

12      A.      Yes.

13      Q.      Okay.  Where in Menard did it occur?

14      A.      West -- West House odds.

15      Q.      I'm sorry?

16      A.      West -- West House odds.

17      Q.      And by "odds," you're meaning numbers?

18      A.      One-man cell.

19      Q.      Oh.  You had a one-man cell.

20              That was my next question.  Did you

21   have a cellmate at this period of time while you

22   were in Menard?

23      A.      At what period?

24      Q.      When you got hit with the steel pipes?

153

1       A.      No.

2       Q.      Okay.   It was a cell to yourself?

3       A.      Yes.

4       Q.      And were you hospitalized as a result

5   of this violation?

6       A.      I was -- received treatment.

7       Q.      You got medical treatment?

8       A.      Yes.

9       Q.      Outside or inside the prison?

10      A.      Inside.

11      Q.      What treatment did you get?

12      A.      Stitches.

13      Q.      To what part of your body?

14      A.      The head.

15      Q.      And you believe you were violated

16  because you did not carry out this order to stab

17  this captain of the Department of Corrections,

18  correct?

19      A.      Yes.

20      Q.      How long of a period of time were you

21  treated inside the hospital for this injury?

22      A.      How long?

23      Q.      After you got the stitches, did you

24  have to remain in the medical section of the prison,

154

```
 1   or did they --

 2          A.    No.

 3          Q.    -- just treat you and release you?

 4          A.    Treat me and release me.

 5          Q.    Okay.  And when they released you, did

 6   you go back in general population, or was --

 7          A.    Yes.

 8          MR. AINSWORTH:  Do you need a break?

 9          THE WITNESS:  Yeah.  I want to finish the

10   question.

11   BY MR. POLICK:

12          Q.    You all right?

13          A.    I want to finish the question.

14          Q.    Was there something more you wanted to

15   say?

16          A.    Um-hmm.

17          Q.    What did you want to say?

18          A.    I went back and I got myself assigned

19   to PC.  I went back and got my, my clothing and

20   property.  The same day it happen, I went to PC.

21          Q.    Was that at your request or --

22          A.    At my request.

23          Q.    Okay.  So after that happened, you got

24   treated and released in the medical section,
```

1  correct?

2      A.    Yes.

3      Q.    And then you requested to go to

4  protective custody?

5      A.    Yes.

6      Q.    And then were you sent to protective

7  custody?

8      A.    Yes.

9      Q.    Okay.  Even though you had a one-man

10  cell in that particular section of the prison?

11      A.    Yes.

12      Q.    Okay. When you went to protective

13  custody inside Menard, was that also a one-man cell?

14      A.    Some of them are.

15      Q.    Well, how about the one you were in in

16  protective custody?

17      A.    Two-man cell.

18      Q.    Who was your cellmate?

19      A.    I haven't the slightest idea.

20      Q.    How long were you in protective

21  custody?

22      A.    Let me see.  Two years in Menard.

23      Q.    And I think you told me earlier you

24  were there about three years?

156

```
 1        A.    Yes.

 2        Q.    So the majority of the time, you were

 3   there you were in protective custody?

 4        A.    Yes.

 5        Q.    And when you were in protective

 6   custody, it was in a two-man cell?

 7        A.    Yes.

 8        Q.    And did you have the same cellmate for

 9   those two years?

10        A.    No.

11        Q.    How many cellmates did you have during

12   that two-year period?

13        A.    I don't know.

14        Q.    More than one?

15        A.    Yes.

16        Q.    More than three?

17        A.    Yes.

18        Q.    More than five?

19        A.    Yes.

20        Q.    More than ten?

21        A.    Less.

22        Q.    So somewhere between five and ten?

23        A.    Yes.

24        Q.    And do you remember the names of any of
```

157

1  those five to ten cellmates that you had during

2  that two-year period that you were in protective

3  custody?

4        A.    Yes.

5        Q.    Okay.  Who were the names of those

6  cellmates that you remember?

7        A.    A guy named Wilkins.  A guy named Silk.

8  That's about it.  I can't remember.

9        Q.    And after that point in time, you

10 ceased being a member of the Vice Lords street gang?

11       A.    Yes.

12       Q.    Have you joined any other gangs since

13 that period of time?

14       A.    No.

15       Q.    How about before you became a member of

16 the Vice Lords while you were in Cook County Jail,

17 had you ever been a gang member prior to that?

18       A.    No.

19       MR. AINSWORTH:  Objection.  Asked and

20 answered.

21 BY MR. POLICK:

22       Q.    Before becoming a member of the Vice

23 Lords street gang, did you ever tell anyone you

24 were a gang member?

*158*

```
 1        A.     Say that again.
 2        Q.     Before you became a member of the Vice
 3   Lords street gang in Cook County Jail, had you ever
 4   told anybody that you were a gang member?
 5        A.     No.
 6        Q.     Before you became a member of the Vice
 7   Lords gang in the Cook County Jail, did you ever
 8   tell anyone in the court system that you were a
 9   gang member?
10        A.     No.
11        Q.     Before you became a member of the Vice
12   Lords in Cook County Jail, did you ever tell
13   anybody in the juvenile court system that you were
14   a gang member?
15        A.     No.
16        Q.     Do you have any tattoos?
17        A.     No.
18        Q.     Have you ever had a gang tattoo?
19        A.     No.
20        Q.     No tattoo whatsoever?
21        A.     No.  No.
22        Q.     Are you currently employed?
23        A.     I work for my sister.
24        Q.     At the bridal shop?
```

159

```
 1        A.     Yes, Unforgettable Wedding.

 2        Q.     Okay.  Is that what it is?  A bridal

 3   shop?  She sells wedding dresses?

 4        A.     Wedding -- tuxedos, and --

 5        Q.     Okay.  So it's not just for women; it's

 6   for the whole party?

 7        A.     Yes.

 8        Q.     What do you do for your sister at the

 9   bridal shop?

10        A.     I clean up and answer phones.

11        Q.     And how long have you been doing that?

12        A.     Several months.

13        Q.     And do you get paid for that work?

14        A.     Yes.

15        Q.     How much does she pay you?

16        A.     Pocket money, you know.

17        Q.     What's "pocket money"?

18        A.     Probably about 60 or $70 a week.

19        Q.     You don't have any hourly rate of pay?

20        A.     No.

21        Q.     You don't punch any time clock or sign

22   any timesheet or anything like that?

23        A.     No.

24        Q.     Do you work there every day?
```

160

1      A.      No.

2      Q.      How many times a week?

3      A.      Two or three times a week.

4      Q.      And she gives you about 6 or $7 a week.

5      A.      60 to $70 a week.

6      Q.      I'm sorry.

7      A.      If she can.

8      Q.      Okay.  Are there some weeks that she

9   can't?

10      A.      Lesser, less -- less wages.

11      Q.      Okay.  So your wages depend on what?

12   How good her business is?

13      A.      How busy.

14      Q.      Okay.  How has her business been in the

15   last three months?

16      A.      Fair.

17      Q.      Okay.  And so you've been there the

18   last seven months.  Have you consistently gotten 60

19   to $70 a week for the whole seven months that

20   you've been working there?

21      A.      I haven't been there for the last seven

22   months.

23      Q.      Okay.  What did you say?  Several

24   months?

161

```
 1          A.      I said several.

 2          Q.      Okay.  So give me a number of months.

 3          A.      Just about three.

 4          Q.      Okay.  And in those last three months,

 5     business has be fair you said?

 6          A.      Yes.

 7          Q.      And in the last three months is that

 8     what you've been averaging, 60 to $70 a week?

 9          A.      Yes.  You could say something like

10     that.

11          Q.      Well, I don't want to say it.

12          A.      Yes.

13          Q.      Okay.  Other than your sister's, is

14     there anyone else that you work with there at the

15     bridal shop?

16          A.      No.

17          Q.      Does she work there every day, your

18     sister?

19          A.      No.

20          Q.      Okay.  Is she just the owner and she

21     has somebody else run it?

22          A.      No.

23          Q.      Okay.  How often is your sister there?

24          A.      Five days out of the week.
```

```
 1          Q.    Okay.  And who's there in charge when
 2  your sister's not in charge?
 3          A.    Her son and I.
 4          Q.    Which son?
 5          A.    Joshua.
 6          Q.    Okay.  Do you have any problems doing
 7  your job at the bridal shop?
 8          A.    No.
 9          Q.    Does your job involve dealing with
10  customers or people that come in?
11          A.    Yes.
12          Q.    Okay.  And it also involves answering
13  the phone?
14          A.    Yes.
15          Q.    Do you have any problems dealing with
16  the customers that come in?
17          A.    No.
18          Q.    Do you have any problem dealing with
19  people over the phone?
20          A.    No.
21          Q.    Other than Marilyn's son Joshua, are
22  there any other people that you work with at the
23  bridal shop?
24          A.    No.
```

163

1      Q.    Do you have any problems getting along

2  with Joshua?

3      A.    Yes.

4      Q.    Well, what's the problem you have with

5  Joshua?

6      A.    Oh, no problem.  I'm sorry.

7      Q.    Okay.  So no problem working with

8  Joshua?

9      A.    No.

10     Q.    Okay.  How about doing your job?  Is

11  there anything about your job that you find you

12  have a problem doing?

13     A.    I just got to learn the business

14  better, that's all.

15     Q.    Okay.

16     A.    I have to learn the material of the

17  weddings, you know, or --

18     Q.    But is that something that you think

19  that you'll be able to get more knowledge of the

20  longer you're there?

21     A.    Yes.

22     MR. AINSWORTH:  Objection.  Calls for

23  speculation.

24     THE WITNESS:  Yes.

164

```
 1   BY MR. POLICK:
 2        Q.    Okay.  Is that something you're working
 3   toward learning?
 4        A.    No.
 5        Q.    No.  Why not?
 6        A.    It's not my field.
 7        Q.    Okay.  But at this point, am I correct
 8   in saying that you're trying to learn more about
 9   the business so you can do your job better?
10        A.    Yes.
11        Q.    Okay.  What field is it that you would
12   like to get into?
13        A.    Do I have to answer that?
14        MR. AINSWORTH:  If you know.
15        THE WITNESS:  Business period.
16   BY MR. POLICK:
17        Q.    I'm sorry?
18        A.    Business period.
19        Q.    Is this --
20        A.    Business period.  Business period.
21   Commercial custodian.
22        Q.    Okay.  Have you worked -- you told me
23   while you were at Dixon you took some classes as a
24   commercial custodian.
```

1      A.      Yeah.

2      Q.      Have you worked as a commercial

3   custodian since you've been released from Dixon?

4      A.      I do odd jobs.

5      Q.      Okay.  Where do you do odds jobs at?

6      A.      Like around the neighborhood or --

7      Q.      And are these custodian jobs that

8   you're doing around the neighborhood?

9      A.      Yeah.

10      Q.      Okay.  What type of work do you do in

11   the neighborhood?

12      A.      Oh, like -- I do like dusting, stripping,

13   waxing; clean upholsteries like couches, stuff like

14   that.

15      Q.      And when you're doing that type of

16   work, are you doing that in people's homes or are

17   these businesses that you go to to do this, or

18   both?

19      A.      Homes.

20                 (Exit Attorney Hannon.)

21      Q.      And is there a rate of pay that you

22   charge for your services?

23      A.      It depends.

24      Q.      Okay.  And what does it depend on?

```
 1        A.     It depends on how much it is -- the
 2   length, the width, how long is it going to take.
 3        Q.     And how long have you been doing this
 4   type of custodial work in people's homes?
 5        A.     Off and on.  Several months off and on.
 6        Q.     And how much of an income does that
 7   provide you?
 8        A.     It depends on the -- it depends
 9   on the job.  So sometimes 2- or $300; it depends.
10        Q.     And you continue to work these jobs
11   while you're also working at your sister's bridal
12   shop?
13        A.     When I want to call.  Where I seek --
14   try to seek employment.
15        Q.     Are you seeking employment anywhere
16   else at this time?
17        A.     Different temp agencies.
18        Q.     These are employment agencies?
19        A.     Um-hmm.  Yes.
20        Q.     And have you found anything through
21   these employment agencies?
22        A.     I used to work for a temp agency.
23        Q.     Okay.  When you say you worked for a
24   temp agency, did you actually work for the agency,
```

```
 1   or did the agency send you out to some job?
 2         A.    I worked for the agency.
 3         Q.    Okay.  What agency did you work for?
 4         A.    It's on -- let me see.  16 between 18
 5   and Canal.
 6         Q.    What was the name of the employment
 7   agency?
 8         A.    Like "kaputer" corporation.
 9         Q.    I'm sorry?
10         A.    "Kaputer" corporation.  I used to stash
11   medical records, numbers, inside of "kaputers."
12         Q.    And did you say the name was Pur- --
13   Purdue?
14         A.    Like "kaputer", "kaputer" corporation --
15   corporation.
16         THE COURT REPORTER:  Computer?
17         THE WITNESS:  Oh, yeah.
18   BY MR. POLICK:
19         Q.    Okay.  And it was located here in the
20   City around 16th or 18th --
21         A.    18th and Canal.
22         Q.    -- and Canal?
23         A.    Yes.
24         Q.    Do you know the name of the company at
```

168

```
1    all?

2          A.    Uhn-uhn.

3          Q.    Is that a no?

4          A.    No.

5          Q.    And you were what?  Putting information

6    on computers?

7          A.    I was punching numbers in in the

8    computers.

9          Q.    And this was for medical records?

10         A.    Yes.

11         Q.    What type of medical records.  Were

12   they for a specific hospital or something like

13   that?

14         A.    Injuries or surgeries, stuff like that.

15         Q.    And for how long of a period of time

16   did you do that job?

17         A.    Two months.

18         Q.    And how much were you getting paid for

19   that job?

20         A.    520.

21         Q.    And why did you leave that particular

22   job.

23         A.    Project was done.

24         Q.    And do you have any type of computer
```

```
 1   skills, or was this something you learned on the

 2   job?

 3        A.    It was a common, common thing to do --

 4   no.

 5        Q.    So you don't have any computer

 6   training?

 7        A.    No.

 8        Q.    Did you have a supervisor at this job?

 9        A.    Yes.

10        Q.    Who was your supervisor?

11        A.    I forgot his name.

12        Q.    Man or woman?

13        A.    Man.

14        Q.    Did you have any problems dealing with

15   your supervisor at that job?

16        A.    No.

17        Q.    Did you work with other people at that

18   job place?

19        A.    Yes.

20        Q.    Were you the only one that was entering

21   information on the computers or was there groups --

22   a group?

23        A.    Groups.

24        Q.    Okay.  Did you have any problems with
```

1  the people you worked with?

2       A.    No.

3       Q.    Any problem getting to work on time?

4       A.    No.

5       Q.    Did you have to deal with the public at

6  that job at 16th and Canal where you were entering

7  the computer information?

8       A.    What do you mean, public?

9       Q.    Where customers come in --

10      A.    No.

11      Q.    -- and like at your sister's bridal

12  shop?

13      A.    No.

14      Q.    So this is just a place you went to and

15  did you job.

16      A.    Like a warehouse, yeah.

17      Q.    Any problems with that job in any way?

18      A.    No.

19      Q.    Is it something that would you have

20  continued had the project or the work been there?

21      A.    Yes.

22      Q.    Have you filed any income tax returns

23  since your release from prison?

24      A.    No.

```
 1        Q.    How much do you think you made in the
 2   year?
 3        A.    I can't say.
 4        Q.    Can you give me approximate?
 5        A.    No.
 6        Q.    Do you do any volunteer work?
 7        A.    No.
 8        Q.    While you were incarcerated, did you do
 9   any -- any jobs in prison?
10        A.    Yes.
11        Q.    What types of work did you do when you
12   were in prison?
13        A.    Mainly waxing and strip floors.
14        MR. HEIL:  I'm sorry.  I didn't hear you.
15        THE WITNESS:  Mainly wax and strip floors.
16   BY MR. POLICK:
17        Q.    What other types of work did you do in
18   prison?
19        A.    Kitchen work, feed inmates.
20        Q.    Work in the cafeteria?
21        A.    Yes.
22                          (Exit Attorney Rubens.)
23        Q.    And which prisons did you wax and strip
24   floors at?
```

1       A.      Menard and Pontiac.

2       Q.      And where did you work in the kitchen?

3       A.      Menard and Pontiac and in Dixon.

4       Q.      Any other jobs that you had while you

5  were in prison?

6       A.      No.

7       Q.      Since you have been released, have you

8  worked any other places besides your sister's

9  bridal shop and this employment agency and the odd

10  jobs that you do in the neighborhood?

11      A.      No.

12      Q.      Do you provide any support, financial

13  support to either of your children?

14      A.      Yes.  I buy them clothes sometimes, not

15  money.

16      Q.      Other than buying them clothes, is

17  there any other financial support that you provide

18  your children?

19      A.      No.

20      Q.      Okay.  How about before you were

21  arrested in March of 1992 while you were living

22  80 percent of the time with Betty Hackett and

23  20 percent of the time at the Wolcott address, did

24  you have any employment during that period of time?

173

1    I think you told me you were a busboy somewhere.

2         A.    Yeah, I was a busboy.  And I was

3    getting state -- I was getting checks every month

4    from the state.

5         Q.    Okay.  What kind of checks were you

6    getting every month from the state?

7         A.    DCFS checks.

8         Q.    And why were you getting DCFS checks?

9         A.    To aid, since my sister -- help take

10   care or me.

11        Q.    Okay.  So this -- your sister was

12   getting money from the state to take care of you?

13        A.    Yes.

14        Q.    Okay.  Even though you were living with

15   Betty Hackett and had your own children?

16        A.    Excuse me.

17        Q.    That's okay.

18        A.    God bless.  Say it again.

19        Q.    Your sister was getting money from the

20   state to support you even though you were living

21   most of the time with Betty Hackett and had your

22   own kids?

23        A.    Child, yes.

24        Q.    Okay.  Excuse me.  That's right.  Your

174

```
 1  son hadn't been born yet.  Did you get any support
 2  after your daughter was born for her from the
 3  state?
 4       A.   Not right offhand, no.
 5       Q.   Okay.  Now, you told me you were
 6  working as a busboy at, I think, 105th and Cicero?
 7       A.   Yes.
 8       Q.   Is that in Oak Lawn?
 9       A.   Yes.
10       Q.   And what was the name of the restaurant
11  you worked there?
12       A.   Wag's.
13       Q.   And for how long did you work at Wag's
14  Restaurant in Oak Lawn?
15       A.   Off and on.  I'd say probably a good
16  year.
17       Q.   Any other places you worked as a
18  busboy?
19       A.   No.
20       Q.   How about before Wag's, did you work
21  any --
22       A.   McDonald's.
23       Q.   What did you do for McDonald's?
24       A.   Cook and clean, prepare food.
```

175

1      Q.    Which McDonald's did you work at, what
2  location?

3      A.    79th and Halsted.

4      Q.    And for how long a period of time did
5  you work at McDonald's?

6      A.    From '88, I believe, to '89.

7      Q.    And why you did you leave McDonald's
8  job?

9      A.    Higher pay.

10     Q.    You got more pay at the Wag's
11  Restaurant?

12     A.    Yeah.

13     Q.    And you said you worked for the Wag's
14  Restaurant on and off for about a year?

15     A.    Yes.

16     Q.    Were you continuously employed there?

17     A.    What do you mean by "continuously"?

18     Q.    For the year.  When you say on and off,
19  I'm not understanding what you mean by that?

20     A.    I might work -- well, I might work
21  about nine months, then come back the following
22  year and work probably six months.

23     Q.    Okay.  What did you do during that
24  period of time that you were off from there?

```
 1          A.     I was trying to go to school.

 2          Q.     Where at?

 3          A.     Olive Harvey.

 4          Q.     What classes were you taking?

 5          A.     I was trying to get a GED.

 6          Q.     And from what period of time to what

 7  period of time did you attend Olive Harvey?

 8          A.     I believe it was in '89.

 9          Q.     Why did you leave your job at Wag's

10  Restaurant at 105th and Cicero?

11          A.     I got into it with one of the managers.

12          Q.     I'm sorry?

13          A.     I got into it with one of the managers.

14          Q.     What did you get into with one of the

15  managers?

16          A.     I got very upset because I believe it

17  was racism.  This one guy that -- he used to work

18  there.  He quit his job.  And so when he quit his

19  job, they raised my hours up.  I was there before

20  him too.  And they raised the hours up on my -- me.

21  And then suddenly like, I think, about two days

22  later, the guy wanted his job back and they lowered

23  my hours then.

24          Q.     Okay.
```

```
 1          A.     And I felt that was unfair.

 2          Q.     Why did you feel it was unfair?

 3          A.     Because he quit on them.

 4          Q.     So did you quit the job or were you

 5   fired?

 6          A.     I quit.

 7          Q.     Did you have another job lined up at

 8   the time?

 9          A.     No.

10          MR. POLICK:  I notice it's a quarter after

11   1:00 if this is a good place to break for lunch.

12   This would be a good time.

13          MR. AINSWORTH:  Okay.  Why don't we do that.

14   Do you want to say back here at 1:50, 2:00

15   o'clock?

16          MR. POLICK:  2:00 o'clock.

17          MR. AINSWORTH:  Okay.

18                         (Recess taken.)

19

20

21

22

23

24
```

**AFTERNOON SESSION**

1

2  BY MR. POLICK:

3       Q.    Mr. Hill, do you understand that we're

4  back under oath?

5       A.    Yes.

6       MR. POLICK:  Okay.

7             Mr. Ainsworth, just to expedite

8  matters, sir, because you mentioned you have

9  some engagement later on.

10            In your client's Answers to

11 Interrogatories it indicates that there is no

12 claim for lost income.  I just wanted to get a

13 stipulation on that, and I think we can move

14 along.

15      MR. AINSWORTH: Yes, that's correct.

16      MR. POLICK:  Okay.   Thank you.

17 BY MR. POLICK:

18      Q.    Mr. Hill, have you, either through

19 employment agencies or on your own, applied for any

20 jobs since you've been released?

21      A.    Yes.

22      Q.    How many jobs have you applied for?

23      A.    About -- about ten.

24      Q.    And where have you applied?

179

1     A.    Probably like restaurants, like
2   Burger King, McDonald's.  That's about -- that's
3   about for jobs, Internet.
4     Q.    And on those applications, do you
5   indicate that you were incarcerated for a lengthy
6   period of time?
7     A.    Yes.
8     Q.    Okay.
9     Q.    Have you gotten any of these jobs?
10    A.    No.
11    Q.    And in any of these jobs that you've
12  applied to since your release from the Department
13  of Corrections, have you been specifically told
14  that you did not get the job because of your prior
15  incarceration?
16    A.    No.
17    Q.    You told me your daughter is 18 --
18    A.    Yes.
19    Q.    -- today.
20    A.    Yes.
21    Q.    Are you a grandfather at all?
22    A.    No.
23    Q.    Okay.
24    Q.    Is that -- sorry.  I had to ask.  She

180

1   doesn't have any children?

2       A.    No.

3       Q.    Okay.

4       Q.    Have you applied for any job where

5   they've told you that you didn't get the job

6   because of your prior incarceration?

7       A.    No.

8       Q.    I want to go back to to that period of

9   time where you were living at 5725 South Laflin,

10  and this would be -- I want to look at the period

11  of time from about 1990 to 1992.  So about a

12  two-year period before your arrest. Okay?  Do you

13  understand?

14      A.    Yes.

15      Q.    Okay.  And I know at some point in time

16  in that two-year period, probably for more of that

17  that period, you were kind of living both at 5621

18  South Laflin and 7016 Wolcott, right.

19      A.    Yes.

20      Q.    Okay.  But 5725 South Laflin and 5621

21  South Laflin, that's basically the same neighborhood,

22  correct?

23      A.    Yes.

24      Q.    Okay.  So I want to focus in on that

```
 1   neighborhood on 56 to 57th and Laflin during that
 2   two-year period between 1990 and '92 just prior to
 3   your arrest.  Do you understand what time period
 4   I'm talking about now?
 5        A.    Yes.
 6        Q.    That neighborhood that you lived in at
 7   that time 56th and 57th and Laflin, is that a
 8   residential area?
 9        A.    What you mean?
10        Q.    Mainly family homes, or are there
11   business or --
12        MR. AINSWORTH:  Hold on.  I'm just going
13   to object.  I believe during that period he was
14   living at 56th and Laflin and 70th and Wolcott.
15        MR. POLICK:  Right, but we're talking about
16   just the neighborhood and the area of 57th and
17   Laflin, 56th and Laflin; it's basically a block
18   apart, right?
19        MR. AINSWORTH:  My mistake.
20        THE WITNESS:  Yes.
21   BY MR. POLICK:
22        Q.    Okay.  You understand the neighborhood
23   we're talking about, right?
24        A.    Yes.
```

1      Q.    The 5700 block or the 5600 block of

2  Laflin.

3      A.    Yes.

4      Q.    And the time period I'm looking for

5  here is between 1990 and your arrest in March of

6  1992. Do you understand the time period we're

7  talking about?

8      A.    Yes.

9      Q.    Okay. So between the ages of 16 and

10  18 years old for you, correct?

11      A.    Yes.

12      Q.    Okay. You were attending Gage Park

13  High School at that time?

14      A.    (No response.)

15      Q.    At least when you were 16 --

16      A.    Yes.

17      Q.    -- at some point. Okay. You dropped

18  out when you were 16?

19      A.    Yes.

20      Q.    Let me ask you. When you were going to

21  Gage Park High School, were there any gang members

22  that went to Gage Park High School?

23      A.    Yes.

24      Q.    Did you know any of the gang members

183

1  that went to Gage Park High School?

2       A.    Yes.

3       Q.    Okay.  And how did you know they were

4  gang members?

5       A.    The way -- the clothes they wear and

6  and how they have their hat.

7       Q.    What about their hats?

8       A.    Hat might be to the right, hat be to

9  the left.

10      Q.    Okay.

11      A.    They might throw up a signal with their

12  hands, you know.

13      Q.    And what gangs were represented at Gage

14  Park High School that you are aware of?

15      A.    GDs and Two Sixers.

16      Q.    Okay.  Any Vice Lords that were at Gage

17  Park High School that you were aware of while you

18  were going there?

19      A.    No.

20      Q.    And the GDs amd the Two Sixers, were

21  they allies or were they rival gangs?

22      A.    Allies, together.

23      Q.    Okay.  And during the period of time

24  that you were attending Gage Park High School, did

1  you know any members of the Gangster Disciple street

2  gang?

3         A.    No.

4         Q.    Okay.   Were any of your friends a

5  member of the Gangster Disciple street gang while

6  were attending Gage Park High School?

7         A.    No.

8         Q.    Now about the Two Sixers, were anyone

9  you know a member of that gang while you were

10 attending Gage Park High School?

11        A.    No.

12        Q.    Were any of your friends members of the

13 Two Sixers gang while you were attending Gage Park

14 High School?

15        A.    Associates.

16        Q.    Okay.   Which associates were members of

17 the Two Sixers street gang while you were attending

18 Gage Park High School?

19        A.    I don't know.

20        Q.    Okay.   You don't remember any of their

21 names?

22        A.    (No response.)

23        Q.    You have to answer out loud.

24        A.    No. No.

1       Q.    Were they guys that were in your

2 same -- in your school?

3       A.    Yes.

4       Q.    Anybody you knew from the football team

5 that was a member of the Two Sixers?

6       A.    No.

7       Q.    Was anybody on the football team also a

8 gang member?

9       A.    No.

10      Q.    During that period of time where you

11 were attending Gage Park High School, were you ever

12 recruited by either the Gangster Disciples or the

13 Two Sixers to be in their gang?

14      A.    No.

15      Q.    Going back to that same time frame

16 between 1990 and your arrest in March of 1992, who

17 was your best friend at that time?

18      A.    I didn't have no best friend.

19      Q.    Did you have --

20      A.    I didn't have no best friend.

21      Q.    Okay.  But did you have friends?

22      A.    Yes.

23      Q.    Okay.  Who were your three closest

24 friends back during that time frame?

1      A.      Baby -- my baby mother.

2      Q.      Okay.  That would be Betty Jean?

3      A.      Yes.

4      Q.      Besides Betty Jean, who were your

5  closest friends at the time?

6      A.      A guy named Lorenzo.

7      Q.      What was Lorenzo's last name?

8      A.      I believe it was White.

9      Q.      And where did Lorenzo live?

10      A.      About -- probably about eight, eight

11  houses down from me.

12      Q.      Okay.  And when you say eight houses

13  down, on the 5700 block of Laflin, or the 5600?

14      A.      57.

15      Q.      Okay.  Who else was a close friend of

16  yours besides Lorenzo and Betty Jean?

17      A.      Sylvester.

18      Q.      What was Sylvester's last name?

19      A.      Drum- -- was it Drummer?  Drummer.

20  Dummond; something like that.

21      Q.      And where did Sylvester Drummer live?

22      A.      Let me see.  I forgot.  It's 79th and

23  somewhere.  I forgot, though

24      Q.      I'm sorry?

1      A.      79th and somewhere.

2      Q.      79th and --

3      A.      And Wood.

4      Q.      And Wood.

5      A.      Yeah.

6      Q.      And would you go over to that

7  neighborhood at 79th and Wood to visit or hang

8  out with your friend Sylvester Drummer?

9      A.      Yes.

10     Q.      And he would come to your place over

11  in the 5700 block of Laflin?

12     A.      7016.

13     Q.      Okay.   Over at Wolcott?

14     A.      Yes.

15     Q.      Okay.   That was closer to 79th and

16  Wood.

17     A.      Yeah.

18     Q.      Okay.   How about when you were living

19  at 5725 Laflin, would friends come over?

20     A.      We'd visit over at Lorenzo's house.

21     Q.      Okay.   Would Sylvester come over there

22  as well?

23     A.      Yes.

24     Q.      And how about when you were living with

188

1   Betty Jean at 5621 Laflin, would people come over

2   to the house and visit you there, friends of yours?

3          A.    Yes.

4          Q.    Who would would come over and visit you

5   there?

6          A.    Sylvester

7          Q.    So he would make the trip from 79th and

8   Wood over to 56th and Laflin?

9          A.    Basically Lorenzo house.

10         Q.    Okay.  So that's where you guys would

11  meet up?

12         A.    Yes.

13         Q.    Anybody else that you were close

14  friends with during that period of time between

15  1990 and 1992?

16         A.    No.

17         Q.    Okay.  Did you have any girl friends

18  other than Betty Jean at that time?

19         A.    No.  Not girlfriends.

20         Q.    Okay. I'm not talking about steady

21  girlfriends, but girls that you saw during that

22  period of time?

23         MR. AINSWORTH:  Object to the form of the

24  question; it's vague.  You can answer if you

1    understand it.

2          THE WITNESS:  No.

3    BY MR. POLICK:

4          Q.    Now you told me earlier you never had a

5    driver's license.  Did you have a car during that

6    period of time 1990 to March of 1992?

7          MR. AINSWORTH:  Objection.  Asked and

8    answered.  You can answer.

9          THE WITNESS:  I drove my dad car before.

10   BY MR. POLICK:

11         Q.    Your dad's car?

12         A.    Um-hmm.  Yes.

13         Q.    During that period of time, 1990 to

14   1992?

15         A.    Yes.

16         Q.    Okay.  So you had use of your dad's car

17   during that period of time?

18         A.    Yes.

19         Q.    Was that any time you wanted it, or how

20   often did you get to use your dad's car?

21         A.    Every blue moon.

22         Q.    I'm sorry?

23         A.    Every blue moon.  Every blue moon.

24         Q.    Okay.  And how about Lorenzo, did he

1    have a car?

2            A.      No.

3            Q.      And hew about Sylvester, did he have a

4    car?

5            A.      Yes.

6            Q.      Okay.  Betty Jean, did she have a car?

7            A.      No.

8            Q.      So if you didn't have use of a car, how

9    would you get around to go wherever you wanted to

10   go?

11           A.      Bus or walk.

12           Q.      So if you needed to get over to 7016

13   Wolcott, you'd either walk or take the bus?

14           A.      Yes.

15           Q.      When you and your friends would get

16   together, were there other places that you would

17   hang out besides Lorenzo's house?

18           A.      Yes.  Yeah.

19           Q.      Where else would you go?

20           A.      In the park.

21           Q.      Okay.  Which park would you hang out

22   at?

23           A.      About four blocks off of Ashland there

24   was a park.  59th and Ashland, four blocks off of

1   Ashland.

2       Q.   Do you know the name of the park there?

3       A.   No.

4       Q.   And it's a few blocks off of Ashland?

5       A.   I'd say about four, four or five,

6   something around there.

7       Q.   How about Sherman Park?  That was close

8   to your home, wasn't it?

9       A.   Oh, yes.

10      Q.   You ever hang out at Sherman Park?

11      A.   Yes.

12      Q.   Who would you hang out with at Sherman

13  Park?

14      A.   Lorenzo and Sylvester.

15      Q.   Okay.  What would you guys do at the

16  park?

17      A.   We would play basketball.

18      Q.   You guys ever drink up at the park,

19  have a few beers?

20      A.   No.

21      Q.   No.  You ever go to parties in that

22  area around Sherman Park?

23      A.   No.

24      Q.   How about Ogden Park, a little south of

1  there.  You know the park I'm talking about?

2      A.    Um-hmm.  Yes.

3      Q.    Would you guys hang out at that park as

4  well or go to that park?

5      A.    Yes.

6      Q.    Okay.  Did you ever attend any parties

7  or go to anybody's party or function in that area?

8      A.    No.

9      Q.    How about over at Gage Park where you

10  were going to high school, would you ever go over

11  there and hang out with your friends?

12      A.    No.

13      Q.    Would you get as far east as Marquette

14  Park?  I'm sorry, as far west as Marquette Park?

15      A.    I don't know where that at.

16      Q.    Okay.  What other acivities would you do

17  with your friends other than playing basketball?

18      A.    Go to the game room or stay home and

19  play Nintendo.

20      Q.    Okay.  And when you say "game room,"

21  where would the game room be that you went to?

22      A.    57th and Ashland, I believe.

23      Q.    Is there a liquor store near there, or

24  was there at the time?

1      A.    I believe -- I think it's on -- I think

2  it's on the corner.  I'm not for sure.

3      Q.    Okay.  Did you say there was a specific

4  name or anything to that liquor store?

5      A.    I don't know, don't know.

6      Q.    Okay.  What if you wanted to get

7  something to eat?  Where would you go with your

8  friends?

9      A.    At the time?

10      Q.    Yeah.

11      A.    McDonald's or Burger King.

12      Q.    And during that same period of time,

13  1990 up until your arrest in March of 1992, in that

14  neighborhood, in and around 56th and 57th and

15  Ashland, was there any gang that controlled or was

16  active in that particular neighborhood?

17      A.    The GDs controlled 57th.

18      Q.    How about 56th?  Were they in control

19  there too?

20      A.    Yes.

21      Q.    Were there any rival gangs that were

22  trying to get into the GD's territory in that

23  particular area 56th and 57th and Laflin during

24  that same time period?

194

1      A.    Yes.

2      Q.    What gangs were trying to get into

3 that --

4      A.    P.Stones.

5      Q.    And they were rivals to the GDs?

6      A.    Yes.

7      Q.    And do you know what their rivalry was

8 over?

9      A.    Basically -- probably drugs or --

10     Q.    Did you ever see drugs being sold by

11 the gangs or their associates in that area around

12 56th and 57th and Ashland during the time frame

13 1990 to 1992?

14     A.    Yes.

15     Q.    Okay.  Where did you see drugs being

16 sold in that area during that time frame?

17     A.    57th and Laflin.

18     Q.    I'm sorry?

19     A.    57th and Laflin.

20     Q.    Right on the block you lived on?

21     A.    Yes.

22     Q.    Was there a particular address that you

23 would see that, drugs being sold?

24     A.    On the block.

1    Q.    Just on the block?

2    A.    (No response.)

3    Q.    You have to answer out loud.

4    A.    Yes.

5    Q.    Okay.  Did the GDs control that block?

6    A.    Yes.

7    Q.    Did the P.Stones ever come in and try

8    to take control of that block while you were living

9    there during the period 1990 to 1992?

10   A.    No.

11   Q.    Were you ever recruited by the Gangster

12   Disciples?

13   A.    No.

14   Q.    How often would you see that drug

15   activity going on during that same time frame, 1990

16   up until your arrest in March of 1992?

17   A.    Every day.

18   Q.    And other than -- well, strike that.

19          Were there any other spots in that

20   neighborhood that you knew you should stay out of

21   because of the gang activity that was going on

22   there?  Any places that you were fearful of going?

23   A.    Everywhere.

24   Q.    Okay.  So was it fair to say that even

1  beyond that block, the gangs controlled certain

2  areas beyond the area of 56th and 57th and Laflin?

3      A.    Yes.

4      Q.    Okay.  How far did their control go?

5      A.    I don't know.

6      Q.    Okay.  What was your relationship like

7  with these Gangster Disciples that basically

8  controlled the drug trade on your block?

9      A.    I don't associate with them.

10     Q.    Okay.  But I mean you had to walk down

11 that block you told me earlier to go to school, I'm

12 sure to go out and do whatever activities you had

13 to do, right?

14     A.    Yes.

15                    (Exit Attorney Hannon)

16     Q.    Okay.  Did you have any -- ever have

17 any problems with the gangs that were in that area?

18     A.    No.

19     Q.    You would see them?

20     A.    Yes.

21     Q.    They would see you?

22     A.    Yes.

23     Q.    Okay.  Did they ever have words with

24 you or threaten you in any way?

1        A.      "Hi" and "bye."

2        Q.      Okay.  When you would go out to do the

3    activities that you needed to do during the day,

4    would you go alone or would you be with somebody?

5        A.      Both.

6        Q.      Okay.  And when you were with somebody,

7    who would you be with most of the time?

8        A.      My friend Lorenzo.

9        Q.      Okay.

10       A.      Or Sylvester

11       Q.      Okay.  And were either of them

12   associated with the Gangster Disciples?

13       A.      I think Lorenzo was.

14       Q.      Okay.  Do you know what Lorenzo's rank

15   was or what his affiliation was with the Gangster

16   Disciples?

17       A.      You say he was associated with them,

18   right?  He was associated with them?

19       Q.      Yeah.  Lorenzo's associations with the

20   gang.  Did he have a rank in the gang, or was he

21   just associated with them?

22       A.      I never said he was in a gang.

23       Q.      Okay.  Well, I thought you just

24   told me --

1          A.     He associated with the gang.

2          Q.     Okay.  He associated with the gang.  He

3  wasn't a gang member.

4          A.     No.  I didn't see him gangbanging, no.

5          Q.     When you say -- when you say that

6  Lorenzo associated with the gang, what do you mean

7  by that?  Explain that to me.

8          A.     He might talk, talk with them; kick it

9  with them, probably smoke a little weed.

10          Q.     Okay.

11          A.     Um-hmm.

12          Q.     So was Lorenzo's relationship with the

13  Gangster Disciples in that neighborhood around 57th

14  and Laflin different from your relationship --

15          A.     Yes.

16          Q.     -- in those periods of time that you

17  would be with Lorenzo?

18          A.     Yes.

19          Q.     How about you?  Would you kick it or

20  smoke weed with any of the guys in the Gangster

21  Disciples gang that controlled that block that you

22  lived on?

23          A.     No.

24          Q.     How about Sylvester, did he have any

199

```
1    association with the gang?

2         A.    No.

3         Q.    And was that true for that entire

4    period of time, 1990 to 1992, that Lorenzo would

5    have that relationship or association with the

6    gang?

7         A.    Yes.

8         Q.    Okay.  How about over in the area where

9    your other residence was, 7016 Wolcott, was there a

10   particular gang that controlled that area?

11        A.    I didn't hang out there, so I wouldn't

12   know.

13        Q.    Okay.

14        A.    I barely come out.

15        Q.    Okay.  But you were there 20 percent of

16   the time, correct?

17        A.    Yes.

18        Q.    Okay.  How about in the areas you would

19   go out and do activities in that area over at 70th

20   and Wolcott?

21        A.    No.

22        Q.    No?  Where would you spend most of your

23   time?

24        A.    In the house.
```

1      Q.    Over in that area?

2      A.    Yes.

3      Q.    You mean you would go visit your

4 family, right?

5      A.    Yes.

6      Q.    And is that a residential neighborhood

7 over there, family homes?

8      A.    Yes.

9      Q.    Okay.  When you would go over to see

10 your family at 7016 Wolcott, were there any areas

11 that you tried to avoid or were fearful of because

12 of gang activity, places you knew you shouldn't go

13 for your own safety?

14      A.    No.

15      Q.    Were you ever fearful for anybody in

16 your family over at 7016 Wolcott?

17      A.    No.

18      Q.    Would you say there was more of a gang

19 problem in the area of 57th and Laflin than there

20 was over in the area of 70th and Wolcott?

21      A.    I wouldn't tell.  I don't hang around

22 there.  I couldn't tell you.

23      Q.    Okay.  Did you know anybody from the

24 area of 70th and Wolcott other than your family?

201

```
 1        A.    No.

 2        Q.    Okay.  Well, you told me earlier that

 3   Sylvester was at like 79th and Wood.  That's close

 4   to that area, right?

 5        A.    It's over the bridge.  But it's not

 6   like in the area right there.

 7        Q.    Okay.

 8        A.    There's a train right there.

 9        Q.    Right.  It's on the other side of the

10   tracks.  You got to go over the overpass, right?

11        A.    Yes.

12        Q.    Okay.  But other than your family, was

13   there anyone that you were friends with or hung

14   around with in the area around 70th and Wolcott?

15        A.    No.

16        Q.    Would it be fair to say most of your

17   friends were in the area of 56th and 57th and

18   Laflin?

19        A.    One.

20        Q.    Okay.  That being who?

21        A.    Lorenzo.

22        Q.    Okay.  Other than Lorenzo or Sylvester,

23   was there anyone else you hung out with --

24        A.    No.
```

1      Q.    -- that period of time during that same

2 two-year span?

3      A.    My girlfriend.

4      Q.    Okay.  Back in October of 1990, were

5 you aware that a murder had occurred in the

6 building at 55th and Bishop?

7      A.    Was I aware that a murder occurred in

8 1990?

9      Q.    Yes.  In October of 1990.

10     A.    Yes.

11     Q.    Okay.  55th and Bishop, that's not too

12 far from your home at 57th and Laflin?

13    MR. AINSWORTH:  Object to the form of the

14 question.  Vague.  You can answer.

15 BY MR. POLICK:

16     Q.    Do you know how far it is?

17     A.    Which house?

18     Q.    Well, 56th or 57th and Laflin, that's

19 probably the same --

20     A.    A block --

21     Q.    Block.

22     A.    -- block and a half.

23     Q.    Okay.  So the place where the murder

24 occurred was about a block, a block and a half

1  away?

2       A.    Yes.

3       Q.    In fact, Bishop is the next street

4  over, isn't it?

5       A.    Yes.

6       Q.    Okay.  And 55th Street, a couple

7  streets south of there, right?

8       A.    Yes.

9       Q.    Okay.  How did you become aware that a

10  murder had occurred in that -- in a building over

11  at 55th and Bishop?

12      A.    Everyone was talking about it in the

13  neighborhood.  And it was a guy that came over to

14  my baby mother house, and he said something like,

15  you know, I think his cousin died in a fire.  And

16  he was just saying how terrible it was.

17      Q.    So were you spending most of your time

18  over at Betty Jean's house at 56th and Laflin when

19  you found out about this murder?

20      A.    Yes.

21      Q.    Okay.  Do you know the building where

22  the murder occurred in?

23      A.    Yes.

24      Q.    Can you describe that building to me?

204

1    A.    It's a brick building.

2    Q.    And was it a single-family residence or

3    more like an apartment building?

4    A.    Apartment building.

5    Q.    Okay.  Do you know how many floors it

6    had?

7    A.    No.

8    Q.    Was it a big building, a small building?

9    A.    A big building.

10   Q.    Did you ever hang out at that building

11   or near that building?

12   A.    No.

13   Q.    During that period of time, between

14   1990 and -- well, let me just strike that.

15          Going back to October of 1990, was

16   that building abandoned, or were there people

17   living in that building?

18   A.    Abandoned.

19   Q.    Do you know how long it had been

20   abandoned?

21   A.    No.

22   Q.    And you indicated to me that the first

23   you learned about the murder was somebody coming

24   over to Betty Jean's house and mentioning it?

1     A.     Yes.

2     Q.     Was it some relation to Betty Jean?

3     A.     Family or -- family friend, friend of

4  the family.

5     Q.     Was it a man or a woman?

6     A.     A man.

7     Q.     Do you remember that man's name?

8     A.     Izell.

9     Q.     Were you present when Izell came over

10 and told Betty Jean about what had occurred there?

11     MR. AINSWORTH:  Object to the form of the

12 question.  Mischaracterizes this witnesss' testimony.

13 You can answer if you understand.

14     THE WITNESS:  No, I don't think I was.  No, I

15 wasn't present then.

16 BY MR. POLICK:

17     Q.     Okay.  How did you find out from Betty

18 Jean?

19     A.     I'm not for sure.  Either from Betty

20 Jean or the family, her sisters were right there.

21     Q.     Okay.  Well, you tell me.  When was

22 the first time that you heard that the murder had

23 occurred in this apartment, abandoned apartment

24 building over at 55th and Bishop?

1       A.      My girlfriend tell me or the family

2  told me.  Excuse me.

3       MR. POLICK: Sure.  Go ahead.

4       MR. POLICK:   Little cold in here.

5       THE WITNESS:  Yes.

6                       (Short recess.)

7  BY MR. POLICK:

8       Q.      Okay.  Do you understand you are still

9  under oath?

10      A.      Yes.

11      Q.      Okay.  So the murder that occurred at

12 this abandoned building in 1990 at 55th and Bishop,

13 you either found out first from Betty Jean or from

14 somebody --

15      A.      In the family.

16      Q.      -- in the family?

17      A.      Yes.

18      Q.      Better Jean's family or your family?

19      A.      Betty Jean's family.

20      Q.      Okay.  Do you recall who it was?

21      A.      No.

22      Q.      Okay.  What did you learn when you

23 first learned it?

24      A.      I heard that a lady was -- she was

1   burned up, and had some -- they said about -- had

2   some objects in her, like some wooden objects

3   inside of her vagina.

4        Q.    Anything else you learned about the

5   details of the murder at 55th and Bishop in October

6   of 1990 when you first learned it from either Betty

7   or friends of her family?

8        A.    That was it.

9        Q.    Okay.

10       A.    She was burned up and that was it.

11       Q.    When you said "was burned up," she was

12  burned up, the victim?

13       A.    They found the body in the burning

14  building.

15       Q.    Okay.  And when you say that they found

16  the body in the burning building, was the building

17  on fire?

18       A.    Yes.

19       Q.    Okay.  Do you know if the body was on

20  fire as well?

21       A.    No.

22       Q.    Okay.  And you found out that the

23  victim was a woman?

24       A.    Yes.

1    Q.    Okay.  Did you actually see the fire in

2  the building when it was happening?  Did you observe

3  that at all?

4    A.    No.

5    Q.    Okay.  Was that something that you

6  remember from the neighborhood, fire trucks coming

7  to the building to put the fire out?

8    A.    That's what I heard.  I wasn't there.

9    Q.    Okay.  You also said you that heard

10  people in the neighborhood talking about it besides

11  Betty Jean and/or members of her family?

12    A.    Yes.

13    Q.    Okay.  What kinds of things were you

14  hearing in the neighborhood at that time about what

15  had happened?

16    A.    What I just told you.

17    Q.    Okay.  Other than the fact they found a

18  lady burned in the building and that she had these

19  wooden objects inserted in her vagina, were there

20  any other details that you learned from people in

21  the neighborhood about the crime in October of

22  1990?

23    A.    That was it.

24    Q.    Okay.  Was that kind of a terrible

1   thing that happened in the neighborhood at the

2   time?

3          A.    Yes.

4          Q.    Were a lot of people talking about it?

5          A.    Yes.

6          Q.    Were a lot of people upset about it?

7          A.    Yes.

8          Q.    Were you yourself upset about it?

9          A.    Yes.

10         Q.    Did you know the woman at all that died

11  in the building or was killed in that building?

12         A.    No.

13         Q.    Did you know her family at all from the

14  neighborhood?

15         A.    No.

16         Q.    Did you ever hear anything about who

17  committed the murder?

18         A.    No.

19         Q.    Okay.  Was there any talk, either by

20  people in the neighborhood or by Betty Jean or

21  people from her family, how this woman died or who

22  caused it?

23         A.    No.

24         Q.    Okay.  Do you know if it was gang-

210

1 related in any way?

2      A.    No.

3      Q.    All right.  Was anybody saying it was

4 gang-related?

5      A.    I believe -- yes.

6      Q.    Okay.  Who was saying that it was gang-

7 related?

8      A.    I believe it was speculation of the

9 police officers, I think, but I'm not sure.  They

10 was talking.  They was talk- -- I think my

11 girlfriend was talking to me about that.  They

12 think it was gang related, something like that,

13 that the gangs probably did it.

14      Q.    So that was your girlfriend's thought

15 about the murder, Betty Jean's?

16      A.    I believe so.

17      Q.    Okay.  And, again, I'm going back to

18 the time that the murder occurred in October of

19 1990?

20      A.    Okay.

21      Q.    Okay.  Do you understand the time frame

22 I'm talking about?

23      A.    Yes.

24      Q.    Did Betty Jean tell you anything else

211

1    that she learned about the crime or what her thoughts

2    about it were?

3           A.    No.

4           Q.    Were you concerned about Betty Jean's

5    safety after you heard about that murder occurring

6    in the neighborhood and that happening to another

7    woman that lived in the neighborhood?

8           A.    Yes.

9           Q.    Okay.  Well, you also had a small child

10   at the time, correct?

11          A.    Yes.

12          Q.    Were you concerned about the safety of

13   your child at that time?

14          A.    Yes.

15          Q.    Were other people that you knew from

16   the neighborhood concerned about their safety

17   because of what had occurred at that building at

18   55th and Bishop?

19          A.    Yes.

20          Q.    What were people saying about that?

21          A.    It was a terrible thing, you know.  It

22   scared them.

23          Q.    Did anybody in the neighborhood take

24   any action or try to do something about what had

1    occurred in that area because of that murder?

2         MR. AINSWORTH:  Objection to the form of the

3    question.  You can answer if you know.

4         THE WITNESS:   I don't know.

5    BY MR. POLICK:

6         Q.    How about you?  Did you do anything

7    differently after you found out that a woman had

8    been murdered in that building, in that apartment

9    building at 55th and Bishop?

10        A.    Be more alert in your surroundings.

11        Q.    Okay.

12        MR. HEIL:  I'm sorry.  Please --

13        THE WITNESS:  Be more alert in your

14    surroundings.  Be more cautious.

15   BY MR. POLICK:

16        Q.    Do you know where you were at the time

17   that the murder occurred on October 14th of 1990?

18        A.    No.

19        Q.    Do you have any idea where you were on

20   that date?

21        A.    No.

22        Q.    Do you know what time the murder

23   occurred?

24        A.    No.

1      Q.     Do you know what time the building was

2  set on fire?

3      A.     No.

4      Q.     Do you have any idea who committed that

5  murder and burned that building?

6      A.     No.

7      Q.     Did you do anything different for your

8  family, your girlfriend and your daughter, after

9  you found out about that murder occurring in that

10 building at 55th and Bishop?

11     A.     Just be careful.

12     Q.     Okay.

13     A.     That's all.

14     Q.     How about when your girlfriend would

15 take the baby outside, was there anything that you

16 did differently after hearing about the murder?

17     A.     I walk -- walked with her.

18     Q.     Would you go past that area after the

19 murder occurred?

20     A.     Yes.

21     Q.     Okay.  How often would you go past that

22 area after the murder occurred?

23     A.     Not very often.

24     Q.     Okay.  What reason would you have to go

214

1    past that particular area?

2         A.    Get to Sherman Park.

3         Q.    Okay.  Would you ever go further east

4    than Sherman Park?

5         A.    No.

6         Q.    I want to move up in time now to March

7    of 1992 on the date that you were arrested.

8               If I'm correct, you were stopped in

9    a vehicle that day around 10:45 in the evening; is

10   that correct?

11        A.    Sound correct.

12        Q.    Okay.  Is there anything incorrect

13   about what I just said?

14        A.    No.

15        Q.    Do you remember what you were doing

16   that day prior to being stopped by the police?

17        A.    I thing I was in the house.  I'm not

18   for sure.

19        Q.    When you say you were in the house,

20   whose house were you in that day?

21        A.    7016 Wolcott.

22        Q.    And what were you doing at 7016 Wolcott

23   that day?

24        A.    Just in the house, kicking, laying

```
 1   back.
 2        Q.    Do you know what day of the week it
 3   was?
 4        A.    No.
 5        Q.    Do you work that day?
 6        A.    I didn't have a job then.
 7        Q.    Okay.  Did you have anything of an
 8   alcoholic nature to drink that day?
 9        A.    No.
10        Q.    Did you do any street drugs that day?
11        A.    No.
12        Q.    Did you smoke any marijuana that day?
13        A.    No.
14        Q.    Did you have use of a car that day?
15        A.    Yes.
16        Q.    Whose car was it?
17        A.    My old manager.
18        Q.    When you say your "old manager," your
19   old manager from where?
20        A.    Wag's.
21        Q.    Wag's Restaurant at 105th and Cicero?
22        A.    Yes.
23        Q.    How did you come into possession of
24   that car of your old manager?
```

216

1      A.    Stole it.

2      Q.    What was your manager's name at Wag's

3 at 105th and Cicero?

4      A.    Darren.

5      Q.    And were you still working for Wag's at

6 the time you stole the car from your manager?

7      A.    No.

8      Q.    How -- strike that.

9           How long had it been since you left

10 your job at Wag's that you stole the car from your

11 manager?

12      A.    Let's see; three or four months.

13      Q.    And how was it that you stole the car

14 from your manager at Wag's Restaurant?

15      A.    Oh, I was lookout man.

16    MS. HANNON:  I'm sorry.

17    MR. HEIL:  I'm sorry.  I can't hear you.

18    THE WITNESS:  I was the lookout man.

19 BY MR. POLICK:

20      Q.    You were the lookout man for what?

21      A.    Armed robbery.

22      Q.    I'm sorry?

23      A.    Armed robbery; a nonviolent armed

24 robbery.

217

```
 1        MS. KELLY:  I'm sorry.  What did you say?
 2        THE WITNESS:  Nonviolent armed robbery.
 3   BY MR. POLICK:
 4        Q.    Did you have a gun while you were the
 5   lookout guy?
 6        A.    No.
 7        Q.    And who were you being a lookout for?
 8                          (Enter Attorney Rubens)
 9        A.    Repeat they question again.
10        Q.    Yeah.  Who were you being a lookout for
11   during this armed robbery?
12        A.    During the armed robbery?  I forgot.  I
13   don't know.  I forgot his name.
14        Q.    If I told you the name Jerry Townsend,
15   does that refresh your recollection?
16        A.    Who is Jerry Townsend?
17        Q.    That's the guy you committed the
18   robbery with.  Does that refresh your recollection?
19        A.    I don't know who he is.
20        Q.    Oh. You don't remember a Jerry Townsend
21   that lived on 56th and Laflin?
22        A.    Yes.
23        Q.    All right.  That now refreshes your
24   recollection?
```

218

1       A.      Yes.

2       Q.      Who was Jerry Townsend?

3       A.      I believe he live in on the block

4  of my --

5       MR. HEIL:   I can't hear you.

6       THE WITNESS:   I think he lived on the block

7  with my baby mother.

8  BY MR. POLICK:

9       Q.      He lived on the same block as Betty

10  Jean Hackett?

11      A.      Yes.

12      Q.      And was he related to you in anyway --

13      A.      No.

14      Q.      -- Mr. Townsend?

15      A.      No.

16      Q.      Was he a friend of yours?

17      A.      No.

18      Q.      Was he a member of a gang?

19      A.      I believe so.

20      Q.      Which gang was he a member of?

21      A.      I'm not for sure.

22      Q.      Well, you told me the two gangs in

23  that neighborhood were the GDs and the P.Stones.

24  Do you know if he was a member of either of those

219

```
 1   two gangs?

 2        A.    Possibly one of them.  I don't know

 3   which one it was.

 4        Q.    Okay.  So he was either a member of the

 5   GDs or the P.Stones, correct?

 6        A.    Most likely, yes.

 7        Q.    How long had you known Jerry?

 8        A.    I don't know him like that.

 9        Q.    Well, how did you come to know him?

10        A.    In the neighborhood.

11        Q.    Okay.  Was he a friend of Betty Jean's?

12        A.    Associate.

13        Q.    What do you mean "associate"?

14        A.    Like small talk.

15        Q.    Was he related to her in anyway?

16        A.    No.

17        Q.    Was he someone that she hung out with?

18        A.    No.

19        Q.    Was it someone you hung out with?

20        A.    No.

21        Q.    So how long did you know Mr. Townsend

22   before you committed this armed robbery with him at

23   the Wag's Restaurant?

24        A.    I didn't commit an armed robbery with
```

1  him.

2       Q.    No?

3       A.    No.

4       Q.    Who did you commit the armed robbery

5  with at the Wag's Restaurant?

6       A.    I don't know his name.

7       Q.    You don't know the name of the person

8  you acted as the lookout for?

9       A.    No.

10      Q.    How did it come that you and this

11 person that whose name you can't remember decided

12 to rob the Wag's Restaurant?

13      A.    I was in the neighborhood.

14      Q.    What neighborhood?

15      A.    My neighborhood.

16      Q.    Which neighborhood, 57th and Laflin or

17 70th and Wolcott?

18      A.    7016 Wolcott.

19      Q.    Okay.  And what?  You woke up and

20 decided you were going to rob the Wag's that day?

21 How did it come about.

22      A.    It was -- how did it come about?

23      Q.    Did you have a plan?

24      A.    Yes.

221

```
 1        Q.    And the Wag's you robbed is the Wag's
 2   that you used work at, correct?
 3        A.    Yes.
 4        Q.    And the car you stole is the car of
 5   your manager from that Wag's at 105th and Cicero,
 6   right?
 7        A.    Yes.
 8        Q.    So tell me, how did it come about that
 9   you decided that you were going to commit this
10   armed robbery of this Wag's Restaurant on 105th and
11   Cicero?
12        A.    It wasn't -- wasn't my plan.
13        Q.    Well, you worked there, didn't you?
14        A.    Yes.
15        Q.    And you knew how -- you knew the layout
16   of the restaurant, didn't you?
17        A.    Yes.
18        Q.    You knew where to go, where the exits
19   were and where the entrances were, right?
20        A.    Yes.
21        Q.    You knew where the money was kept?
22        A.    Yes.
23        Q.    You knew who worked there?
24        A.    Yes.
```

222

1      Q.    You knew who would be there at what

2  hours?

3      A.    Yes.

4      Q.    You knew what were the good times to go

5  there and what were the bad times to go there?

6      A.    Yes.

7      Q.    How about the guy you were with acting

8  as the lookout for?  You have any recollection of

9  who it was that you went there to rob that place

10 with?

11     A.    No.

12     Q.    Was he white or black?

13     A.    Black.

14     Q.    How old was he?

15     A.    Probably about 20, 21 maybe; I don't

16 know.

17     Q.    What neighborhood did he live in?

18     A.    He lived in a old neighborhood.

19     Q.    In which neighborhood?

20     A.    That's about 57th.

21     Q.    57th and what?

22     A.    Around 57th, around -- probably,

23 somewhere around that area there.

24     Q.    57th and what?

1    A.    Bishop, Justine, around the Laflin

2  area.

3    Q.    Do you have an address of where this

4  guy lived at?

5    A.    No.

6    Q.    And you don't recall his name at all?

7    A.    No.

8    Q.    Was he a member of a gang?

9    A.    I believe he was a GD.

10   Q.    Okay.  So he was a Gangster Disciple?

11   A.    Yes.

12   Q.    Okay.  And how did you know this

13 Gangster Disciple, whose name you can't remember,

14 from they area of 57th and Justine or Bishop?

15   A.    I don't know.

16   Q.    You just met him out of thin air?

17   A.    No.

18   Q.    Was he an imaginary friend?

19   A.    No.

20   Q.    How did you know him?

21   A.    Through other associates.

22   Q.    I'm sorry?

23   A.    Through other associates.

24   Q.    What other associates?

```
 1          A.    Associates in the neighborhood.

 2          Q.    What other associates in the

 3   neighborhood?

 4          A.    Associates.

 5          Q.    Give me names?

 6          A.    I can't really give you names.

 7          Q.    So you know him through other people

 8   you didn't know; that's what your telling us.

 9          A.    Associates.

10          Q.    Associates means nothing to me. You're

11   telling me you don't know who these associates are,

12   correct?

13          A.    Correct.

14          Q.    Were these associates also members of

15   the Gangster Disciple street gang?

16          A.    Yes.

17          Q.    All right.  What are the names of these

18   associates?

19          A.    I couldn't tell you.

20          Q.    You can't tell me or you won't tell me?

21          A.    I can't tell you.

22          Q.    Did you ever take an oath to the

23   Gangster Disciples to not reveal any of their

24   names?
```

1    A.    No.

2    Q.    Did you ever take an oath to the

3  Gangster Disciples not to reveal the names of any

4  of their associates?

5    A.    No.

6    Q.    So how is it that you came to rem- --

7  or came know this guy who you don't remember what

8  his name is?

9    A.    Because it's been a long time.

10   Q.    Well, you remember the robbery, don't

11 you?

12   A.    Yes.

13   Q.    Tell me what your role was in the

14 robbery as the lookout.

15   A.    Make sure nobody come in.

16   Q.    Excuse me?

17   A.    Make sure nobody come in.

18   Q.    How did you get to the -- how did

19 you -- let me ask you:  Where were you that day

20 when you decided to commit the robbery of this

21 Wag's Restaurant on 105th and Cicero?

22   A.    Where I was at?  I was 7016 South

23 Wolcott.

24   Q.    You were at home that day, your

226

1    family's home?

2         A.    Yeah.

3         Q.    Okay.  And the person that you robbed

4    the restaurant with come to your place?

5         A.    Yes.

6         Q.    Okay.  Was he a friend of the family?

7         A.    Friend of the family?  I won't say a

8    friend.  I would say -- he was -- he was associate.

9         Q.    Another associate of the family?

10        A.    Yeah.

11        Q.    Anybody in your family associated with

12   the Gangster Disciple street gang?

13        A.    No.

14        Q.    So this guy whose name you can't

15   remember, describe him to me.  How tall was he?

16        A.    I don't know.

17        Q.    What was his build like?

18        A.    Medium, skinny.  I don't know.

19        Q.    Well, you tell me.  You knew him,

20   right?

21        A.    I knew of him.

22        Q.    Excuse me?

23        A.    I knew of him.

24        Q.    Well, you committed a robbery with him,

1  right?

2      A.    Yes.

3      Q.    Okay.  Well, was he small?  Tall?

4      A.    Medium.

5      Q.    Okay.

6      A.    Tall.

7      Q.    Well, you tell me.  Was it medium,

8  tall?

9      A.    Medium.

10     MR. AINSWORTH:  Let's take a break for a

11 second.

12     MR. POLICK:  No, we're not --

13     MR. AINSWORTH:  We're going off the record

14 for a second.

15     MR. POLICK: We have a question pending here.

16     MR. AINSWORTH:  Was there a question pending?

17     THE COURT REPORTER:  He answered it:

18 "Medium."

19                     (Record read.)

20     MR. POLICK:  Okay.

21                     (Recess taken.)

22     MR. POLICK:  Back on the record.

23 BY MR. POLICK:

24     Q.    All right.  Mr. Hill, you understand

1  you are still under oath?

2      A.    Yes.

3      Q.    After taking the break, was your

4  recollection refreshed at all as to the name of the

5  man that you robbed the Wag's in Oak Lawn with?

6      A.    Yes.

7      Q.    Okay.  What's the name of that man?

8      A.    His name is Ant- -- Anthony.

9      Q.    Anthony what?

10      A.    I don't know his last name.

11      Q.    Anthony, and you don't remember the

12  last name?

13      A.    No, sir.

14      Q.    So you're telling me that you didn't

15  rob the Wag's in Oak Lawn with a man named Jerry

16  Townsend?

17      A.    No, sir.

18      Q.    Do you know who Jerry Townsend is?

19      A.    Yes, sir.

20      Q.    Who is Jerry Townsend?

21      A.    Some guy on 56th and Laflin.

22      Q.    How far away did he live from Betty

23  Jean at 56th and Laflin?

24      A.    Across the street from Betty Jean.

```
 1          Q.     And this guy Anthony, whose name you
 2    can't remember, where did he live?
 3          A.     I'm not for sure.
 4          Q.     Approximately, where did he live?
 5          A.     Probably in the neighborhood.  I'm not
 6    for sure, though.
 7          Q.     What neighborhood?
 8          A.     The 55th Boulevard area.
 9          Q.     I'm sorry?
10          A.     The 55th Boulevard area.
11          Q.     Okay.
12          A.     55th like in --
13          Q.     That's east and west.  What about the
14    other direction?  What was the cross street?  When
15    you say 55th Street, 55th and what?
16          A.     Well, like probably Ashland.  Probably
17    through -- I'm just speculating.
18          Q.     I don't want you to speculate.  55th
19    and what?  What was the the other street that you
20    knew this Anthony, whose last name you can't
21    remember, from?
22          A.     I don't know where he live at.
23          Q.     Well, you said he lived on 55th Street.
24    Where on 55th Street?
```

1    A.    That's where he hang out at, over

2  there.

3    Q.    Okay.  55th and Bishop?  Did he live

4  there?

5    A.    I believe like -- I believe it's, it's

6  Justine.

7    Q.    And this guy Anthony, whose last name

8  you can't remember, you said he was 20, 21 years

9  old?

10    A.    About 20, 21.

11    Q.    What was his build like?

12    A.    Medium build.  He was a medium build.

13    Q.    How tall was he?

14    A.    I don't know.  I can't -- I can't -- I

15  couldn't know a way to tell you that.

16    Q.    How tall are you?

17    A.    I'm six feet.

18    Q.    Was he taller or shorter than you?

19    A.    A little shorter, I guess.

20    Q.    How would you consider your build?

21  Small, medium, large?

22    A.    Large.

23    Q.    And compared to you, this guy Anthony

24  was of medium build?

231

```
 1          A.    Yes.

 2          Q.    What style did he wear his hair?

 3          A.    It was curly.

 4          Q.    Tight to his head, or was his hair

 5    curly more like an Afro?

 6          A.    Short.

 7          Q.    And this guy Anthony, whose name you

 8    can't remember, was he a member of the Gangster

 9    Disciples?

10          A.    Yes.

11          Q.    And how did he know to come to your

12    home at 7016 Wolcott on the day you that you

13    committed the armed robbery with him?

14          A.    Well, I told him about what happened

15    to me at my job.

16          Q.    Excuse me?

17          A.    I told him what happened to me about my

18    job, what happened at my job.

19          Q.    When did you tell Anthony about what

20    had happened to you at your job?

21          A.    I can't recall the time frame.

22          Q.    Well, how many days before the robbery

23    was it?

24          A.    Not several days.  It was like a month
```

232

1   or so.

2         Q.    So you knew this guy named Anthony,

3   whose last name you can't remember, for a month or

4   so before you committed the robbery?

5         A.    Associate, yeah.

6         Q.    And did you invite him over to your

7   home the day that you committed the robbery, or did

8   somebody else from your family invite him over that

9   day?

10        A.    I invite him over there.

11        Q.    You did?

12        A.    Yes.

13        Q.    You, personally?

14        A.    Yes.

15        Q.    Not an associate of yours?

16        A.    No, I did.

17        Q.    And what did you tell him about what

18  had happened at Wag's to you?

19        A.    I told him that I think it was unfair

20  for them taking my hours away from me and what

21  happened to me.  And I already know he was, you

22  know, doing -- you know, he doing -- he was doing

23  like sticksups, you know.  It was just like we was --

24  we both planned it out.  So ...

233

1        Q.    You both planned out the robbery?

2        A.    Yes.

3        Q.    Where did you plan out the robbery.

4        A.    At 7016 Wolcott.

5        Q.    Did you have a room there that you

6 planned the robbery out in?

7        A.    Yes.

8        Q.    What room did you plan the robbery out

9 in?

10       A.    The basement.

11       Q.    And you said that this guy Anthony,

12 whose last name you can't remember, was doing

13 stickups?

14       A.    Yes.

15       Q.    How do you know he was doing stickups?

16       A.    Because he told me.

17       Q.    When you say "stickups," what do you

18 mean by stickups?

19       A.    Robbing.

20       Q.    Armed robberies?

21       A.    Robberies.

22       Q.    Robberies with a weapon?

23       A.    Yes.

24       Q.    What kind of weapon?

234

1     A.    Sometimes he used a knife or a gun.

2     Q.    I'm sorry?  You have to speak up.

3     A.    A knife or a gun.

4     Q.    A knife or a gun?

5     A.    Um-hmm.

6     MR. AINSWORTH:  Is that --

7 BY MR. POLICK:

8     Q.    Is that a yes?

9     A.    Yes.

10     Q.    What kind of gun?

11     A.    All types.  That's what he -- that's

12 what he told me.

13     Q.    What type of knife?

14     A.    I'm not for sure.

15     Q.    And when you invited this guy named

16 Anthony, whose last name you can't remember, over

17 to your home that day and planned the robbery, did

18 Anthony have a gun that day?

19     A.    Yes.

20     Q.    Did he have a knife that day?

21     A.    No.

22     Q.    What type of gun did he have that day?

23     A.    I forgot the type of gun it was.

24     Q.    Was it a revolver or a pistol?

235

1    A.    Revolver, I think.  Yeah, it was a

2    revolver.

3        Q.    Do you know what caliber it was.

4        A.    A .25, .38, something like that.

5        Q.    Did you have a gun that day?

6        A.    No.

7        Q.    Okay.  How long did it take you to plan

8    out the robbery?

9        A.    Probably a day.

10        Q.    What did you tell him in terms of the

11   plans of the robbery?

12        A.    Well, I told him where the cash was,

13   who was going to be working there, the times we

14   should go.

15        Q.    What time did you tell him that you

16   should go?

17        A.    I believe it was in the morningtime,

18   early morning.

19        Q.    Is there a period of time that that

20   Wag's closed, or was it a 24-hour operation?

21        A.    24-hour.

22        Q.    Okay.  So what time in the early

23   morning did you tell Anthony, whose last name you

24   can't remember, that the robbery should be committed?

236

1       A.    It was in the morning.  I can't remember

2 what time it was.

3       Q.    Early morning?

4       A.    In the morning, after 12:00 o'clock.

5       Q.    After midnight?

6       A.    Yes.

7       Q.    After 3:00 o'clock in the morning?

8       A.    After 12:00 o'clock.

9       Q.    Okay.  Was it sometime after midnight,

10 but before 3:00 in the morning?

11      A.    After midnight.

12      Q.    Do you recall what time of the morning

13 it was when you committed the robbery?

14      A.    No.

15      Q.    How did you get from -- did you go

16 from your home at 70th and Wolcott to 105th and

17 Cicero to commit the robbery?

18      A.    Yes.

19      Q.    How did you get over there from your

20 home to 105th and Cicero?

21      A.    On the bus.

22      Q.    CTA.

23      A.    Pace.  CTA, Pace.

24      Q.    What route did you take?

237

1    A.    I think I took the Dan Ryan, then 103rd

2  bus I think it was.

3    Q.    And what did you do when you got over

4  to Wag's Restaurant at 105th and Cicero?

5    A.    I walked there and looked out.

6    Q.    What did Anthony do, whose last name

7  you can't remember?

8    A.    He went -- he went inside.

9    Q.    Did he have a gun?

10   A.    Yes.

11   Q.    Did you see the gun?

12   A.    Yes.

13   Q.    Where did he have the gun?

14   A.    In his pocket.

15   Q.    And you knew he was going in the

16  restaurant with a gun, right?

17   A.    Yes.

18   Q.    How long was he in the restaurant?

19   A.    I don't know.

20   Q.    More than an hour?

21   A.    No.

22   Q.    More than a half hour?

23   A.    It was fast.

24   Q.    How fast?

238

```
1        A.    Fast.

2        Q.    A minute?  Two minutes?

3        A.    Less than ten minutes.

4        Q.    Okay.  Did he take any money from the

5   restaurant?

6        A.    Yes.

7        Q.    Did you share in the proceeds of that

8   money he stole from restaurant?

9        A.    Yes.

10       Q.    How much did you get out of it?

11       A.    I forget how much it was.

12       Q.    More than ten bucks?

13       A.    Yes.

14       Q.    More than $20?

15       A.    Yes.

16       Q.    More than $100?

17       A.    Yes.

18       Q.    More than than $300 dollars?

19       A.    Yes.

20       Q.    More than a $1000 dollars?

21       A.    I'd say about that.

22       Q.    Your take out of it was $1000,

23   approximately?

24       A.    Well, I can't say approximately.
```

239

```
1        Q.      Well --

2        A.      Probably under $1000, maybe.

3        Q.      Okay.  Split it 50/50?

4        A.      Yes.

5        Q.      And how did you end up with your

6  manager's car from that restaurant?

7        A.      I told him where the car was at.

8        Q.      You told who where the car was at?

9        A.      Anthony.

10       Q.      And how did Anthony -- well, who took

11  the car, you or Anthony?

12       A.      Anthony took the car.

13       Q.      How did he get the keys to the car?

14       A.      I told him the manager got the keys.

15  Take them from the manager.

16       Q.      All right.  And then did you get in the

17  car?

18       A.      Yes.

19       Q.      Where did you guys go in the car?

20       A.      We drove back to my place.

21       Q.      At 7016 South Wolcott?

22       A.      Yeah.

23       Q.      What did you do when you got back

24  there?
```

```
 1          A.    Count the money.  Split it up.

 2          Q.    Then what did you do?

 3          A.    He departed.

 4          Q.    I'm sorry?

 5          A.    I say "he departed."

 6          Q.    Who?  Anthony, whose name you can't

 7   remember?

 8          A.    Yes.

 9          Q.    Where did he go?

10          A.    I'm not for sure.

11          Q.    Did you ever see Anthony again?

12          A.    In the area, yes.

13          Q.    In the area of what?

14          A.    In the area of Garfield Boulevard, like

15   up around 55th Boulevard, between Ashland and Loomis.

16          Q.    Okay.  Is that where Anthony, whose last

17   name you can't remember, used to hang out between

18   Garfield Boulevard between Ashland and Loomis?

19          A.    Yes.

20          Q.    And you were charged in that armed

21   robbery of that Wag's Restaurant in Oak Lawn,

22   correct?

23          A.    Yes.

24          Q.    You pled guilty to that charge before
```

241

```
 1    Judge Lynch on November 6th of 1992; is that
 2    correct?
 3         A.    Yes.
 4         Q.    You were sentenced to six years in the
 5    Illinois Department of Corrections for that crime;
 6    is that correct?
 7         A.    Yes.
 8         Q.    You also committed an armed robbery of
 9    another Wag's Restaurant, didn't you?
10         A.    Yes.
11         Q.    Where did that occur?
12         A.    I think 51st and Pulaski.
13         Q.    Did you ever work at that restaurant?
14         A.    No.
15         Q.    And did you commit that armed robbery
16    alone or with somebody else?
17         A.    By myself.
18         Q.    Did you have a gun when you committed
19    that armed robbery?
20         A.    Yes.
21         Q.    Okay.  What kind of gun did you have?
22         A.    I believe it was a .38.
23         Q.    A .38 revolver?
24         A.    Yes.
```

242

1      Q.   And when in relation to the Oak Lawn

2 Wag's robbery, did this robbery occur at 51st and

3 Pulaski?

4      A.   Say that again.

5      Q.   Yeah.  You told me you robbed this

6 Wag's Restaurant at approximately 51st and Pulaski.

7 My question is:  When did that robbery occur in

8 relation to the robbery at the Oak Lawn Wag's, was

9 it before or after?

10     A.   After.

11     Q.   Okay.  And how did you decide you were

12 going to rob this Wag's Restaurant on Pulaski?

13     A.   How did I decide how I was going to rob

14 the restaurant?

15     Q.   Yes.  Did you have a plan?

16     A.   Yeah.

17     Q.   Okay.  Where did you come up with the

18 plan?

19     A.   I took the gun and went in -- with a

20 stolen car the first one -- and I went in and

21 robbed the place.

22     Q.   Okay.  So you were using the stolen car

23 from the Oak Lawn robbery?

24     A.   Yes.

1    Q.    So the Oak Lawn robbery had occurred

2  before this robbery, correct?

3        A.    Yes.

4        Q.    Where did you get the gun from?

5        A.    From Anthony.

6        Q.    When did you get the gun from Anthony

7  so you could commit this armed robbery at the --

8        A.    I kept the gun.

9        Q.    -- Wag's?

10       A.    I kept the gun.

11       Q.    From the Oak Lawn robbery?

12       A.    Yeah.

13       Q.    Why did you keep the gun?

14       A.    I wasn't supposed to kept it.  I was

15  supposed to throw it away.

16       Q.    Who told you to throw it away?

17       A.    Anthony.

18       Q.    Why would he trust you to throw the gun

19  away?

20       A.    I don't know.

21       Q.    Did he tell you to throw the gun away?

22       A.    Yes.  He told me to throw the gun away

23  and get rid of the car.

24       Q.    Did you get rid of the car?

244

1    A.    No.

2    Q.    Why didn't you do that?

3    A.    Because I was young and stupid.

4    Q.    And why didn't you get rid of the gun?

5    A.    It was nice to have the gun.

6    Q.    You knew that Anthony was a Gangster

7  Disciple, didn't you?

8    A.    From my understanding, yes.

9    Q.    Okay.  Did you believe that there was

10  going to been some retribution to you if I you

11  failed to get rid of the gun that Anthony, the

12  Gangster Disciple, whose last name you can't

13  remember, told you to get rid of?

14    A.    No.

15    Q.    Did you feel there was going to be any

16  retribution to you when Anthony, the Gangster

17  Disciple, whose last name you can't remember, told

18  you to get rid of that car and you didn't get rid

19  of it?

20    A.    I was young.  I wasn't thinking.

21    Q.    But you thought it was a better idea to

22  go commit another armed robbery?

23    A.    I did.

24    Q.    Even though Anthony, the Gangster

1    Disciple, whose name you can't remember, told you

2    to get rid of the proceeds from the first crime?

3          A.    Yeah.

4          Q.    And eventually you were charged in that

5    armed robbery at the Wag's in the -- Chicago, at

6    51st and Pulaski, correct?

7          A.    Yes.

8          Q.    You went to trial on that crime,

9    correct?

10         A.    Yes.

11         Q.    And you were found guilty by Judge

12   Durkin; isn't that correct?

13         A.    Yes.

14         Q.    And you were sentenced to 30 years in

15   the Illinois Department of Corrections as a result

16   of that conviction; isn't that correct?

17         A.    Yes.

18         Q.    And that was to run concurrent with the

19   six years that you got on your guilty plea for the

20   Oak Lawn Wag's robbery, correct?

21         A.    Yes.

22         Q.    In fact, even after you were released

23   on the Kathy Morgan murder, you still remained in

24   the Illinois Department of Corrections because you

246

1    were still serving time on these armed robberies

2    that you committed, correct?

3         A.    Yes.

4         Q.    So let's go back to the date of your

5    arrest now.  March 20th of 1992, you're still

6    driving around in the stolen vehicle from the Oak

7    Lawn Wag's robbery?

8         A.    Yes.

9         Q.    Who were you with that day when you

10   were driving around?

11        A.    When?

12        Q.    When you got arrested.

13        A.    Cousin.

14        Q.    Who's your cousin?

15        A.    Durnie.

16        Q.    Durnie, is that a nickname for

17   Durnandius?

18        A.    No.

19        Q.    What's Durnie's last name?

20        A.    Lindsey.

21        Q.    And he's your cousin?

22        A.    By marriage.

23        Q.    By marriage to who?

24        A.    My sister and brother.

247

1      Q.     Which sister?

2      A.     Marilyn.

3      Q.     Now, was that her son, Darryl, that you

4   mentioned earlier today?

5      A.     Yeah.

6      Q.     So that's one and the same person?

7      A.     Say that one more time.

8      Q.     Yeah.  Earlier today I was asking you

9   about Marilyn's kids, and you said Marilyn had a

10  son named Darryl --

11     A.     Yeah.

12     Q.     -- or Deryl?

13     A.     Um-hmm.

14     Q.     Are they the same person, Durnie?

15     A.     No.  Different.

16     Q.     They're different people?

17     A.     Yes.

18     Q.     Okay.  So this guy you were with on

19  March 20th, 1992, when you were arrested in your

20  stolen auto from the Wag's robbery, he was your

21  cousin, not your sister's son, correct?

22     A.     Cousin.

23     Q.     Okay.  Describe Durnie for me?

24     A.     Light-skinned, short, short hair.

1      Q.     Anthony, whose name you can't remember

2  the Gangster Disciple, did he have any

3  distinguishing features like tattoos or a mustache

4  or a beard or glasses?

5      A.     No, he had -- he had no mustache.  He

6  was just straight baby face.

7      Q.     Okay.  But he had a mustache?

8      A.     No.

9      Q.     No mustache.  Clean shaven?

10     A.     Clean shaven.

11     Q.     Did he have a nickname that he went by?

12     A.     Ant.

13     Q.     Do you recall where you were when you

14  were stopped in the stolen vehicle from the Wag's

15  robbery?

16     A.     I think 69th and Marshfield, I believe

17     Q.     69th and Marshfield?

18     A.     Um-hmm.

19     Q.     Were you moving in traffic or had you

20  pulled over?

21     A.     Pulled over.

22     Q.     And when you pulled over, had you done

23  that on your own, or did the police have to pull

24  you over?  How did that occur?

249

1    A.    I pulled over.

2    Q.    Why did you pull over?

3    A.    'Cause the lights flashes; it was

4  detectives.

5    Q.    Okay.  So maybe I was misunderstanding

6  you.  You pulled over because the police --

7    A.    'Cause they was flashing.

8    Q.    -- directed you to pull over?

9    A.    Yes.

10    Q.    Okay.  And how did you come to realize

11  that the police wanted you to pull over?

12    A.    'Cause they was flashing lights.

13    Q.    Okay.  Where were the lights flashing

14  from?  The top of the vehicle?

15    A.    The back.

16    Q.    The back of the vehicle?

17    A.    Um-hmm.

18    Q.    What type of car were the police in

19  that stopped you?

20    A.    I believe a Chevy.

21    Q.    Marked or unmarked car?

22    A.    Unmarked.

23    Q.    Okay.  Not a blue and white?

24    A.    No.

```
 1          Q.    Okay.  And the type of car -- the

 2   stolen auto you were driving, what type of car was

 3   that?

 4          A.    I don't know.

 5          Q.    Anyone else in the car besides you and

 6   Durnie?

 7          A.    No.

 8          Q.    Who was driving the car, you or Durnie?

 9          A.    I was driving.

10          Q.    Did you have a weapon on you at the

11   time?

12          A.    Yes.

13          Q.    What kind of a weapon did you have?

14          A.    I believe it was a .38.

15          Q.    A .38 revolver?

16          A.    Yes.

17          Q.    Where did you have the weapon, was it

18   in the car or on your person?

19          A.    On me.

20          Q.    Where on your person?

21          A.    In my jacket zipper.

22          Q.    All right. Inside the pocket of your

23   jacket?

24          A.    In my zipper.
```

251

```
 1        Q.    Your zipper where?

 2        A.    My pocket.  My pocket zipper.

 3        Q.    Of your jacket?

 4        A.    Yes.

 5        Q.    Was it loaded?

 6        A.    From my understanding, I don't think

 7  so.  I don't know.

 8        Q.    You don't remember?

 9        A.    No.  I don't think it was loaded.

10        Q.    How many officers were in the unmarked

11  car?

12        A.    I don't know.

13        Q.    More than one?

14        A.    I don't know.

15        Q.    There was obviously one driving the

16  police vehicle, right?

17        A.    Yes.

18        Q.    Okay.  Do you recall how many other

19  police officers were in that vehicle?

20        A.    No.

21        Q.    Were they in uniform or in plain

22  clothes?

23        A.    They were in plain clothes.

24        Q.    All right.  Were there at least four
```

252

```
 1   officers that stopped you?

 2        A.    I don't know.

 3        Q.    Ten?

 4        A.    I don't know.

 5        Q.    How is it that you came to know that

 6   the police wanted you to pull over?

 7        A.    'Cause of the flash lights; the lights

 8   of their vehicle.

 9        Q.    On the police vehicle?

10        A.    Um-hmm.

11        Q.    You have to answer out loud.

12        A.    Yes.

13        Q.    Where were the lights on the police

14   vehicle?

15        A.    On the car.

16        Q.    Where on the car?

17        Q.    On the top of the car, the side of the

18   car, the front of the car?

19        A.    The front.

20        Q.    And when you saw the lights flashing,

21   what did you do?

22        A.    Panic.

23        Q.    Why did you panic?

24        A.    Because I know I was in a stolen car.
```

253

1   Q. And did you pull over?

2   A. Yes.

3   Q. Did you say anything to Durnie?

4   A. No.

5   Q. What's the next thing that happened?

6   A. They came over and took me out the car

7 and they did a check on the car and they found the

8 car was stolen.

9   Q. All right. Were you sitting in the car

10 when they found out the car was stolen?

11   A. Well, they took me out the car.

12   Q. How did they take you out of the car?

13   A. They opened the door and told me to

14 come out.

15   Q. And did you get out?

16   A. Yeah. And they grabbed me.

17   Q. And how many officers grabbed you at

18 that time?

19   A. I only seen one.

20   Q. And how about Durnie? What happened to

21 him?

22   A. I'm pretty sure -- I believe the other

23 officers came through.

24   MR. HEIL: I'm sorry. I can't hear you.

```
1        THE WITNES:  I believe the other officers
2   came through and got him.
3   BY MR. POLICK:
4        Q.    How many other officers came through to
5   get him?
6        A.    I don't know.
7        Q.    What happened next?
8        A.    They waited and took -- like I say, was
9   looking on the car and they say it was stolen.
10       Q.    Who said it was stolen?
11       A.    The officer.
12       Q.    Which officer?
13       A.    I'm not for sure what officer.
14       Q.    The officer that took you out of the
15  car?
16       A.    I'm not for sure.
17       Q.    Did you get patted down?
18       A.    Yes.
19       Q.    Did they find the gun?
20       A.    Yes.
21       Q.    What did they do with the gun when they
22  found it?
23       A.    They grabbed it and cuffed -- they
24  grabbed it; took it from me.
```

255

```
1       Q.    Where did they put it?

2       A.    I'm not for sure.

3       Q.    What happened next?

4       A.    I think I got -- I got handcuffed.

5       Q.    Behind your back?

6       A.    Yes.

7       Q.    What happened to Durnie?

8       A.    I believe he was handcuffed too.

9       Q.    All right.  What happened next?

10      A.    They took us to the police station.

11      Q.    Well, did they put you in the car?

12      A.    Yes.

13      Q.    Same car that they pulled you over in?

14      A.    The police car.

15      Q.    Marked car or an unmarked car?

16      A.    Unmarked.

17      Q.    I'm sorry?

18      A.    Unmarked.

19      Q.    Unmarked car.

20      A.    Yes.

21      Q.    Same car that pulled you over or a

22   different unmarked car?

23      A.    I can't recall.

24      Q.    Were you and Durnie put in the same
```

256

1   car?

2        A.    I don't think so.

3        Q.    Do you remember?

4        A.    No.

5        Q.    Where were you taken?

6        A.    61st and Racine.

7        Q.    Okay.  The police station's there,

8   correct?

9        A.    Yes.

10       Q.    You had been in that police station

11  before, correct?

12       A.    Yes.

13       Q.    You told me that earlier in the

14  deposition, right?

15       A.    Yes.

16       Q.    You were familiar with the station?

17       A.    Yes.

18       Q.    Where in the station were you taken?

19       A.    I believe upstairs.

20       Q.    And what's upstairs?

21       A.    A holding -- a holding -- a holding

22  tank.

23       Q.    And when you say "a holding tank," was

24  it a cell?

257

```
 1          A.    It was a gate.

 2          Q.    A gated area?

 3          A.    Yes.

 4          Q.    Were you the only one in there?

 5          A.    No.

 6          Q.    Was Durnie in there when you got there?

 7          A.    No.

 8          Q.    Did Durnie come by later?

 9          A.    Separate rooms.

10          Q.    He was in another room?

11          A.    Yeah.

12          Q.    In another holding cell?

13          A.    I believe so.  I don't know.

14          Q.    Did you stop anywhere from the point

15   where you were stopped at 69th and Marshfield to

16   the point you got to the police station at 61st and

17   Racine?

18          A.    No.

19          Q.    Okay.  And you went directly up to

20   the -- how many floors are in that police station

21   at 61st and Racine?

22          A.    I don't know.

23          Q.    Okay.  But you were taken to an upper

24   floor?
```

1     A.    Yes.

2     Q.    Okay.  And put in a holding cell?

3     A.    Yeah.

4     Q.    By the same officer that arrested you

5 at 69th and Marshfield?

6     A.    I believe so.

7     Q.    Did you say anything to that officer

8 during the ride from 69th and Marshfield to 61st

9 and Racine?

10    A.    I can't remember.

11    Q.    Did he say anything to you?

12    A.    No.

13    Q.    Was there anyone else in the car

14 besides the officer that drove you into 61st and

15 Racine and yourself?

16    A.    I believe that -- I believe he had

17 another officer in there.

18    Q.    All right.  Did that officer say

19 anything to you during the ride to the station?

20    A.    No.

21    Q.    Did you say anything to him?

22    A.    No.

23    Q.    So when you got to the holding cell, or

24 this gated area at 61st and Racine, how long were

1  you in that area?

2        A.      Probably hours.  I don't know.

3        Q.      And you were stopped at about 10:45

4  that night, right?

5        A.      I believe that's -- that's what the

6  records say.

7        Q.      And do you have any reason to dispute

8  that's when you were stopped?

9        A.      No.

10        Q.      Okay.  All right.  So do you know what

11  time it was, how long you were in that holding

12  cell?

13        A.      I don't know.

14        Q.      What's the next thing that happened

15  after you were put in the holding cell at 61st and

16  Racine?

17        A.      They came and got me.

18        Q.      Who came and got you?

19        A.      I think one of the cops or detectives.

20        Q.      Was it the same officer that arrested

21  you on the street at 69th and Marshfield?

22        A.      I believe it was a different one; I

23  believe it was.

24        Q.      What race was he?

1  A. I think European.

2  Q. Okay. How about the officers that

3 stopped you at 69th and Marshfield; what race were

4 they?

5  A. They was all European.

6  Q. White?

7  A. Yeah, white.

8  Q. Okay. And then the officer that came

9 and got you out of the holding cell, he was white,

10 too?

11  A. He was European, yeah.

12  Q. Okay. Was it one person or more than

13 one?

14  A. I know I saw one. It was -- it was

15 several, but I only notice the one that came to me.

16  Q. Describe him to me.

17  A. It's been a long time. I can't

18 remember that.

19  Q. Okay. Do you remember anything about

20 this guy other than the fact that he was white or

21 of European descent?

22  A. No.

23  Q. Do you remember his name at all?

24  A. No.

| | | |
|---|---|---|
| 1 | Q. | Age? |
| 2 | A. | No. |
| 3 | Q. | Color of hair he had? |
| 4 | A. | No. |
| 5 | Q. | Whether he had any distinguishing |
| 6 | features, like glasses, a beard, a mustache? | |
| 7 | A. | No. |
| 8 | Q. | Were you taken out of the holding cell? |
| 9 | A. | Yes. |
| 10 | Q. | And where were you taken to? |
| 11 | A. | I believe another room. |
| 12 | Q. | Describe the room you were taken to? |
| 13 | A. | It's been so long I can't remember. |
| 14 | Q. | Same floor? |
| 15 | A. | I think different floor. |
| 16 | Q. | Okay.  When you got to the room, was |
| 17 | anyone else in there? | |
| 18 | A. | Another officer. |
| 19 | Q. | I'm sorry? |
| 20 | A. | Officer. |
| 21 | Q. | Which officer? |
| 22 | A. | Another officer, I believe so. |
| 23 | Q. | Plain clothes, uniform? |
| 24 | A. | I believe it was plain clothes. |

262

1      Q.    Okay.

2      MR. HEIL:  I'm sorry.  I didn't hear that.

3      THE WITNESS:  Plain clothes.

4      MR. HEIL:  Thank you.

5  BY MR. POLICK:

6      Q.    So now there's two plain clothes

7  officers in the room with you, or did the one that

8  brought you --

9      A.    I think just one.

10     Q.    -- into the holding cell just bring you

11  in the room with the other officer?

12     A.    I think so.

13     Q.    Okay.  What happened next?

14     A.    They question me about the armed

15  robberies.

16     Q.    Which armed robbery?  The armed robbery

17  in Oak Lawn or the armed robbery in Chicago?

18     A.    The one -- Oak Lawn.

19     Q.    Okay. Okay.  Was there one plain

20  clothes officer or two plain clothes officers

21  questioning you about the armed robbery in Oak

22  Lawn?

23     A.    I believe it was two, if I'm not

24  mistaken.

263

1      Q.    Okay.  Did they explain your Miranda

2  rights to you when they started questioning you?

3      A.    I don't know -- I don't what it was

4  they did, I wouldn't know.

5      Q.    What do you mean you don't know?

6      A.    I couldn't -- I could vaguely probably

7  remember them, but I'm not --

8      Q.    Okay.  You know what I mean by Miranda

9  rights?

10      A.    Yeah.  Um-hmm.  About the right to

11  remain silent?  I know -- I know now.

12      Q.    Okay.  But you knew back then in March

13  of 1992, you knew what your Miranda rights were,

14  right?

15      A.    No.

16      Q.    You had never been read your Miranda

17  rights prior to that time?

18      A.    From my understanding, I can't recall.

19  If I did, I wouldn't know.  If they read it to me,

20  I didn't know.

21      Q.    But you had been arrested prior to that

22  occasion, right?

23      A.    Well, yes.

24      Q.    Okay.  Do you ever watch T.V.?

264

1      A.      Yes.

2      Q.      Okay. Do you ever watch cop shows on

3  T.V. people get read their rights?

4      A.      So-so, not really.

5      Q.      Okay.  Didn't those detectives -- well,

6  strike that.

7              The detectives that were asking you

8  about the robbery in Oak Lawn, did you understand

9  them to be detectives from Oak Lawn or from

10 Chicago?

11     A.      Which ones?

12     Q.      The ones that were questioning you when

13 you were first brought from the holding cell to

14 this room that you're talking about now?

15     A.      61st and Racine police station?

16     Q.      Yes.  Did you understand them to be

17 Chicago officers or Oak Lawn officers?

18     A.      Chicago.

19     Q.      What led you to believe that they were

20 Chicago officers?

21     A.      'Cause I was seized at 61st and Racine.

22     Q.      Okay.  And do you recall the names of

23 these officers?

24     A.      No.

1      Q.   Okay.  Prior to your questioning about

2 the Oak Lawn robbery, didn't you sign a waiver of

3 your Miranda rights?

4      A.   If I did, I barely remember.

5      MR. POLICK:  Okay.  I'll mark this as 1.

6                  (Deposition Exhibit No. 1,

7                  Witness Hill, was marked for

8                  identification 7/24/07.)

9 BY MR. POLICK:

10     Q.   Okay.  Mr. Hill, I'm showing you what's

11 been marked as Exhibit 1 to your deposition.  If

12 you'd take a look at that document.

13         Tell me whether or not that

14 refreshes your recollection as to whether you were

15 given your Miranda warnings and whether you waived

16 those warnings.

17     A.   Yeah, this is my signature.  Yes.

18     Q.   Okay.  That's your signature on that

19 document marked as Exhibit 1?

20     A.   Yes, sir.

21     Q.   And you see the rights that are

22 enumerated 1 through 4 above that?

23     A.   Yes, sir.

24     Q.   You see those initials after each right

266

```
 1  that's enumerated?

 2        A.    Yes, sir.

 3        Q.    Are those your initials?

 4        A.    I believe so.

 5        Q.    Well, do you have any reason to

 6  disbelieve that those are not your initials?

 7        MR. AINSWORTH:  Object to the form of the

 8  question.  You can answer.

 9        THE WITNESS:  I can.  Yes.

10  BY MR. POLICK:

11        Q.    Why?

12        A.    Because they could have put them there

13  themselves.

14        Q.    Who could have put them there

15  themselves?

16        A.    The officers.

17        Q.    Which officers?

18        A.    Any officers.

19        Q.    Are you saying that some officer put

20  those initials H.H. after each right that's

21  enumerated there?

22        A.    No, I didn't say that.  I said "could

23  have".

24        Q.    Well, I don't want you to guess.
```

1          I want you to tell me.  Is that your

2   claim here that someone other than yourself put

3   those initials H.H. after each right that's

4   enumerated there?

5          A.     No.

6          Q.     Okay.  So who put H.H. there?

7          A.     It look like my handwriting.

8          Q.     And that's your signature on the line

9   marked "Signature," isn't it?

10         A.     Yes.

11         Q.     Did you talk to the detective, or to

12  the plain clothes officers about the Oak Lawn

13  robbery then?

14         A.     Yes.

15         Q.     Okay.  Did you admit that you were

16  involved in that robbery?

17         A.     Yes.

18         Q.     How come you didn't tell them that you

19  committed the robbery with a Gangster Disciple by

20  the name of Anthony, whose last name you can't

21  remember?

22         A.     I got caught.

23         Q.     Excuse me?

24         A.     I said, "I got caught."

268

1      Q.    Okay.  So you got caught, but that

2 doesn't answer my question.

3      Why didn't you tell the detectives

4 that were questioning you about the Oak Lawn armed

5 robbery that you committed it with a Gangster

6 Disciple by the name of Anthony, whose last name

7 you can't remember?

8      A.    'Cause I would be a stool pigeon.

9      Q.    Okay.  And that would get you into some

10 retribution from the gang, wouldn't it?

11      A.    Not necessay.

12      Q.    Pardon me?

13      A.    Not necessary.

14      Q.    What do you mean "not necessary"?

15      A.    Not necessary.

16      Q.    So you could be a stool pigeon on a

17 gang member and nothing would happen to you?

18      A.    They could leave, or if no one said

19 it, told -- said something about it.

20      If no one even -- if, I mean,

21 anybody didn't said anything about it, it's

22 possible you can be a stool pigeon.  They might,

23 you know, they might rat on you or something like

24 that.

269

1   Q. Well, did you want to be a stool pigeon

2 or didn't you want to be a stool pigeon?

3   A. It really didn't cross my mind.

4   Q. So I thought that's why you told me you

5 didn't want to give up Anthony's name because you

6 didn't want to be a stool pigeon?

7   A. I didn't say that.

8   Q. No?  Is there something wrong with the

9 testimony you just gave?

10   A. No.

11   Q. I thought that's what I just asked you.

12 Is that -- do you want to correct your testimony?

13   A. Repeat the question.

14   Q. The question was:  Why didn't you tell

15 these plain clothes officers that were investigating

16 the Oak Lawn armed robbery that you committed at

17 the Wag's Restaurant that you committed that crime

18 with a Gangster Disciple by the name of Anthony,

19 whose last name you can't remember?

20   A. Because they didn't ask me.

21   Q. Pardon me?

22   A. Because they didn't ask me.

23   Q. They didn't ask you who you committed

24 the crime with?

1       A.      No, I don't think so.

2       Q.      They didn't ask you if you acted alone

3   or with an accomplice during the crime?

4       A.      I think they asked me that.  Yes, they

5   did.

6       Q.      And then what else did you tell them

7   during the conversation about the Oak Lawn robbery?

8       A.      What you mean?

9       Q.      During your conversations with these

10  plain clothes officers.

11              I mean, you admitted to committing

12  the robbery, correct?

13      A.      Yes.

14      Q.      Okay.  What else did you tell them?

15      A.      I committed the robbery.

16      Q.      Both roberies?

17      A.      Um-umm.  Yes.

18      Q.      Okay.  So you also admitted to these

19  plain clothes officers, who were asking you about

20  the Oak Lawn robbery, that you also committed the

21  robbery of the Wag's in Chicago at 51st and Pulaski?

22      A.      Yes.

23      Q.      How long were you talking with these

24  two plain clothes officers?

271

```
1        A.    I don't know.

2        Q.    Do you remember giving a written

3   statement --

4        A.    Yes.

5        Q.    -- about the Oak Lawn robbery?

6        A.    Yes.

7        MR. POLICK:  Okay.  I want to mark this as 2.

8                    (Deposition Exhibit No. 2,

9                     Witness Hill, was marked for

10                    identification 7/24/07.)

11  BY MR. POLICK:

12       Q.    Okay.  Mr. Hill, showing you what

13  is marked as Exhibit 2 to your deposition.  Take a

14  look at that document.

15       A.    (Complying.)

16       Q.    Did you have an opportunity to look

17  that over, Mr. Hill?

18       A.    Yes.

19       Q.    Okay.  Is that your signature on the

20  second page of that exhibit we have marked as

21  Exhibit No. 2?

22       A.    Yes.

23       Q.    It's at the bottom right-hand corner

24  there.
```

272

1        A.      Yes.

2        Q.      And do you see on both pages after

3   every answer that's given, there are the intiials

4   H.H. on both page 1 and page 2 of that statement?

5        A.      Yes.

6        Q.      Are those your initials, sir?

7        A.      Yes.

8        Q.      Did you put those initials there after

9   every answer?

10       A.      Yes.

11       Q.      Okay.  Having had the opportunity to

12  read this statement over, is there anything about

13  this statement that's incorrect?

14       A.      No.  For one thing I do, though -- I

15  see one thing that's incorrect.

16       Q.      What is incorrect?

17       A.      Jerry.

18       Q.      Okay.  You want to point that out to me

19  where that's incorrect?

20       A.      I don't know how they got Jerry in the

21  statement.  Because if Jerry did it with me, don't

22  you think he'd be charged with the same crime?

23       Q.      Okay. You're referring to about halfway

24  down the first page where it says:   "Who went

273

1   inside the Wag's at 105th and Cicero?"  And the

2   answer says:  "Jerry Townsend."

3        A.    Yes.

4        Q.    Okay.  And then the next question is:

5   "Who is Jerry Townsend and where does he live?"

6   And the answer is?  "An associate, 56th and

7   Laflin." Do you see that?

8        A.    Where's it at?

9        Q.    Middle of the first page.

10       A.    Okay.

11       Q.    Okay.  So your saying that's wrong?

12       A.    Yes.

13       Q.    Okay.  What should it say?

14       A.    Well, Question A?

15       Q.    Yeah.  Instead of Jerry Townsend, who

16  should it say?

17       A.    It should be Anthony.

18       Q.    Anthony, the Gangster Disciple, whose

19  name you can't remember?

20       A.    Yes.

21       Q.    Okay.  So why did you tell these

22  officers that were investigating this Wag's robbery

23  in Oak Lawn, Jerry Townsend?

24       A.    That's they story in their minds.

1      Q.    I'm sorry?

2      A.    That's they story in their minds.

3      Q.    So they put the name Jerry Townsend

4  down there?

5      A.    Yes.

6      Q.    They made that name up?

7      A.    They knew that he did armed robberies,

8  so they used his name.

9      Q.    How do you know that they knew that

10 Jerry Townsend did armed robberies so they used his

11 name?

12     A.    Because they -- they had to know, know

13 the name.  I don't know.

14     MR. AINSWORTH: Let's go off the record.

15                  (Recess taken.)

16     MR. POLICK:  Back on the record.

17 BY MR. POLICK:

18     Q.    Mr. Hill, you understand you're still

19 under oath?

20     A.    Yes.

21     Q.    Okay.  Is it your claim, sir, that

22 the name Jerry Townsend, that appears in this

23 statement that has be marked as Exhibit No. 2

24 to your deposition, was not given by you during

275

```
 1    the course of relating this statement or answering

 2    these questions for the officers that were taking

 3    the statement?

 4                    (Enter Attorney Rubens.)

 5         A.     I recall it -- I recall it as a, a

 6    statement.  I do remember it.

 7         Q.     I'm sorry.

 8         A.     I say, "I do remember."

 9         Q.     So you gave the detectives the name

10    Jerry Townsend?

11         A.     Yes.

12         Q.     And why did you give them the name

13    Jerry Townsend instead of Anthony the Gangster

14    Disciple, whose name you can't remember?

15         A.     Because I was scared.

16         Q.     Scared of what?

17         A.     That Jerry would come back and kill me.

18         Q.     That who would come back and kill you?

19         A.     Jerry.  Jerry.

20         Q.     That Jerry would come back and kill

21    you?

22         A.     Yeah.

23         Q.     Why were you afraid that Jerry would

24    come back and kill you?
```

1      A.      Because I was scared.   I knew he was

2  crazy.

3      Q.      How did you know Jerry was crazy?

4      A.      I heard about him doing crazy stuff.

5      Q.      What kind of crazy stuff would he do?

6      A.      'Cause that he just probably shoot me

7  or something or kill me.

8      Q.      Well, what crazy stuff did he do that

9  led you to believe that he would come back and

10  shoot you?

11      A.      Well, his personality, his ways.   I

12  don't know.   His ways.

13      Q.      Was he a violent individual?

14      A.      Well, I didn't know him like, like

15  that.   But it seemed like it, yeah.

16      Q.      You knew him well enough to be afraid

17  of him, right?

18      A.      I was afraid of him, yeah.

19      Q.      The answer to the second question there

20  says:   "What is your full name and date of birth?"

21  And the answer is:   "Harold Hill Jr., 11/27/73."

22  And then there's the initials H.H.   Do you see that

23  there on page 1?

24      A.      Yes.

```
 1          Q.    Okay.  Your father was Harold Hill Sr.,
 2   correct?
 3          A.    Yes.
 4          Q.    Did they call you, or did your family
 5   call you something different to differentiate you
 6   from your father?  Were you known by a nickname,
 7   like Harry or something like that?
 8          A.    Junior
 9          Q.    They called you Junior?
10          A.    Um-hmm.
11          Q.    Did anybody ever call you Harry?
12          A.    No.
13          Q.    Anything else that you see on this
14   statement that's doesn't appear correct to you?
15          A.    No.
16          Q.    Okay.  And so were clear now.  You gave
17   the name Jerry Townsend to the --
18          A.    Yes.
19          Q.    -- police officers that took this
20   statement?
21          A.    Yes.  I remember, yes.
22          Q.    They didn't make it up like you said
23   before?
24          A.    No.
```

278

1       Q.    Now you told me that you also made a

2  confession to the robbery of the Wag's Restaurant

3  on 51st and Pulaski, approximately, correct?

4       A.    Yes.

5       Q.    Okay.  Do you remember giving a

6  statement where you confessed to the details of

7  that crime?

8       A.    Yes.

9       MR. POLICK:  Okay.  We'll mark this as 3.

10                  (Deposition Exhibit No. 3,

11                  Witness Hill, was marked for

12                  identification 7/24/07.)

13  BY MR. POLICK:

14       Q.    Okay.  Showing you what's been marked

15  as Exhibit 3 to your deposition, Mr. Hill.  Why

16  don't you take a look at that.

17       A.    Yes.

18       Q.    Okay.  Have had an opportunity to look

19  over that document we've marked as Exhibit 3 to

20  your deposition?

21       A.    Yes.

22       Q.    Okay.  And that consists of five pages,

23  correct?

24       A.    Yes.

1     Q.    And is that your signature on each of

2 those pages?

3     A.    Yes.

4     Q.    And you see from the first page there

5 it says:  "Statement of Harold Hill taken on March

6 21st 1992, at 4:45 at 61st and Racine tac office."

7 Do you see that?

8     A.    Yes.

9     Q.    Okay.  And then it says, a litle bit

10 further down.  "This statement taken regarding the

11 armed robbery of Ahmad Said which occurred on

12 March 19th, 1992 at 5211 South Pulaski."

13     A.    Yes.

14     A.    " At 4:30 a.m. at Wag's Restaurant."

15 Do you see that?

16     A.    Yes.

17     Q.    Okay.  Does that refresh your

18 recollection as to the location of the Wag's

19 Restaurant on Pulaski?

20     A.    Yes.

21     Q.    Did you ever work at that restaurant?

22     A.    No.

23     Q.    When you went in there to rob that

24 Wag's Restaurant, were there people in there?

1       A.      A waitress and a manager.

2       Q.      Okay.  Were there any customers?

3       A.      No.

4       Q.      How about when you were --

5       A.      I don't know.

6       Q.      -- acting as the lookout in the Oak

7    Lawn Wag's Restaurant robbery.  Were there people

8    inside the restaurant at the time of that robbery?

9       A.      Yes.

10      Q.      Do you know how many people were out

11   there -- were inside the restaurant in Oak Lawn at

12   the time you were involved in that armed robbery?

13      A.      No.

14      Q.      Did you have a plan of what you were

15   going to do if any of the customers ran out of that

16   restaurant in Oak Lawn during the commission of

17   that armed robbery?

18      A.      Not really, no.

19      Q.      All right.  Going back to that first

20   page of Exhibit 3, your statement regarding the

21   Chicago Wag's Restaurant armed robbery.

22              Do you see about a third of the way

23   down it says:  "I understand I have the right to

24   remain silent and that anything I say can be used

281

1 against me in a court of law. I understand that

2 I have the right to talk to a lawyer and have him

3 present with me during questioning, and if I cannot

4 afford to hire a lawyer, one will be appointed by

5 the court to represent me before any questioning.

6 Understanding these rights, I wish to give a

7 statement." And then there's a line. And is that

8 your signature there, sir, under that statement of

9 your rights?

10          A.     Yes.

11          Q.     Having had the opportunity to look over

12 this five-page statement, is there anything that

13 you see that's incorrect?

14          A.     Not that I know of.

15          Q.     Well, are you making any allegations

16 that any of the individuals involved in taking this

17 statement --

18          A.     No.

19          Q.     -- whether it be Detective R. Lane,

20 L-a-n-e, or ASA Robert Heilingoetter -- that's

21 H-e-i-l-i-n-g-o-e-t-t-e-r, made up anything in

22 this statement?

23          A.     No.

24          Q.     So everything in this statement is true

1  and correct?

2      A.    Yes.  From my understanding, yes.

3      Q.    Well, do you have any reason to

4  disbelieve that what you told the individuals that

5  took this statement did not take it down correctly?

6      A.    No.

7      Q.    And you see on the last page of that

8  statement, page 5, about three lines down, it says.

9              "Harold states that the police and

10 the assistant state's attorney have treated him

11 fairly."  Is that correct?

12     A.    Yes.

13     Q.    It also states that, "Harold states

14 that he was not made any promises in return for

15 this statement nor was he threatened in any way."

16 Is that correct?

17     A.    Yes.

18     Q.    Okay. And it further states that,

19 "Harold states that at the time of giving this

20 statement and at the time of this incident he is

21 not under the influence of any drugs or alcohol."

22 Is that correct?

23     A.    Yes.

24     Q.    Okay.  And that's your signature

283

1  underneath that; isn't that correct?

2      A.    Yes.

3      Q.    All right. After you gave this

4  statement at 61st and Racine, what's the next

5  thing that you remember happening?

6      A.    I believe they put me back in the

7  in bull pen.

8      Q.    The original holding pen that you were

9  in when you first came to the police station?

10     A.    Yes.

11     Q.    Okay. Did you ever go to a lockup area

12 where you were fingerprinted and photographed while

13 you were at 61st and Racine?

14     A.    Yes.

15     Q.    Yes?

16     A.    Yes.

17     Q.    When did you go to the lockup area

18 where you were fingerprinted and photographed?

19     A.    I don't know.

20     Q.    Well, was it before or after you gave

21 these two statements that we've marked as Exhibits

22 2 and 3 to your deposition?

23     A.    I think before.  I gave the statement

24 first and then they marked me off and then

284

```
 1   fingerprinted me.
 2        Q.    So the statements were given first, and
 3   then you went to be photographed and fingerprinted?
 4        A.    I believe so.
 5        Q.    Do you know what time of day it was
 6   when you made it to the lockup, whether it was
 7   daytime or nighttime?
 8        A.    Well, I was arrested at nighttime.
 9        Q.    Okay.  So do you know what time of day
10   it was when you made it to the lockup to get
11   fingerprinted and photographed?
12        A.    I can't recall.
13        Q.    Okay.  What's the next thing you
14   remember after going to lockup and getting finger-
15   printed and getting photographed?
16        A.    I went back to the holding tank.
17        Q.    Okay.  The same holding tank you were
18   initially brought into when you arrived at 61st and
19   Racine?
20        A.    I believe so, yes.
21        Q.    Did you ever see Durnie Lindsey during
22   the period of time you were at 61st and Racine?
23        A.    No.
24        Q.    Do you know what happened to Durnie
```

1    Lindsey?

2         A.    No.

3         Q.    Did you ever talk to him about what

4    happened that day?

5         A.    Yes.

6         Q.    When was the last time you talked to

7    him about that?

8         A.    About -- oh, I think about 10 or 15

9    years ago; I'm not sure.

10         Q.    Okay.  Have you seen --

11         A.    I think.

12         Q.    -- Durnie Lindsey since you've been

13    released from prison?

14         A.    Yes.

15         Q.    Okay.  Where is he living?

16         A.    I don't know where he live at.

17         Q.    Did you talk to Durnie Lindsey at all

18    during the period of time you were at 61st and

19    Racine on March 20th and 21st of 1992?

20         A.    Not that I can recall, uhn-uhn.  No.

21         Q.    All right.  What's the next thing you

22    remember happening at 61st and Racine after you

23    were put in the holding cell again?

24         A.    I don't know.  I think it was the next

 1    day two detectives came and got me.

 2         Q.     Two who?

 3         A.     Two detectives came and got me.

 4         Q.     Okay.  Do you remember who those

 5    detectives were?

 6         A.     Detective Hal- -- John Halloran and

 7    Detective Boudreau.

 8         Q.     Okay.  How did you know they were

 9    Detective John Halloran and Detective Boudreau?

10         A.     Because they came and got me and

11    handcuffed me.

12         Q.     Okay.  But how did you know they were

13    Detective Boudreau and Detective John Halloran?

14         A.     I know their -- I didn't know their

15    name until -- I know -- I know they was in plain

16    clothes, but I know they was detectives.

17         Q.     Okay.  You knew they were plain

18    clothes, but you didn't know they were detectives?

19         A.     Yeah, I knew they were detectives.

20         Q.     Okay.  How did you know they were

21    detectives?

22         A.     They said I was going to another police

23    station.

24         Q.     I'm sorry.  You've got to speak up.

1          A.     They said -- they said I was going to

2    another police station.

3          Q.     When did they tell you that?

4          A.     Like -- I believe the officer came and

5    told me, or they -- they came and told me.

6          Q.     Okay. What officer came and told you

7    what?

8          A.     I'm not for sure.

9          MR. AINSWORTH:  And just -- that's not a

10   microphone.

11         THE WITNESS:  Oh, okay.

12         MR. AINSWORTH:  So it's not going to amplify

13   your voice.  You got to keep it up for the people

14   in the room.

15         THE WITNESS:  All right.  All right.

16   BY MR. POLICK:

17         Q.     Well, who came first, this officer or

18   the detectives?

19         A.     I believe the detective came and got me

20   out the holding cell.

21         Q.     Okay.

22         A.     I'm not for sure.

23         Q.     Describe Detective Boudreau for me?

24         A.     I'm pretty sure he got a mustache.  I

1  don't know.  I don't know.  It been -- been so

2  long.

3      Q.    Anything else you can tell me about

4  Detective Boudreau by way of description other than

5  the fact that he had a mustache at the time?

6      A.    I believe he had like dark, brownish

7  hair from my understanding.

8      MR. HEIL:  I'm sorry --

9      MR. AINSWORTH:  I'm sorry.

10     MR. HEIL:  -- I didn't hear you.

11     THE WITNESS: I believe he had dark brownish

12  hair?

13  BY MR. POLICK:

14     Q.    Anything else you can you tell me about

15  Detective Boudreau by way of description?

16     A.    No.

17     Q.    How about Detective Halloran.  Describe

18  him to me.

19     A.    I think he had like a blond -- like a

20  blondish-brown hair, I think it was.

21     Q.    Anything else you can tell me about him

22  by way of description?

23     A.    I believe he was skinny.

24     Q.    Okay.  Anything else you can tell me

289

1   about Halloran?

2        A.    No.   No.

3        Q.    So did Boudreau and Halloran tell you

4   that you were going to another police station, or

5   was it some other officer that told you you were

6   going to another police station?

7        A.    I believe it was both of them, both

8   officers.

9        Q.    Both officers who?

10       A.    These officers -- officers at 61st and

11  Racine.

12       Q.    Okay.  And do you know who these

13  officers were at 61st and Racine?

14       A.    I don't know.

15       Q.    Okay.  Did they talk to you before or

16  after Boudreau and Halloran?

17       A.    About what?

18       Q.    That you were going to another police

19  station.

20       A.    I believe before.

21       Q.    Okay.  And did they take you to the

22  other police station, or did Boudreau and Halloran

23  take you to the other police station?

24       A.    Boudreau and Halloran.

1       Q.    Okay.  Did they take you out of the

2  holding cell?

3       A.    Who?  Boudreau and Halloran?

4       Q.    Yes, sir.

5       A.    I believe so.  I can't remember.

6       Q.    Okay.

7       A.    I know that I was handcuffed.

8       Q.    When you were handcuffed --

9       A.    When they came and got me, yeah.

10      Q.    When you were handcuffed, were you

11 handcuffed behind your back?

12      A.    Yes.

13      Q.    Did they say anything to you other than

14 the fact that you were going to another police

15 station?

16      A.    Yes.

17      Q.    What did they tell you?  This is at

18 61st and Racine now before you even leave that

19 station.

20      A.    They told me I was going to another

21 police station.  They didn't --

22      Q.    Did they tell you anything other than

23 you were going to another police station?

24      A.    I believe for a lineup, I believe.

291

```
 1       Q.    For a lineup?

 2       A.    Yes.

 3       Q.    Did they tell you anything else besides

 4  the fact that you were going to another police

 5  station for a lineup?

 6       A.    No.

 7       Q.    Okay.  Did you know what you were going

 8  to the other police station for a lineup for?

 9       A.    Armed robbery.

10       Q.    Which armed robbery?

11       A.    Pulaski armed robbery.

12       Q.    Okay.  The Wag's robbery in Chicago on

13  52nd and fPulaski?

14       A.    Yes.

15       Q.    And did Boudreau and Halloran take you

16  over to another police station?

17       A.    Yes.

18       Q.    How did you get over there to the other

19  police station?

20       A.    They escorted me out the door and put

21  me in the vehicle.

22       Q.    Okay.  Was that a marked or unmarked

23  vehicle?

24       A.    Unmarked.
```

292

1      Q.    All right.  And were you handcuffed

2  when you were placed in this unmarked vehicle?

3      A.    Yes.

4      Q.    And were you taken to another police

5  station?

6      A.    Yes.

7      Q.    Were you taken directly to that

8  station?

9      A.    Yes.

10     Q.    Did you stop anywhere along the way?

11     A.    No.

12     Q.    What police station were you taken to

13 then?

14     A.    39th and California.

15     Q.    Had you ever been in that police

16 station before that day?

17     A.    No.

18     Q.    When you got over to 39th and

19 California, did they park the car and take you out?

20     A.    Yes.

21     Q.    Were you still handcuffed at that time?

22     A.    Yes.

23     Q.    And where did Boudreau and Halloran

24 bring you when you got over to 39th and California?

1     A.    To a holding, holding tank.  A holding --

2  it's like a holding -- like a holding tank, a cell.

3     Q.    Okay.  Similar to the one that you were

4  in at 61st and Racine?

5     A.    Yeah.

6     Q.    Describe the building at 39th and

7  California for me.

8     A.    It was like a big building -- medium,

9  medium.

10     Q.    How many floors did the building have?

11     A.    I don't know.

12     Q.    Do you know what floor you were taken

13  to in the building?

14     A.    I don't know, probably the second or

15  third; I'm not sure.

16     Q.    Why do you think it was the second or

17  third floor?

18     A.    Because I went up.

19     Q.    You went up what?

20     A.    Up a flight of stairs.

21     Q.    How many flights of stairs?

22     A.    I can't recall.

23     Q.    Okay.  And you were put in some type of

24  holding cell in -- at that station at 39th and

*294*

1  California?

2       A.    Yes.

3       Q.    Was anyone else in the holding cell

4  with you?

5       A.    Some other guys.

6       Q.    How many?

7       A.    I don't know.

8       Q.    And how long did you remain in that

9  holding cell?

10      A.    Until I recall we -- we just came out

11 and they put us in a lineup.

12      Q.    Okay.  So you recall being taken out of

13 the holding cell for a limeup?

14      A.    Yes.

15      Q.    Who took you out of the holding cell

16 for a lineup?

17      A.    It was either Detective Boudreau or

18 Halloran.

19      Q.    Do you recall being in the lineup?

20      A.    Yes.

21      Q.    Okay.  You participated in that?

22      A.    Yes.

23      Q.    Do you recall if anybody identified you

24 during the lineup?

1          A.     Yes.

2          Q.     Okay.  And who identified you that you

3      know of?

4          A.     A waitress.

5          Q.     How many people were in the lineup

6      besides yourself?

7          A.     Probably a few.

8          Q.     How many?

9          A.     I can't -- can't give you numbers.

10         Q.     Could you see the people that were

11     making the identification of you from where you

12     were standing?

13         A.     Yes.

14         Q.     And how is it that you know that the

15     waitress identified you?

16         A.     'Cause she came out behind the door,

17     the mirror on the door.  Came out and pointed me

18     out.

19         Q.     Okay.  Do you recall telling any of the

20     detectives that you recognized the waitress to be

21     one of the victims that you had robbed from that

22     Wag's Restaurant on 52nd and Pulaski?

23         A.     Yes.

24         Q.     So you identified the victim, correct?

1      A.     Yes.

2      Q.     How long were you in this lineup?

3      A.     I don't know.

4      Q.     More than an hour?

5      A.     No.

6      Q.     More than a half hour?

7      A.     No.

8      Q.     How long do you think the lineup took?

9   Less than a half hour?

10     A.     I don't know.   Possibility.

11     Q.     Do you know if anyone else identified

12  you during the lineup?

13     A.     Maybe the manager did.

14     Q.     Okay.  Do you know for sure?

15     A.     No.

16     Q.     Did you have to say anything during the

17  lineup?

18     A.     I can't recall.

19     Q.     Did any of the officers ask you to

20  repeat certain words or phrases?

21     A.     It's possible.

22     Q.     Well, I don't want you to guess.

23            Do you recall or don't you?

24     A.     No, I don't recall.

297

```
1        Q.    And what happened after the waitress

2   identified you and you identified the waitress

3   during the course of this lineup procedure?

4        A.    They put me back in the bull pen.

5        Q.    Back in the same holding cell you were

6   originally in at 39th and California?

7        A.    Yes.

8        Q.    Okay.  How long were you in the holding

9   cell at that point in time?

10       A.    I don't know.

11       Q.    Hour?  More than an hour?

12       A.    Some time.

13       Q.    How long is "some time?"

14       A.    I can't recall.

15       Q.    More than two hours?

16       A.    I can't recall.

17       Q.    Was there anyone else in the holding

18  cell when you were put back into that cell after

19  the lineup procedure?

20       A.    Yes.

21       Q.    How many other people were in that

22  cell?

23       A.    I can't count them.

24       Q.    Do you remember the names of anybody
```

```
1   that was there?

2        A.    No.

3        Q.    From that holding cell you were in,

4   could you see the rest of the floor that you were

5   on in the police station?

6        A.    No.

7        Q.    Was there a door to the holding cell?

8        A.    A gate, I guess.  A gate.

9        Q.    A gate?

10       A.    Um-hmm.

11       Q.    Like a chain-link fence gate?

12       A.    A gate.

13       Q.    A gate.  Could you see through the

14  gate?

15       A.    Yes.

16       Q.    Was it like a chain-link fence?

17       A.    What's that?

18       Q.    A fence, a gate.

19       MR. AINSWORTH:  I believe he's asking you

20  what do you mean by a chain-link fence.

21  BY MR. POLICK:

22       Q.    Exactly what I said, a chain-link

23  fence.

24       A.    That you could see through it?
```

299

```
 1        Q.      Yes.

 2        A.      Yes.

 3        Q.      When you looked through it, what could
 4   you see?

 5        A.      See the floor; the rest of the floor I
 6   was on.

 7        Q.      Could you see detectives walking about?

 8        A.      Yes.

 9        Q.      Could you see people coming and going?

10        A.      Detectives.

11        Q.      Did you see other people besides
12   detectives coming and going?

13        A.      The only thing I saw was detectives.
14   Other -- probably other people that were locked up.

15        Q.      Okay.  So you saw other people that
16   were being brought into the police station?

17        A.      Um-hmm.

18        Q.      You got to answer out loud.

19        A.      Yes.

20        Q.      What's the next thing that happened as
21   you were in the holding cell after being in the
22   lineup?

23        A.      They came and got me out the holding
24   cell.
```

1       Q.      Who came and got you out of the holding

2   cell?

3       A.      Detective Boudreau.

4       Q.      Detective Boudreau alone?

5       A.      His partner was there, but he came and

6   got me out.

7       MR. HEIL: I'm sorry. I couldn't hear you.

8       THE WITNESS:  His partner was there but he

9   came and got me out.

10  BY MR. POLICK:

11      Q.      Who his partner?

12      A.      Detective John Halloran.

13      Q.      When you say Halloran was there, where

14  was Halloran in relation to Boudreau?

15      A.      He was probably like on the side like.

16      Q.      The side of what?

17      A.      The side of like -- he was like, like

18  steps away from Boudreau.

19      Q.      Okay.  But it was actually Boudreau who

20  took you out of the holding cell?

21      A.      Yes.  Did he say anything when he came

22  to get you out of the holding cell.

23      A.      Just came and got me, and put in the --

24  put me -- escorted me to the room.

1    Q.    Okay.  Did Boudreau or Halloran say

2  anything to you during the course of the lineup

3  procedure for the armed robbery?

4    A.    I can't recall.

5    Q.    Okay.  So after Boudreau took you out

6  of the holding cell you're saying he brought you to

7  a room?

8    A.    Yes.

9    Q.    Describe the room for me.

10    A.    It was like a small, medium room like.

11    Q.    Like an office?

12    A.    I guess you could say that.  I'm not

13  for sure.

14    Q.    Were you still handcuffed when you were

15  brought from holding cell to --

16    A.    Yes.

17    Q.    -- this medium-sized room?

18    A.    Yes.

19    Q.    When you were in the holding cell, were

20  you handcuffed?

21    A.    Yes.

22    Q.    Still behind your back?

23    A.    To a loop.

24    Q.    To a loop --

1       A.      A steel loop.

2       Q.      -- on the wall?

3       A.      Um-hmm.  Yes.

4       Q.      And that was in the holding cell?

5       A.      It was a room.

6       Q.      All right.  Let's stick with the

7  holding cell.  Were you handcuffed when you were in

8  the holding cell?

9       A.      Yes.

10      Q.      Okay.  How were you handcuffed in the

11 holding cell?

12      A.      Handcuffed to a loop.

13      Q.      Okay.  Like a ring, a steel ring on the

14 wall?

15      A.      Yes.

16      Q.      And when you were moved to this medium

17 room, were you also handcuffed to a loop on the

18 wall?

19      A.      Yes.

20      Q.      Okay.  Was there any furniture in this

21 medium-sized room?

22      A.      Yes.

23      Q.      What kind of furniture was in there?

24      A.      Like a desk and chairs.

303

```
 1        Q.    Was there anyone else inside the room
 2   when you were brought in?
 3        A.    Pretty sure Halloran came in.  I think.
 4        Q.    Okay.  But when you were first put in
 5   the room, was anyone else in there?
 6        A.    No.
 7        Q.    And who put you in the room?
 8        A.    Boudreau.
 9        Q.    And who handcuffed you to the loop on
10   the wall in that room?
11        A.    Boudreau.
12        Q.    Okay.  And was there a door to that
13   room?
14        A.    Yes.
15        Q.    And after you were put in that room,
16   was the door opened or closed?
17        A.    Closed.
18        Q.    Was there any window in the door?
19        A.    Not -- I can't recall that.
20        Q.    Could you see through the door of that
21   room?
22        A.    No.  I couldn't see through it.
23        Q.    And after Boudreau put you in that
24   room, did he also come in the room?
```

304

1      A.     Yes.

2      Q.     Did anyone else come in the room?

3      A.     His partner.

4      Q.     Who?

5      A.     John Halloran.

6      Q.     All right.  And what's the next thing

7  that happened?

8      A.     They started -- like Boudreau came to

9  me and asked me, do I know anything about murders

10  in the neighborhood.

11      Q.     What neighborhood?

12      A.     Any neighborhoods that I -- I lived

13  in.

14      Q.     Well, was he specific about the

15  neighborhood that he asked you about?

16      A.     No, he was not.

17      Q.     Okay.  What did he say in terms of

18  neighborhoods?

19      A.     It was like any neighbor- -- like any

20  neighborhoods, like as far as where I live at

21  'cause I lived in two separate places.

22      Q.     How did he know that you lived at two

23  separate places?

24      MR. AINSWORTH:  Object to form of the

1  question.  Mischaracterizes this witness'

2  testimony.  Answer if you can.

3       THE WITNESS:  He must check the records.  I'm

4  not sure.

5  BY MR. POLICK:

6       Q.    Well --

7       MR. HEIL:  Mr. Hill, please keep your voice

8  up.

9       THE WITNESS:  Oh.  Sorry.  Okay.

10 BY MR. POLICK:

11      Q.    Can you repeat your last answer?

12      A.    He must have checked the records -- the

13 records.

14      Q.    Who must have checked what records?

15      A.    Boudreau.

16      Q.    How do you know Boudreau checked the

17 records?

18      MR. AINSWORTH:  Object to the form of the

19 question.  Mischaracterizes the witness' testimony.

20 You can answer if you can.

21      THE WITNESS:  I'm guessing he checked them.

22 BY MR. POLICK:

23      Q.    So how do you know that Boudreau knew

24 that you lived in two neighborhoods?

1          MR. AINSWORTH:   Object to the form of the

2     questions.   Mischaracterizes this witness'

3     testimony.   You can answer if you can.

4          THE WITNESS:   I don't know.

5     BY MR. POLICK:

6          Q.    Did you tell Boudreau that you lived in

7     two different places?

8          A.    Eventually, yes.

9          Q.    At what point in the conversation did

10    you tell him that you lived in two different

11    places?

12         A.    Later.

13         Q.    How much later?

14         A.    I'm not for sure.

15         Q.    When you told him that you lived in two

16    different places, where did you tell him that you

17    lived?

18         A.    7016 South Wolcott.   And I lived with

19    my girlfriend on 5621 South Laflin.

20         Q.    Okay.   Was Halloran present when

21    Boudreau asked you if you knew anything about any

22    murders in the neighborhoods?

23         A.    Yes.

24         Q.    Was anyone else present in the room

1  besides Boudreau and Halloran?

2      A.   No.

3      Q.   And when Boudreau asked you if you knew

4  anything about murders in the neighborhood, what

5  did you tell him?

6      A.   I told him no.

7      Q.   You told him what?

8      A.   No.

9      Q.   What happened next?

10      A.   And then I remembered.  I said "Oh,

11  yes, I do."  "I do remember."

12      Q.   How long after you said, "No," did you

13  say "yes," you do remember?

14      A.   I don't know.  Probably minutes later.

15      Q.   And what prompted you or what made you

16  remember that you did know something about murders

17  in the neighborhood?

18      A.   Because I heard about the murder

19  happening on 55th and Bishop.

20      Q.   Okay.  So when you said said, Yes,

21  I do know something about a murder, what did you

22  tell Boudreau and Halloran?

23      A.   I told them how I heard, how a woman

24  got killed and instruments or sticks, wood sticks

1  was in her.

2      Q.    Okay.  So you told them a woman had

3  gotten killed, correct?

4      Q.    Yes.

5      Q.    And you told them that there were

6  sticks in her?

7      A.    That's what I heard, yes.

8      Q.    Okay.  And did you tell them where

9  the sticks were in the woman?

10      A.    Vagina.

11      Q.    And did you tell them where you knew

12  that murder occurred?

13      A.    Yes.

14      Q.    What did you tell them about where the

15  murder occurred?

16      A.    I told I heard it hap- -- I heard it

17  happened on 55th and Bishop.

18      Q.    And did you tell them who you heard

19  that from?

20      A.    Yes.

21      Q.    Who did you tell them you heard it

22  from?

23      A.    I told him I heard it from a friend of

24  a relative.

309

1      Q.    I'm sorry.  You got to speak up.

2      A.    A friend of a relative.

3      MR. HEIL:  You have to speak up.

4      THE WITNESS:  A friend of a relative.

5      MR. POLICK:  You have to speak up so

6  everybody can hear you.

7  BY MR. POLICK:

8      Q.    A friend of who?

9      A.    A relative.

10      Q.    A friend of a relative?

11      A.    Yes.  And I heard it -- told them I

12  heard it from the neighborhood.

13      Q.    Did you give them the name name of the

14  friend?

15      A.    I can't recall.

16      Q.    Did you give them the name of the

17  relative?

18      A.    I'm not for sure; I think.  I think

19  I told them a friend.  I think his name was Izell.

20      Q.    And did you give them any more

21  information when they asked about whether you knew

22  anything about any murders occurring in the

23  neighborhoods?

24      A.    No.

310

1      Q.    Did you tell them anything about the

2  building being on fire or that you had heard that

3  the building was on fire?

4      A.    Yes.

5      Q.    Did you tell them at that time when you

6  told them the initial information about the murder

7  that you were aware of?

8      A.    Say that again.

9      Q.    Did you tell them about the fire in the

10 building when you gave them the other information

11 that you heard of about the murder?

12     A.    Yes.

13     Q.    What did you tell them about the fire

14 in the building?

15     A.    I heard that they found -- they found

16 a woman in the building, and there must have --

17 somebody had put the building on fire.

18     Q.    Okay.  And at the time you were giving

19 Boudreau and Halloran this information, did you

20 tell them that that building was abandoned?

21     A.    I can't recall.

22     Q.    Okay.  Had you ever been in that

23 building at 55th and Bishop?

24     A.    No.

1    Q.    Not even when it was abandoned?

2    A.    No.

3    Q.    At any time that you lived in that

4  neighborhood, did anybody ever live in that

5  building?

6    A.    Not that I know of.

7    Q.    So it was always abandoned throughout

8  the point -- throughout the period of time in which

9  you lived in that neighborhood around 56th and

10  Laflin?

11    MR. AINSWORTH:  Object to the form of the

12  question.  Mischaracterizes the witness' testimony.

13  You can answer.

14    THE WITNESS:  Not that I know of.

15  BY MR. POLICK:

16    Q.    Well, you lived in that neighborhood

17  from about what, 1989 through 1992?

18    A.    '90.

19    Q.    Okay.  You were living in that

20  neighborhood while you were attending Gage Park

21  High School, correct?

22    A.    Yes.

23    Q.    Was that building abandoned while you

24  were attending Gage Park High School?

312

1     A.    I can't recall.

2     Q.    When you were living in that neighborhood

3 between 1990 and 1992, was the building abandoned?

4     A.    Say it again.

5     Q.    When you were living in the neighborhood

6 of 56th and 57th and Laflin between 1990 and 1992,

7 was that building abandoned?

8     A.    I don't know.

9     Q.    So what happened after you gave

10 Boudreau and Halloran this information about the

11 murder you had heard about at 55th and Bishop?

12    A.    They just started questioning me more

13 about the crime.

14    Q.    What other questions did they ask you

15 about the crime?

16    A.    Like, they asked me, "Was you on the

17 crime scene?"  "Was you there?"  "What did you

18 see?"

19    Q.    And when they asked you what was there

20 at the crime scene, what did you tell them?

21    A.    I said -- I told them I wasn't on the

22 crime scene.

23    Q.    And when they asked you, What did you

24 see?  What did you tell them?

313

```
1        A.    Nothing.

2        Q.    What happened next?

3        A.    They just -- Boudreau kept constantly
4   questioning me about it.

5        Q.    What did Boudreau ask you about the
6   murder?

7        A.    He was like, "You was there, wasn't
8   you?"

9        Q.    I'm sorry?

10       A.    He say, "You was there, wasn't you?"
11  And I was like, "No."

12       Q.    Okay.  What else did he ask you?

13       A.    He was like, "You did it."  I was like,
14  "No."

15       Q.    How about Halloran?  Did he ask you
16  anything about the murder?

17       A.    He confirmed what Boudreau say, you
18  know, just asked me, you know -- I mean, "You was
19  there." "You did it."  You know.  I was like,
20  "No, I didn't murder nobody."

21       Q.    What's the next thing that happened?

22       A.    They walked outside the -- they walked
23  outside the door and they was -- came back with
24  information as far as the murder concerned.  I
```

1  believe so.

2      Q.    How long were they questioning you

3  before they both walked outside the door?

4      A.    It was a -- it was a while.

5      Q.    How long?

6      A.    I can't tell.  I didn't have a watch

7  on.

8      Q.    Was it a long period of time or a short

9  period of time?

10     A.    Medium; in between.

11     Q.    And did they both return to the room?

12     A.    Yes.

13     Q.    Okay.  Were you still handcuffed to the

14  ring on the wall?

15     A.    Yes.

16     Q.    What happened next?

17     A.    They started giving me details of the

18  crime.

19     Q.    What do you mean they started giving

20  you details of the crime?

21     A.    It was like -- they started bringing

22  pictures in, showing me pictures, showing me a

23  building.

24     Q.    What other pictures did they show you

315

```
 1    besides the building?
 2         A.     They showed me clothes of -- of the
 3    victim.
 4         Q.     How did you know that they were clothes
 5    of the victim?
 6         A.     Because they was showing me.  They say
 7    "This is it right here."  "This is the clothes of
 8    the victim."  It was like, "This is her shoe," or
 9    "This is her pants."  "You know you did this."
10         Q.     Did you recognize the pictures of the
11    building they showed you?
12         A.     Yes.
13         Q.     Did you recognize the pictures of the
14    clothes that they showed you?
15         A.     No.
16         Q.     What other pictures did they show you?
17         A.     Basically just -- I believe they showed
18    me a picture of that's -- that's her clothing.
19         Q.     Okay.  Where was the clothing located?
20         A.     They just was telling me about her
21    clothes was in the beginning of the entrance on
22    certain floors.
23         Q.     What other pictures did they show you?
24         A.     Just the building and the clothes.
```

1   That's the, the only thing I can recall.

2        Q.    What happened next?

3        A.    They grabbed me and put in a squad car

4   and they took me to the crime of the scene and

5   drove me around.

6        Q.    Okay.  So they unhandcuffed you from

7   the ring on the wail?

8        A.    Yes.

9        Q.    And you're saying they took you to the

10  scene of this crime at 55th and Bishop?

11       A.    Yes.

12       Q.    Was there anyone else in the car

13  besides you Boudreau and Halloran?

14       A.    All three of us -- Halloran.  The three

15  of us.  No.

16       Q.    Were you handcuffed while you were in

17  the car?

18       A.    Yes.

19       Q.    Behind your back?

20       A.    Yes, I believe so.  Yes.

21       Q.    And what happened when you got to the

22  scene where the crime was committed at 55th and

23  Bishop?

24       A.    They point.  "Look."  They say, "This

317

1   is the building looks like?"  "Yeah."  "This the

2   building right here."

3       Q.    Did you get out of the car?

4       A.    No.

5       Q.    Did either Boudreau or Halloran get out

6   of the car?

7       A.    I believe Boudreau got out of the car.

8       Q.    And what did Boudreau do when he got

9   out of the car?

10      A.    Looked at the building.

11      Q.    Could you see what he was doing?

12      A.    I believe he was observing it.

13      Q.    Did he ever leave your sight?

14      A.    I believe so.  I couldn't really tell.

15      Q.    What did Halloran do while Boudreau was

16  looking at the building?

17      A.    He was in the car.

18      Q.    Stayed there with you?

19      A.    Yes.

20      Q.    Who drove to the billing, Boudreau or

21  Halloran?

22      A.    I believe Boudreau drove.

23      Q.    How long were you at the crime scene of

24  the building at 55th and Bishop?

318

```
 1        A.    Not long.
 2        Q.    How long is not long?  Less than five
 3   minutes?
 4        A.    Probably about.  I don't know.
 5   Probably less than ten.
 6        Q.    What happened after you were at the
 7   crime scene for about ten minutes?
 8        A.    He was questioning me about this -- the
 9   building, you know.
10        Q.    So Boudreau returned to the car?
11        A.    "Mishee," yes.
12        Q.    And did he have a conversation with you
13   when he got back into the car?
14        A.    Well, he -- he was telling me how --
15   how I did the -- did the crime.
16        Q.    What do you mean he --
17        A.    I told him I was like --
18        Q.    -- was telling you about you did the
19   crime?
20        A.    -- I was like -- sorry.
21        MR. AINSWORTH:  You know, wait till he
22   gets -- asks the question.  Maybe give a pause then
23   start your answer.
24        THE WITNESS:  Okay.
```

319

BY MR. POLICK:

Q.    What do you mean he was telling you how you did the crime?

A.    He was like, "You know that building." "You know you was there."

Q.    Did he say anything else?

A.    That I know of, no.

Q.    Did you say anything to him?

A.    "I didn't do it."

Q.    Okay.  Did Halloran say anything to you while you were in the car?

A.    Not that I know of, no.

Q.    Okay.  Did Boudreau say anything else to you other than what you told me while you were in the car?

A.    No.

Q.    What happened next?

A.    They drove back to the police station.

Q.    Who drove?

A.    Boudreau.

Q.    Did you stop anywhere along the way back to the police station from the crime scene?

A.    No.

Q.    On your way to the crime scene, did you

1    stop anywhere?

2         A.    No.

3         Q.    All right.  What happened when you got

4    back to the station?

5         A.    They started questioning me about the

6    murder again.

7         Q.    Okay.  Were you put in the same room

8    you were in before?

9         A.    Yes.

10        Q.    Were you handcuffed to the wall?

11        A.    Yes.

12        Q.    And who was in the room with you at

13   this point?

14        A.    Boudreau and Halloran.

15        Q.    Okay.  What happened next?

16        A.    He had told me that, you know, "You did

17   this crime."  "You did it."  "I know you did it."

18   "Come on," you know.  Basically, they want me to

19   confess.

20        Q.    Who told you that they wanted you to

21   confess?

22        A.    Boudreau and Halloran.

23        Q.    How did they tell you that?

24        A.    They was just telling me it make it

1    more easy if I confess.  I kept telling them, "I

2    didn't do it."  "I didn't do it."

3         Q.    Okay.  What happened next?

4         A.    He just -- he just kept trying, you

5    know, he drilled it into my head.  He get behind me

6    and start like pressuring me, like psychological

7    pressure.

8         Q.    What do you mean "psychological

9    pressure?"

10        A.    Well like he kept hollering at me and

11   screaming.

12        Q.    Who?

13        A.    Boudreau.

14        Q.    Hollering and screaming?

15        A.    Yes.

16        Q.    Had you ever been hollered or screamed

17   at before?

18        A.    Yes.

19        Q.    Your sister Marilyn ever holler or

20   scream at you?

21        A.    Yes.

22        Q.    Anybody else in your family ever holler

23   or scream at you?

24        A.    Yes.

322

1    Q.    So what about Boudreau hollering and

2    screaming at you made it psychological pressure?

3    A.    Because I know I was -- I didn't do --

4    I didn't commit this crime.

5    Q.    And there was no way you were going to

6    admit to it, right?

7    A.    No.

8    Q.    What happened next?

9    A.    He came behind me and just started

10   grabbing me.

11   Q.    Who started grabbing you?

12   A.    Boudreau.

13   Q.    When you say he started grabbing you,

14   where did he grab you?

15   A.    On my shoulders (indicating).

16   Q.    You're indicating your left shoulder?

17   A.    He was on this side right here

18   (indicating).  So, yeah, this side.

19   Q.    You're indicating your left shoulder.

20   A.    Yeah.

21   Q.    Which hand was handcuffed to the ring

22   on the wall?

23   A.    My right.

24   Q.    Okay.  And when Boudreau grabbed your

```
 1   left shoulder as you're indicating, how did he do

 2   that?

 3        A.    He came -- came behind me, put his

 4   pressure on me, and hollered -- and he was

 5   hollering in my ear.

 6        Q.    In which ear?

 7        A.    (Indicating).

 8        Q.    Your left ear?

 9        A.    Yes.

10        Q.    Had Boudreau touched you before the

11   point where you say that he grabbed your left

12   shoulder?

13        A.    No.

14        Q.    And was Halloran still in the room when

15   Boudreau was doing this, touching your shoulder?

16        A.    Yes.

17        Q.    Was Halloran doing anything to you?

18        A.    No. Halloran didn't touch me.

19        Q.    What happened next after Boudreau

20   grabbed your shoulder and yelled in your left ear?

21        A.    I begin feeling pressure.

22        Q.    You began to feel what pressure?

23        A.    That he was putting on me.

24        Q.    Of what?
```

324

```
 1        A.     He was putting on me.

 2        Q.     You have to speak up.

 3        A.     He was putting on me.

 4        Q.     Who's putting?

 5        A.     Boudreau.

 6        Q.     What was he putting on you?

 7        A.     He was forcing me to sign a --

 8  confessing against my will.

 9        Q.     How was he doing that?

10        A.     By hollering at me at that moment.

11        Q.     Other than hollering at you, was he

12  doing anything else?

13        A.     Not at that moment, no.

14        Q.     Okay.  And what did you do after he

15  hollered in your left ear?

16        A.     I paused for a second and just, like,

17  "What's going on here?"

18        Q.     Then what happened?

19        A.     He walk -- he walked out the --

20  Halloran walked out.

21        Q.     So it was only you and Boudreau in the

22  room?

23        A.     Yeah.

24        Q.     What happened next?
```

325

```
1        A.    Halloran came to me.

2        Q.    I'm sorry?

3        A.    Halloran came -- I mean, Boudreau came

4   came to me and started hollering at me, constantly

5   hollering at me.

6        Q.    Okay.  Other than hollering at you, was

7   he touching you in any way?

8        A.    Yes.  Eventually he touched me.

9        Q.    Okay.  When did he touch you next?

10       A.    He hit me in my rib.

11       Q.    With what?

12       A.    His fist.

13       Q.    Which rib?

14       A.    This one right here (indicating).

15       Q.    The left side?

16       A.    Yes.

17       Q.    How many times were you hit in the rib

18   on your left side?

19       A.    At least two times.

20       Q.    And that was both with a fist?

21       A.    Yes.

22       Q.    What did you do after you got hit in

23   the fist -- with a fist on the left side of the

24   ribs?
```

326

```
 1        A.      Well, I was -- I was shocked.

 2        Q.      Then what happened?

 3        A.      Then he walked out.  I was in the room

 4  by myself.

 5        Q.      How long were you alone in the room

 6  before someone came back in?

 7        A.      About five or ten minutes.

 8        Q.      What happened next?

 9        A.      He came in again.

10        Q.      Who came in again?

11        A.      Boudreau and Halloran.

12        Q.      Okay.  Anybody else besides Boudreau

13  and Halloran?

14        A.      No.

15        Q.      What happened then?

16        A.      He started like just talked about the

17  murder.  He just constantly drilling it in my head.

18  This what happened.  That what happened.  This what

19  happen.  That what happened.

20        Q.      Explain to me --

21        A.      I mean, he --

22        Q.      -- what he was saying about the crime?

23        A.      He would constantly say the same

24  thing.  "I know you did this."  And like, "I know
```

327

1    you did this." You know. "You was there." And I
2    was like, "No, I wasn't there." You know.
3         Q.   Did Boudreau say anything to you other
4    than, "I know you did this." "I know you were
5    there."
6         A.   He was just saying that, "I know you
7    was there." I know you killed this woman." Like I
8    was constantly saying, "No, I didn't kill this
9    woman."
10              They kept going and drilling into my
11   head how like, as far as the shoes concerned, the
12   pants.
13        Q.   What about the shoes and the pants?
14        A.   He was like I took of her pants and I
15   had sex with her. And I stuck some wooden parts
16   inside her.
17        Q.   And how long were they in the room
18   when Boudreau was telling you these things?
19        A.   Quite a -- quite a -- it was quite a --
20   it was quite a while.
21        Q.   How long?
22        A.   I can't tell you. I don't know.
23        Q.   More than an hour?
24        A.   Less than an hour.

1    Q.    Were you physically touched again by

2    either Boudreau or Halloran when they returned to

3    the room?

4    A.    He -- he grabbed me.  He grabbed me --

5    Q.    Who did?

6    A.    -- and hollering in my -- and keep

7    hollering in my ear.  Boudreau.

8    Q.    When you say grabbed you, where did he

9    grab you?

10   A.    He leaned into me and grabbed me by my

11   shoulder.

12   Q.    Then what happened?

13   A.    He just kept drilling me, kept

14   drilling, drilling, drilling me.

15   Q.    Drilling you about what?

16   A.    About the murder.

17   Q.    What about the murder?

18   A.    He kept drilling me about how I did

19   it, that's all.  Kept drilling me over, and over

20   and over again.

21   Q.    Saying "I know you were there."  "I

22   know you did it."

23   A.    Yeah.  "You did this."  I think he said

24   like you all went to a party; something like that.

1  "You knew of her."  And he was like, "You had --

2  you had, you had to know."  You know.  "I know you

3  know her."  And yet he did show me -- I believe he

4  showed me one picture.

5      Q.    A picture of?

6      A.    Of Kathy Morgan, I believe.

7      Q.    When did that occur?

8      A.    During the time in the interrogation he

9  showed me, I believe it was like, I believe he

10  showed me a picture of -- of -- she was in hair

11  rollers.

12      Q.    Did you recognize the woman when he

13  showed you the picture?

14      A.    No.

15      Q.    What else did he tell you about the

16  crime?

17      A.    He said -- well, he came to me and

18  said, "I know you didn't do this by yourself."

19  I was like, "What?"  I was like, "I didn't do it

20  at all."  I was like, "I didn't do this."

21      Q.    So when he told you -- when Boudreau

22  told you, "I know you didn't do this by yourself,"

23  you said you didn't do it at all?

24      A.    Yes.

330

1    Q.    Okay.  And then what happened after

2    that?

3    A.    He walked out again.

4    Q.    Both he and Halloran?

5    A.    Yes.

6    Q.    During that period of time when they

7    were in the room that time, did Boudreau physically

8    touch you other than grabbing your shoulder?

9    A.    It was like the third -- the third or

10   fourth time he did come back in there, and he got

11   crazy this time.  He ...

12   Q.    So this was a period of time after they

13   had left and came back in again?

14   A.    Boudreau came back in again.

15   Q.    All right.  Well, we're at a point in

16   time now where Boudreau told you you didn't do this

17   by yourself and both he and Halloran walked out of

18   the room again, right?

19   A.    Yes.

20   Q.    What happened after that?

21   A.    Boudreau came -- came in.

22   Q.    Alone or with Halloran?

23   A.    He was by hisself.

24   Q.    And then what happened?

331

```
 1         A.    Boudreau came to me and arguing with
 2    me.
 3         Q.    He what?
 4         A.    Arguing.  He was arguing with me.
 5    Arguing.
 6         Q.    You've got to keep your voice up.
 7               What was Boudreau arguing with you
 8    about?
 9         A.    About the murder case.
10         Q.    What was he saying to you?
11         A.    It was like, "You know you did it."
12    "You know you did it."  I was like, "No, I didn't."
13    And he slapped me.
14         Q.    Where did he slap you?
15         A.    In my face.
16         Q.    With a fist or open hand?
17         A.    Backhand.
18         Q.    Were you still handcuffed to the wall?
19         A.    Yes.
20         Q.    And what side of your face did you get
21    hit?
22         A.    Right here (indicating).
23         Q.    Indicating left side of your face?
24         A.    Yes.
```

```
 1        Q.    How many times were you slapped in the
 2   face with a backhand?
 3        A.    One time.
 4        Q.    Was anyone else in the room when
 5   Boudreau hit you in the face in the manner you're
 6   describing?
 7        A.    He was by hisself.
 8        Q.    Then what happened?
 9        A.    I was stunned.  I was stunned.
10        Q.    What happened next?
11        A.    He left out.  And --
12        Q.    Boudreau left the room?
13        A.    Yeah.
14        Q.    Then you were in the room alone then?
15        A.    Yes.
16        Q.    How long were you in the room alone?
17        A.    Not for a while.
18        Q.    How long?
19        A.    I'm not for sure.
20        Q.    And what's the next thing you remember
21   happening?
22        A.    They came -- they came back.
23        Q.    Who came back?
24        A.    Detective Boudreau and Halloran.
```

333

```
 1          Q.    So they were both back in the room at
 2   this point now?
 3          A.    Yes.
 4          Q.    And what did they say to you?
 5          A.    They was like, "You know you did this,
 6   right?"  I was like, "No, I didn't do this."  "I
 7   didn't do it."  "I didn't do it."
 8          Q.    Then what happened?
 9          A.    I remember them giving more details
10   about the crime.
11          Q.    What additional details did they give
12   you at this time?
13          A.    It was like they wanted some names.
14   They wanted some names of -- I was like, "Man, I
15   don't know what you're talking about."
16          Q.    What do you mean they wanted names?
17          A.    They wanted names like, "You wasn't the
18   only one who did this."
19          Q.    Okay.  So what additional details did
20   they give you at this time?
21          A.    They was like, "Give me some names."
22   "Give me somebody."  "Who was with you?"  "Who else
23   was with you?"  And now at that time I was getting
24   scared.
```

334

1        Q.    Why were you getting scared?

2        A.    Because he -- he physically hit me.

3 And the psychological pressure of me signing a

4 statement against my will, trying to.

5        Q.    Well, up until this point, had you

6 admitted to committing the crime?

7        A.    It was close.  It was coming.

8        Q.    But up until this point, you had not

9 admitted to anyting.  You were still denying it,

10 correct?

11       A.    Yes.

12       Q.    And you hadn't signed anything up until

13 this point in time, had you?

14       A.    No.

15       Q.    So when they asked you who did you do

16 it with, what did you say to that?

17       A.    I was like -- I was like, "Nobody."  "I

18 didn't do the crime."

19       Q.    Okay. What happened next?

20       A.    I recall the pictures being on the

21 table.

22       Q.    What pictures?

23       A.    Pictures of the crime scene.

24       Q.    Okay.

1        A.      And I mean, them like -- like they came

2    to me, like, "You know who did this, right."  I was

3    like, "Man, I don't know."  And ...

4        Q.      Say that again.  I didn't catch that.

5        A.      I say, "I don't know who did this,"

6    right?  And I was getting scared.

7        Q.      Why were you getting scared?

8        A.      Because Boudreau was scaring -- he was

9    scaring me.  He was just scaring me.

10       Q.      How was he scaring you?

11       A.      With his voice and how he hit me.  I

12   was scared.

13       Q.      Up until this point he had only slapped

14   you in the face and hit you in the ribs and grabbed

15   your shoulder.  Was there any other physical contact

16   he had with you that was making you scared?

17       A.      I remember going back to the crime of

18   the scene.  And I was like -- they was just saying,

19   I was on the crime of the scene.  I was there.  I

20   say, "I was there."  And he was like, "Where was

21   you at?"  I was like, "I was in the back."  And I

22   was like, "I saw it."  He was like, "Yeah?"  I

23   was like, "Yeah."  That was out of force, though.

24   And so what they did, they took me to the crime

```
 1   scene and checked out my story.  He was like, "You

 2   couldn't have seen it."

 3        Q.   So are you saying you were taken back

 4   to the crime scene a second time?

 5        A.   Yes.

 6        Q.   And when you were taken back the second

 7   time, who took you to the crime scene the second

 8   time?

 9        A.   Boudreau and Halloran.

10        Q.   Okay.  And you're indicating that they

11   took you to the crime scene a second time because

12   you told them that you had seen it?

13        A.   Yes.

14        Q.   And why did you tell them you had seen

15   it?

16        A.   Because I was under pressure.

17        Q.   Pressure of what?

18        A.   And he -- and he hit me.

19        Q.   Who hit you?

20        A.   Boudreau.

21        Q.   Where did he hit you?

22        A.   He slapped me.

23        Q.   Okay.  You already told me about that

24   one slap to the left side of your face.  Are you
```

337

1    saying you got hit again?

2         A.    That was after -- after the fact.

3    After -- from when I went to the building.   And

4    he seen that I wasn't -- I couldn't -- he say,

5    "You -- no, you couldn't have been there."

6         Q.    When you went to the building the first

7    time or the seconed time?

8         A.    The second time.

9         Q.    Okay.   So you went to the building a

10   second time.   Did you get out of the car the second

11   time?

12        A.    No.

13        Q.    Who got out of the car, if anybody?

14        A.    Boudreau.

15        Q.    Where did he go?

16        A.    He went around the building, back

17   somewhere.

18        Q.    Okay.   Where did you tell him you had

19   seen the crime from?

20        A.    The back of the building.

21        Q.    Okay.   Why did you tell him that?

22        A.    Because he was forcing me.   He was

23   scaring me.

24        Q.    Had you seen the crime from the back of

*338*

```
 1   the building?

 2        A.    No.

 3        Q.    How did you know there was a back to

 4   the building?

 5        A.    He say there wasn't.  He said I

 6   couldn't have seen it.

 7        Q.    You told him that?

 8        A.    Yes, I told him that.

 9        Q.    How did you know there was a back to

10   the building?

11        A.    I didn't.

12        Q.    Why did you tell him that?

13        A.    'Cause he -- I had to tell him

14   something.

15        Q.    And how long were you at the building

16   the second time?

17        A.    Minutes.

18        Q.    What happened after Boudreau got back

19   in the car?

20        A.    He -- he was talking to me like, "I

21   don't -- I don't see what you're talking about."

22   And he drove me back to the police station.

23              Before that, he was -- he was

24   saying like how I did it with somebody else.  And
```

1   I was like ...

2          Q.    Well, wait a minute.  Let's go back to

3   the point in time where you're at the crime scene

4   the second time.

5          A.    Okay.

6          Q.    Boudreau gets back in the car.  Does he

7   say anything to you at that time?

8          A.    What did he say to me?  He said

9   something about, "I couldn't have seen it."  "He

10  wasn't back there."  "You couldn't have seen it

11  from the back."

12         Q.    Okay.  And he told you that when he got

13  back in the car after you were at the crime scene

14  the second time?

15         A.    Yes, I believe so.

16         Q.    And then what happened after that?

17         A.    I got scared.  And we was talking this

18  and that in the back of the squad car and he was

19  like, "Who did this with you?"  And I was -- I was

20  scared.  I was like, "Some guy name Pete."

21         Q.    So you gave them the name Pete?

22         A.    Yes

23         Q.    When you gave them the name Pete, who

24  was the Pete you were referring to?

340

```
 1        A.    It was my girlfriend's sister boy -- I
    mean lover, whatever; boyfriend, lover.
 2
 3        Q.    Betty Hackett's lover?
 4        A.    Betty Hackett's sister lover.
 5        Q.    Which sister?
 6        A.    Paulita.
 7        Q.    Which sister?
 8        A.    Paulita Hackett.
 9        Q.    And what was Pete's last name?
10        A.    I don't know.
11        Q.    Did you give Boudreau a last name?
12        A.    Excuse me?
13        Q.    Did you give Boudreau a last name?
14        A.    No.
15        Q.    Did you tell him anything other than
16    Pete?
17        A.    No.  I talked to them, Junior.
18        Q.    I'm sorry?
19        A.    I told them Junior.
20        Q.    Is Junior the same as Pete?
21        A.    No.
22        Q.    Why did you tell them Junior?
23        A.    I was scared.  I wanted to get the
24    pressure off of me.
```

341

```
 1        Q.     When you told them Pete, did you give
 2   them a nickname for Pete?
 3        A.     No.
 4        Q.     And when you told them Junior, who was
 5   Junior?
 6        A.     Junior is a -- my sister's baby daddy.
 7        Q.     Say that again.
 8        A.     My sister's baby daddy.  She had a baby
 9   by the -- a man.
10        Q.     Which sister?
11        A.     Jackie.
12        Q.     Let's go back to Pete.  Did you know
13   who Pete was?
14        A.     Did I know who Pete was?
15        Q.     Yeah.
16        MR. AINSWORTH:   Object to --
17   BY MR. POLICK:
18        Q.     The name Pete that you gave.
19        MR. AINSWORTH:   Object to the form of the
20   question.
21   BY MR. POLICK:
22        Q.     Did you know Pete?
23        MR. AINSWORTH:   You can answer it, if you
24   can.
```

```
 1          THE WITNESS:  The person I said?
 2   BY MR. POLICK:
 3          Q.    Yeah.  Did you ever meet him?
 4          A.    Yeah.
 5          Q.    Describe him to me.
 6          A.    He dark-skinned.  He had like a perm
 7   in his hair.
 8          Q.    What do you mean, "a perm in his hair?"
 9          A.    Like a perm.  He had his hair done like
10   a perm.
11          Q.    Like Jehri curls?
12          A.    No.  Perm's, like that was wavy-like.
13          Q.    A wavy hair style?
14          A.    Um-hmm.  Yes.
15          Q.    How tall was he?
16          A.    I don't know.
17          Q.    Taller than you?  Six feet?
18          A.    He's shorter.
19          Q.    What type of a build did he have?
20          A.    He was skinny.
21          Q.    How old was Pete?
22          A.    I don't know. I don't know his age.
23          Q.    Had you ever seen him with Paulita?
24          A.    Yes.
```

343

```
 1        Q.    How many times did you see him with
 2   Paulita?
 3        A.    Several times.
 4        Q.    Where did you see him at when you saw
 5   him with Paulita?
 6        A.    5621 South Laflin.
 7        Q.    I'm sorry?
 8        A.    5621 South Laflin.
 9        Q.    So at Betty Hackett -- is that the
10   place you stayed with Betty Hackett?
11        A.    Yes.
12        Q.    How many times is several times?
13        A.    About three or four times.
14        Q.    Okay.  Did you know Pete's last name?
15        A.    No.
16        Q.    Did you know if Pete was a member of a
17   gang?
18        A.    No.
19        Q.    He was or you didn't know?
20        A.    I don't know.
21        Q.    Did you ever talk to Pete on those
22   occasions you met him at 5621 South Laflin?
23        A.    Probably fess up.  Yes.
24        Q.    Have any other further conversation
```

344

```
 1   with him?

 2         A.     No.

 3         Q.     Do you know where Pete lived or where

 4   he stayed?

 5         A.     No.

 6         Q.     Did Pete have any distinguishing

 7   features like a mustache or a beard or wear

 8   glasses?

 9         A.     Back to the other question.

10         Q.     Which question?

11         A.     Do I know where he live at.

12         Q.     Yes, sir.

13         A.     Okay.  I don't -- I don't -- I mean, I

14   don't know, but I believe Peoria, I think it is.  I

15   think Peoria, but I'm not sure, though --

16         Q.     Okay.  So --

17         A.     -- what street it on.

18         Q.     Okay.  So you knew that Pete lived on

19   Peoria Street?

20         A.     Yeah.

21         Q.     What and Peoria Street?  What was the

22   cross street?

23         A.     I'm not for sure.

24         Q.     Well, was it in the same neighborhood
```

1  5600, 5700?

2       A.    Maybe 56 or 5700.

3       Q.    And how did you know that Pete lived

4  there?

5       A.    I believe -- I don't know.  I believe

6  he's -- one day after he was going, going out that

7  way; I'm not for sure.

8       Q.    I'm sorry?

9       A.    I think he was going that way one day.

10  Because he was going towards -- let me think, I

11  think east.

12       Q.    East of 56th and Laflin?

13       A.    Yeah.  I can't -- I can't recall,

14  though.  But I do believe he lived there, though.

15       Q.    Did Pete own a car?

16       A.    Huh?

17       Q.    Did Pete own a car?

18       A.    Not that I know of.

19       Q.    Okay.  So when he went east, was he

20  walking or driving?

21       A.    He was walking.

22       A.    Okay.  And then the other name you gave

23  the detective was Junior?

24       A.    Yes.

1   Q. And you described Junior as your

2 sister's baby's daddy; is that correct?

3   A. Yes.

4   Q. And the sister you're referring to is

5 Jackie?

6   A. Yes.

7   Q. And where did you know Junior from?

8   A. I think he come over to see my sister.

9   Q. Your sister Jackie?

10   A. Yes.

11   Q. Where at?

12   A. 57th and Laflin.

13   Q. 5725 South Laflin?

14   A. Yes.

15   Q. And how do you know that Junior was the

16 father of your sister Jackie's baby?

17   A. I was -- I was there.

18   Q. What do you mean you were there?

19   A. He looks -- she looks like him.

20   Q. Okay.  And Junior had been over to the

21 house at 5725 South Laflin where you lived?

22   A. Yes.

23   Q. And was Junior a nickname or do you

24 know his name?

347

```
 1          A.     No, I don't know his name, just Junior.

 2          Q.     What did Junior look like?  Describe

 3   him to me.

 4          A.     He had long butter.

 5          Q.     I'm sorry?

 6          A.     He had long butter like -- like a long

 7   wavy hair, length of hair.  He was built.  He was

 8   was like brown-skinned.

 9          Q.     What kind of build?

10          A.     Like large build, like muscles.

11          Q.     Did you know where Junior lived?

12          A.     I want to say it was 54th and Bishop.

13          Q.     Do you know the exact address that he

14   lived at?

15          A.     No.

16          Q.     Did -- how do you know that Junior

17   lived at 54th and Bishop?

18          A.     I believe my sister went by -- by

19   there.

20          Q.     I'm sorry?

21          A.     My sister went by there.

22          Q.     So your sister would go over to

23   Junior's house?

24          A.     Yes.  I was with her.
```

348

```
 1        Q.    And you would accompany her over to
 2   54th and Bishop?
 3        A.    Yeah.
 4        Q.    And do you know what Junior's last
 5   name is?
 6        A.    No.  Uhn-uhn.  No, I don't.
 7        Q.    And you didn't know at the time?
 8        A.    No.
 9        Q.    Do you know if Junior was a gang
10   member?
11        A.    No.
12        Q.    You don't know or he wasn't?
13        A.    I don't know.
14        Q.    And other than giving Detective
15   Boudreau the names Pete and Junior, did you give
16   him any of this other information of how you knew
17   these two individuals?
18        A.    No. I can't recall.
19        Q.    Well, you didn't or you can't recall?
20        A.    I don't know.  I can't recall that.
21        Q.    Did you ever tell Detective Boudreau
22   that Junior lived at 5436 South Justine?
23        A.    I think I did.  I'm not for sure.
24        Q.    Do you believe you did?
```

349

```
 1        A.    I think I did.

 2        Q.    Is that where Junior actually lived,

 3   5436 South Justine?

 4        A.    Say it again.

 5        Q.    Is that where Junior lived or stayed,

 6   5436 South Justine?

 7        A.    I believe so.

 8        Q.    Did you tell Detective Boudreau that

 9   Junior lived at 5436 South Justine with his

10   parents?

11        A.    I could have, yes.

12        Q.    Do you -- did you know 5436 South

13   Justine to be the home of Junior's parents?

14        A.    No.

15        Q.    But you knew Junior to stay there?

16        A.    I believe he stayed around the area.

17        Q.    Why did you give Detective Boudreau the

18   names Pete and Junior?

19                         (Exit Attorney Heil.)

20        A.    Because they was forcing me.  I got to

21   give them something.

22        Q.    How was he forcing you to give him

23   something?

24        A.    Because he hit me.
```

1      Q.    Where?  In the car?

2      A.    At the station.

3      Q.    Before you went back to the scene the

4  second time?

5      A.    Yes.

6      Q.    And how long were you at the scene the

7  second time?

8      A.    I believe it was less -- less than a

9  minute I was there.

10     Q.    I'm sorry?

11     A.    Less than a minute.  I'm not for sure.

12     Q.    Less than what?

13     A.    Minute.  It was minutes.

14     Q.    Minutes at the scene the second time.

15  So all of this occurred, all of this information

16  that you gave about Pete and Junior occurred during

17  the minutes you were at the scene the second time?

18     A.    Yes.

19     Q.    And Junior, did he have any

20  distinguishing features?  Tattoo, beard, mustache?

21     A.    Yeah.  I think he had like a goatee.

22     Q.    I'm sorry?

23     A.    I think he had a goatee like yours.

24     Q.    A gold tooth?

351

```
 1        A.     A goatee.
 2        MS. RUBENS:  A goatee.
 3                        (Enter Attorney Heil.)
 4   BY MR. POLICK:
 5        Q.     A goatee.  I'm sorry.  And you said
 6   that Pete had a perm, had his hair permed.  Was
 7   there anything distinguishing about Junior other
 8   than a goatee?
 9        A.     No.  He had long hair.
10        Q.     How did he wear his hair, other than --
11        A.     Long, slicked back.
12        Q.     Did he wear it in a ponytail?
13        A.     Slicked back.
14        Q.     Just slicked back, combed back?
15        A.     Slicked back.
16        Q.     Okay.  Did you give the detectives any
17   other information while you were at the scene the
18   second time?
19        A.     No.
20        Q.     What happened next?
21        A.     Took me back to the police station.
22        Q.     39th and California?
23        A.     Yes.
24        Q.     And did you stop anywhere along the
```

1    way, coming back from the scene the second time?

2          A.    I believe they fed me.

3          Q.    Okay.  Did you stop somewhere to eat

4    along the way?

5          A.    Yes.

6          Q.    Okay.  Where did you stop?

7          A.    Some restaurant.

8          Q.    Okay.  Do you remember what you got to

9    eat?

10         A.    A gyro, I think.  A gyro and a double

11   cheeseburger, I think it was.

12         Q.    And then you went back to the station?

13         A.    Yes.

14         Q.    Okay.  Did you eat in the car or did

15   you eat when you got back to the station?

16         A.    We went to the station.

17         Q.    I'm sorry?

18         A.    At the station.

19         Q.    Okay.  And then when you got back to

20   39th and California you ate while you were at the

21   station?

22         A.    Yes.

23         Q.    Did you get something to drink?

24         A.    I think a pop or something.

353

1      Q.    Okay.  During that period of time that

2 you were at 39th and California, were you given the

3 opportunity to go to the washroom if you needed to

4 go to the washroom?

5      A.    Yes.

6      Q.    Okay.  Were you allowed to sleep if you

7 needed to rest?

8      MR. AINSWORTH:  Object to the form of the

9 question.  You can answer if you know.

10 BY MR. POLICK:

11      Q.    During the period of time you were at

12 39th and California, at that police station, were

13 you given the opportunity to rest if you needed it?

14      A.    No.

15      Q.    How were you not allowed the

16 opportunity to rest?

17      A.    They put me in a room.

18      Q.    Um-hmm.

19      A.    And laid me down.  And came and got me

20 like a little by little.  It be like at least three

21 or four times.

22      Q.    Well --

23      A.    So I couldn't get no fully sleep.

24      Q.    All right.  But during those periods of

354

1   time the detectives were not in the room, were you

2   able to rest?

3        A.   In the room?  I would say that, no, I

4   wouldn't rest, no.

5        Q.   Okay. You weren't able to put your head

6   down or stretch out or anything?

7        A.   I wasn't -- I wasn't asleep.  I can't

8   recall that.

9        Q.   Okay.  Well, I understand you indicated

10   that you weren't able to sleep, but were you able

11   to get any rest?

12        A.   That's when they took me in the dark

13   room and laid me down.  I got a little, a little, a

14   very little rest.

15        Q.   This is after you got something to eat?

16        A.   I think it was before.

17        Q.   Okay. So at some point before you were

18   fed --

19        A.   Um-hmm.

20        Q.   -- you were put in a different room?

21        A.   Um-hmm.  Yes.

22        Q.   And were you handcuffed while you were

23   in that room?

24        A.   They took me in and laid me down.

355

```
 1        Q.    Who laid you down?

 2        A.    Boudreau.

 3        Q.    So Boudreau took you in and put you in

 4   a different room?

 5        A.    Yes.

 6        Q.    What was different about this room?

 7        A.    It was darker.

 8        Q.    Okay.  Was anyone else in the room?

 9        A.    Just me.

10        Q.    Okay.  Did he leave you in the room

11   alone?

12        A.    Yes.

13        Q.    Was there anything different about the

14   furniture in this room?

15        A.    I couldn't tell; it was dark.

16        Q.    Okay.  Were you handcuffed when you

17   were in this different room?

18        A.    Not that I know of, no.

19        Q.    And were you able lay down in this

20   darker room?

21        A.    Yes.

22        Q.    And were you able to get some sleep

23   while you were in that room?

24        A.    A little rest.
```

356

1     Q.     Okay.  How long did you rest while you

2  were in this darker room?

3     A.     I couldn't tell.

4     Q.     Okay.  And did that occur before --

5  were you in this darker room where you got some

6  rest before or after you went to the scene the

7  second time?

8     A.     Both.

9     Q.     Okay.  So there were a couple of

10  occasions where you were allowed to rest in this

11  darker room?

12     A.     Yes.

13     Q.     Any more than two occasions when you

14  were in the darker room and allowed to rest?

15     A.     I recall two or three times.

16     Q.     Okay.  So at least three times you were

17  in this room and allowed to rest?

18     A.     Two or three times.

19     Q.     Okay.  Two or three times.  All right.

20  What happened after you returned to the station and

21  ate and got some pop to drink?

22     A.     After I ate and got some pop to drink

23  he came in with some photos.

24     Q.     Who came in with photos?

357

```
 1        A.    Boudreau.

 2        Q.    Were you in the darker room at this

 3  time or in a different room?

 4        A.    I was back in the original interrogation

 5  room.

 6        Q.    What photos did Boudreau bring in this

 7  time?

 8        A.    The suspects that had been locked up

 9  before.  And ...

10        Q.    Which suspects that had been locked up

11  before?

12        A.    He gave me a, like a book of all the

13  pictures.

14        Q.    Like a book of mug shots to look at?

15  Is that what you're talking about?

16        A.    Yes.

17        Q.    So it was a book that you could turn

18  the pages of and they had pictures of people in it,

19  is that what you're talking about?

20        A.    Yes.

21        Q.    And then what did you do with those

22  books?

23        MR. AINSWORTH:  Object to the form of the

24  question.  It mischaracterizes this witness'
```

1    testimony.  You can answer.

2         THE WITNESS:  He started pointing like, "Is

3    that him?"  "Is that him?"  "That's him?"  "That's

4    him."  I was like, "No, no, no, no."

5    BY MR. POLICK:

6         Q.    Who was pointing to the pictures in the

7    book?

8         A.    Boudreau.

9         Q.    And what was he asking you about these

10   pictures in the book?

11        A.    He was like, "This is -- this is Pete."

12   "This is Junior."  I was look "No, no, no, no."

13        Q.    Okay.  How long did that go on for?

14        A.    For a while.

15        Q.    How long is "a while?"

16        A.    Probably less, less than an hour, I

17   guess.

18        Q.    All right.  Did you pick anybody out of

19   the book that he showed you?

20        A.    No.

21        Q.    Then what happened?

22        A.    He put the book back there.  Well, he

23   went out, and he came ...

24        Q.    During the -- I'm sorry.  During the

1　period of time he was showing you that book, did he

2　suggest to you in any way that anybody in that book

3　was Pete or Junior?

4　　　　A.　　He took the book and left out, no.

5　　　　Q.　　I'm sorry?

6　　　　A.　　He took the book and left out, no.

7　　　　Q.　　Okay.　So during the time you were

8　looking at that book Boudreau never said, "This is

9　Pete and this is Junior?"

10　　　　A.　　After the fact yes, he did that.　He

11　came with -- he came with two pictures.

12　　　　Q.　　Okay.　But I'm not talking about the

13　what two pictures --

14　　　　A.　　Okay.

15　　　　Q.　　-- are.　I'm taking about this book.

16　　　　A.　　No.

17　　　　Q.　　During this period of time you took

18　looking at that book, did Boudreau ever say, "This

19　is Pete and this is Junior?"

20　　　　A.　　No.

21　　　　Q.　　Okay.　Then he left the room with the

22　book, right?

23　　　　A.　　Yes.

24　　　　Q.　　Was Halloran in the room with him when

```
 1   he was slowing you the --

 2        A.    Yes.

 3        Q.    -- book of pictures?

 4        A.    Yes.

 5        Q.    Okay.  And then did they both leave the

 6   room together?

 7        A.    Yeah.

 8        Q.    Okay.   And did they both come back

 9   together?

10        A.    Yes.

11        Q.    Okay.  And you're saying at this time

12   Boudreau had two pictures?

13        A.    Yes.

14        Q.    Two single photographs?

15        A.    Yes.

16        Q.    Did they look like pictures of suspects,

17   or did they look like Polaroid photographs?  What

18   did they look like?

19        A.    Suspects.

20        Q.    Like mug shots?

21        A.    It was pictures.  I couldn't tell.  It

22   was pictures.

23        Q.    Okay.  Were they mug -- were they

24   pictures of somebody where you would see their
```

361

```
 1    front and the side view of them as well, or were
 2    they just --
 3         A.    I recall --
 4         Q.    -- just the face?
 5         A.    I recall seeing the face.
 6         Q.    Okay.  And there were two different
 7    pictures?
 8         A.    Yes.
 9         Q.    Any more than two?
10         A.    Two.
11         Q.    Okay.  And then what happened when
12    Boudreau brought these pictures into the room?
13         A.    He's like, "That's them right there."
14    "That's them right there."
15         Q.    Okay.
16         A.    "I know that's them right there."
17    "That's them, ain't it?"
18         Q.    And what did you say when he showed
19    you those pictures and said, "That's them right
20    there"?
21         A.    I just looked at them like, man.   I
22    was like, "Okay."  "Yeah."  "Whatever."
23         Q.    So you agreed with him?
24         A.    Yes.
```

1        Q.    And were those pictures that he showed

2    you, were they the pictures of the Pete and Junior

3    that you knew?

4        A.    No.

5        Q.    Well, let's start with Pete.

6              Was the picture of the person you

7    told them was Pete, was that person's picture one

8    of the photographs that Boudreau showed you?

9        A.    Yes.

10       Q.    Okay.  So the picture he showed you

11   of Pete was the Pete you knew, correct?

12       A.    Excuse me?  Say it again.

13       Q.    The picture that Boudreau showed you

14   and said this is the guys that did it, the picture

15   he showed you of Pete was the Pete that you knew;

16   is that what you're saying?

17       A.    No.

18       Q.    Well, correct me if I'm wrong here.

19       A.    Um-hmm.

20       Q.    He showed you two pictures, correct?

21       A.    Yes.

22       Q.    And were either of those pictures the

23   Pete or Junior you had described to him?

24       A.    No.

363

1      Q.    Did you recognize the people that he

2  showed you in these two pictures?

3      A.    No.

4      Q.    Never saw them before in your life?

5      A.    No.

6      Q.    Do you know why Boudreau picked these

7  two pictures out and showed them to you?

8      A.    Because I told him about Junior and

9  Pete.

10      Q.    Okay.  Other than that, do you know why

11  he picked out these two pictures?

12      A.    Because I told him about Junior and

13  Pete.

14      Q.    Okay.  So when he asked you if this is

15  Junior and Pete, why did you say that -- Yeah, that

16  that's them, if it wasn't them?

17      A.    Because I was scared to get hit again.

18      Q.    Why?  What made you think you were

19  going to get hit again?

20      A.    Because he hit me the first time.

21      Q.    Did you get hit at all when you were

22  going through the book full of photographs?

23      A.    Not right now, no.

24      Q.    Well, did you or didn't you get hit

1    while you were looking at the book --

2        A.    No.

3        Q.    -- full of photographs?

4        MR. AINSWORTH:  You have to wait until he

5    finishes the question, give it a pause and then

6    give your answer.

7    BY MR. POLICK:

8        Q.    When Boudreau brought in the two

9    photographs, did he threaten you in any way?

10       A.    No.

11       Q.    All right.  So you lied to the police

12    officers.  You said that those were the guys when

13    they weren't, right?

14       MR. AINSWORTH:  Object to the form of the

15    question.  Mischaracterizes the witness' testimony.

16       THE WITNESS:  I was scared.  I was scared and

17    he hit me and beat me.

18    BY MR. POLICK:

19       Q.    Boudreau asked you if this was Pete and

20    this was Junior in the two photographs he showed

21    you, right?

22       A.    Yeah.

23       Q.    And you said those were the guys,

24    right?

1      A.    Under coercion, yes.

2      Q.    I'm sorry?

3      A.    Under coercion, yes.

4      Q.    Under what?

5      A.    Coercion.

6      Q.    What force was being used at that time?

7  You told me he just showed you two pictures and

8  said, "Is this ..." -- "This is Pete and this is

9  Junior," right?

10     MR. AINSWORTH:  Objection.  Compound.  That's

11 got three questions all in one and argumentative.

12         Would you please phrase the question

13 in way that this witness can answer it.  You've got

14 three questions there.

15 BY MR. POLICK:

16     Q.    You were shown two pictures, correct?

17     A.    Yes.

18     Q.    Boudreau said, "This is Pete and this

19 is Junior," right?

20     A.    Yes.

21     Q.    And he put -- pointed to one and said,

22 "That's Pete," then he pointed to another and said

23 "That's Junior?"

24     A.    Yes.

1      Q.    And what type of coercion was he

2 placing on you at that point when he asked you those

3 questions?

4      A.    He didn't -- he didn't pick --

5      Q.    No, at that point in time what coercion

6 was he placing on you when he said, "This is Pete

7 and this is Junior," and pointed to the

8 photographs?

9      MR. AINSWORTH:  Objection.  Do not cut off

10 the witness when he's answering the question.

11             He's talking about the coercion that

12 he felt that he was under at the time.

13 BY MR. POLICK:

14      A.    Tell me the coercion you were under at

15 that point in time when he was pointing to the

16 pictures to you?

17      A.    It's -- it's hard.  He was constantly

18 hollering at me.

19      Q.    How was he hollering at you?

20      A.    He's like, "These our two guys right

21 here." "These our two guys."

22      Q.    Okay.  And you told him that those were

23 the two guys, right?

24      A.    Under pressure, yes.

367

1      Q.    Under the --

2      A.    Under the pressure of coercion.

3      Q.    Under the pressure of him hollering at

4  you?

5      A.    Psychological pressure.

6      Q.    Well, other than hollering at you, was

7  he doing anything else to you?

8      MR. AINSWORTH:  At which time?

9      THE WITNESS:  Yeah, which time?

10 BY MR. POLICK:

11     Q.    When he was showing you these

12 photographs.  That's the point in time we're

13 talking at now.  Where he's showing you the two

14 photographs, you told me all he was doing was

15 hollering, saying, "These are the two guys,"

16 right?

17     A.    Yes.

18     Q.    Okay.  Was he doing anything else,

19 Boudreau, at that point in time?

20     A.    No.

21     Q.    Okay.  And when he said -- pointed to

22 the pictures and hollered, "These are the two

23 guys," you told him "yes," right?

24     A.    Yes.

1      Q.    So you lied to the police, right?

2      A.    No.

3      Q.    Well, you just told me that those

4 weren't the two guys.

5      A.    Under coercion.  Under coercion.  I

6 was --

7      Q.    Did you or did you not say that those

8 were the two guys that you described as Pete and

9 Junior?

10     A.    He told me those two guys that did it.

11     Q.    I understand that.  But --

12     A.    So I agreed with him.

13     Q.    So you said, "yes," those were the two

14 guys, right?

15     A.    Yes.

16     Q.    Okay.  What happened next?

17     A.    Then he started giving -- giving me

18 details of the crime.

19     Q.    What details of the crime was he giving

20 you now?

21     A.    He was -- he was saying that, how Pete

22 and Junior and I had committed the crime.  And I

23 was just agreeing with him like, "okay, whatever."

24 And he said, you all -- "Okay." "You all went to a

369

```
 1  party."  I like, "Yeah, we went to a party, yeah,
 2  uh-huh."  And he was like, "You waited at a certain
 3  place where Katherine ..." right, "..came out of
 4  the party?"  And "You must have seen who she left
 5  with."  And --
 6       Q.    Was Boudreau present when Boudreau --
 7  I'm sorry.  Was Halloran did you when Boudreau was
 8  giving you these other details of the crime, who
 9  did what?
10       A.    Yes.
11       Q.    Okay.  Was anyone else did you besides
12  you, Boudreau, and Halloran?
13       A.    No.
14       Q.    And what was he saying that you and
15  Pete and Junior did?
16       A.    He said all of us had raped her and
17  killed her.
18       Q.    And how was he telling you what you
19  and Pete and Junior did?
20       A.    Set the building on fire.  We both --
21  all three of us supposed to have sex with her and
22  rape her.
23       Q.    Did you have sex with Kathy Morgan?
24       A.    No.
```

```
 1          Q.    Did you rape Kathy Morgan?

 2          A.    No.

 3          Q.    Did you murder Kathy Morgan?

 4          A.    No.

 5          Q.    Did you set Kathy Morgan's body on

 6   fire?

 7          A.    No.

 8          Q.    Did you set the building on fire at

 9   55th and Bishop where the murder occurred?

10          A.    No.

11          Q.    Were you with Pete that night?

12          A.    No.

13          Q.    Did Pete kill Kathy Morgan?

14          A.    I don't know Pete.

15          Q.    Did Pete murder Kathy Morgan and rape

16   her?

17          A.    Say it again.

18          Q.    Did Pete murder Kathy Morgan and rape

19   her?

20          A.    I don't know.

21          MR. AINSWORTH:    Who are you referring to

22   when you refer to Pete?    We've heard about two

23   different Petes.

24          MR. POLICK:    The Pete he's talking about.
```

1        MR. AINSWORTH:  And which Pete is that?

2  BY MR. POLICK:

3        Q.     The Pete that Mr. Hill told Boudreau

4  and Halloran he was with.

5        A.     Under coercion.

6        MR. AINSWORTH:  You mean -- are you referring

7  to Betty Hackett's sister's --

8        MR. POLICK:  Yes.

9        MR. AINSWORTH: -- boyfriend Pete?

10 BY MR. POLICK:

11       Q.     Do you know that Pete was Betty

12 Hackett's sister's boyfriend, whether he

13 committed this murder?

14       A.     I don't know.

15       Q.     How about Junior?  Do you know if

16 Junior committed this murder?

17       A.     No.

18       Q.     Who committed this murder if you or

19 Pete or Junior didn't commit the murder?

20       MR. AINSWORTH:  Objection.  Asked and

21 answered several hours ago.

22 BY MR. POLICK:

23       Q.     Do you know?

24       MR. AINSWORTH: You can answer.

1      THE WITNESS:   No.   I haven't the slightest

2  idea.

3  BY MR. POLICK:

4      Q.      What other further details did you

5  get about the crime?

6      A.      Basically just we supposed rape her and

7  kill her.

8      Q.      And how was Boudreau giving you these

9  details of the crime?

10     A.      He was -- Boudreau had to go back into

11  the documents and see how and speculate or how --

12     Q.      Well, I don't want to know how Boudreau

13  speculated anything.  I don't -- I don't think you

14  can tell me about how somebody else speculated.  I

15  want to know how Boudreau was telling you these

16  details about the crime, about Pete and Junior and

17  yourself.  Was --

18     MR. AINSWORTH:   Object to the form.

19  BY MR. POLICK:

20     Q.      Was he doing it in a manner in which he

21  was hollering at you?  Was he just feedng you this

22  informatin or drumming it as you described it

23  before?  How was he providing you with this

24  information?

1          A.     He was -- he was telling me how we just

2    went to a party, how we had went upstairs.

3          Q.     Right.  I understand what details he

4    was giving you.  My question is, how was he giving

5    it to you?  Was he telling it to you in a normal

6    tone of voice like we're talking like now, or was

7    hollering at you or is he drumming it into your

8    head as you described before?

9          A.     He was telling me over and over again.

10         Q.     Okay.  In a normal tone of voice?

11         A.     Sometimes.

12         Q.     And other times what would he be doing?

13         A.     Be hollering.

14         Q.     Why would he be hollering?

15         MR. AINSWORTH:  Object to the form of the

16   question.

17   BY MR. POLICK:

18         Q.     Do you know?

19         MR. AINSWORTH:  You can answer if you know.

20         THE WITNESS:  I don't know.

21   BY MR. POLICK:

22         Q.     How long did this go on where he was

23   telling you the details of the crime over and over

24   again?

374

```
1        A.    Hours.

2        Q.    How many hours?

3        A.    A lot of hours.

4        Q.    More than two?

5        A.    I'd say under eight hours.

6        Q.    More than five?

7        A.    Under eight hours.

8        Q.    I understand.  But more than five?

9        A.    Under eight hours.

10       Q.    More than seven?

11       A.    Under eight hours.

12       Q.    Somewhere between seven and eight

13  hours?

14       A.    Under eight.

15       MR. AINSWORTH:  I object to the form of the

16  question.  Mischaracterizes the witness' testimony.

17  You can answer.

18  BY MR. POLICK:

19       Q.    One hour is less than eight hours.  Was

20  it one hour?

21       A.    Under eight.  It was under eight.

22       Q.    Well, was it between one hour and eight

23  hours?

24       MR. AINSWORTH:  Objection.  Asked and
```

1  answered.  You can answer.

2      THE WITNESS:  I know it was long.  It was a

3  long time.

4  BY MR. POLICK:

5      Q.    Okay.  How long of a time?  You said

6  less than eight hours?

7      A.    I didn't have a watch, so I couldn't

8  tell.

9      Q.    I understand that, but was it between

10  four and eight hours?

11      A.    It was a long time.

12      Q.    And what happened after he was telling

13  you over and over again for less than eight hours

14  about the details of this crime?

15      A.    I told him I would -- I would confess.

16      Q.    I'm sorry?

17      A.    I told him I would confess.

18      Q.    Who did you tell that to?

19      A.    To Boudreau.

20      Q.    And why did you tell him you were going

21  to confess if you didn't do this crime?

22      A.    Because I got tired of them hollering

23  at me, and I didn't want them to do anything else

24  to me.

376

1    Q.    Other than the physical abuse you've

2 previously described, did Boudreau strike you in

3 any further way during the course of his interview

4 of you?

5    A.    Excuse me?

6    Q.    You've told me that Boudreau had

7 physical contact with you in a certain number of

8 ways during --

9    A.    Yes.

10    Q.    -- the course of this conversation and

11 drumming these facts into your head. My question

12 is: Did he touch you in any other way or have any

13 other physical contact with you other than what

14 you've already told me about?

15    A.    After Michael Rogers came in.

16    Q.    Before.  Let's -- we're not even

17 getting there.  Before.

18    A.    No.

19    Q.    All right.  So before Michael Rogers

20 came into the interview room, you've told me all

21 the ways that Boudreau physically touched you

22 during the course of the interview, correct?

23    A.    Yes.

24    Q.    Okay.  And he grabbed your shoulders;

377

1    that was one of the ways, right?

2         A.    Yes.

3         MR. AINSWORTH:  Objection.  Asked and

4    answered.

5    BY MR. POLICK:

6         Q.    How many times did he grab your

7    shoulders?

8         A.    Several times.  Several times.  He'd

9    come beneath me.

10        Q.    Okay.  And he punched you in the left

11   ribs.  Was it once or twice?

12        A.    Twice.

13        Q.    And he slapped you with a backhand

14   across the left side of your face one time,

15   correct?

16        A.    Yes.

17        Q.    Any other physical contact that he had

18   with you?  Anything else, sir?

19        MR. AINSWORTH: Up to the point where Michael

20   Rogers --

21   BY MR. POLICK:

22        Q.    Up to this point before Michael Rogers

23   appears on the scene?

24        A.    No.

378

```
 1        Q.    Okay.  And it was at that point in time

 2   after -- well strike that.

 3               And that physical contact occurred

 4   before you told Boudreau that you were going to

 5   confess, correct?

 6        A.    Say that again.

 7        Q.    That physical contact occurred before

 8   you told Boudreau you were going to confess?

 9        A.    I don't get -- I don't get the question.

10   I don't understand.

11        Q.    All that physical contact you described

12   for me occurred before you told Boudreau, Okay, I'm

13   going to confess, correct?

14        A.    Yes.

15        Q.    Okay.  And then after you told Boudreau

16   you were going to confess, was Halloran did you

17   when you told him that?

18        A.    Yes.

19        Q.    Was anyone else present?

20        A.    No.

21        Q.    What happened next?

22        A.    I think they were going to get -- from

23   my understanding, some guy walked in.

24        Q.    Some guy walked in where?
```

1    A.    In the -- where I was at, in the office
2   or room.
3         Q.    Were you still handcuffed at the time?
4         A.    Yes.
5         Q.    Describe the guy to me.
6         A.    He had glasses on, I believe. I think
7   he had brownish hair.
8         MR. HEIL:  I'm sorry.  Please keep your voice
9   up.
10        THE WITNESS:  I think he had brownish hair.
11  BY MR. POLICK:
12        Q.    How was he dressed?
13        A.    I believe casual.
14        Q.    What do you mean by casual?
15        A.    Like dress pants, dress shirt;
16  something like what you got on.
17        Q.    Okay. Did he have a tie?
18        A.    I can't recall.
19        Q.    What race was this guy?
20        A.    White.
21        Q.    Did you come to learn who this person
22  was at a later point in time?
23        A.    Yeah.
24        Q.    Who was that person that you came to

```
 1   know him at a litter point in time?

 2        A.    He was working with the police officer.

 3        Q.    I'm sorry?

 4        A.    I said working with the police officer.

 5        Q.    I'm sorry?

 6        A.    Part of the police office.

 7        Q.    What do you mean, "working with the

 8   police officers?"

 9        A.    He's part of the police office.

10        Q.    Was he a police officer?

11        A.    I don't know.

12        Q.    Did he wear a uniform?

13        A.    No.

14        Q.    Did you ever come to know this person

15   as Mike Rogers?

16        A.    To a point, yeah.

17        Q.    Well, you told us at some point Mike

18   Rogers came into this interview room, correct?

19        A.    Yes.

20        Q.    Is this person that you're now

21   describing, brownish hair, glasses, casually

22   dressed with dress pants and a dress shirt, and

23   he was Caucasian; is this the person you are

24   referring to as Mike Rogers?
```

1      A.    Yes.

2      Q.    Okay.  When did he come into the room?

3      A.    After I said I would confess.

4      Q.    And how long after you confessed did

5 the person you now know to be Mike Rogers come into

6 the room?

7    MR. AINSWORTH:  Object to the form of the

8 question.  Mischaracterizes his testimony.  He

9 said he would confess.  You can answer the

10 questions.

11 BY MR. POLICK:

12      Q.    Let me rephrase the question.

13           How long after you said you would

14 confess did the person you now know to be Mike

15 Rogers come into the room?

16      A.    I don't know.

17      Q.    Well, was it more than an hour?

18      A.    I don't know.  I don't know.

19      Q.    Well, from the point in time you told

20 Boudreau that you would confess, how long did it

21 take before --

22      A.    It wasn't long.

23      Q.    -- Mike Rogers came into this room?

24      A.    It wasn't long.  It wasn't long.

1    Q.    All right.  And what -- when the person

2    you now know to be Mike Rogers came into the room,

3    what happened?

4    A.    He started asking about the murder and

5    said, "You want to confess," and I was like --

6    MR. HEIL:  Please keep your voice up.

7    THE WITNESS:  I said he came into the room.

8    He said, "Do you want to confess?"  I was like,

9    "Yes."  And he sat down with me getting a statement

10   together.  And he was taking my story.  And I was

11   going off what Detective Boudreau had told me.

12   BY MR. POLICK:

13   Q.    When the person you now know to be

14   Mike Rogers entered the room, who was in the room

15   with you?

16   A.    Say that again.

17   Q.    When the person you now know to be Mike

18   Rogers came into the interview room, who else was

19   in the room with you?

20   A.    I remember he -- I remember he came in

21   and by hisself, and he was questioning me about the

22   case.

23   Q.    Okay.  But my question is:  You were in

24   this interview room, correct?

383

1       A.      Yes.

2       Q.      You're still handcuffed to the ring on

3   the wall, right?

4       A.      Yes.

5       Q.      When the person you now know to be Mike

6   Rogers came into the room, was anyone else in the

7   room with you?

8       A.      That I know of no.  I can't recall

9   that.

10      Q.      Okay.  Where did Boudreau and Halloran

11  go at that point if you know?

12      A.      I believe they was sitting out. I'm

13  not -.- I'm not sure.

14      Q.      You don't know where they went?

15      A.      I think -- I think he came in behind

16  Mike Rogers.  Not at the time, though.

17      Q.      I'm sorry?

18      A.      He came behind Michael Rogers.

19      Q.      So Rogers entered the room and then who

20  came in the room after that?

21      A.      The partners.

22      Q.      Who?

23      A.      His partners, Boudreau and Halloran.

24      Q.      Boudreau and Halloran came in after

1  Rogers?

2       A.    Yes.

3       Q.    So now it's you, Rogers, Boudreau, and

4  Halloran in the room, correct?

5       A.    Yes.

6       Q.    And what happened at that point in

7  time?

8       A.    They was like, you know, "You want

9  to -- you want to confess to the crime."

10      Q.    Who asked you that?

11      A.    Michael Rogers.

12      Q.    Did he say anything else to you?

13      A.    He was going to take my statement.

14      Q.    Did he tell you he was an attorney?

15      A.    I can't recall that, no.

16      Q.    Did he tell you he was a state's

17  attorney and a prosecutor and not your attorney?

18      A.    I can't recall that, no.

19      Q.    Did he read you your rights under

20  Miranda telling you you had the right to remain

21  silent?

22      A.    It's possible he read me my rights,

23  it's possible.

24      Q.    Well, did he or didn't he?

1     A.    I can't recall.

2     Q.    But you think it's possible that he

3 read you your rights?

4     A.    It's possible.

5     Q.    What rights did he read?

6     A.    At the time I -- I don't know.

7     Q.    Well, did he tell you you had the right

8 to remain silent?

9     A.    I can't recall that.

10    Q.    Did he tell you you had the right to an

11 attorney?

12    A.    I can't recall that.

13    Q.    Did he tell you you had a right to have

14 an attorney appointed for you if you could not

15 afford one?

16    A.    It's possible he said that, but I can't

17 recall that.

18    Q.    Did he tell you that anything that you

19 said could be used against you in a court of law?

20    A.    It's possible he could have told me

21 that.

22    Q.    What else did Rogers tell you?

23    A.    He just asked if I'm ready to confess.

24 I was like, "Yes."

386

1     Q.   Were Boudreau and Halloran saying

2 anything while Rogers was talking to you?

3     A.   They eventually walked out to the other

4 room.

5     Q.   What room did they walk out into?

6     A.   I was in.

7     Q.   The interview room you were in?

8     A.   Yes.

9     Q.   How long were they in the room before

10 they walked out?

11     A.   Probably a few minutes or so.

12     Q.   All right.  So now it's --

13     A.   That's all.

14     Q.   -- just you and Rogers in the room?

15     A.   Yes.

16     Q.   And how long did Rogers remain in the

17 room with you?

18     A.   For a while.

19     Q.   How long is "for a while?"

20     A.   Probably an hour or so, I'm not sure.

21     Q.   And what has happening during that hour

22 or so that you were and Rogers were alone in the

23 room?

24     A.   I was giving him information about the

387

```
 1    crime that Detective Boudreau had gave to me.   And
 2    he was like, "What happened next?"   And I was
 3    telling him about the crime how everything went,
 4    from Boudreau words.
 5         Q.     And how long did it take you to give
 6    Rogers that information?
 7         A.     I don't know.
 8         Q.     More than an hour?
 9         A.     No.   Because it couldn't have been.
10    He started telling me about the case and I was
11    like -- I was like, "Man, I didn't do this, Man."
12    "I didn't do this."   'Cause like I'm -- I was
13    giving him a hard time, you know.   And so he walked
14    out.
15         Q.     What do you mean you were giving him a
16    hard time?
17         A.     He thought I was giving him a hard time
18    not confessing to the crime.
19         Q.     Okay.   When Rogers walked in and was
20    alone with you after Boudreau and Halloran left,
21    did you tell him what had gone on between you
22    and Halloran and Boudreau before he got there?
23         A.     No.
24         Q.     Why didn't you tell him that?
```

388

1     A.    Because I was scared.

2     Q.    Why were you scared?

3     A.    I was scared of Boudreau.

4     Q.    I'm sorry?

5     A.    I was scared of Boudreau.  The cops get

6 me; I was scared.

7     Q.    Any other reason?

8     A.    He was hitting on me.

9     Q.    Any other reason?

10    A.    No.

11    Q.    So when you say you were giving Rogers

12 a hard time, how were you doing that?

13    A.    He was asking me questions. I'm like,

14 "I don't know about this."  "What are you talking

15 about?"  "I don't know."  "I don't know."

16    Q.    Was he writing -- was Rogers writing

17 anything down when you were telling him about the

18 crime?

19    A.    I believe he had a written -- I think

20 it was a written statement, I think it was.

21    Q.    Whose written statement?

22    A.    I think he taking my, like my written

23 statement.

24    Q.    He was writing stuff ---

1      A.     I think.

2      Q.     -- down as you were telling it to him?

3      A.     I believe so, yes.

4      Q.     And then you said at some point he left

5   the room?

6      A.     Yeah.  Because I wouldn't cooperate

7   with him, yes.

8      Q.     What do you mean you wouldn't cooperate

9   with him?

10      A.     Meaning, it would be details of the

11   crime like I possibly couldn't nothing -- I

12   couldn't remember it.  And I was saying "Get it --

13   get it from Boudreau."

14      Q.     So he left the room?

15      A.     Yes.

16      Q.     Then what happened?

17      A.     Boudreau come in.

18      Q.     Alone or with Halloran?

19      A.     He just came by hisself.

20      Q.     And what happened when Boudreau came

21   into the room by himself?

22      A.     Boudreau came to me and slapped me.

23      Q.     Where did he slap you?

24      A.     He slapped me in my face.

```
 1          Q.     With a fist or open hand?

 2          A.     No. Slapped me again.

 3          Q.     With a --

 4          A.     Backhand.

 5          Q.     Backhand?

 6          A.     Yes.

 7          Q.     What part of your face?

 8          A.     Same area.

 9          Q.     Left side?

10          A.     Um-hmm.   Yes.

11          Q.     One time?

12          A.     Yes.

13          Q.     And was Boudreau the only person in the

14   room with you when that happened?

15          A.     Yes.

16          Q.     And then what happened after Boudreau

17   did that?

18          A.     I started crying.

19          Q.     Did Boudreau leave the room?

20          A.     Eventually, yes.

21          Q.     Well, how long was he in the room after

22   you started crying.

23          A.     Short period of time.

24          Q.     Less than five minutes?
```

391

```
 1        A.    Less than 15 minutes.

 2        Q.    Did he have any other physical contact

 3   with you during that 15 minutes?

 4        A.    From my understanding, no.

 5        Q.    I'm sorry?

 6        A.    From my understanding, no.

 7        Q.    What happened next?

 8        A.    Michael Rogers walked back in.

 9        Q.    Did he --

10        A.    And Boudreau walked out.

11        Q.    I'm sorry?

12        A.    Boudreau walked out and Michael Rogers

13   walked in.

14        Q.    So now it's just you and Rogers in the

15   room?

16        A.    Yes.

17        Q.    Was anyone else in the room besides you

18   and Rogers?

19        A.    No.  Oh.  At that time, no.

20        Q.    I'm sorry?

21        A.    Not at that time, no.

22        Q.    Okay.  So now it's just you and Rogers

23   in the room?

24        A.    Yeah.
```

1     Q.    What happened during this period of

2 time?

3     A.    He start -- I was crying.  I'm like,

4 you know, my eyes was watery.  And I was just

5 agreeing with everything he said.  You know, if

6 he's making mistakes of putting my initials H.H. on

7 it, I was like, "Yeah, Okay."  "I did it."  And he

8 was -- like he finish the statement.  The statement

9 was finished, and I believe the statement was done.

10     Q.    What do you mean the statement was

11 done?

12     A.    The statement was complete.  I mean,

13 he started getting up.  He was like making marks

14 on the statement to correct the statement.  He told

15 me to put my initials here, "Put them right there."

16 "Put them right here."

17     Q.    And then what happened?

18     A.    After that, the court reporter came in.

19 A court reporter came in, and --

20     Q.    Why did a court repoor come in?

21     A.    For -- to make a statement.

22     Q.    I thought you just said that --

23     A.    No, his statement.

24     Q.    -- a statement was written out for you?

393

1    Q.    No, his statement -- his statement that

2 he had was made out but I wasn't -- I wasn't

3 finished with the court -- I didn't do the court

4 reporter statement.  He put -- Michael Rogers like

5 put everything together, and Boudreau put it

6 together.

7    Q.    On what?

8    A.    A piece of paper.

9    Q.    Like you're -- you're pointing here to

10 what's been marked as Exhibit 3 to your deposition.

11 Are you saying there was a similar statement done

12 by Rogers?

13    A.    It was a statement, the only statement

14 was that had my initials on it.  He told me, "Point

15 here."  "Point there."  And I just marked, marked

16 my initials there.

17    Q.    Did you sign that statement?  The one

18 you're talking about that Rogers had prepared?

19    A.    The only thing I can recall is the

20 court reporter came in and --

21                   (Exit Attorney Hannon.)

22    Q.    Well, this is before the court reporter

23 gets there.  I want to talk about this statement

24 that you said Rogers prepared.  Did he write it

394

1  out?

2       A.    I believe so.

3       Q.    Did he have you initial it?

4       A.    Yes.

5       Q.    Did he have you sign it?

6       A.    I'm not sure at that time.

7       Q.    Do you know if -- did you read it
8  before you initialed it?

9       A.    Of course I glanced over it.

10      Q.    And then you said a court reporter
11  came?

12      A.    A court reporter came in.

13      Q.    Who asked for the court reporter to
14  come?

15      A.    I guess they did.

16      Q.    Who?

17      A.    I don't know.

18      Q.    Do you know?

19      A.    No.

20      Q.    Do you have any idea why a court
21  reporter was there?

22      A.    To take my words, I guess.

23      Q.    Okay.  What gender was the court
24  reporter?  Male or female?

1      A.    I can't recall.  I think it was --

2  might be a female.  I'm not sure.

3      Q.    Okay.

4      A.    I'm not for sure.

5      Q.    And when the female court reporter came

6  in, who was in the room with you?

7      A.    Michael Rogers and the court reporter.

8      Q.    Anybody else besides Michael Rogers and

9  the court reporter?

10      A.    I only see Michael Rogers, myself, and

11  the court reporter.

12      Q.    Was Boudreau or Halloran in the room

13  with you when the court reporter was there?

14      A.    I can't recall.

15      Q.    And what happened when the court

16  reporter came in?

17      A.    Michael Rogers was taking my statement

18  and he was asking me questions like as far as the

19  crime was concerned.

20      Q.    And were you giving him answers to

21  those questions?

22      A.    Yes.

23      Q.    And then at some point did the court

24  reporter take down everything that Rogers asked you

396

1  and all the answers that you gave?

2       A.    Yes.

3       Q.    And how long did that take?

4       A.    I don't know.

5       Q.    During the period of time that Rogers

6  was taking your statement with the court reporter,

7  was anyone else in the room besides you, the court

8  reporter and Rogers?

9       A.    Rogers, me and the court reporter.

10      Q.    That's it, correct?

11      A.    From my understanding.

12      Q.    And what happened after the statement

13  was taken down by the court reporter?

14      A.    It was certain things I didn't know in

15  the statement, it's certain things I didn't know in

16  the statement.  And Michael Rogers would turn to me

17  and he would say like, what color of certain things

18  like silent, you know?  Like a silent like.  I'm

19  like, "Huh?"  I'm like, "What?"  I'm like, "What

20  are you talking about?" you know.

21      Q.    Well, I'm not understanding what you're

22  doing there.

23      A.    He would say something silent like.

24  If he asked me a question and I would't know the,

1  know the answer, so he would go under his voice and

2  tell me like, what color was a item of, of her

3  clothing.

4         Q.    In front of the court reporter?

5         A.    Yes.

6         Q.    While she was taking your statement

7  down?

8         A.    Yes.

9         Q.    Just like the court reporter is taking

10  it down here today?

11        A.    She was -- she or he was in the back. I

12  mean, Michael Rogers -- we was close together.  So

13  she couldn't -- she couldn't see.

14        Q.    She couldn't see what?

15        A.    She couldn't see that he was saying

16  something under his -- under his breath --

17        Q.    Okay.

18        A.    -- even, giving me details.  So ...

19        Q.    What details was Rogers giving you

20  about the crime?

21        A.    He was feeding me like clothing details

22  like the color or, "This is right here, you know."

23        Q.    Any details that Rogers gave you

24  besides the clothing color?

398

1      MR. AINSWORTH:  Object to the form of the

2 question.  Mischaracterizes the witness' testimony.

3 You can answer if you can.

4      THE WITNESS:  The only thing I know -- the

5 details he gave me as far as the clothing; it was

6 clothing.

7 BY MR. POLICK:

8      Q.    Okay.   What clothing?  Any specific

9 items of clothing?

10      A.    I believe he said like pants, I believe

11 he said "panties."

12      Q.    Any other items of clothing?

13      A.    That was it.

14      Q.    Did he tell you anything else besides

15 the clothing?

16      A.    Not that I know of, no.

17      Q.    Did he tell you anything about the

18 color of the clothing?

19      A.    I don't know if he said like red pants,

20 I'm not for sure.

21      Q.    Did he tell tyou --

22      A.    I believe he said "red pants," but I'm

23 not for sure, though.

24      Q.    Did he tell you anything about the

399

```
 1    location of the clothing?

 2          A.    Not that I know of, no.

 3          Q.    Did Rogers show you any pictures while

 4    you were taking your court reported statement?

 5          A.    You know, I believe he did.

 6          Q.    Do you know what pictures he showed

 7    you?

 8          A.    The pictures did he show me?

 9          Q.    Yes, sir.

10          A.    I believe it was -- I don't know -- I

11    don't know if it was a picture of Kathy Morgan hair

12    rollers or what.

13          Q.    Of who?

14          A.    Kathy Morgan hair rollers.  I think he

15    had a picture of hair rollers.

16          Q.    Was it a picture of Kathy Morgan with

17    hair rollers or just some hair rollers?

18          A.    I think it was just her hair rollers.

19          Q.    Where were the hair rollers?

20          A.    I don't know.  I think on the ground

21    floor or somewhere.

22          Q.    Any other pictures that you remember

23    Rogers showing you during the court reported

24    statement?
```

1      A.     No.

2      Q.     And at some point was your court

3  reported statement finished?

4      A.     At some point that day it was finished.

5      Q.     Okay.  And did it have to be typed up

6  so you could read it?

7      A.     Yes.

8      Q.     And were you given the opportunity to

9  read it over?

10      A.     Yes.

11      Q.     Did you ever tell the court reporter

12  once she came in that you were slapped or abused or

13  fed information?

14      A.     No.

15      Q.     Why not?

16      A.     Because I was scared of the police

17  officers.

18      Q.     Well, the police officers weren't in

19  the room at the time, were they?

20      A.     No, sir.

21      Q.     Okay.  You didn't say anything to the

22  court reporter about what had been going on before

23  she had gotten there?

24      A.     No, sir.

1    Q.    Why not?

2    A.    Because I was scared.

3    Q.    Scared of what?

4    A.    Of Boudreau.  All of them.

5    Q.    Well, who other than Boudreau were you

6 afraid of?

7    A.    Afraid of all of them.

8    Q.    Who?

9    A.    Michael Rogers, John Halloran.

10   Q.    Why were you afraid of Halloran?

11   A.    Because he was a cop, you know.  I was

12 scared of him too.

13   Q.    Did Halloran yell at you in any way?

14   A.    No.

15   Q.    Did he abuse you in any way?

16   A.    No.

17   Q.    Did he coerce you in any way?

18   A.    No.

19                    (Exit Attorney Hannon.)

20   MR. POLICK:  Why don't we take a quick break.

21                    (Recess.)

22   MR. POLICK:  Back on the record.

23 BY MR. POLICK:

24   Q.    Mr. Hill, you understand you are still

1   under oath?

2        A.    Yes.

3        Q.    Okay.  At any point in time when you

4   were in the room alone with Mike Rogers, did you

5   tell him, "I did not commit this murder and rape of

6   Kathy Morgan"?

7        A.    Yes.

8        Q.    How many times did you tell him that?

9        A.    I told him.

10       Q.    Okay.  And how long of a period of time

11  was it between the last time Detective Boudreau had

12  physical contact with you to the point in time that

13  you told him that you would be willing to confess?

14       A.    I don't know.  I don't know.  I can't

15  tell you the time frame.

16       Q.    A long period of time?

17       A.    I don't know.

18       Q.    A short period of time?

19       A.    I don't know.

20       Q.    You have no idea?

21       A.    No.  I'm not sure.

22       Q.    When your court reported statement was

23  taken, do you remember being photographed?

24       A.    I could have been.  I think I was.

403

```
 1          MR. POLICK:  Mark this as 4.
 2                     (Deposition Exhibit No. 4,
 3                     Witness Hill, was marked for
 4                     identification 7/24/07.)
 5   BY MR. POLICK:
 6          Q.    Showing you what's been marked as
 7   Exhibit 4 to your deposition, Mr. Hill.  Do you
 8   recognize that photograph?
 9          A.    Yes.
10          Q.    Who's the person in that photograph?
11          A.    Me.
12          Q.    Okay.  And does that photograph fairly
13   and accurately depict the way you looked at the
14   time that you gave your court reported statement --
15          A.    Yes.
16          Q.    -- at the police station at 39th and
17   California?
18          A.    Yes.
19          Q.    Okay.  Is that the room that you were
20   in where you gave your court reported satement?
21          A.    Looks so.
22          Q.    And are those the clothes that you were
23   wearing that night?
24          A.    Yes.
```

1     Q.    Okay.

2     MR. POLICK: Mark this as 5.

3                (Deposition Exhibit No. 5,

4                Witness Hill, was marked for

5                identification 7/24/07.)

6   BY MR. POLICK:

7     Q.    Mr. Hill, showing you what we've marked

8   as Exhibit 5 to your deposition, can you take a

9   look at that.

10     A.    (Complying.)

11     MR. AINSWORTH: What would you like the

12   witness to do with it? You said "Take a look."

13   I mean, do you want him to read it? Do you want

14   him to --

15     MR. POLICK: Well, if he could just look it

16   over. If he wants to read it, if he needs a period

17   of time to read it over he can do that.

18   BY MR. POLICK:

19     A.    Did you have an opportunity to look

20   over that statement that's been marked as Exhibit

21   5 to your deposition?

22     A.    Yeah.

23     Q.    Okay.

24     Q.    And for the record, that's a 16-page

1    statement entitled "Statement of Harold Hill, Jr.,

2    taken in an interview room on the 3rd floor of Area

3    3 Headquarters, 3900 South California Street,

4    Chicago, Cook County, Illinois, on Sunday,

5    March 22nd, 1992 at 12:20 a.m."

6                    Looking at the last page there,

7    Mr. Hill, is that your signature?

8         A.    Yes.

9         Q.    Okay.  And I know we kind of have a bad

10   copy here, but can you make out your signature on

11   any of the other pages that are marked in this

12   16-page exhibit?

13        A.    Some of it.

14        Q.    Okay.  Do you recall signing all the

15   pages of this statement after the court reporter

16   typed it up?

17        A.    Yes.

18        Q.    And do you see at certain points in

19   this statement there's corrections that are made

20   and the initials H.H. appear on those corrections?

21        A.    Yes.

22        Q.    Are those your corrections?  Did you

23   mark your initials H.H. there?

24        A.    I was told to, yes.

1      Q.      You were told to by who?

2      A.      Rogers.

3      Q.      You testified earlier that during the

4    course of this court reported statement, Mike

5    Rogers was mouthing things under his breath --

6      A.      Um-hmm.

7      Q.      -- and giving you the answers to

8    questions, correct?

9      A.      Yes.

10     Q.      Looking over this statement, can you

11   tell us what questions Mike Rogers mouthed you the

12   answers to under his breath so the court reporter

13   wouldn't hear him?

14     A.      It's been a long time.  Let me see

15   here.

16     Q.      Sure.

17     A.      I can remember -- let me make sure

18   of something here.  The only thing that I can

19   remember is he just give me clothes items of --

20   of -- he said -- maybe saying something about some

21   panties, something like that.  That she was wearing

22   pants or what color panties she was having on.  One

23   of those two.

24     Q.      I'm sorry?

407

```
 1          A.     One of those two.

 2          Q.     Something about red panties?

 3          A.     Like panties or red panties.

 4          Q.     Okay.  Other than panties or red

 5   panties, do you know of any other information that

 6   Mike Rogers mouthed under his breath so that the

 7   court reporter would not hear him --

 8          A.     He just --

 9          Q.     -- in order to provide you with an

10   answer to a question he was asking?

11          A.     Basically, he was just feeding me --

12   feeding me clothing.

13          Q.     I'm sorry?

14          A.     He was feeding me like clothing wear.

15   I'm looking right now.

16          Q.     Okay.

17          A.     I -- I can't recall.  I know he was

18   feeding me other stuff; I can't recall.

19          Q.     And is it your position, sir, that all

20   the information regarding the crime that appears in

21   this 16-page statement was fed to you by Detective

22   Boudreau?

23          A.     It was fed to me, and I was just

24   telling them anything they wanted to hear.
```

1    Q.    Well, with regard to the information

2 about the crime itself, is it your claim that

3 Detective Boudreau provided you with all the

4 details of that crime and that you then gave these

5 answers based on that information during this court

6 reported statement?

7    A.    That you say did he feed me -- did he

8 feed me the information?  Is that what you're

9 telling me?

10    Q.    Yes, the information regarding the

11 crime.

12    A.    Yes, he fed me the information.

13    Q.    How about Rogers?  Did he feed you

14 any information other than the information you

15 indicated that he was doing under his breath?

16    A.    Like coaching me?

17    Q.    Yes.

18    A.    Yes.

19    Q.    When was he doing that?

20    A.    When I didn't know certain answers.

21    Q.    Are any of these portions of the

22 statement that you corrected and initialed portions

23 where Rogers was feeding you information or giving

24 you information about the crime?

1      A.    What is this information right here,

2  where that --

3      Q.    What page are you on, sir?

4      A.    I'm on page 6.

5      Q.    Okay.

6      A.    Any initials that you see is H.H.

7      Q.    Yes.

8      A.    Is where that Michael Rogers put

9  everything down there and made me sign my H.H.

10  down there.

11      Q.    Okay. So was it Rogers telling you to

12  put H.H. down there?

13      A.    I believe so, yes.

14      Q.    And what was your understanding of why

15  you were putting H.H. down on this statement at the

16  various points that it appears on this statement?

17      A.    I was just doing what he told me to do.

18      Q.    And why were you doing that?

19      A.    Because he told me to do it.

20      Q.    Was this statement true?

21      A.    No.

22      Q.    Well, in the beginning it says here on

23  page 1 at the bottom, "Harold Hill, I talked to you

24  earlier and explained that I am an assistant

410

1  state's attorney, a lawyer and a prosecutor, not

2  you lawyer; is that correct?"  And the answer is,

3  "Yes."  Was that true?

4      A.    Yes.

5      Q.    Next question:  "And before we spoke I

6  advised you of your constitutional rights; is that

7  correct?"  And the answer is "Yes."  Was that true?

8      A.    Yes.

9              "Question:  I'm going to read you

10      your rights again. Do you understand that you

11      have the right to remain silent.

12              "Answer:  Yes."

13              Was that true?

14      A.    Yes.

15              "Question:  Do you understand that

16      anything you say can be used against you in a

17      court of law?

18              "Answer:  Yes."

19              Was that question and answer true?

20      A.    Yes.

21              "Question: Do you understand that

22      you have the right to talk to a lawyer and

23      have him did you with you while you are

24      being questioned?

411

1        "Answer:  Yes."

2        Was that question and answer true?

3    A.    Yes.

4        "Question:  Do you understand that

5    if you cannot afford to hire a lawyer, and you

6    want one, a lawyer will be appointed by the

7    court to represent you before any

8    questioning.

9        "Answer:  Yes."

10        Was that question and answer true?

11    A.    Yes.  Yes.

12    Q.    Okay.  Then it goes on to say:

13        "Mr. Hill the events that occurred

14    back on October 14th 1990, occurred when you

15    were a juvenile; is that correct?

16        "Answer:  Yes."

17    Q.    Was that part true?

18    A.    Yes.

19        "Question:  When is your birth date?

20        "Answer:  11/27/1973."

21        Was that correct?

22    A.    Yes.

23        "Question:  How old were you back on

24    October 14th, 1990?

412

1              "Answer:  16."

2           Was that true?

3      A.    Yes.

4      Q.    Okay.

5              "Question:  Do you understand that

6       although you were 16 at that time you will

7       be prosecuted as an adult?

8              "Answer:  Yes."

9           Was that question and answer true?

10     A.    Yes.

11             "Question:  Understanding these

12      rights, do you wish to talk to us now?

13             "Answer:  Yes."

14          Was that question and answer true?

15     A.    Yes.

16     MR. AINSWORTH:  What do you mean by -- well,

17  I'm going to object to the form of the question

18  there because I don't know what you mean by whether

19  the question and answer is true, as in it's

20  accurately -- you're accurately reading it, or

21  whether it was true at the time.

22     MR. POLICK:  Was it true at the time, or

23  is it true now?  I mean, what's vague about that

24  question?  I mean --

413

1        MR. AINSWORTH:  Whether you read that
2   correctly or not.
3        MR. POLICK:  I don't even know if it's a
4   correct objection.  Is there something wrong about
5   the way I read it?
6        MR. AINSWORTH:  Yes.  And that's why I was --
7        MR. POLICK:  Okay.  Let me reread the last
8   question and answer on page 2 at the bottom.
9            "Question:  Understanding these
10       rights, do you wish to talk with us now?
11            "Answer:  Yes."
12            Is that question and answer true and
13   correct?
14        MR. AINSWORTH:  See, I don't know when you
15   say, "question" and "answer," that's my confusion.
16        MR. POLICK:  Well, they go hand in hand.
17            And the witness doesn't appear to be
18   confused at all becase he answered the question,
19   "Yes."  Is that correct, Mr. Hill?
20        MR. AINSWORTH:  What's the question now,
21   whether he answered "Yes?"
22        THE WITNESS:  Ask that question again.
23   BY MR. POLICK:
24        Q.    Yeah.  I'll read it one more time,

414

1    bottom of page 2.  And you can follow along if you

2    like.  The last question and answer.

3                    "Understanding these rights, do you

4        wish to talk with us now?

5                    "Answer:  Yes."

6        Q.    Was that question and answer true and

7    correct?

8        A.    Yes.

9        Q.    Okay.  And then at they top of page 3,

10   the first question is:

11                   "I'd like to take you back to

12       October 14th, 1990, in the early morning

13       hours.  Did you go to a party that morning?

14                   "Answer:  Yes."

15                   Was that question and answer

16   correct?

17       A.    Yes.

18       Q.    So were you at a party that morning on

19   October 14th of 1990, in the early morning hours?

20       A.    Under coercion of Boudreau, yes.

21       Q.    Okay. And would that be your answer for

22   the previous two pages about, that we read about

23   giving your rights and Mr. Rogers telling you he

24   was a prosecutor and not your attorney?

415

1      A.    I was scared at the time so I told him

2 anything.

3      Q.    Okay.

4      A.    Like --

5      Q.    So let me ask you it this way.

6            Are you saying that any part of this

7 statement was typed up or taken down by the court

8 reporter incorrectly?

9      A.    All of this stuff is incorrect.

10     Q.    I'm sorry?

11     A.    All this -- all this statement is

12 incorrect here.

13     Q.    What do you mean they're incorrect?

14     A.    All of this is -- this is false.

15     Q.    So the whole statement is false?

16     A.    Yes.

17     Q.    You never said these things?

18     A.    Out of coercion.

19     Q.    Well, did you or did you not say them

20 as they're written -- taken down in this statement,

21 that's my question.

22     A.    From -- forcefully, yes.

23     Q.    So you said all of the answers to

24 these questions that appear in this statement that

416

1    we've marked as Exhibit 5 to your deposition?

2        A.    Forcefully, yes.  Under coercion, yes.

3        Q.    But you said them nonetheless?

4        MR. AINSWORTH: Objection.  Asked and answered

5    three times.

6    BY MR. POLICK:

7        Q.    And you're not disputing the fact that

8    the court reporter took this down, correct?

9        MR. AINSWORTH:  Do you understand the

10   question?

11       THE WITNESS:  Yes.  Yes, I understand it.

12   BY MR. POLICK:

13       Q.    So there's no dispute as to what

14   the court reporter took down, or that she took it

15   down accurately, correct?

16       A.    Under coercion, yes.

17       Q.    Are you saying the court reporter was

18   coerced too?

19       A.    Excuse me?

20       Q.    Are you saying the --

21       A.    No.

22       Q.    -- court reporter was coerced?

23       A.    No.

24       Q.    Are you saying the court reporter did

```
 1   not take this down accurately?

 2        A.    She took the court reported statement.

 3        Q.    I understand that.  Did she do it

 4   accurately, that's my question.

 5        A.    What do you mean do it accurately?

 6        Q.    Is what she took down here what you

 7   said?

 8        A.    What Detective Boudreau told me to say,

 9   yes.

10        Q.    My question is:  Are the questions

11   and answers that appear on this statement, the

12   questions that Mr. Rogers asked you and the answers

13   that you gave?

14        MR. AINSWORTH:  Objection.  Asked and

15   answered --

16        MR. POLICK:  It has not been answered.

17        MR. AINSWORTH:  -- four times now.  And he

18   just answered the question.

19        MR. POLICK:  I don't think so.

20        MR. AINSWORTH:  He did.

21        MR. POLICK:  When I ask someone a --

22        MR. AINSWORTH:  He didn't answer

23   it the -- Mr. Polick, hold on.

24        MR. POLICK:  Please, don't interrupt my
```

1  question.

2           If you have an objection, other than

3  asked and answered, because I don't think the

4  answer has been given, and I'm trying to clarify

5  this because I want to make sure of what he is

6  alleging here, and I think I'm entitled to do that.

7       MR. AINSWORTH:  And I'm allowed to state for

8  the record my objection is that he's given you the

9  answer.  Just because you don't like the form that

10 his answer took, doesn't mean that you get -- you

11 get to ask the question again and again.

12      MR. POLICK:  Well, I'm not asking it again

13 and again.  And I will ask the question and repeat

14 my last question just so we're clear here.

15 BY MR. POLICK:

16      Q.    Are you saying that the court

17 reporter here incorrectly took down the questions

18 that Mr. Rogers asked you and the answers that you

19 gave?

20      A.    What you mean -- what you mean by

21 "incorrectly?"

22      Q.    Did the court reporter make mistakes in

23 the questions that Mr. Rogers answered -- asked

24 you and the answers that you gave that appear on

419

1  this statement we have marked as Exhibit 5?

2       A.    I don't get that.  I don't get what

3  you're saying.

4       Q.    Are you accusing the court reporter of

5  making any errors on the statement that you gave to

6  Mr. Rogers?

7       A.    The court reporter didn't know what was

8  going on.

9       Q.    Okay.  Do you have any reason to

10 believe that the court reporter did not accurately

11 report the questions Mr. Rogers asked you and the

12 answers that you gave in this statement we have

13 marked as Exhibit 5?

14      A.    I don't think so, no.

15      Q.    Okay.  So as I understand what you're

16 saying, you gave all these answers, but you did so

17 under coercion?

18      A.    Correct.

19      Q.    That's your claim here?

20      A.    Correct.

21      Q.    Are you denying the fact that Mr. Rogers

22 told you that he was a prosecutor and a lawyer and

23 not your lawyer?

24      A.    I knew he -- I knew then that he was a

1   prosecutor when he wanted me to agree -- he wanted

2   me to sign the statement.  He wanted me to confess.

3       Q.   So you knew at that time that he was a

4   prosecutor and a lawyer.  Did you know he was not

5   your lawyer?

6       A.   At the time, no. When he first came in

7   no, I didn't know who he was.

8       Q.   But you knew at the time that he

9   gave -- that you gave this statement that he was a

10  prosecutor, correct?

11      A.   I knew he was working for the police.

12      Q.   Did you know he was a prosecutor?

13      A.   No.

14      Q.   Did Mr. Rogers read you your rights and

15  tell you you had the right to remain silent and the

16  and the right to have an attorney?

17      A.   It's in the statement.

18      Q.   I understand it's in the statement.

19           Are you saying that he did not read

20  you your rights?

21      A.   If it's in the statement, yes.

22      Q.   Okay.  So you -- Mr. Rogers did give

23  you your rights, right?

24      A.   In the statement, yes.

*421*

1      Q.   Okay.  He told you you had a right to

2  remain silent, correct?

3      A.   It's in the statement, yes.

4      Q.   Okay.  Well, we understand it's in

5  the statement.  What I'm asking you is, did he, in

6  fact, do that?

7      A.   Yes.

8      Q.   Okay.  Did Mr. Rogers tell you that,

9  do you understand that anything you can say can be

10  used against you in a court of law?  Did he tell

11  you that?

12      MR. AINSWROTH:  Objection.  Asked and

13  answered.  You can answer the question.

14      THE WITNESS:  Yes.

15  BY MR. POLICK:

16      Q.   Did Mr. Rogers tell you that you have

17  the right to talk to a lawyer and have him did you

18  with you while you are being questioned?

19      MR. AINSWORTH: Objection.  Asked and answered.

20  You can answer.

21      THE WITNESS:  Yes.

22  BY MR. POLICK:

23      Q.   And did Mr. Rogers tell you that if you

24  could not afford to hire a lawyer and you want one,

422

1    a lawyer would be appointed by the court to

2    represent you before any questioning.  Did he tell

3    you that?

4         A.    Yes.

5         MR. AINSWORTH:  Objection.  Asked and

6    answered. You can answer.

7         THE WITNESS:  Yes.

8    BY MR. POLICK:

9         Q.    And did had Mr. Rogers tell you that

10   Understanding these rights do you wish to talk with

11   us?

12        MR. AINSWORTH:  Objection.  Asked and

13   answered.  You can answer.

14        THE WITNESS:  Yes.

15   BY MR. POLICK:

16        Q.    And you went ahead and you gave this

17   statement, correct?

18        A.    Yes.

19        Q.    Do you know who James O'Brien is?

20        A.    I heard of him.  A detective?

21        Q.    Yes.  How do you know him?

22        A.    I don't know.  Probably newspaper

23   article, something like that.  I'm not sure.

24        Q.    What is it that he did to you in this

1   particular case that you're aware of?

2        A.    I don't know if he was there and heard

3   something.  I'm not for sure.

4        Q.    Before March of 1992, had you ever met

5   Detective Boudreau?

6        A.    No.

7        Q.    Okay.  So the first time you met him is

8   when you say that he came to 61st and Racine to

9   take you from that police station to the police

10  station at 39th and California, correct?

11       A.    Yes.

12       Q.    How about Detective Halloran?  Had you

13  ever met him before March of 1992?

14       A.    No.

15       Q.    Okay.  So the first time you met him

16  was when you say that he came with Detective

17  Boudreau to 61st and Racine, to take you from that

18  police station to the police station at 39th and

19  California, correct?

20       A.    Correct.

21       Q.    Do you know who Andrew Christopherson is?

22       A.    Andrew Christopherson? Isn't that a

23  detective, I believe?  I'm not sure.

24       Q.    How do you know him?

424

1      A.     It sound familiar.

2      Q.     What did he do to you that you're suing

3  him in this lawsuit?

4      A.     I believe he was there.

5      Q.     There when?

6      A.     He was in the building.

7      Q.     Did he have any physical contact with

8  you?

9      A.     No.

10      Q.     How about Detective O'Brien, did he

11  have any physical contact with you?

12      A.     No.

13      Q.     Did Detective O'Brien feed you any

14  information?

15      A.     No.

16      Q.     Did Detective Christopherson feed you

17  any information?

18      A.     No.

19      Q.     How about Daniel McWeeny?  Do you know

20  who that is?

21      A.     I heard his name.

22      Q.     And do you know who it is?

23      A.     I believe he's a detective.

24      Q.     Okay.  Other than you think he's a

425

1    detective, do you know why you're suing him in this

2    lawsuit?

3          A.    I believe he was in the building.

4          Q.    Other than him being in the building,

5    did he abuse you in any way?

6          A.    No.

7          Q.    Did he feed you any information?

8          A.    No.

9          Q.    Do you know who Michael Kill is?

10         A.    I heard of him.

11         Q.    Who is he?

12         A.    He's a detective.

13         Q.    Okay.  Other than knowing that he's a

14   detective, why are you suing him in this case?

15         A.    I believe he was in the building.

16         Q.    Other than him being in the building,

17   did he do anything to abuse or mistreat you in any

18   way?

19         A.    No.

20         Q.    Did he provide you or feed you any

21   information regarding this case?

22         A.    No.

23         Q.    How about William Moser, M-o-s-e-r?  Do

24   you know who that is?

1        A.    I don't know.  I think he's a
2  detective.  I'm not sure.
3        Q.    Other than thinking he's a detective,
4  do you know why you're suing him in this case?
5        A.    Probably in the building or in the
6  area.
7        Q.    Okay.  Other than him being in the
8  building or the area, did he abuse you or mistreat
9  you in any way?
10       A.    No.
11       Q.    Okay.  Did he feed you any information
12  about the details of this crime?
13       A.    No.
14       Q.    Who is John Paladino?
15       A.    Another detective.
16       Q.    Okay.  Other than knowing that he's a
17  detective, why are you suing him in this case?
18       A.    He was in the building.
19       Q.    Okay.  All right.  Other than you
20  believing he was in the building, did he abuse --
21  did Detective Paladino abuse or mistreat you in any
22  way?
23       A.    No.
24       Q.    Did Detective Paladino feed you with

427

1    any information?

2         A.    No.

3         Q.    Who is Michael Porchordo?

4         A.    I believe a detective.

5         Q.    Okay.  Other than your belief that he's

6    a detective, do you know why you're suing him in

7    this case?

8         A.    He was in the area; probably the

9    building.

10        Q.    Okay.  Other than him being in the area

11   or in the building, did he abuse you or mistreat

12   you in any way?

13        A.    No.

14        Q.    Did he feed you any information about

15   the crime?

16        A.    No.

17        Q.    Who is Daniel Brannigan?

18        A.    Say that again.

19        Q.    Daniel Brannigan.

20        A.    He's a police detective.

21        Q.    Okay.  How do you know he's a police

22   detective?

23        A.    I don't know.  I believe he is.

24        Q.    Okay.  Other than your belief that he's

1    a police detective, do you know why you're suing

2    him in this case?

3         A.    He was in the area.

4         Q.    Other than him being in the area, did

5    Detective Brannigan abuse or mistreat you in any

6    way?

7         A.    No.

8         Q.    Okay. Did Detective Brannigan feed you

9    with any information?

10         A.    No.

11         Q.    Okay.  Is it correct, sir, that the

12    only two detectives you had -- you have sued in

13    this case other than -- strike that.

14              Other than Detectives Boudreau and

15    Halloran, did you have any contact with any other

16    detectives while you were at Area 3 at 39th and

17    California?

18         A.    Did I have contact with?

19         Q.    Yes, sir.

20         A.    Probably somebody came and talk to me

21    but I don't really know.

22         Q.    Can you describe that person to me?

23         A.    No.

24         Q.    Okay.  Well, you had contact with

1    Detective Boudreau, correct?

2         A.    Yes.

3         Q.    And you had contact with Detective

4    Halloran, correct?

5         A.    Yes.

6         Q.    But you already told me that Detective

7    Halloran did not physically abuse you or mistreat

8    you in any way, did he?

9         A.    No.

10        Q.    And he did not provide you with any

11   information or feed you facts of this crime, did

12   he?

13        A.    You mean like information?  He

14   questioned me about the murder, of course.

15        Q.    Okay.  He questioned you about the

16   murder, but did Detective Halloran feed you any

17   details about the crime?

18        A.    No.

19        Q.    Other than questioning you about the

20   crime, what did Detective Halloran do to you that

21   you believe is wrong?

22        A.    He was his partner so he knew what his

23   partner did.

24        Q.    Okay.  How about Detective O'Brien?

430

```
 1   Did you have any contact with him?
 2        A.    No.
 3        Q.    How about Detective Christopherson?
 4   Did you have any contact with him?
 5        A.    No.
 6        Q.    How about Detective McWeeny?  Did you
 7   have any contact with him?
 8        A.    No.
 9        Q.    How about Detective Kill?  Did you have
10   any contact with him?
11        A.    No.
12        Q.    Detective Moser, did you have any
13   contact with him?
14        A.    No.
15        Q.    Detective Paladino, did you have any
16   contact with him?
17        A.    No.
18        Q.    Detective Porchordo, did you have any
19   contact with him?
20        A.    No.
21        Q.    Did you have any contact with Daniel
22   Brannigan?
23        A.    No.
24        Q.    Other than Detective Boudreau and
```

431

1   Detective Halloran, do you know what any of those

2   other detectives look like?

3        A.    Possibility if I see them, possible.

4        Q.    Who is Jon Burge?

5        A.    Jon Burge is a commander.  He used to

6   be a commander.

7        Q.    Where?

8        A.    I believe Area 2; I'm not for sure.

9        Q.    While you were at 39th and California,

10  did you have any contact with Jon Burge?

11       A.    No.

12       Q.    After you gave this court reported

13  statement that we have marked as Exhibit 5, what

14  happened?

15       A.    Say that again.

16       Q.    After you gave this court reported

17  statement, that we have marked as Exhibit 5, and

18  you looked over it and signed off on it, what was

19  the next thing you remember happening at 39th and

20  California?

21       A.    You say after I signed it?

22       Q.    Yes, sir.

23       A.    And the court reporter is in this room,

24  right, you're saying?

1      Q.    Yes.

2      A.    I believe Michael Rogers told me I

3 did -- I did a good job.

4      Q.    And who else was did you in the room

5 when Rogers told you you did a good job?

6      A.    The only thing I can remember him.

7      Q.    Was anyone else in the room that you

8 can recall?

9      A.    The court reporter.

10      Q.    Okay.  Any detectives in the room when

11 Rogers told you you did a good job?

12      A.    I don't think so.

13      Q.    And at that point, did Rogers and the

14 court reporter leave the room?

15      A.    Yes, I believe so.

16      Q.    Okay.  How long did you remain in that

17 room after they left?

18      A.    I think -- I'm not for sure.

19      Q.    Where was the next place that you went

20 after giving this statement?

21      A.    I come out the room.  I think I

22 was -- went back in the cage, I believe so.

23      Q.    Okay.  Did Detective Boudreau or

24 Halloran ever come back into that room and put you

433

1    in the holding cell or did somebody else do that?

2         A.    I believe they came in when Michael

3    Rogers come in.

4         Q.    Was there any abuse or mistreatment at

5    that time by either Boudreau or Halloran?

6         A.    No.

7         Q.    And what happened after you went to the

8    holding cell?

9         A.    I was in the holding cell.

10        Q.    I'm sorry?

11        A.    I was in the holding cell.  They took

12   me to the holding cell.  I can't recall.

13        Q.    Okay.  At some point were you

14   transferred to, to --

15        A.    Oh, yeah.

16        Q.    -- the lockup?

17        A.    To Cook County.

18        Q.    Did you go directly from 39th and

19   California to Cook County or did you go to another

20   police station?

21        A.    I think I went to Cook County Jail.

22        Q.    All right.  When you got to County

23   Jail, did you go through their intake system there?

24        A.    Yes.

434

1     Q.    Okay.  Were you fingerprinted and

2  photographed?

3     A.    Yes.

4     Q.    And did you get examined by a paramedic

5  when you went through the intake system there at

6  Cook County Jail?

7     A.    Yes.

8     Q.    When you were examined by the paramedic,

9  did you tell the paramedic about any of the abuse

10  that you allege you suffered at 39th and

11  California?

12     A.    No.

13     Q.    Were you injured in any way when you

14  were examined by the paramedic at Cook County Jail?

15     A.    Was I injured?

16     Q.    Yeah.  Were there visible signs of

17  injury on you, on your body from being hit, and

18  grabbed and slapped in the manner you've described?

19     A.    I was paining.  I was in pain.  I mean,

20  it was enough just to sting, it hurts.

21     Q.    Okay.  Did you tell the paramedic when

22  you went through intake at Cook County Jail that

23  you were in pain from being hit?

24     A.    No.

435

1      Q.     Why not?

2      A.     'Cause I was scared.  I was scared.  I

3  was confused.

4      Q.     When was the first time you reported to

5  anyone that you were abused at the police station

6  at 39th and California?

7      A.     I believe I told my public defender.

8      Q.     What public defender?

9      A.     Woody, Woody Jordan.

10     Q.     That was the first person you told that

11 you had been abused at 39th and California?

12     A.     I told my attorney, Woody.

13     Q.     Okay.

14     A.     I believe -- I believe I told him.

15     Q.     He was your public defender?

16     A.     Yes.

17     Q.     And how long after you went through

18 intake at Cook County Jail did you meet with

19 Mr. Jordan?

20     A.     I'm not for sure.  I don't know.  Till

21 they gave me -- I don't know.  I can't tell you

22 how long.

23     Q.     Was it days?

24     A.     I can't recall.

436

1    Q.    Was it weeks?

2    A.    I can't recall.

3    Q.    Was it months?

4    A.    Less, less than months, I believe so.

5    Q.    Do you remember your first court

6  appearance after you went through Cook -- intake at

7  Cook County Jail?

8    A.    No.

9    Q.    Were you taken to court the following

10  day?

11    A.    I think I was.  I'm not for sure.

12    Q.    All right.  Did -- when you went to

13  court the following day, did you understand that

14  you were being charged with the murder of Kathy

15  Morgan?

16    A.    Yes.

17    Q.    Okay.  Did you understand that the

18  charges were being based on the confession that

19  you gave?

20    A.    Yes.

21    Q.    And do you know if Mr. Jordan was

22  appointed to be your public defender at that time?

23    A.    No.

24    Q.    Okay.  Was it sometime after that that

437

1 you first met with Mr. Jordan?

2     A.    He visited me in Cook County,

3 Division 6.

4     Q.    Okay.  He came to the division?

5     A.    Yes.

6     Q.    Okay.  It wasn't in some cell behind a

7 courtroom that you first saw him?

8     A.    I think it was.  I'm not sure.  The

9 only thing I know, I saw him when he came to visit

10 me.

11     Q.    Okay.  And how about Ms. Cheryl

12 Bormann?  When was she appointed to be your

13 attorney?

14     A.    I don't know.  I know she was, but I

15 don't know.

16     Q.    All right.  Who was appointed first,

17 Mr. Jordan or Ms. Bormann?

18     A.    I don't know.

19     Q.    And both of those public defenders were

20 also representing you on the armed robbery charges?

21     A.    Yes.

22     Q.    Who did you see first about the armed

23 robbery charges?  Was it Mr. Jordan or Ms. Bormann?

24     A.    I don't know. I think it -- it could

1   have been Jordan.  It could have been Bormann, I

2   don't know.

3        Q.   Okay.  You just have no recollection?

4        A.   Yeah.  No.

5        Q.   Do you remember giving some dental

6   impressions to a dentist by the name of Dr. Kenny

7   while you were at Cook County Jail one day after a

8   court appearance?

9        A.   I remember that, yes.

10       Q.   Okay.  And was that behind the courtroom

11  there at the Criminal Courts Building at 26th and

12  California?

13       A.   I remember that, yes.

14       Q.   Okay.  Was Dan Young Jr. present at

15  the time?

16       A.   Yes, I saw him there.

17       Q.   Okay.  Were you guys both in the same

18  holding cell?

19       A.   Yes.

20       Q.   And did you have any problem giving the

21  dental impression to the dentist?

22       A.   No.

23       Q.   Did you tell the dentist that you had

24  been hit in the face recently when you gave that

1     dental impression?

2         MR. AINSWORTH:  Object to the form of the

3     question as to the word "recently."  You can answer

4     if you can.

5         THE WITNESS:  I don't know.

6     BY MR. POLICK:

7         Q.    Did you tell the dentist that you were

8     in pain in any way?

9         A.    No.

10        Q.    Did you you tell the dentist what had

11    happened to you at 39th and California?

12        A.    No.

13        Q.    Did you talk to Dan Young at all while

14    you were locked up in Cook County Jail?

15        A.    Yeah.

16        Q.    How often did you talk to him?

17        A.    Not much.

18        Q.    What did you talk to him about?

19        A.    I asked him how he was doing about the

20    case.

21        Q.    Okay.

22        A.    But he -- he didn't understand me

23    because he's mentally retarded.

24        Q.    Okay.  How did you know he was mentally

1   retarded?

2         A.    Because of his records.  How you see

3   him, how you look at him.

4         Q.    Okay.  When did you first meet Dan

5   Young?

6         A.    I don't know.  I think it was months

7   after that, after I was charged or something in the

8   pull pen.

9         Q.    At the Cook County Jail?

10        A.    Yes.

11        Q.    How about Peter Williams?  Do you know

12  who he is?

13        A.    Excuse me?

14        Q.    Peter Williams.  Do you know who Peter

15  Williams is?

16        A.    Do I know who Peter Williams is?

17        Q.    Um-hmm.

18        A.    Yeah, I know him.

19        Q.    Okay.  When did you first find out who

20  Peter Williams was?

21        A.    I was on -- I was on the deck one time

22  and --

23        Q.    Where at, when you say "the deck?"

24        A.    I think I was in Division 6.

```
 1       Q.     At Cook County Jail?

 2       A.     Yes.

 3       Q.     Okay.

 4       A.     And we had talked small talk.  And

 5  that's where I met him.  I met him when we were

 6  lifting weights or something.

 7       Q.     So Peter Williams was incarcerated at

 8  Cook County Jail at the same period of time you

 9  were prior to your trial?

10       A.     Yes.

11       Q.     And it was somewhere in Division 6 that

12  you met him?

13       A.     I believe so, yes.

14       Q.     And was it in an open area where you

15  were lifting weights?

16       A.     I know I saw him he was on deck with

17  me.

18       Q.     When you say he was on a deck, was he

19  in the same cell block with you?

20       A.     Same cell block, yes.

21       Q.     Did he share a cell with you at any

22  time?

23       A.     No.

24       Q.     Can you describe Mr. Williams to me?
```

442

1      A.     Brown skin.  Let's see, I believe he's
2  tall.
3      Q.     Taller than you?
4      A.     My height or taller, I think.
5      Q.     I'm sorry?
6      A.     I think my height or he taller.
7      Q.     Okay.  So six feet or six feet-plus?
8      A.     Yeah.
9      Q.     What's his build like?
10     A.     Medium built.
11     Q.     Is he the same age as you?
12     A.     I don't know.
13     Q.     Does he have any distinguishing
14  features like a beard or a mustache?
15     A.     I didn't look that long.  I don't know.
16     Q.     Okay.  How about the way he wore his
17  hair?  Anything about that that stood out to you?
18     A.     I believe he had short hair, short
19  hair.
20     Q.     Okay.  Any scars or tattoos that you
21  recall?
22     A.     No.
23     Q.     And you indicate that the first time
24  that you met Mr. Williams was sometime during that

```
 1   period of time you were incarcerated in Cook County

 2   Jail between your arrest in March of 1992 and your

 3   trial in 1994?

 4        A.    Yes.

 5        Q.    Okay.  And you believe it was in

 6   Division 6 of the jail?

 7        A.    Yes.

 8        Q.    Any particular area of Division 6 other

 9   than a weightlifting area or a deck area?

10        A.    I believe it was in -- on the deck.  I

11   think we lifted weights together.

12        Q.    Was anyone else did you when you spoke

13   with Mr. Williams?

14        A.    Other inmates were around.

15        Q.    Okay. And what did you talk to

16   Mr. Williams about?

17        A.    Something else.  It was talking small

18   talk.

19        Q.    When you say "small talk," what kind of

20   small talk?

21        A.    How you doing?  What's going on?

22   That's it.

23        Q.    Did you discuss anything about your

24   court case with Mr. Williams?
```

1  A. No.

2  Q. Did you have any further conversation

3 with Mr. Williams other than that meeting on the

4 deck where you -- he was lifting weights, or you

5 were lifting weights?

6  A. That I know of, no.

7  MR. POLICK: Why don't we take a few-minute

8 break and hopefully we can wrap this up.

9    How much time do you show that I

10 have left, Mr. Ainsworth?

11  MR. AINSWORTH: I have 12 minutes, and that's

12 12 minutes for the group, as you are aware.

13  MR. POLICK: Okay. Why don't you give us a

14 few minutes, and hopefully, I can wrap this up.

15    (Recess taken.)

16  MR. POLICK: Okay. Back on the record.

17 BY MR. POLICK:

18  Q. Mr. Hill, you understand you are still

19 under oath?

20  A. Yes.

21  Q. Is it my understanding that as a result

22 of the injuries you claim to have suffered at the

23 result of Detective Boudreau that you did not

24 receive any type of medical treatment for those

1  injuries; is that correct?

2      A.    No.

3      Q.    It is not correct?  You did receive

4  medical treatment for that?

5      A.    No.

6      Q.    Okay.  So let's get this straight.

7            Did you receive any medical

8  treatment for the injuries you allege that

9  Detective Boudreau inflicted upon you?

10     MR. AINSWORTH:  Are you talking about

11 physical injuries?

12     MR. POLICK:  Yes, physical injuries.

13     THE WITNESS:  Can I answer that?

14            He's a -- how I can I say this?

15 When you say "injuries," what you mean, "injuries?"

16 BY MR. POLICK:

17     Q.    The physical injuries.  You told me

18 you got hit in the head, the stomach, the ribs.

19            Did you receive any medical

20 treatment for those injuries?

21     A.    No.  No.

22     Q.    How about mental injuries?  Did you

23 suffer any mental injuries as a result of the

24 abuse you attribute to Detective Boudreau?

1     A.    Yes.

2     Q.    What type of mental injuries?

3     A.    I was mentally disturbed.  I was

4 mentally tore up behind this.  Mentally tore up.

5 I was torn, you know.

6     Q.    Where did you -- let me ask you.

7          Did you receive any treatment for

8 those mental injuries that you're alleging?

9     A.    I remember seeing a psychiatrist.

10    Q.    Where did you see a psychiatrist?

11    A.    At the Department of Corrections.  I

12 think I might have saw one in the County as well.

13    Q.    Cook County Jail?

14    A.    Yeah.  I might.

15    Q.    Okay. Have you seen records from the

16 Cook County Jail?

17    A.    I believe so, yeah.

18    Q.    You've seen records of your treatment

19 at the Cook County Jail for these mental injuries

20 that you're alleging?

21    A.    Department of Correction.

22    Q.    Have you seen any from Cook County

23 Jail?

24    A.    No.

447

```
 1          Q.     You've seen records from the Illinois
 2   Department of Corrections?
 3          A.     Yes.
 4          Q.     And you've seen a psychiatrist while
 5   you were at the Department of Corrections?
 6          A.     Yes.
 7          Q.     And you've seen those records?
 8          A.     Yes.
 9          Q.     Of your treatment?
10          A.     Yes.
11          Q.     What types of mental illness were you
12   suffering?
13          A.     I was -- I couldn't sleep.  I
14   couldn't -- couldn't rest.  I was under a lot
15   of mental distress.
16          Q.     Did you get any medication for that?
17          A.     Yes.
18          Q.     Okay.  Since you've been released from
19   the Department of Corrections, have you been seeing
20   any doctors?
21          A.     No.
22          Q.     Have you been treated for any mental
23   illness since you've been released from the
24   Department of Corrections?
```

448

```
1        A.     No.

2        Q.     So am I correct in saying that any

3   treatment you received for any mental illness,

4   you would have received from the Illinois

5   Department of Corrections?

6        A.     Yes.

7        Q.     Okay.  Did you suffer any abuse while

8   you were in the Joliet correctional facility, the

9   first place you were at before you were assigned to

10  Menard?

11       A.     No.

12       Q.     While you were in Menard, were there

13  any problems that you had or any injuries that you

14  suffered while in that institution?

15       A.     Yes.

16       Q.     Okay.  I think we talked about that

17  before where you ended up in protective custody

18  for a couple years?

19       A.     Yes.

20       Q.     Okay.  And how about Pontiac

21  Correctional Center?  Did you have any problems at

22  that correctional center?

23       A.     No.

24       Q.     Okay.  Any injuries that you suffered
```

448

1          A.      No.

2          Q.      So am I correct in saying that any

3    treatment you received for any mental illness,

4    you would have received from the Illinois

5    Department of Corrections?

6          A.      Yes.

7          Q.      Okay.  Did you suffer any abuse while

8    you were in the Joliet correctional facility, the

9    first place you were at before you were assigned to

10   Menard?

11         A.      No.

12         Q.      While you were in Menard, were there

13   any problems that you had or any injuries that you

14   suffered while in that institution?

15         A.      Yes.

16         Q.      Okay.  I think we talked about that

17   before where you ended up in protective custody

18   for a couple years?

19         A.      Yes.

20         Q.      Okay.  And how about Pontiac

21   Correctional Center?  Did you have any problems at

22   that correctional center?

23         A.      No.

24         Q.      Okay.  Any injuries that you suffered

*449*

1  while you were at Pontiac?

2      A.    No.

3      Q.    How about at Dixon Correctional Center?

4  Did you have any problems there?

5      A.    No.

6      Q.    Do you continue to have any mental

7  problems since you've been released?

8      A.    Yes.

9      Q.    Okay.  What type of mental problems do

10  you have?

11      A.    I have a hard time remembering things.

12  I can't get to sleep.  It's hard for me to sleep.

13      Q.    Do you take any medication for that?

14      A.    No.

15      Q.    Were you prescribed any medication

16  while you were in the Illinois Department of

17  Corrections?

18      A.    Thorazine and Elavil.

19      Q.    Okay.  Do you know what those

20  medications were for?

21      A.    Depression and they want to make you

22  sleep.

23      Q.    Do you have any type of drinking

24  problem or drug problem?

1          A.      No.

2          Q.      Okay.  Do you drink alcohol since

3    you've been released from prison?

4          A.      No.

5          Q.      Have you done any drugs since you've

6    been released from prison?

7          A.      No.

8          Q.      Any other damages that you're claiming

9    other than the mental injuries and the injuries

10   that you -- physical injuries that you allege to

11   have suffered at the hand of Detective Boudreau?

12         A.      He just psychologically messed my life

13   up.

14         Q.      You indicated that you have received

15   treatment for asthma and bronchitis since you've

16   been released from prison?

17         A.      Yes.

18         Q.      Okay.  Is that something you suffered

19   from all your life?

20         A.      No.

21         Q.      When did you first develop the asthma

22   and bronchitis?

23         A.      I was incarcerated.

24         Q.      In the Illinois Department of

1    Corrections?

2         A.    Yes.

3         Q.    When did you first start suffering from

4    asthma?

5         A.    Years ago.

6         Q.    And when did you -- well, where were

7    you housed when you first started suffering from

8    asthma?

9         A.    I believe PC.

10        Q.    Where?  At what facility?

11        A.    I believe in Pontiac.

12        Q.    Okay.  And where were you housed at

13   when you first started suffering from bronchitis?

14        A.    PC.

15        Q.    At what facility?

16        A.    Pontiac.

17        Q.    There was a period of time where you

18   were in protective custody at Pontiac?

19        A.    Yes.

20        Q.    Why was that?

21        A.    Because PC patrolled like -- well, it's

22   like a work force.  So PC control all the jobs down

23   there.  So ...

24        Q.    Okay.  How do you claim that Detective

452

1    Boudreau psychologically messed up your life?

2          A.     He beat me.  And he psychologically

3    forced me to sign a statement against my will.

4          Q.     Anything else?

5          A.     He just messed my life up; my

6    reputation up.

7          Q.     I'm sorry?

8          A.     He messed my reputation up.  Messed --

9    like when I go -- when I go try to get a job, they

10   look at me like I tell them the truth, they ain't

11   trying to hear that.

12         Q.     Any other way you claim that Detective

13   Boudreau psychologically messed up your life?

14         A.     Yes.

15         Q.     How else?

16         A.     I can't sleep like I want to sleep.

17   I'm still fighting that.  Sometimes I see visions

18   of what happened to me.  There's pain, a lot of

19   pain inside of me, like a lot of -- it's like I

20   have a cancer.

21         Q.     At any time when you were in the

22   Illinois Department of Corrections did you -- were

23   you sexually assaulted?

24         A.     No.

453

1      MR. POLICK:  I don't think I have any further

2  questions.   Mr. Heil.

3      MR. HEIL:  I may have a few.

4                    **EXAMINATION**

5  **BY MR. HEIL:**

6      Q.    Mr. Hill, and I believe you may have

7  already made the point.  I just want to make -- so

8  I understand.

9                Did Mike Rogers ever, himself, ever

10  touch you or or physically abuse you?

11     A.    No.

12     Q.    Did -- was he ever present when you

13  allege Detective Boudreau hit you or abused you?

14     A.    No.

15     Q.    Did you ever tell Mike Rogers that

16  Detective Boudreau had hit you or abused you

17  physically?

18     A.    No.

19     Q.    Now, Mike Rogers questioned you about

20  the crimes; is that right?

21     A.    Yes.

22     Q.    He asked you a series of questions?

23     A.    Yes.

24     Q.    And you did speak with him; isn't that

*URLAUB BOWEN & ASSOCIATES, INC.*
*(312) 781-9586*

454

1    correct?

2         A.    Yes.

3         Q.    And, in fact, you spoke with him alone

4    on a couple of occasions; is that right?

5         A.    Yes.

6         Q.    Did you ever tell Mike Rogers that the

7    answers you were giving him were answers that were

8    given to you by Detective Boudreau?

9         A.    No.

10        Q.    Were you handcuffed while you were

11   speaking to Mike Rogers?

12        A.    I believe they -- it's my understanding

13   that they unhandcuffed me.

14        Q.    Unhandcuffed you --

15        A.    Yeah.

16        Q.    -- when you spoke to Mike Rogers?

17        A.    I believe I was -- I think I was

18   unhandcuffed, yes.

19        Q.    When you had an opportunity to speak

20   to Mike Rogers alone, did he ask you how you were

21   treated while you were there at Area 3?

22        A.    Yes.

23        Q.    And you didn't at that time tell him

24   about any abuse by any of the detectives; is that

1  right?

2       A.    Correct.

3       Q.    When you were given the court reported

4  statement, was the court reporter just like the

5  court reporter we have here today, sitting nearby

6  and typing down everything that was said by both

7  you and by Mike Rogers?

8       MR. AINSWORTH: Object to the form of the

9  question, the word "nearby." You can answer if

10 you can.

11      THE WITNESS:  I believe she was a female.

12 She was in the back and similar to her, yes.

13 BY MR. HEIL:

14      Q.    She was in the same room --

15      A.    Yes.

16      Q.    -- as the two of you?

17      A.    Yes.

18      Q.    And today you've felt free to say

19 whatever you want to say in answer to our

20 questions, is that right?

21      A.    The truth, yes.

22      Q.    And at the time when you were giving

23 the court reported statement to ASA Rogers, was it

24 your understanding that the court reporter was

456

1  going to type down anything you said?

2      A.    Yes.

3      Q.    And is that because Mike Rogers had

4  explained to you what a court reported statement

5  was?

6      A.    Basically, yes.

7      Q.    So during the course of that court

8  reported statement when Mike Rogers was asking you

9  the questions he did, you didn't during the court

10 reported statement, mention any of the abuse you

11 claim Detective Boudreau caused against you, right?

12     A.    No.

13     Q.    Did Mike Rogers ever threaten you in

14 any way?

15     A.    No.

16     Q.    Did he ever promise you anything in

17 exchange for your court reported statement?

18     A.    I can't recall.  He saying that, "don't

19 worry about the armed robbery.  That it be less,

20 less time.  You get less time on that, don't worry

21 about that; in exchange for Katherine Morgan's

22 murder.

23     Q.    But did he promise you anything in

24 exchange for the statement you ended up giving?

1          MR. AINSWORTH:   Objection.   Apart from what

2    he just told you?

3          MR. HEIL:   Right.

4          THE WITNESS:   No.

5    BY MR. HEIL:

6          Q.    You mentioned earlier, Mr. Hill, that

7    at some point during the court reported statement,

8    and you couldn't remember exactly when, you said

9    Mike Rogers was mouthing an answer to you.  And you

10   said it had to do with clothes; is that right?

11         A.    Yes.

12         Q.    Now, you've already taken a look at

13   what's already been marked as Exhibit No. 5.   I'm

14   wondering if you have it handy nearby, which was

15   the court reported statement.

16         A.    I know that he had told me something

17   about clothing and possibly other -- other things,

18   but I was remembering --

19         MR. AINSWORTH:   Wait for a question.

20         THE WITNESS:   Okay.

21   BY MR. HEIL:

22         Q.    I'm wondering if you could point to

23   any particular answer in that court reported

24   statement that was given to you by Mike Rogers?

1      MR. AINSWORTH:  Objection.  Asked and

2  answered.  You can answer the question, if you

3  can.

4      THE WITNESS:  I can't recall.  It's in here,

5  though.

6      MR. AINSWORTH:  It's now seven hours.

7  BY MR. HEIL:

8      Q.    So you can't find it?

9      A.    It's in here.

10     Q.    Can you point to any line there that

11 Mike Rogers gave you?

12     A.    I recall that he -- he fed me.

13     Q.    I understand, but my actual question

14 is:  Can you, on the statement you have in front of

15 you, actually right now as you sit there, point to

16 any answer you gave that Mike Rogers mouthed to you

17 during --

18     A.    Yes.  Yes.

19     Q.    -- the court reported statement?

20     A.    Oh.  Yes, yes, yes, yes, yes, yes, yes,

21 yes, I believe that -- yes. I can do that yes.

22 Where's it at?  Go to --

23     MR. AINSWORTH: 24?

24     THE WITNESS:  Yeah.

459

1          MR. AINSWORTH:  Page No. 3424.

2          MR. POLICK:  What page at the bottom?

3          MR. AINSOWRTH:  3424.

4          MR. POLICK:  Not the Bates, the page at the

5      bottom of the statement.

6          MR. AINSWORTH: 7, sorry.

7          MR. POLICK:  Thank you.

8      BY MR. HEIL:

9          Q.    What answer did he give you?

10         A.    It says "Now, once Kathy Morgan's pants

11     came off, is she wearing any clothes below the

12     waist?"  And I said, "Yes."  "What is she wearing?"

13     And right then and there I didn't -- I didn't know.

14     And he was like, (indicating).  What?  And I just

15     agreed with him.

16         Q.    What did he say?

17         MR. AINSWORTH:  For the record, the witness

18     was mouthing the word.

19         THE WITNESS:  Panties.

20     BY MR. HEIL:

21         Q.    Is that the only time that happened

22     during the course of this court reported statement?

23         A.    There was other things in the statement

24     that I can't recall. The panties do stick in my

1  head.

2       MR. AINSWORTH: I just have --

3       MR. HEIL:  I don't have any other questions.

4       MR. AINSWORTH:  I have a couple quick ones

5  for you, Mr. Hill.

6       THE WITNESS:  Yes.

7                  **EXAMINATION**

8  **BY MR. AINSWORTH:**

9       Q.    Earlier, Mr. Polick was asking you

10  about the address that you said Junior lived at; do

11  you recall those questions?

12       A.    No.

13       Q.    All right. Mr. Polick asked you -- do

14  you know the exact address where the guy you knew

15  as Junior was living back in March of 1992?

16       A.    No.

17       Q.    Do you know if he was living at 5436

18  South Justine?

19       A.    No.

20       Q.    Do you know if he was living at 5436

21  South Bishop?

22       A.    No.

23       Q.    Do you know if he was living at 5432

24  South Bishop?

1          A.     No.

2          Q.     Did you give the detectives an exact

3    address for the person you knew as Junior?

4          A.     No.

5          Q.     Mr. Hill, was there any other reason

6    that you had fear of what the detectives would do

7    to you the night that you were in Area 3?

8          A.     I do recall when I was in the police

9    station that I heard some screaming in the -- in

10   a room where it's like -- I forget what it's

11   called.  It's one of those rooms where the glass --

12   you can see -- you can see the victim, but you

13   can't see them.  I don't know what type of material

14   it is.

15         Q.     Are you referring to a lineup room?

16         A.     It be like a glass room, but like like

17   cloudy glass.  I couldn't see.

18         Q.     Was it the -- had you been in this room

19   before?

20         A.     In my lineup, yes.

21         MR. AINSWORTH:  I have no further questions.

22                We'll reserve signature.

23         FURTHER DEPONENT SAITH NOT ...

24

462

```
 1          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                   EASTERN DIVISION

 3   HAROLD HILL,                    )
                                     )
 4                  Plaintiff,       )
                                     )
 5          vs.                      )   No. 06 C 6772
                                     )
 6   CITY OF CHICAGO, et al.,        )   Judge St. Eve
                                     )
 7                  Defendants.      )

 8          This is to certify that I have read my

 9   deposition taken on the 24th day of July 2007 in

10   the foregoing cause, and that the foregoing

11   transcript accurately states the questions asked

12   and the answers given by me, with the changes or

13   corrections, if any, made on the Errata Sheet

14   attached hereto.

15

16

17                           _____
                               HAROLD HILL

18
     No errata sheets submitted (Please initial)
19   Number of errata sheets submitted _____ (pgs.)

20
     Subscribed and sworn to
21   before me this _____ day
     of _____2007.
22

23   _____
            Notary Public

24
```

463

```
 1  STATE OF ILLINOIS    )
                         )  SS:
 2  COUNTY OF MC HENRY   )

 3          I, Mary Regis Griffey, a Certified
    Shorthand Reporter and notary public in and for the
 4  County of McHenry and State of Illinois, do hereby
    certify that HAROLD HILL, was duly sworn to testify
 5  the whole truth, and that the foregoing deposition
    was recorded stenographically by me and was reduced
 6  to computerized transcript under my direction, and
    that the said deposition constitutes a true record
 7  of the testimony given by said witness.

 8          I further certify that the reading and
    signing of the deposition was not waived, and the
 9  deposition was submitted to the deponent's counsel
    for signature.  Pursuant to Rule 30(e) of the Rules
10  of Civil Procedure, if deponent does not appear or
    read and sign the deposition within 30 days, or
11  make other arrangements for reading and signing,
    the deposition may be used as fully as though
12  signed, and this certificate will then evidence
    such failure to appear as the reason for signature
13  not being obtained.

14          I further certify that I am not a
    relative or employee or attorney or counsel of any
15  of the parties, or a relative or employee of such
    attorney or counsel, or financially interested
16  directly or indirectly in this action.

17          IN WITNESS WHEREOF, I have hereunto set
    my hand and affixed my seal of office at Chicago,
18  Illinois, this 8th day of August, A.D. 2007.

19

20

21          Illinois CSR License No. 084-004609

22

23

24
```

URLAUB BOWEN & ASSOCIATES, INC.
(312) 781-9586

Deposition of HAROLD HILL, 7-24-2007

**A**

**abandoned** 204:16
204:18,20 205:23
206:12 310:20
311:1,7,23 312:3,7
**ability** 126:19
**able** 96:10,12 118:11
142:20 163:19
354:2,5,10,10
355:19,22
**about** 10:19,22 15:16
18:16 20:8 21:13
25:11 33:1 34:6
41:15 45:3,14
48:11 49:23 58:22
59:24 60:5 62:17
71:5 72:13 74:20
75:24 77:21,24
78:15,18 79:16
80:11 81:19 83:6
88:16 90:22 93:19
94:4 96:4,12 99:1
101:15 104:10
105:15 111:17,19
111:20,24 113:2
114:10 115:13,15
116:21 118:16
119:3,17 121:5,6
121:13,24 123:3
125:8 126:1 128:21
129:4,5 131:2
133:11,13,22
136:22 137:6,17,17
137:24 140:10
143:20,21 145:7
146:19 155:15,24
157:8,15 159:18
160:4 161:3 163:10
163:11 164:8
172:20 174:20
175:14,21 176:21
178:23,23 179:2,3
180:11,11 181:4,15
181:23 182:7 183:7
184:8 186:10,10
187:18,24 188:20
189:24 190:3,23
191:5,7,24 192:1,9
193:18 198:19,24
199:8,18 202:24

203:12,19 204:23
205:10 207:1,4
208:10,14,21 209:4
209:6,8,16 210:11
210:15,22 211:1,2
211:4,5,12,16,20
211:24 212:6 213:9
213:14,16 214:13
220:21,22 221:8
222:7,15,20 229:13
230:10 231:14,17
231:19 232:17
238:21 247:9
253:20 259:3 260:2
260:19 262:14,21
263:10 264:8,14
265:1 267:12 268:4
268:19,21 270:7,19
271:5 272:12,23
276:4 280:4,22
282:8 285:3,7,8,8
288:3,14,17,21
289:1,17 299:7
304:9,14,15 306:21
307:4,16,18,21
308:14 309:21,22
310:1,6,9,11,13
311:17 312:10,11
312:13,15 313:4,5
313:15,16 315:20
318:4,7,8,18 320:5
322:1 326:7,16,22
327:13 328:15,16
328:17,18 329:15
331:8,9 333:10,15
336:23 338:21
339:9 343:13
350:16 351:7 355:6
355:13 357:15,19
358:9 359:12,15
363:8,12 366:11
370:22,24 371:15
372:5,14,16,16
375:14 376:14
382:4,21 386:24
387:3,10 388:14,15
388:17 393:18,23
396:20 397:20
398:17,24 400:22
406:20 407:2 408:2
408:13,24 412:23

413:4 414:22,22
423:12 424:10,19
425:23 426:12
427:14 429:14,15
429:17,19,24 430:3
430:6,9 434:9
437:11,22 439:18
439:19 440:11
442:16,17 443:16
443:23 445:10,22
448:16,20 449:3
453:19 454:24
456:19,21 457:17
460:10
**above** 265:22
**abuse** 376:1 401:15
425:5,17 426:8,20
426:21 427:11
428:5 429:7 433:4
434:9 445:24 448:7
453:10 454:24
456:10
**abused** 400:12 435:5
435:11 453:13,16
**accompany** 348:1
**accomplice** 270:3
**accurately** 403:13
412:20,20 416:15
417:1,4,5 419:10
462:11
**accusing** 419:4
**acivities** 192:16
**across** 86:19 228:24
377:14
**acted** 133:13 220:8
270:2
**acting** 222:7 280:6
**action** 16:12 211:24
463:16
**active** 193:16
**activities** 127:2
128:11 196:12
197:3 199:19
**activity** 195:15,21
200:12
**actual** 458:13
**actually** 88:22 98:16
128:3 150:21
166:24 208:1
300:19 349:2
458:15

**addiction** 97:16
**additional** 333:11,19
**address** 61:7 62:16
69:13 72:15 73:7
73:11,23 77:15
79:9,11 82:10
83:10 88:2 103:8
113:13 172:23
194:22 223:3
347:13 460:10,14
461:3
**addresses** 76:2
**administration** 33:8
**admit** 267:15 322:6
**admitted** 270:11,18
334:6,9
**adult** 412:7
**Adversaries** 41:20
**advised** 410:6
**affiliate** 20:3
**affiliation** 197:15
**affixed** 463:17
**afford** 281:4 385:15
411:5 421:24
**afraid** 275:23 276:16
276:18 401:6,7,10
**Africa** 74:6
**African** 110:7
**Afro** 231:5
**after** 15:14,17,19,20
21:1,8,10,14,20,23
24:23 25:1,20,23
26:6 28:4 29:14
31:4 33:1 35:11
36:14 43:1 45:15
54:22 55:2 56:1,4,5
80:16 88:1 89:23
100:6 116:19,23
126:1 153:23
154:23 157:9 174:2
177:10 211:5 212:7
213:8,16,18,22
228:3 236:4,5,7,8,9
236:11 242:9,10
245:22 259:15
265:24 266:20
267:3 272:2,8
283:3,20 284:14
285:22 289:16
297:1,18 299:21
301:5 303:15,23

307:12 312:9 318:6
323:19 324:14
325:22 330:1,12,20
337:2,2,3 338:18
339:13,16 345:6
354:15 356:6,20,22
359:10 375:12
376:15 378:2,15
381:3,4,13 383:20
383:24 387:20
390:16,21 392:18
396:12 405:15
431:12,16,21
432:17,20 433:7
435:17 436:6,24
438:7 440:7,7
**AFTERNOON** 178:1
**afterward** 34:5
**again** 4:21 17:1
21:17 44:4 45:9,15
53:16 54:9,18 56:3
65:17 82:6 84:23
137:3 147:1 148:22
149:23 158:1
173:18 210:17
217:9 240:11 242:4
285:23 310:8 312:4
320:6 326:9,10
328:1,20 330:3,13
330:14,18 335:4
337:1 341:7 349:4
362:12 363:17,19
370:17 373:9,24
375:13 378:6
382:16 390:2
410:10 413:22
418:11,11,12,13
427:18 431:15
**against** 5:13 55:16
84:11 85:9 92:15
93:21 128:5 281:1
324:8 334:4 385:19
410:16 421:10
452:3 456:11
**age** 99:11 110:15,17
121:18 261:1
342:22 442:11
**agencies** 166:17,18
166:21 178:19
**agency** 166:22,24,24
167:1,2,3,7 172:9