**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARNOLD DAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-7286 |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | District Judge |
| KENNETH BOUDREAU, *et al.*, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| Defendants. | ) | |

# Exhibit 194

Identify and describe property, or possible evidence recovered at the site of the Narrative in column form. Show exactly where found, when found and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's accurate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE - TIME
DAY 14  MO. Oct  YR. 90  0314

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | 1-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | 3. BEAT OF OCCUR. |
|---|---|---|---|
| Homicide 1st Degree Murder | 0110 | 1435 W. Garfield | 713 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|
| CAMBELL, Kathy (Morgan) | XX YES | NO | 5317 |

| 8. TYPE OF LOCATION OR PREMISE | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Apartment Building | 096 | 1 | 3 |

| 28. OFFENDER'S NAME | 29. HOME ADDRESS | 30. SEX-RACE-AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| HILL, Harold JR. | 7016 S. Wolcott | M/1/18 | 5'11 | 185 | br | blk | med |

| 31. C.B. NO. | I.R. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO. | OFF REL. CODE | 32. NO. ARRESTED | UNIT NO. |
|---|---|---|---|---|---|---|---|
| 9079-029 | 993266 | 24 | | | | 1 | 632 |

34. DNA
50. OFFENSE/CLASS THIS DATE: DNA
52. METHOD ASSIGNED: XX FIELD
UNIT NO: 632
53. STATUS: 0 PROGRESS
64. IF CASE CLEARED, HOW CLEARED: XX 4 CLRD. OPEN, XX 1 ARREST & PROSEC., XX ADULT

### 80. NARRATIVE

IN CUSTODY:         HILL, Harold NMI M/1/18 D.O.B. ████
                    7016 S. Wolcott, ph-none. SS# ████
                    5'11, 185, br, blk, med.
                    IR# 993266, CB# 9079-029.

WANTED:             YOUNG, Don JR. M/1/31 D.O.B. ████
                    745 W. Garfield apt 322, Ph-none.
                    5'9, 140 lbs, br, blk, drk.
                    IR# 662380, FBI# 51776 CA4.
                    AKA-Junior

| 90. EXTRA COPIES | 91. DATE THIS REPORT SUBMITTED | TIME | 92. SUPERVISOR APPROVING | STAR NO. |
|---|---|---|---|---|
| Normal | 23 Mar 92 | 1200 | Sgt Bonke | 208 |

| 93. REPORTING OFFICER | STAR NO. | 94. REPORTING OFFICER | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. K. Boudreau | 20435 | Det. J. Halloran | 20453 | |

95. DATE APPROVED: 23 MAR 92  213

35. R.D. NO. N-484755

CPD-11.411-B (Rev. 8/85)

CITY_JAKES 24586

HOMICIDE 1ST DEGREE MUR●             ● RD# N-484755
CAMBELL, KATHY (MORGAN)       (4)           14 OCT 90

INVESTIGATION:                                this statement HILL pointed out items of evidence by way of identification of several items in the crime scene photos including; an IR photograph of Kathy MORGAN as the victim, an overall photograph of the building located at 1435 W. Garfield as the crime scene, a photograph of a blue coat and wine bottle indicating this was the victim's coat and bottle taken off her in the front entry way, a photograph of the blue coat and a single brown shoe indicating these were the victim's taken off of her in the front entry way, a photograph of a brown shoe matching the first one described and a pink hair curler indicating these belonged to the victim and were photographed in the second floor apartment, another photograph of a pink roller indicating again that it was worn by the victim, and two photographs of gray pants lying on a stairwell indicating that these were the pants worn by the victim, taken off of her in the second floor stairwell.

                                 ASA ROGERS then approved charges for 1st Degree Murder on HILL. He was scheduled to appear in branch 66 on 23 Mar 92.

                                 R/D's learned through department records the identities of Junior to be Dan YOUNG Jr and Black Pete to be Peter WILLIAMS, both listed in the foremat. HILL related that he knew both individuals for approximately two years. He then identified an IR photo of YOUNG as Junior, and a poloroid photo of WILLIAMS as that of Black Pete.

                                 With the arrest and charging of this subject the R/D's request this assignment be classified CLEARED BY ARREST, OPEN.


Report of;                                         Det. K. Boudreau #20435
                                                  Det. J. Halloran #20453

CITY_JAKES 24587

HOMICIDE 1ST DEGREE MURDER  
CAMBELL, KATHY (MORGAN)  (3)  

RD# N-484755  
14 OCT 90

INVESTIGATION :  that this is the area frequented by Black Pete and that Black Pete is a narcotic dealer from this area and has been known to him to stay in the 5600 S. Elizabeth building.

R/D's then returned to the area and continued the interview. At this time HILL was confronted with the fact that it is impossible to see the sexual assault he described from the location of the rear porch where he stated he observed from. When confronted with the inconsistencies of his statements HILL related the following in essence; On the date of the incident, a Sunday morning, HILL attended a party at 52nd and Bishop. Also at the party was Black Pete, Junior, and Kathy MORGAN. While at the party HILL engaged in a conversation with Black Pete and Junior. This conversation occured outside of the party. Black Pete related to him that MORGAN had owed him some money for ready rock cocaine. The party broke up at approximately 0200 hours. HILL observed Black Pete and Junior walking south bound on Bishop following Kathy MORGAN. HILL caught up with Black Pete and Junior at 55th and Bishop. There he observed the two men struggling with Kathy MORGAN. The two men then told HILL that they were going to rape her. He then joined th men and dragged MORGAN into the abandoned building through the front entrance. In the front hallway of the building MORGAN's blue coat was pulled off and her bottle of wine fell out of the pocket. MORGAN also lost one of the brown shoes she was wearing in the front hall. HILL related that Junior was pulling off MORGAN's clothing. He stated that all three men ther struggled and dragged MORGAN up to the second floor front apartment. While struggling with her and dragging her up the stairs her gray pants were pulled off of her. He related that the pants she was wearing were men's pants. Once in the second floor apartment Black Pete held MORGAN down by the throat and HILL held her arms. Junior removed her panties and then forcibly engaged in sexually intercourse with MORGAN, against her will, while the others held her down. HILL related that Junior was in the "crab" position while engaging in sex. He described this to be with the victim lying on her back with Junior holding her legs up on his shoulders. While Junior is engaged in this act Black Pete was holding the victim by the neck and biting and sucking on her breasts. HILL was still holding her down. After Junior was finished he left the room momentarily. Black Pete then laid on top of MORGAN and forced her to engage in sexual intercourse. HILL held mORGAN down by holding her arms and neck. HILL further related that while Junior was engaged in his act with her she was screaming. HILL covered her mouth to stop her screaming. When Black Pete engaged in his act MORGAN continued moaning. After Black Pete finished HILL then forcibly engaged in sexual intercourse with the victim. HILL related that he positioned the victim in the "crab" position. When he orgasmed he then continued to hold her down. Black Pete also held her down. HILL related that both he and Black Pete held mORGAN by her arms and legs. Junior had returned with some pieces of wood which resembled a broom stick. While they held her legs apart Junior forced a broken piece of the wood approximately 2 feet in length into her vagina. This piece of wood had a broken tip. MORGAN was screaming at this time. Junior then forced a second piece of stick into MORGAN's vagina. At this point MORGAN stopped screaming, became unconcious and died. HILL further related that Black Pete and himself then dragged MORGAN's body into a closet located on the second floor in the rear. The three men then went to Junior's house, 5436 S. Justine. Junior went into the rear of the residence and got some kerosene. Once they had the kerosene the three of them returned to the building. They then all dragged MORGAN's body from the second floor closet to the front third floor apartment. They covered MORGAN's body with a piece of cloth. Junior poured kerosene on the third floor. HILL poured kerosene on the second floor and Black Pete poured kerosene on the first floor of the building. Junior then started a fire on the third floor, Pete started fires on the second and first floors in an attempt to conceal the crime. They then fled from the building.

R/D's then contacted felony review. ASA M. Rogers then responded to the area in furtherance of this investigation. ROGERS again advised Miranda rights to HILL who related he understood and waived them. HILL then repeated his account of the incident. HILL's statement was reduced to writing by way of a court reported statement. During

CITY_JAKES 24588

HOMICIDE 1ST DEGREE MURDER RD# N-484755
CAMBELL, KATHY (MORGAN) (2) 14 OCT 90

| | |
|---|---|
| WANTED: | WILLIAMS, Peter S. M/1/19 D.O.B. ▇<br>5741 S. Peoria 1st flr.<br>5'10, 170, brn, blk, drk.<br>IR# 924452.<br>AKA-"Black Pete" |
| ARRESTING OFFICERS: | M.B. 5317 Det. K. Boudreau #20435<br>Det. J. Halloran #20453<br>M.B. 4184 P.O. R. Downs #17947<br>P.O. D. Caufield #10731<br><br>Oak Lawn P.D. Det. M. Guhr<br>Det. S. Stevik |
| DATE, TIME, LOCATION OF ARREST: | 21 Mar 92, 2200 hours at 3900 S. California. |
| CHARGES, COURT BRANCH & DATE: | 1st Degree Murder, Branch 66 on 23 Mar 92. |
| NOTIFICATIONS: | Felony review ASA M. Rogers |
| STATEMENTS: | HILL-Oral & written to R/D's and ASA. |
| RELATED RD#'s: | T-123451 Robbery Armed<br>T-126249 Auto theft & recovery |

INVESTIGATION: On 21 Mar 92 the R/D's were assigned the follow up investigation into the Armed Robbery, reported under RD# T-123451, and Auto Theft and Recovery, reported under RD# T-126249. The offender Harold HILL was in custody and subsequently charged in those cases. At the completion of that investigation the offender HILL related to R/D's that he had some information concerning this homicide.

R/D's then again informed HILL of his Miranda rights at which time he related he understood and waived. HILL then related that he was a witness to the incident. He related that he was on 55th and Bishop when he observed two subjects known to him as "Junior" and "Black Pete" grab the victim, known to him as Kathy Morgan, and drag her into the abandoned building located on the corner of 55th and Bishop. HILL further related that he had overheard an argument between the two men and MORGAN over narcotic money MORGAN owed to the men. This argument occured on the street just prior to the two men dragging her into the abandoned building. HILL went on to relate that he could observe the men tearing off the victim's clothes in the first floor rear apartment while he was standing out on Bishop street. HILL then ran around to the rear stairwell of the first floor rear apartment and from there observed the two men take turns forcibly sexually assault the victim. He related that he then ran from the scene. He further related that the next day he learned from his girlfriend that the victim had a large peice of a broom stick inserted into her vaginal canal.

HILL then identified an IR photo of the victim Kathy MORGAN, indicating that she was the woman he observed Junior and Black Pete sexually assault. HILL then indicated that he could direct the R/D's to the crime scene as well as to the residence of the subject known to him as Junior. HILL directed the R/D's to 1435 W. Garfield, the scene of the crime. Once there he indicated to the R/D's the first floor rear apartment and the stairwell he observed from.

HILL then directed the R/D's to 5436 S. Justine and related to the R/D's that this is the last known residence of Junior. He related that Junior lived there with his parents. HILL then directed the R/D's to 5600 S. Elizabeth. Once there HILL related

CITY_JAKES 24589